**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUN 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| LOUISE THORNE, as Mother and Next Friend of MIKELLA BASSETT, a minor.<br>742 Brandywine Street, SE<br>Apt # 201<br>Washington, DC 20032 | )<br>)<br>)<br>)<br>) |
| LOUISE THORNE, as Mother and Next Friend of MIKESHA BASSETT, a minor.<br>742 Brandywine Street, SE<br>Apt # 201<br>Washington, DC 20032 | )<br>)<br>)<br>)<br>) |
| KATHY CREWS, as Mother and Next Friend of SHANEKA HARRISON, a minor.<br>137 N Street, NW<br>Washington, DC 20001, | CASE NUMBER   1:06CV01204<br>JUDGE: Gladys Kessler<br>DECK TYPE: Civil Rights (non-employment)<br>DATE STAMP: 06/29/2006 |
| AND | |
| SAMALA PARKER-SMITH, as Mother and Next Friend of LAKESHA PARKER, a minor.<br>1251 Howison Place, SW<br>Washington, DC 20024 | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )   Civil Action No. _____ |
| v. | ) |
| UNKNOWN OFFICERS<br>Metropolitan Police Department<br>Washington, DC | )<br>)<br>) |
| AND | |
| The DISTRICT OF COLUMBIA<br>Office of the Attorney General<br>441 Fourth Street, NW<br>Washington, DC 20001 | )<br>)<br>)<br>) |

**JURY ACTION**

|  |  |
|---|---|
| Office of the Mayor<br>1350 Pennsylvania Ave, NW<br>4th Floor<br>Washington, DC 20004 | )<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant District of Columbia removes Civil Action No. 06-4250, identified above, from the Superior Court of the District of Columbia to this Honorable Court. The Superior Court action was filed on June 2, 2006.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). In paragraphs 1 through 9 and 13 through 18, the Complaint raises a federal question by asserting federal constitutional claims under 42 U.S.C. § 1983.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_/s/ Nicole Lynch_
NICOLE L. LYNCH [471953]
Section Chief
General Litigation, Section II

2

_____
JULIE LEE [433292]
Senior Assistant Attorney General
General Litigation, Section II
Civil Litigation Division
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6602(o); (202) 727-3625(f)
Julie.Lee@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was mailed, postage prepaid, on this 29th day of June 2006 to Geoffrey D. Allen, Esq., 1730 Rhode Island Avenue, N.W., Washington, D.C. 20026.

_____
Julie S. Lee
Senior Assistant Attorney General

3