UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.*,                )<br>                                                        )<br>        Plaintiffs,                              )<br>                                                        )     Civil Action No. 06-01204 (GK)<br>                                                        )<br>        v.                                            )<br>                                                        )<br>DISTRICT OF COLUMBIA, *et al.*,    )<br>                                                        )<br>        Defendants.                          )<br>                                                        ) | |

**CONSENT MOTION FOR ENLARGEMENT**
**OF TIME TO RESPOND TO THE COMPLAINT**

Defendant District of Columbia,[1] through counsel and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves this court for a 30-day enlargement of time within which to respond to the complaint. In support of this motion, the Defendant relies upon the attached memorandum of points and authorities of law.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
Nicole L. Lynch  [471953]

---

[1] No other Defendants have been served in this case.

        Chief, General Litigation, Section II
Civil Litigation Division

_____

Julie Lee [433292]
Senior Assistant Attorney General
General Litigation, Section II
Civil Litigation Division
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6602; (202) 727-3625
Julie.Lee@dc.gov

## CERTIFICATION PURSUANT TO LCvR 7(m)

I hereby certify that on July 17, 2006, Plaintiffs, through counsel, consented to the requested relief.

_____
Julie Lee, Senior Assistant Attorney General

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.*,    ) | |
|                             ) | |
|    Plaintiffs,              ) | |
|                             ) | Civil Action No. 06-01204(GK) |
|                             ) | |
|    v.                       ) | |
|                             ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
|                             ) | |
|    Defendants.              ) | |
| _____) | |

## **ORDER**

Upon motion of the District of Columbia for an enlargement of time within which to respond to the complaint, Plaintiffs' consent thereto, the entire record herein and for good cause shown, it is this ___ day of _____ 2006,

ORDERED, that defendant's motion is granted, and it is further

ORDERED, that the District of Columbia shall have until August 23, 2006 to respond to the complaint.

_____
Judge Gladys Kessler
Federal District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 06-01204(GK) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF THE DISTRICT OF COLUMBIA'S MOTION
TO ENLARGE TIME TO RESPOND TO THE COMPLAINT**

The instant complaint alleges that unnamed District of Columbia Metropolitan Police Department ("MPD") stopped a vehicle in which the minor defendants were riding and detained, and physically and verbally assaulted them before releasing them without explanation. The incident allegedly occurred near the intersection of Valley Avenue and Atlantic Street, S.E., on January 15, 2006 at approximately 9:00 p.m. Because of the nature of the complaint, the Defendant needs additional time to discover information and facts upon which it can rely to respond to the complaint. That effort has been initiated and should be completed within the next thirty (30) days.[2]

                                                      Respectfully submitted,

                                                      ROBERT J. SPAGNOLETTI
                                                      Attorney General for the District of Columbia

                                                      GEORGE C. VALENTINE

---

[2] The Defendant additionally notes that new counsel will be entering his or her appearance when undersigned counsel, who is leaving this jurisdiction, withdraws her appearance at the end of the month.

Deputy Attorney General
Civil Litigation Division

_____
Nicole L. Lynch  [471953]
Chief, General Litigation, Section II
Civil Litigation Division

_____
Julie Lee [433292]
Senior Assistant Attorney General
General Litigation, Section II
Civil Litigation Division
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6602; (202) 727-3625
Julie.Lee@dc.gov