UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.*, )<br>)<br>Plaintiffs, )<br>) Civil Action No. 06-01204(GK)<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>_____) | |

**CONSENT MOTION TO RESCHEDULE THE MEET AND
CONFER REQUIREMENTS AND THE SCHEDULING CONFERENCE**

Defendant District of Columbia,[1] pursuant to the rules of this Court, moves to postpone the meet and confer requirements and the Scheduling Conference until after the Defendant is required to respond to Plaintiffs' complaint. In support of this motion, the Defendant relies upon the attached memorandum of points and authorities of law.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

---

[1] No other Defendants have been served in this case.

                                                            _____
Nicole L. Lynch [471953]
Chief, General Litigation, Section II
Civil Litigation Division

                                          _____
Julie Lee [433292]
Senior Assistant Attorney General
General Litigation, Section II
Civil Litigation Division
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6602; (202) 727-3625
Julie.Lee@dc.gov

## CERTIFICATION PURSUANT TO LCvR 7(m)

I hereby certify that on July 17, 2006, Plaintiffs, through counsel, consented to the requested relief.

                                          _____
Julie Lee, Senior Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUISE THORNE, *et al.*,        )
                                )
    Plaintiffs,              )
                                )   Civil Action No. 06-01204
                                )
  v.                            )
                                )
DISTRICT OF COLUMBIA, *et al.*, )
                                )
    Defendants.              )
_____)

## ORDER

Upon motion of the District of Columbia to reschedule the meet and confer requirements and the Initial Scheduling Conference, Plaintiffs' consent thereto, the entire record herein and for good cause shown, it is this ___ day of _____ 2006,

ORDERED, that Defendant's motion is granted, and it is further

ORDERED, that the parties shall:

(1) meet and confer consistent with this Court's _____ Order by September 5, 2006;

(2) file a Rule 16(3) statement that is in accord with this Court's _____ Order by September 19, 2006; and

(3) appear for a Scheduling Conference on _____ day of _____, 2006 at _____ a.m. .

 

_____
Judge Gladys Kessler
Federal District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 06-01204 |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF CONSENT MOTION TO RESCHEDULE THE MEET
AND CONFER REQUIREMENTS AND THE SCHEDULING CONFERENCE**

The instant complaint alleges that unnamed District of Columbia Metropolitan Police Department ("MPD") officers stopped a vehicle in which the minor defendants were riding and detained, and physically and verbally assaulted them before releasing them without explanation. The incident allegedly occurred near the intersection of Valley Avenue and Atlantic Street, S.E., on January 15, 2006 at approximately 9:00 p.m. Because of the nature of the complaint, and the absence of any ready information that facilitates the Defendant's investigation of this matter, the Defendant is requesting this Court to extend the time for responding to Plaintiffs' complaint. (See, *Defendant's Motion to Enlarge the Time for Responding to Plaintiffs' Complaint, Docket Entry #3*. Likewise, the parties need time to develop information sufficient for them to be able

to meaningfully confer on discovery matters. Moreover, a grant of additional time to answer the complaint necessitates a delay in discovery.

                                            Respectfully submitted,

                                            ROBERT J. SPAGNOLETTI
                                            Attorney General for the District of Columbia

                                            GEORGE C. VALENTINE
                                            Deputy Attorney General
                                            Civil Litigation Division

                                            _____
                                            Nicole L. Lynch  [471953]
                                            Chief, General Litigation, Section II
                                            Civil Litigation Division

                                            _____
                                            Julie Lee [433292]
                                            Senior Assistant Attorney General
                                            General Litigation, Section II
                                            Civil Litigation Division
                                            441 Fourth Street, N.W., Sixth Floor South
                                            Washington, D.C. 20001
                                            (202) 724-6602; (202) 727-3625
                                            Julie.Lee@dc.gov

Case 1:06-cv-01204-GK    Document 4    Filed 07/19/2006    Page 6 of 6