IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUISE THORNE, *et al.*,
        Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*,
        Defendants.

Civil Action No. 06-01204 GK

## NOTICE OF WITHDRAWAL AND ENTRY OF APPEARANCE

The Clerk of the Court, on behalf of the defendant District of Columbia, will please withdraw the appearance of Julie Lee, Senior Assistant Attorney General. Please enter the appearance of Urenthea McQuinn, Assistant Attorney General, as attorney of record for the defendant District of Columbia.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division
    /s/
NICOLE L. LYNCH [D.C. Bar #471953]
Chief, General Litigation, Section II
    /s/
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6646 Fax
urenthea.mcquinn@dc.gov

August 3, 2006