IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.*,<br>             Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>             Defendants. | Civil Action No. 06-01204 GK |

### DEFENDANT'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO THE COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia hereby moves for a one day's extension of time within which to respond to the Complaint. Please see the accompanying Memorandum of Points and Authorities in support of this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division
        /s/
NICOLE L. LYNCH [D.C. Bar #471953]
Chief, General Litigation, Section II
        /s/
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
 Sixth Floor South
Washington, D.C.  20001
(202) 724-6646 Fax
urenthea.mcquinn@dc.gov

August 23, 2006

## Certification

Pursuant to LCvR 7(m), the undersigned counsel for defendant telephoned plaintiff's counsel, Geoffrey D. Allen, on August 23, 2006, and left a detailed message regarding this motion and the reason therefor.

/s/
**Urenthea McQuinn**
**Assistant Attorney General, D.C.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.*,<br>    Plaintiffs,<br><br>  v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>    Defendants. | Civil Action No. 06-01204 GK |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO THE COMPLAINT**

  Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia in the above-captioned case moves for a one day's extension of the time within which it is to file its response to the Complaint herein. The reason for this motion is that the District has prepared a dispositive motion, but must wait until tomorrow to get a supporting affidavit notarized.[1]

                Respectfully submitted,

                ROBERT J. SPAGNOLETTI
                Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division
                  /s/
                NICOLE L. LYNCH [D.C. Bar #471953]
                Chief, General Litigation, Section II
                  /s/
                URENTHEA McQUINN [D.C. Bar #182253]
                Assistant Attorney General
                441 4th Street, N.W.
                 Sixth Floor South
                Washington, D.C. 20001
                (202) 724-6646 Fax
                urenthea.mcquinn@dc.gov

---

[1] The Court previously granted defendant an extension of time until today, August 23, 2006.

3