IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUISE THORNE,** *et al.*,<br>                    **Plaintiffs,**<br><br>                v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br>                    **Defendants.** | **Civil Action No. 06-01204 GK** |

## ORDER

Upon consideration of the Defendant's Motion for an Extension of Time within Which to Respond to the Complaint, any opposition thereto, and the entire record herein, it is this _____ day of _____ , 2006,

**ORDERED:** that defendant District of Columbia shall have a one day's extension to August 24, 2006 to respond to the Complaint herein.

                                                              **THE HONORABLE GLADYS KESSLER**
                                                              **United States District Court Judge**

August 23, 2006