## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUISE THORNE,** *et al.*,<br>          **Plaintiffs,**<br><br>     v.<br><br>**DISTRICT OF COLUMBIA,** *et al.,*<br>          **Defendants.** | **Civil Action No. 06-01204 GK** |

### ORDER

Upon consideration of the Defendant District of Columbia's Motion to Dismiss, any opposition thereto, and the entire record herein, it is this ____ day of _____ 2006,

**ORDERED:** that defendant District of Columbia's motion hereby is GRANTED; and it is

**FURTHER ORDERED:** that plaintiffs' Complaint hereby is DISMISSED with prejudice.

                                                                        _____
                                                                        **THE HONORABLE GLADYS KESSLER**
                                                                        **United States District Court Judge**

August 24, 2006