DISTRICT OF COLUMBIA GOVERNMENT OFFICE OF RISK MANAGEMENT
Risk Financing Division

Kelly Valentine
Interim Chief Risk Officer

January 30, 2006

Geoffrey D. Allen
Attorney at Law
1130 17th Street, NW, Suite 400
Washington DC 20036

Claim Date: 1/19/2006
<u>Claim Number</u>: DMPSJOO864O- Mikelle Bassett, Mikesha Bassett, Shaneka Harrison, LaKeisha Parker and Terrence Light

Dear Mr. Allen:

This will acknowledge receipt of your letter notifying the Mayor of a claim against the District of Columbia. Your letter was received in the D.C. Office of Risk Management on 1/23/2006. Your claim has been assigned to <u>Theresa Williams</u>, a staff member in the DC Office of Risk Management, Claims Bureau. Telephone No. 202 724-2251.

**If you have not already done** so, please send the following information to expedite the claims process; your social security and or business tax identification number; telephone number; and any documents showing ownership; cost, damage repair estimates; medical bills and/or other documents which bear on the validity or amount of your claim.

When sending additional documents/information, please refer to the claim number identified above and address it to:

Office of Risk Management
Claims Bureau
441 4th Street N. W.
Suite 800 South
Washington, D.C. 20001

This letter does not waive the District of Columbia's right to timely and complete notice within six months of the incident as required by D.C. Code Section 12-309.