UNITED STATES POSTAL SERVICE
SOUTHERN MD 207

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

23 JAN 2006 PM 5 T

* Sender: Please print your name, address, and ZIP+4 in this box *

Geoffrey P. Allen
Attorney at Law
1130 Seventeenth St., NW
Suite 400
Washington DC 20036