UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE., *et al.*, | ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 06-1204 (GK) ) |
| DISTRICT OF COLUMBIA, *et al*. | ) ) |
| Defendants.) | |

**JOINT MEET AND CONFER STATEMENT**[1]

Pursuant to Local Civil Rule 16.3 and this Court's Order of July 19, 2006, plaintiffs' counsel and the District's counsel have conferred on September 18th and 19th, 2006, and hereby submit this joint report.

This is an action under 42 U.S.C. § 1983 for violation of plaintiff's Eighth Amendment rights and under the laws of the District of Columbia for assault, negligence, false arrest and intentional infliction of emotional distress. Plaintiffs allege that they were assaulted by police officers in the District of Columbia. Defendant denies all allegations of wrongdoing.

**The parties also address the topics in Rule 16.3(c) as follows:**

1. <u>Dispositive Motions</u>:

**Plaintiffs**
Defendants have filed a Motion to Dismiss, which has been opposed by the plaintiffs.

**Defendants**
There is a possibility that this case will be disposed of by dispositive motion.

---

[1] Defendant District of Columbia filed a Motion to Dismiss the District of Columbia after the Court set the Initial Scheduling Conference date in this case. Plaintiffs have not served the unnamed officers; therefore, the only party before the Court is the District of Columbia.

2. <u>Joinder of Parties and Amendment of Pleadings</u>:

The parties propose that the deadline for joinder of parties or amendment of pleadings be December 1, 2006.

3. <u>Magistrate Judge</u>:

**Plaintiffs**
The plaintiffs have no objection to assigning this case to a magistrate judge for all purposes.

**Defendants**
The defendants do not wish to have this case assigned to a magistrate judge, except for mediation.

4. <u>Settlement</u>: There does not appear to be a realistic possibility of settlement at this time.

5. <u>Alternative Dispute Resolution</u>: The parties might benefit from mediation upon the conclusion of discovery and resolution of any dispositive motions.

6. <u>Summary Judgment</u>: The parties request until April 9, 2007, to file any dispositive motions; May 9, 2007, for oppositions; and May 27, 2007, for replies.

7. <u>Initial Disclosures</u>: The parties have agreed to dispense with initial Rule 26(a)(1) disclosures.

8. <u>Discovery</u>:

Plaintiffs request a limit of twenty-five (25) interrogatories and eight (8) depositions per side, excluding expert witnesses. The parties also request that written discovery requests be submitted no later than November 1, 2006, and that all discovery be completed no later than

March 8, 2007.

9. Experts: The parties propose that plaintiffs' expert disclosures be served no later than January 5, 2007, and that defendants' expert disclosures be served no later than February 5, 2007.

10. Class Actions: Not applicable.

11. Bifurcation: There does not appear to be the need for bifurcation of discovery or trial at this time.

12. Pretrial Conference: The parties request that the Court schedule a pretrial conference to follow the resolution of any dispositive motions.

13. Trial: The parties request that a trial date be set at the pretrial conference.

14. Other Matters: None at this time.

Respectfully submitted,

**Counsel for Plaintiffs:**

_____/s/_____
Geoffrey D. Allen
DC Bar No. 288142
1730 Rhode Island Ave., N.W.
Suite 206
Washington, DC 20036
(202) 778-1167
(202) 659-9536 Fax
geoffreyallen@verizon.net

**Counsel for Defendants:**

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General

        Civil Litigation Division

        /s/
        NICOLE L. LYNCH [D.C. Bar #471953]
        Chief, General Litigation, Section II

        /s/
        URENTHEA McQUINN [D.C. Bar #182253]
        Assistant Attorney General
        441 4th Street, N.W.
        Sixth Floor South
        Washington, D.C.  20001
        (202) 724-6646
        (202) 727-3625 Fax
        urenthea.mcquinn@dc.gov

September 21, 2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LOUISE THORNE., *et al.*,       Plaintiffs, | ) ) ) ) |
| v. | ) Civil Action No. 06-1204 (GK) ) |
| DISTRICT OF COLUMBIA, *et al.*       Defendants.) | ) ) ) |

## SCHEDULING ORDER

Having considered that the parties have proposed the following Scheduling Order in this case, and the entire record herein:

11/1/2006 – Deadline for discovery requests

12/1/2006 – Deadline for joinder of parties or amendment of pleadings

1/5/2007 – Deadline for disclosure of plaintiff's expert witness

2/5/2007 – Deadline for disclosure of defendant's expert witness

3/8/2007 – Deadline for the close of discovery

4/9/2007 -  Deadline for filing dispositive motions

5/9/2007 – Deadline for filing oppositions to dispositive motions

5/27/2007 – Deadline for filing replies to dispositive motions, it is hereby

**ORDERED:** the schedule set forth above shall govern in this case, and it is

**So ORDERED** this _____ day of _____ , 2006..

_____
**THE HONORABLE GLADYS KESSLER**
**United States District Court Judge**

September 21, 2006