IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LOUISE THORNE,** *et al.,*
        **Plaintiffs,**

v.

**DISTRICT OF COLUMBIA,** *et al.,*
        **Defendants.**

Civil Action No. 06-01204 GK

## DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION, NUNC PRO TUNC, FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A REPLY

Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia hereby moves, *nunc pro tunc*, for an extension of time within which to file a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. Please see the accompanying Memorandum of Points and Authorities in support of this motion.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division
       /s/
    NICOLE L. LYNCH [D.C. Bar #471953]
    Chief, General Litigation, Section II
       /s/
    URENTHEA McQUINN [D.C. Bar #182253]
    Assistant Attorney General
    441 4th Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6646 Fax
    urenthea.mcquinn@dc.gov

September 22, 2006

2

**Certification**

    Pursuant to LCvR 7.1(m), the undersigned counsel for defendant spoke by telephone with plaintiffs' counsel, Geoffrey Allen, on September 19th and 20th, 2006; he consented to the filing of this motion.

                                         /s/
                                       **Urenthea McQuinn**
                                       **Assistant Attorney General, D.C.**

September 22, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUISE THORNE,** *et al.*,<br>　　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br>　　　　　**Defendants.** | Civil Action No. 06-01204 GK |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION, NUNC PRO TUNC, FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A REPLY**

　　　　Pursuant to Fed. R. Civ. P. 6(b) and LCvR 7.1, defendant District of Columbia moves for an eight day extension of time within which it is to file a Reply to Plaintiffs' Opposition to Defendant District of Columbia's Motion to Dismiss from September 14, 2006 to and including September 22, 2006. Due to the press of other business, the undersigned was not able to file this document on September 14th

　　　　Wherefore, the District of Columbia moves this Court to accept the contemporaneously filed reply brief as timely filed.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　ROBERT J. SPAGNOLETTI
　　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　Civil Litigation Division
　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　NICOLE L. LYNCH [D.C. Bar #471953]
　　　　　　　　　　　　　　　　　　　Chief, General Litigation, Section II
　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　URENTHEA McQUINN [D.C. Bar #182253]

                    Assistant Attorney General
                    441 4th Street, N.W.
                     Sixth Floor South
                    Washington, D.C.  20001
                    (202) 724-6646 Fax
                    urenthea.mcquinn@dc.gov

September 22, 2006