IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUISE THORNE,** *et al.,*<br>         **Plaintiffs,**<br><br>     v.<br><br>**DISTRICT OF COLUMBIA,** *et al.,*<br>         **Defendants.** | **Civil Action No. 06-01204 GK** |

### ORDER

Upon consideration of Defendant District of Columbia's Consent Motion for an eight day extension of the time within which the District is to file its Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss from <u>September 14, 2006</u> to and including <u>September 22, 2006</u>, and the entire record herein, it is this _____ day of _____ 2006,

**ORDERED:** that defendant's Reply s to plaintiffs' Opposition to Defendant's Motion to Dismiss is deemed timely filed.

                                              _____
                                              **THE HONORABLE GLADYS KESSLER**
                                              **United States District Court Judge**

September 22, 2006