**DISTRICT OF COLUMBIA NOTICE OF INFRACTION**

ON Sun THE 15th DAY OF Jan 06 AT 1000 ☒PM

VIOLATOR'S FULL NAME (LAST, FIRST, MIDDLE): Bassett, M'kelle  
STREET ADDRESS: 742 Brandywine St SE #201  SEX: F  
CITY, STATE: Washington, DC  ZIP: 20032  
OPERATOR'S PERMIT NO.: 1747379  STATE: DC  
VEHICLE LICENSE NO.: JVS2435  VA ☒  TAG: 06  
☒ BLOCK  VEHICLE MAKE: Plymouth  BODY: 45  
LOCATION OF VIOLATION: 200 Valley  
☒ AVE.  ☒ S.E.

495056730

**MOVING VIOLATION**  CODE: T539

OTHER: Permit: Violating Restriction of learning permit

**PARKING VIOLATION**

**SCHEDULED FINE OR COLLATERAL**  
☒ $25

ISSUER'S SIGNATURE: Rodwicy  DEPT: MPD  ELEMENT: 7D  BADGE NO.: 1462  
MPD CAD NO.: 7318

DATE: 1/15/06  SIGNATURE: M'kelle Bassett

BTA FORM 51 5/05  **COPY C**