# GEOFFREY D. ALLEN

**ATTORNEY AT LAW**
**1130 SEVENTEENTH STREET, N.W**
**SUITE 400**
**WASHINGTON, DC 20036**
Telephone: (202) 778-1167
Telecopier: (202) 659-9536

March 15, 2006

Theresa Williams
Office of Risk Management
Claims Bureau
441 4th Street, NW
Suite 800 South
Washington, DC 20001

## Amended Notice Letter

Dear Ms William:

My purpose in writing to you is to notify you of certain legal claims that may be made against the District of Columbia, pursuant to D.C. Code §12-309. This Notice letter is an amended version of the original that was sent via certified mail on January 19, 2006.

| Claimants/ | Date of Birth | Soc Security #: |
|---|---|---|
| Mikelle Bassett | ███████ | ████████ |
| Mikesha Bassett | ███████ | |
| Shaneka Harrison | ███████ | ████████ |
| LaKeisha Parker | ███████ | ████████ |
| Terrence Light | | |

Place of Incident:    Valley Avenue, SE, Washington, DC

Time of Incident:    Approx.  9:00 PM

Circumstances:

At the above place and time, Mikelle Bassett, Mikesha Bassett, Shaneka Harrison, LaKeisha Parker and Terrence Light were stopped at, Valley Avenue close to the intersection of Atlantic Street in Southeast Washington, DC, by

1

members of the Metropolitan Police Department. All claimants are African American and Ms. Mikelle Bassett was the driver of the vehicle.

After approaching a green light slowly Ms. Bassett's vehicle was followed by a police car for about ten to twenty minutes. After flashing a spotlight into her vehicle, the police car then went around her. As she approached a stop light, another police car pulled up and blocked her car from proceeding thought the light. One officer pulled out his gun and approached the driver's side door and opened the door. He grabbed Ms. Bassett by her neck pulling her to the ground face down and dragging her. Another officer then pulled LaKeisha Parker out of the vehicle by her shirt, threw her to the ground, put his knee into her back and hand-cuffed her. Ms. Parker felt an oncoming asthma attack because of the pressure of the officer's knee on her lungs and asked to be let up, the officer refused. Ms. Shaneka Harrison was also thrown to the ground by another officer who also put his knee forcefully into her back and handcuffed her. Makisha Bassett was thrown against the car, handcuffed, and then put into an officer's paddy wagon. Mr. Terrance Light was likewise forcefully removed from the vehicle and handcuffed.

The officers were also making insulting, humiliating and threatening comments at the expense of the girls and of Mr. Light. The officers did not explain to any of the claimants the reason they were pulled over or why they were handcuffed. The claimants were all released and not charged with any criminal offenses. All offending officers were white, male Metropolitan Police Officers.

The District of Columbia is responsible for these events in the following ways:

1.    Inadequately training and supervising the officers who assaulted the above named claimants;

2.    by negligently retaining the services of police officers which it knew or should have known had a history of abusive behavior towards detainees;

3.    by negligently training Metropolitan Police officers to deal with situations like this

4.    by assaulting and battering claimants without justification or adequate provocation;

5.    by violating claimants' constitutional rights by subjecting them to unreasonable search and seizure and cruel and unusual punishment;

6.    and by falsely arresting and detaining claimants without probable cause.

Please take note that the Plaintiffs intend to sue the District of Columbia for assault, civil rights violations, false arrest, false imprisonment and intentional infliction of emotional distress

**Please take steps to preserve all evidence concerning this incident including all documents, photographs, reports and any other item or thing relating to it which is in the possession of the Metropolitan Police or any other entity which has custody of these materials.**

Yours truly,

Geoffrey D. Allen

GDA:as