**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
LOUISE THORNE, et al.         )
                              )
        Plaintiffs,           )
                              )
    v.                        )   Civil Action No. 06-1204 (GK)
                              )
DISTRICT OF COLUMBIA,         )
                              )
        Defendant.            )
_____)
```

**O R D E R**

An Initial Scheduling Conference was held in this case on September 29, 2006. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that Defendant's Reply to Plaintiffs' Supplemental Memorandum to Memorandum in Opposition to Defendant's Motion to Dismiss [#13] is due **October 6, 2006**; it is further

**ORDERED** that Plaintiffs shall be permitted to file a limited set of interrogatories on the issue of the identity of the police officers who were at or have knowledge of the incident giving rise to this case, and if necessary, Plaintiffs shall be permitted to take a 30(b)(6) deposition of the District of Columbia Metropolitan Police Department on that same issue; and it is further

**ORDERED** that this Initial Scheduling Conference shall be continued until **December 20, 2006, at 9:30 a.m.**

September 29, 2006
                                    /s/
                                    Gladys Kessler
                                    U.S. District Judge

-2-

**Copies to: attorneys on record via ECF**