## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Louis Thorne, as Mother and Next Friend of Mikelle Bassett, a minor, et al.

vs.

Officer Baxter McGrew, et al.

### No. 06-1204 GK

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons and First Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:06 pm on October 19, 2006, I served Officer Baxter McGrew at 300 Indiana Avenue, NW, Washington, DC by serving Officer Baxter McGrew, personally.  Described herein:

|         |       |
|---------|-------|
| SEX-    | MALE  |
| AGE-    | 40    |
| HEIGHT- | 5'10" |
| HAIR-   | BROWN |
| WEIGHT- | 205   |
| RACE-   | WHITE |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on ___10-20-06___
              Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 177862