UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUISE THORNE,                          :
      Et Al.
      Plaintiffs,                     :

   v.                                  :
                          Civil Action No. 06-1204

THE DISTRICT OF COLUMBIA        :        Judge Gladys Kessler

      Et Al.                          :

      Defendants.                     :

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiffs, through counsel, respectfully moves this Court to amend the Complaint in this matter to add Orlando Teel and Neil McAllister as  defendants in this matter

Plaintiffs' reasons in support of this motion are fully set forth in the attached Memorandum of Points and Authorities.

Counsel for the defendants  has not responded to an inquiry as to her position on this motion.

**WHEREFORE,** defendant requests that the motion be granted.

_____
Geoffrey D. Allen
DC Bar # 288142
1730 Rhode Island Ave, N.W.
Suite 206
Washington, D.C.  20036
Counsel for Plaintiff
(202) 778-1167

1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LOUISE THORNE,** | : | |
| **Et Al.** | | |
| **Plaintiffs,** | : | |
| **v.** | | |
| | : | **Civil Action No. 06-1204** |
| **THE DISTRICT OF COLUMBIA** | | **Judge Gladys Kessler** |
| | : | |
| **Et Al.** | | |
| **Defendants.** | : | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

### A. Introduction - Background

### A. Background

This case involves allegations of police misconduct arising out of a detention of plaintiffs by members of the Metropolitan Police Department on January 15, 2006. Plaintiff originally named "unknown police Officers" as defendants in the case. Plaintiffs have now identified two additional officers believed to have participated in the incident and therefore moves to amend the complaint to add them as named defendants. [1]

### B. Argument

At the time the initial complaint was filed, the names and addresses of the police officers involved were not known. On November 16, 2006 plaintiffs identified Officers Orlando, Teel

---

[1] Based on an Event Chronology report provided by the District of Columbia, it appears that there is one additional and as yet, unknown officer who participated in this incident. In the report, officers are identified by ID numbers. Four numbers are shown on the report. However, only three officers have been named. Plaintiffs counsel has repeatedly requested additional information from the District but to date, this has not been supplied.

and Neil McAllister as two additional police officers who were involved in the detention of the

plaintiffs.

Under Rule 15 of the Federal Rules of Civil Procedure, it is provided:

"(a) *Amendments*. A party may amend his pleadings once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been set for trial, he may so amend it at any time within 10 days after it is served. **Otherwise a party may amend his pleading only by leave of Court or by written consent of the adverse party; and leave shall be freely given when justice so requires. * * ***

Discovery has not yet begun. Plaintiffs have acted with reasonable promptness since

discovering the identity of the officers. What short delay has occurred was caused by plaintiffs

counsel waiting for information on a likely fourth officer involved in this incident. Despite

repeated requests, this information has not yet been supplied by the District. There would

appear to be no prejudice to any existing defendants caused by granting the motion.

## C. Conclusion

For the foregoing reasons, it is requested that the Motion should be granted.

Respectfully submitted,

_____
Geoffrey D. Allen
DC Bar # 288142
1730 Rhode Island Ave, N.W.
Suite 206
Washington, D.C.  20036
Counsel for Plaintiffs
(202) 778-1167

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LOUISE THORNE,** | **:** | |
|       **Et Al.** | | |
|       **Plaintiffs,** | **:** | |
| | | |
|    **v.** | **:** | |
| | | **Civil Action No. 06-1204** |
| **THE DISTRICT OF COLUMBIA** | **:** | **Judge Gladys Kessler** |
| | | |
|       **Et Al.** | **:** | |
|       **Defendants** | | |

**ORDER**

This matter comes before the court on  Plaintiffs'  Motion for leave to file their Second

Amended  Complaint.  For good cause shown, it is this, __ day of _____ 2006, hereby

    **ORDERED**, that the Motion be and hereby is **GRANTED**; and it is further

    **ORDERED,** that Plaintiffs may file their Second Amended Complaint to include

Orlando Teel and Neil McAllister as individual defendants in this case.


                                   _____

                                   Honorable Gladys Kessler
                                   United States District Court Judge
                                   For the District of Columbia