UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
LOUISE THORNE, et al.          )
                               )
        Plaintiffs,            )
                               )
    v.                         )    Civil Action No. 06-1204 (GK)
                               )
DISTRICT OF COLUMBIA,          )
                               )
        Defendant.             )
_____)
```

### ORDER

The matter is now before the Court on Defendant District of Columbia's Motion to Dismiss. Having considered the parties' Motion, Opposition, Reply, Supplementary Opposition, Supplemental Reply and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is this 19th day of December 2006, hereby

**ORDERED,** that Defendant's Motion to Dismiss [Dkt. No. #8] is **denied.**

```
                              /s/
                              _____
                              Gladys Kessler
                              United States District Judge
```

**Copies to**: attorneys on record via ECF