UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.* : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | Civil Action No. 06-1204 |
| THE DISTRICT OF COLUMBIA : | Judge Gladys Kessler |
| : | |
| And : | |
| : | |
| Baxter McGrew et ux : | |
| Metropolitan Police Department : | |
| : | |
| Defendants. : | |

**PLAINTIFF'S CONSENT MOTION TO AMEND THE COMPLAINT**

Plaintiff, through counsel, respectfully moves this Court to amend the Complaint in this matter to add as a defendant George T. Robinson in this matter

Plaintiff's reasons in support of this motion are fully set forth in the attached Memorandum of Points and Authorities.

Counsel for the defendants consents to this motion.

**WHEREFORE,** defendant requests that the motion be granted.

_____
Geoffrey D. Allen
DC Bar # 288142
1730 Rhode Island Ave, N.W.
Suite 206
Washington, D.C. 20036
Counsel for Plaintiff
(202) 778-1167

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.* : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | Civil Action No. 06-1204 |
| THE DISTRICT OF COLUMBIA, *et al.* : | Judge Gladys Kessler |
| : | |
| Defendants. : | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

#### A. Introduction - Background

**A. Background**

This case involves allegations of police misconduct arising out of a detention of plaintiffs by members of the Metropolitan Police Department on January 15, 2006. Plaintiff originally named "unknown police Officers" as defendants in the case. Plaintiff has previously added Officers Mcgrew, McAllister and Teel as named defendants. The District of Columbia, recently identified the one additional officer believed to have participated in the incident, George T. Robinson, and therefore plaintiffs respectfully move to amend the complaint to add him as a named defendant in this case.

#### B. Argument

At the time the initial complaint was filed, the name and address of the police officers involved was not known. Plaintiffs have now, additionally identified Officer George T.

Robinson as one of the officers involved and respectfully moves to add him as a named defendant.

Under Rule 15 of the Federal Rules of Civil Procedure, it is provided:

"(a) *Amendments*. A party may amend his pleadings once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been set for trial, he may so amend it at any time within 10 days after it is served. **Otherwise a party may amend his pleading only by leave of Court or by written consent of the adverse party; and leave shall be freely given when justice so requires. * * ***

In this case, plaintiff has only recently learnt the identity of George T. Robinson and has moved promptly to amend the complaint to add him as a defendant in this case. There should be no prejudice to any party caused by adding George T. Robinson as a defendant since discovery has only just begun and no depositions have yet been taken.

### C. Conclusion

For the foregoing reasons, it is requested that the Motion be granted.

Respectfully submitted,

_____
Geoffrey D. Allen
DC Bar # 288142
1730 Rhode Island Ave, N.W.
Suite 206
Washington, D.C. 20036
Counsel for Plaintiffs
(202) 778-1167

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LOUISE THORNE, *et al.* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. 06-1204 |
| THE DISTRICT OF COLUMBIA, *et al.* | : | Judge Gladys Kessler |
| | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

This matter comes before the court on Plaintiffs' Consent Motion to Amend the Complaint. For good cause shown, it is this, __ day of _____ 2007, hereby

**ORDERED**, that the Motion be and hereby is **GRANTED**; and it is further

**ORDERED,** that Plaintiff may amend his Complaint to include Officer George T. Robinson as a defendant in this case.

_____
Honorable Gladys Kessler
United States District Court Judge
For the District of Columbia