IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LOUISE THORNE,** *et al.,*
        **Plaintiffs,**

**v.**                                                                          Civil Action No. 06-01204 GK

**DISTRICT OF COLUMBIA,** *et al.,*
        **Defendants.**

## DEFENDANTS' PRELIMINARY WITNESS LIST

Defendants, herein, hereby submit the following Preliminary Witness List.[1]

(1) Louise Thorne, plaintiff

(2) Mikelle Bassett, minor plaintiff

(3) Mikesha Bassett, minor plaintiff

(4) Kathy Crews, plaintiff

(5) Shaneka Harrison, minor plaintiff

(6) Samala Parker-Smith, plaintiff

(7) Lakesha Parker, minor plaintiff

(8) Terrence Light, automobile passenger

(9) Officer Baxter McGrew, 7D
D.C. Metropolitan Police Department
2455 Alabama Avenue, S.E.
Washington, D.C. 20020

(10)   Officer Neil R. McAllister, 7D
D.C. Metropolitan Police Department
2455 Alabama Avenue, S.E.
Washington, D.C. 20020

---

[1] Because discovery is ongoing, defendants expect to amend this Witness List.

(11)  Officer Orlando Teel, 7D
D.C. Metropolitan Police Department
2455 Alabama Avenue, S.E.
Washington, D.C. 20020

(12)  Officer George T. Robinson, 7D
D.C. Metropolitan Police Department
2455 Alabama Avenue, S.E.
Washington, D.C. 20020

(13)  All witnesses to these incidents

(14)  All involved police officers

(15)  All involved medical personnel

(16)  All witnesses called by plaintiffs

        Respectfully submitted,

        LINDA SINGER
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        /s/
        NICOLE L. LYNCH [471953]
        Section Chief, Civil Litigation Division
        General Litigation, Section II

By:   /s/
        URENTHEA McQUINN [D.C. Bar #182253]
        Assistant Attorney General
        441 4th Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6646
        (202) 727-0431 (Fax)
        urenthea.mcquinn@dc.gov

January 31, 2007