UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUISE THORNE, *et al.*         :
                                :
    **Plaintiffs,**            :
                                :
v.                              :
                                :   Civil Action No. 06-1204
THE DISTRICT OF COLUMBIA, *et al.* :   Judge Gladys Kessler
    **Defendants.**            :

### Plaintiffs' Preliminary Witness List

Plaintiffs, herein, hereby submit the following preliminary witness list:

1. Louise Thorne, Plaintiff

2. Mikelle Bassett, minor Plaintiff

3. Mikesha Bassett, minor Plaintiff

4. Kathy Crews, Plaintiff

5. Shenakea Harrison, minor Plaintiff

6. Samala Parker-Smith, Plaintiff

7. Lakesha Parker, minor Plaintiff

8. Terrence Light, automobile passenger

9. Officer Baxter McGrew, Defendant
   7th District
   DC Metropolitan Police Department
   2455 Alabama Avenue, SE
   Washington DC 20020

10. Officer Neil McAllister, Defendant
    7th District
    DC Metropolitan Police Department
    2455 Alabama Avenue, SE
    Washington DC 20020

11. Officer Orlando Teel, Defendant
    7th District
    DC Metropolitan Police Department
    2455 Alabama Avenue, SE
    Washington DC 20020

12. Officer George T. Robinson, Defendant
    7th District
    DC Metropolitan Police Department
    2455 Alabama Avenue, SE
    Washington DC 20020

13. Custodian of Records
    DC Metropolitan Police Department
    300 Indiana Avenue NW
    Washington, DC 20001

14. 30 (b) (6) Designee
    DC Metropolitan Police Department
    300 Indiana Avenue NW
    Washington, DC 20001

15. All witnesses to these incidents

16. All involved police officers

17. All involved medical personnel

18. All witnesses called by defendants

Respectfully submitted,

_____/s/_____
Geoffrey D. Allen, Esq.
D.C. Bar No. 288142
1730 Rhode Island Avenue, N.W.
Suite 206
Washington, D.C. 20036
(202) 778-1167