UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUISE THORNE, et ux  :
    Plaintiffs  :
v  :
   : Civil Action No.: 06—1204 (GK)
THE DISTRICT OF COLUMBIA, et al  :
    Defendants  :

## AFFIDAVIT OF SERVICE

Lauren N. Reichard, having been duly sworn, deposes and states as follows:

1. I am not a party and am not less than 18 years of age;

2. I hereby affirm that a summons, a copy of the complaint, and the Initial Scheduling Order have been served upon Defendant Orlando Teel;

3. Service was effected in person to the Orlando Teel of the DC Metropolitan Police Department, Alabama Avenue, SE Washington DC. This was accepted by Orland Teel on February 6, 2007.

4. I hereby affirm that a summons, a copy of the complaint and the initial scheduling order have been served upon defendant Neil McAllister;

5. Service was effected in person to Neil McAllister of the DC Metropolitan Police Department at the Office of the Attorney General for DC 441 4th Street NW Sixth Floor South

Washington, DC 20001. This was accepted by Neil McAllister on February 15, 2007.

6. I hereby affirm that a summons, a copy of the complaint and the initial scheduling order have been served upon defendant George Robison;

5. Service was effected in person to George Robison of the DC Metropolitan Police Department at the 7th District of the Metropolitan Police Department, Alabama Avenue, SE, Washington DC. This was accepted by George Robison on February 23, 2007.

I hereby swear and affirm that the foregoing statements are true and correct to the best of my knowledge and belief.

Lauren N. Reichard

By: _____
Lauren N. Reichard
720 Rhode Island Ave, NW
Suite 206
Washington, DC 20036
(202) 778-1167

Subscribed and sworn to before me this 3rd day of March 2007.

_____
Notary

_____, District of Columbia
Commission expires 9-30-2008