UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.* : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | Civil Action No. 06-1204 |
| THE DISTRICT OF COLUMBIA, : | |
| *et al.* : | Judge Gladys Kessler |
| Defendants. : | |

**PLAINTFFS' MOTION TO EXTEND TIME WITHIN WHICH TO FILE AN EXPERT WITNESS STATEMENT**

The Plaintiffs, by and through their undersigned counsel, hereby moves to extend the time within which to file an expert witness statement up to and including March 21,2007.  Pursuant to the initial scheduling order of this court the original date to submit the expert witness statement is March 1, 2007.

The grounds for this Motion are fully set forth in the accompanying Memorandum of Points and Authorities, which is attached hereto.

Plaintiffs' counsel E-Mailed defense counsel on February 28, 2007 in an effort to determine the defendants' position on this motion.  No response has been received from defense counsel thus far.

**WHEREFORE,** the premises considered, the plaintiffs requests that its motion be granted.

Respectfully Submitted,


_____
Geoffrey D. Allen
Attorney for Plaintiff
1730 Rhode Island Avenue NW
Suite 206
Washington DC 200036
202-778-1167 P
202-659-9536 F
geoffreyallen@verizon.net

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LOUISE THORNE,** *et al*. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. 06-1204 |
| **THE DISTRICT OF COLUMBIA,** | : | |
| *et al*. | : | Judge Gladys Kessler |
| Defendants. | : | |

**MEMORANDUM OF POINTS AND AUTHORIES IN SUPPOSERT OF MOTION TO EXTEND TIME IN WHICH TO FILE AN EXPERT WITNESS STATEMENT**

Plaintiffs' are currently scheduled to take the depositions of the police officers involved in the arrests at issue in this case, on March 14, 2007. This was the earliest available date for the officers and counsel   Plaintiffs expert needs to see what the officers' detailed account of this incident is, prior to rendering an opinion in this case.   Counsel for the plaintiffs believes that a March 21, 2007 due date for the expert witness statement would be adequate time for their expert to factor in the police officer testimony into his report. This is the first such request made in this case.

In view of the above, the plaintiff respectfully requests and extension of time within which to file an expert witness statement up to and including March 21, 2007.

Respectfully Submitted,

3

                                          _____
Geoffrey D. Allen
Attorney for Plaintiff
1730 Rhode Island Avenue NW
Suite 206
Washington DC 200036
202-778-1167 P
202-659-9536 F
geoffreyallen@verizon.net

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.*   : | |
| : | |
| Plaintiffs,   : | |
| : | |
| v.   : | |
| : | Civil Action No. 06-1204 |
| THE DISTRICT OF COLUMBIA,   : | |
| *et al.*   : | Judge Gladys Kessler |
| Defendants.   : | |

## **ORDER**

Upon consideration of the Motion to Extend time in which to file an expert witness statement, and the record herein, it is ordered by this Court this _____ day of March 2007,

**ORDERED** that the motion to extend time in which to file an expert witness statement be and here is **GRANTED**; and it is further

**ORDERED** that the Plaintiff's expert witness statement shall be due March 21, 2007.

_____
Judge Kessler