UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUISE THORNE, *et al.*        :
:
    **Plaintiffs,**        :
:
v.        :
:  Civil Action No. 06-1204
THE DISTRICT OF COLUMBIA, *et al.*  :  Judge Gladys Kessler
    **Defendants.**        :

**Notice of Errata**

Please note that attached to this notice are documents 31-34 which are the typed versions of the affidavits of service for the remaining defendants in the above captioned case.

Respectfully Submitted

    /s/ Geoffrey D. Allen
Geoffrey D. Allen
1730 Rhode Island NW
Suite 206
Washington DC 20036
202-778-1167
geoffreyallen@verizon.net