UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUISE THORNE, et ux** | : |
|     **Plaintiffs** | : |
| **v** | : |
| | : Civil Action No.: 06—1204 (GK) |
| **THE DISTRICT OF COLUMBIA, et al** | : |
|     **Defendants** | : |

**AFFIDAVIT OF SERVICE**

Lauren N. Reighard, having been duly sworn, deposes and states as follows:

1. I am not a party and am not less than 18 years of age;

2. I hereby affirm that a summons, a copy of the complaint, and the Initial Scheduling Order have been served upon Defendant Orlando Teel;

3. Service was effected in person to the Orlando Teel of the DC Metropolitan Police Department, Alabama Avenue, SE Washington DC. This was accepted by Orland Teel on February 6, 2007.

4. I hereby affirm that a summons, a copy of the complaint and the initial scheduling order have been served upon defendant Neil McAllister;

5. Service was effected in person to Neil McAllister of the DC Metropolitan Police Department at the Office of the Attorney General for DC 441 4th Street NW Sixth Floor South Washington, DC 20001. This was accepted by Neil McAllister on February 15, 2007.

6. I hereby affirm that a summons, a copy of the complaint and the initial scheduling order have been served upon defendant George Robison;

5. Service was effected in person to George Robison of the DC Metropolitan Police Department at the 7th District of the Metropolitan Police Department, Alabama Avenue, SE, Washington DC. This was accepted by George Robison on February 23, 2007.

I hereby swear and affirm that the foregoing statements are true and correct to the best of my knowledge and belief.

                                 Lauren N. Reighard

By:_____
    Lauren N. Reighard
    1730 Rhode Island Ave, NW
    Suite 206
    Washington, DC  20036
    (202) 778-1167

Subscribed and sworn to before me this ____ day of February 2007.

                                _____
                                Notary

My commission expires _____