IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUISE THORNE,** *et al.,*<br>              **Plaintiffs,**<br><br>       v.<br><br>**DISTRICT OF COLUMBIA,** *et al.,*<br>              **Defendants.** | **Civil Action No. 06-01204 GK** |

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that copies of the following documents:

(1) Defendant's Interrogatories and Request for Production of Documents to Plaintiff Mikelle Bassett;

(2) Defendant's Interrogatories and Request for Production of Documents to Plaintiff Mikesha Bassett;

(3) Defendant's Interrogatories and Request for Production of Documents to Plaintiff Shaneka Harrison; and

(4) Defendant's Interrogatories and Request for Production of Documents to Plaintiff Lakesha Parker

were sent via regular mail, first class postage prepaid, on the 13th day of March, 2007, to the following person:

>  **Geoffrey D. Allen [D.C. Bar #288142]**
>  Attorney for Plaintiff
>  1130 17th Street, N.W.
>  Suite 400
>  Washington, D.C. 20036
>  (202) 778-1167
>  (202) 659-9536 (Fax)
>  gallen@allenandsparks.com

I will retain the original of these documents in my possession, without alteration, until the case is concluded in this court, the time for noting an appeal has expired, and any appeal noted has been decided.

          Respectfully submitted,

          ROBERT J. SPAGNOLETTI
          Attorney General for the District of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General
          Civil Litigation Division

          NICOLE L. LYNCH [D.C. Bar #471953]
          Chief, General Litigation, Section II

          /s/
          URENTHEA McQUINN [D.C. Bar #182253]
          Assistant Attorney General
          441 4th Street, N.W.
          Suite 6South47
          Washington, D.C. 20001
          (202) 724-6646
          (202) 727-0431 (Fax)
          urenthea.mcquinn@dc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2007, I sent by regular mail, first class postage prepaid, a copy of the foregoing document to the following person:

    **Geoffrey D. Allen**
    Attorney for Plaintiff
    1130 17th Street, N.W.
    Suite 400
    Washington, D.C. 20036
    (202) 778-1167
    (202) 659-9536 (Fax)
    gallen@allenandsparks.com

          /s/
          **Urenthea McQuinn [D.C. Bar #182253]**
          **Assistant Attorney General, D.C.**