UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
LOUISE THORNE, et al.          )
                               )
        Plaintiffs,            )
                               )
    v.                         )    Civil Action No. 06-1204 (GK)
                               )
DISTRICT OF COLUMBIA,          )
                               )
        Defendant.             )
_____)
```

**O R D E R**

A Status Conference was held in this case on April 12, 2007. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that the discovery deadlines currently in place in this case shall be modified as follows:

1)   Defendant's expert witness statements shall be due **June 1, 2007**;

2)   All discovery shall close **July 1, 2007**;

3)   Dispositive motions shall be filed **no later than August 16, 2007**; and

4)   A further status conference is scheduled for **June 21, 2007 at 10:00 a.m.**

April 16, 2007
                                    /s/
                                    Gladys Kessler
                                    U.S. District Judge

**Copies to**: attorneys on record via ECF