## GEOFFREY ALLEN

**From:** McQuinn, Urenthea (OAG) [urenthea.mcquinn@dc.gov]
**Sent:** Wednesday, April 18, 2007 9:06 AM
**To:** 'GEOFFREY ALLEN'
**Subject:** RE: Basset et al.



PLAINTIFF'S EXHIBIT A

No.

**From:** GEOFFREY ALLEN [mailto:geoffreyallen@verizon.net]
**Sent:** Monday, April 16, 2007 9:55 AM
**To:** 'McQuinn, Urenthea (OAG)'
**Subject:** RE: Basset et al.

Before I file, I would like to explore alternatives. For example, would you agree to the girls coming into your office and viewing photographs?

-----Original Message-----
**From:** McQuinn, Urenthea (OAG) [mailto:urenthea.mcquinn@dc.gov]
**Sent:** Saturday, April 14, 2007 6:49 PM
**To:** 'GEOFFREY ALLEN'
**Subject:** RE: Basset et al.

No.

**From:** GEOFFREY ALLEN [mailto:geoffreyallen@verizon.net]
**Sent:** Saturday, April 14, 2007 3:22 PM
**To:** 'McQuinn, Urenthea (OAG)'
**Subject:** RE: Basset et al.

I take it you do not consent to a motion to compel.+

-----Original Message-----
**From:** McQuinn, Urenthea (OAG) [mailto:urenthea.mcquinn@dc.gov]
**Sent:** Friday, April 13, 2007 4:08 PM
**To:** 'GEOFFREY ALLEN'
**Subject:** RE: Basset et al.

No.

**From:** GEOFFREY ALLEN [mailto:geoffreyallen@verizon.net]
**Sent:** Friday, April 13, 2007 3:05 PM
**To:** 'McQuinn, Urenthea (OAG)'
**Subject:** Basset et al.

Urenthea:

I am requesting that you provide me with photos of the defendant officers so that we can identify who did what in this incident.

Please let me know if you will agree to provide these. I will of course show the photos to no one

4/27/2007

other than my clients.

# GEOFFREY ALLEN

**From:** McQuinn, Urenthea (OAG) [urenthea.mcquinn@dc.gov]
**Sent:** Thursday, April 26, 2007 11:06 AM
**To:** 'GEOFFREY ALLEN'
**Subject:** RE: 30(B)6 DEPO

This is not something defendants intend to do.

---

**From:** GEOFFREY ALLEN [mailto:geoffreyallen@verizon.net]
**Sent:** Thursday, April 26, 2007 12:36 PM
**To:** 'McQuinn, Urenthea (OAG)'
**Subject:** RE: 30(B)6 DEPO

> Please let me know by tomorrow what your final position is.
> -----Original Message-----
> **From:** McQuinn, Urenthea (OAG) [mailto:urenthea.mcquinn@dc.gov]
> **Sent:** Thursday, April 26, 2007 10:15 AM
> **To:** 'GEOFFREY ALLEN'
> **Subject:** RE: 30(B)6 DEPO
>
> I am discussing it. This is not something defendants intend to do.

---

**From:** GEOFFREY ALLEN [mailto:geoffreyallen@verizon.net]
**Sent:** Thursday, April 26, 2007 12:11 PM
**To:** 'McQuinn, Urenthea (OAG)'
**Subject:** RE: 30(B)6 DEPO

I'm not asking you to provide photographs. I'm asking for an opportunity for my clients to review photographs.
Are you refusing to meet to discuss?
I',m not sure I can get all the authorizations signed by tomorrow. I'll see what I can do.

> -----Original Message-----
> **From:** McQuinn, Urenthea (OAG) [mailto:urenthea.mcquinn@dc.gov]
> **Sent:** Thursday, April 26, 2007 9:27 AM
> **To:** 'GEOFFREY ALLEN'
> **Subject:** RE: 30(B)6 DEPO
>
> Insert that wording above the signatures and fax or E mail the Authorizations please. I will have to file the Motion to Compel tomorrow if you don't get this done today. Defendants won't provide photographs.
>
> **From:** GEOFFREY ALLEN [mailto:geoffreyallen@verizon.net]
> **Sent:** Thursday, April 26, 2007 10:39 AM
> **To:** 'McQuinn, Urenthea (OAG)'
> **Subject:** RE: 30(B)6 DEPO
>
> My objection to the health authorizations is that as worded it would permit ex-parte communications with the health care providers. If put in language making clear that they only authorize the release of records we will sign them. As previously indicated the employment and tax authorizations are irrelevant. I would like to meet with you today if possible to discuss this and

the photos of the police officers. When are you available?