```
                                                                1

 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3   --------------------------------)

 4   LOUISE THORNE, et al.,          )

 5                   Plaintiffs,     )

 6        v.                         )   Civil Case No.

 7   DISTRICT OF COLUMBIA, et al.,   )   06-01204 GK

 8                   Defendants.     )

 9   --------------------------------)

10

11            Deposition of GEORGE ROBISON

12            Wednesday, March 14, 2007

13                 Washington, D.C.

14                    2:58 p.m.

15

16

17

18

19

20   Job No.:   1-97700

21   Pages:   1 through 34

22   Reported by:  Bess A. Avery, RMR
```

ORIGINAL

PLAINTIFF'S EXHIBIT B



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

18

1  Robison.

2    Q    And everybody participated in removing and
3  handcuffing the occupants?

4    A    I don't recall if everyone participated.

5    Q    Well, what did you do?

6    A    I stepped one individual out, placed him
7  in handcuffs, sat him on the curb.

8    Q    That was the male?

9    A    I don't recall if it was a male or female.

10    Q    All right. And after that process was
11 over -- can you tell me how many people were inside
12 the vehicle?

13    A    Five.

14    Q    And after they were removed from the
15 vehicle were all five handcuffed?

16    A    Yes.

17    Q    Did you see anybody being forcibly removed
18 from the vehicle?

19    A    No.

20    Q    Did you see Teel handcuff anybody?

21    A    I don't recall.

22    Q    Do you know who Officer McAllister is?

1  of the vehicle?
2      A    At the point of them stopping?
3      Q    Well, I thought you had told me that when
4  you arrived they were still inside the vehicle. Is
5  that incorrect?
6      A    That's what I said, yes, they were still
7  inside the vehicle.
8      Q    And my next question is, did you see them
9  get out?
10     A    Yes.
11     Q    Okay. And can you describe what you saw?
12     A    They were asked to step out of the
13 vehicle. At which time we all, there was four of us
14 at the vehicle. I asked them to step out of the
15 vehicle, placed them in handcuffs for the safety of
16 others safety and their safety, and sat them on the
17 curb.
18     Q    So there were four officers who were
19 involved in this process, right?
20     A    Yes.
21     Q    And do you know their names?
22     A    Officer Teel, McAllister, McGrew and

DEPOSITION OF GEORGE ROBINSON
CONDUCTED ON WEDNESDAY, MARCH 14, 2007

19

A   Yes.

Q   Did you see him handcuff anyone?

A   I don't recall.

Q   Do you know who Officer McGrew is?

A   Yes.

Q   Did you see him handcuff anyone?

A   I don't recall.

Q   Did you see anybody being patted down?

A   I don't remember.

Q   Now, the person that you applied the handcuffs to, why did you do that?

A   For officer safety.

Q   Had the person done anything to lead you to believe that your safety was in danger?

A   Failing to stop for the police.

Q   Well, the person that you handcuffed was not the driver, correct?

A   No.

Q   Did the person that you handcuffed make any kind of assaultive gesture toward you?

A   No.

Q   Did they issue any kind of threat

20

indicating that they would wish to harm you?

A   I don't recall.

Q   Did you hear any kind of yelling or screaming going on while people were taken out of the vehicle?

A   Yes.

Q   Can you describe that for me, please.

A   I believe it was the driver and the passenger became very irate, especially the driver, screaming and yelling.

Q   And then who else was yelling?

A   I believe it was a passenger.

Q   Was that the passenger in the rear -- was that passenger in the rear?

A   Driver.

Q   In the rear or the front?

A   The passenger in the front, in the passenger's seat.

Q   In the front passenger's seat?

A   Yes.

Q   Okay. And the person that you handcuffed was in the rear. Correct?

DEPOSITION OF GEORGE ROBISON
CONDUCTED ON WEDNESDAY, MARCH 14, 2007

21

1    A    Yes.

2    Q    Prior to this incident did you know
3  Officer Teel?

4    A    Somewhat.

5    Q    Did you know Officer McAllister?

6    A    Somewhat.

7    Q    Did you know Officer McGrew.

8    A    Not really.

9    Q    Had you ever participated in any arrests
10 with Officer Teel before?

11   A    Not that I recall.

12   Q    Had you ever participated in any arrests
13 with Officer McAllister before?

14   A    Not that I recall.

15   Q    Was the vehicle searched?

16   A    I don't recall.

17   Q    Can you remember if any police officer
18 indicated that marijuana had been found?

19   A    No, I cannot.  I don't remember.

20   Q    Do you remember any discussion of a joint?

21   A    No, I don't.

22   Q    Do you remember any discussion of a