IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



PLAINTIFF'S EXHIBIT
C

LOUISE THORNE, et al.,
        Plaintiffs,

v.   Civil Action No. 06-01204 GK

DISTRICT OF COLUMBIA, et al.,
        Defendants.

### SHANEKA HARRISON'S ANSWERS TO DEFENDANT'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

    The Plaintiff, by and through her undersigned attorney, and pursuant to Superior Court Rules of Civil Procedure 33, states as follows:

    (a) The information contained in these Answers is being provided in accordance with the provisions and intent of the Superior Court Civil Rule of Procedure 33 which requires the disclosure of all facts which may be relevant or may lead to the discovery of relevant information. Accordingly, the party answering these Interrogatories by providing the information requested, does not waive objections to its admission in evidence on grounds of materiality, relevancy or other proper grounds for objection

    (b) The information supplied in these Answers is not based solely on the knowledge of the executing party, but includes knowledge of the party, their agents, representatives, and attorney unless privileged.

    (c) The word usage, sentence structure, and syntax may be that of the attorney assisting in the preparation of these Answers, and thus does not necessarily purport to be the precise language of the executing party.

with a criminal offense.

11. Identify by name, address and telephone number of (or describe if the identity is unknown), each law enforcement officer (with badge number), companion or associate of yours, any uninvolved witness on the scene, and furnish the exact words (or, if you cannot recall, the content of statements made) and actions taken by each such witness shortly before, during and after the incident.

ANSWER: I believe the officers who arrested us were Officers Teel, Robison, McAllister and McGrew. I understand that at his deposition Officer Robison indicated all of them participated in the arrest and detention of myself and the other occupants of our vehicle. The officers I personally interacted with were, white males. I believe if I was to see the officers or their photographs I could identify them.

12. Identify by name, and/or badge number each law enforcement officer, or describe in detail the physical appearance of each law enforcement officer, whom you allege assaulted you on the date of the incident complained of in the Complaint, and with respect to each officer, list each act that constituted assault/battery or excessive force, the implements of force used and by whom, why you believe the force was excessive, and what amount of force you contend would have been reasonable and appropriate under the circumstances.

ANSWER: I was unable to observe their name tags during the incident. All of the officers on the scene were assisting each other during the incident and were acting as a team. I understand that at his deposition, Officer Robison indicated that he, and Officers Teel, McGrew and McAllister all participated in the arrests. As indicated above, I believe I could identify the officer who handcuffed me if I was to see a photograph of him. As to each act which I claim constitutes an assault, please see

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUISE THORNE, *et al.*,
    Plaintiffs,

v.                              Civil Action No. 06-01204 GK

DISTRICT OF COLUMBIA, *et al.*,
    Defendants.

## PLAINTIFF MIKELLE BASSET'S ANSWERS TO DEFENDANT'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

The Plaintiff, by and through her undersigned attorney, and pursuant to Superior Court Rules of Civil Procedure 33, states as follows:

(a) The information contained in these Answers is being provided in accordance with the provisions and intent of the Superior Court Civil Rule of Procedure 33 which requires the disclosure of all facts which may be relevant or may lead to the discovery of relevant information. Accordingly, the party answering these Interrogatories by providing the information requested, does not waive objections to its admission in evidence on grounds of materiality, relevancy or other proper grounds for objection

(b) The information supplied in these Answers is not based solely on the knowledge of the executing party, but includes knowledge of the party, their agents, representatives, and attorney unless privileged.

(c) The word usage, sentence structure, and syntax may be that of the attorney assisting in the preparation of these Answers, and thus does not necessarily purport to be the precise language of the executing party.

11. Identify by name, address and telephone number of (or describe if the identity is unknown), each law enforcement officer (with badge number), companion or associate of yours, any uninvolved witness on the scene, and furnish the exact words (or, if you cannot recall, the content of statements made) and actions taken by each such witness shortly before, during and after the incident.

ANSWER : I do not know the names of any uninvolved witnesses. The officer who arrested me was a white officer. I couldn't see the name tags of the officer. I have been informed that at his deposition, Officer Robison indicated that himself and Officers Teel, McAllister and McGrew participated in the arrests which occurred. I believe that I could identify the officers if I saw photographs of them.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUISE THORNE, et al.,
        Plaintiffs,

v.                         Civil Action No. 06-01204 GK

DISTRICT OF COLUMBIA, et al.,
        Defendants.

## PLAINTIFF'S ANSWERS TO DEFENDANT'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF MIKESHA BASSETT

The Plaintiff, by and through her undersigned attorney, and pursuant to Superior Court Rules of Civil Procedure 33, states as follows:

(a) The information contained in these Answers is being provided in accordance with the provisions and intent of the Superior Court Civil Rule of Procedure 33 which requires the disclosure of all facts which may be relevant or may lead to the discovery of relevant information. Accordingly, the party answering these Interrogatories by providing the information requested, does not waive objections to its admission in evidence on grounds of materiality, relevancy or other proper grounds for objection

(b) The information supplied in these Answers is not based solely on the knowledge of the executing party, but includes knowledge of the party, their agents, representatives, and attorney unless privileged.

(c) The word usage, sentence structure, and syntax may be that of the attorney assisting in the preparation of these Answers, and thus does not necessarily purport to be the precise language of the executing party.

11. Identify by name, address and telephone number of (or describe if the identity is unknown), each law enforcement officer (with badge number), companion or associate of yours, any uninvolved witness on the scene, and furnish the exact words (or, if you cannot recall, the content of statements made) and actions taken by each such witness shortly before, during and after the incident.

ANSWER: I do not know the names of the officers on the scene. The officers I interacted with were white males. I believe if I was to see the officers or their photographs I could identify them.

12. Identify by name, and/or badge number each law enforcement officer, or describe in detail the physical appearance of each law enforcement officer, whom you allege assaulted you on the date of the incident complained of in the Complaint, and with respect to each officer, list each act that constituted assault/battery or excessive force, the implements of force used and by whom, why you believe the force was excessive, and what amount of force you contend would have been reasonable and appropriate under the circumstances.

ANSWER: A white male officer slammed me against a car and handcuffed me against my will. The same officer put me in the police car and later into the paddy wagon. I believe I could identify him if I was shown a photograph of him.

13. Describe in detail the basis of your claim that the District of Columbia violated your civil rights, including but limited to the factual support you intend to introduce to prove this claim, the evidence of the custom or practice of the District of Columbia that violated your civil rights, the witnesses you intend to call to support this claim and the substance of their likely testimony, and the exhibits that you intend to introduce to support Count III of the complaint that the District of Columbia violated your civil rights. Attach all documents related to this interrogatory.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUISE THORNE, et al.,
        Plaintiffs,

v.                                Civil Action No. 06-01204 GK

DISTRICT OF COLUMBIA, et al.,
        Defendants.

## LAKESHA PARKER'S ANSWERS TO DEFENDANTS, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

The Plaintiff, by and through her undersigned attorney, and pursuant to Superior Court Rules of Civil Procedure 33, states as follows:

(a) The information contained in these Answers is being provided in accordance with the provisions and intent of the Superior Court Civil Rule of Procedure 33 which requires the disclosure of all facts which may be relevant or may lead to the discovery of relevant information. Accordingly, the party answering these Interrogatories by providing the information requested, does not waive objections to its admission in evidence on grounds of materiality, relevancy or other proper grounds for objection

(b) The information supplied in these Answers is not based solely on the knowledge of the executing party, but includes knowledge of the party, their agents, representatives, and attorney unless privileged.

(c) The word usage, sentence structure, and syntax may be that of the attorney assisting in the preparation of these Answers, and thus does not necessarily purport to be the precise language of the executing party.

1

11. Identify by name, address and telephone number of (or describe if the identity is unknown), each law enforcement officer (with badge number), companion or associate of yours, any uninvolved witness on the scene, and furnish the exact words (or, if you cannot recall, the content of statements made) and actions taken by each such witness shortly before, during and after the incident.

ANSWER: I do not know the names of any uninvolved witnesses. I believe the names of the officers involved in this incident are Officers Teel, Robison, McAllister and McGrew. I do not know their badge numbers. I asked one of the officers for his badge number but he refused to give it to me. As to statements and actions taken please see my answer to interrogatory 10.

12. Identify by name, and/or badge number each law enforcement officer, or describe in detail the physical appearance of each law enforcement officer, whom you allege assaulted you on the date of the incident complained of in the Complaint, and with respect to each officer, list each act that constituted assault/battery or excessive force, the implements of force used and by whom, why you believe the force was excessive, and what amount of force you contend would have been reasonable and appropriate under the circumstances.

ANSWER: I believe that most of the officers involved were white males. I do recall one black officer as indicated above. I believe that I would be able to specifically identify the officers if I were to see him in court or if I was to be shown photographs of them. The officer who pulled me out of the car was white.