IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.*,<br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>　　　　　Defendants. | Civil Action No. 06-01204 GK |

## ORDER

Upon consideration of Plaintiffs' Motion to Compel the Inspection of Photographs, Defendants' Opposition thereto, the entire record herein, and the facts and the law considered, it is this _____ day of _____ 2007,

**ORDERED:** that plaintiffs' Motion to Compel hereby is DENIED.

　　　　　　　　　　　　　　　　　　　　　**THE HONORABLE GLADYS KESSLER**
　　　　　　　　　　　　　　　　　　　　　**United States District Court Judge**

May 11, 2007