## Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2        FOR THE DISTRICT OF COLUMBIA
 3    ----------------------------  )
 4    LOUISE THORNE, et al.,        )
 5           Plaintiffs,            )
 6       v.                         ) Civil Case No.
 7    DISTRICT OF COLUMBIA, et al., ) 06-01204 GK
 8           Defendants.            )
 9    ----------------------------  )
10
11        Deposition of NEIL R. McALLISTER
12             Wednesday, March 14, 2007
13                Washington, D.C.
14                   12:47 p.m.
15
16
17
18
19
20    Job No.: 1-97700
21    Pages: 1 through 51
22    Reported by: Bess A. Avery, RMR
```

## Page 2

```
 1    Deposition of NEIL R. McALLISTER, held at the
 2    offices of:
 3
 4        OFFICE OF THE ATTORNEY GENERAL
 5        441 4th Street, Northwest
 6        Washington, D.C. 20001
 7        (202) 727-3500
 8
 ...
17    Pursuant to notice, before Bess A. Avery,
18    Registered Merit Reporter and Notary Public of the
19    District of Columbia.
```

## Page 3

```
            APPEARANCES
 ON BEHALF OF THE PLAINTIFFS:
     GEOFFREY D. ALLEN, ESQUIRE
     LAW OFFICE OF GEOFFREY D. ALLEN
     1730 Rhode Island Avenue, Northwest
     Suite 206
     Washington, D.C. 20036
     (202) 778-1167

 ON BEHALF OF THE DEFENDANT:
     URENTHEA McQUINN, ESQUIRE
     ASSISTANT ATTORNEY GENERAL, D.C.
     OFFICE OF THE ATTORNEY GENERAL
     441 4th Street, Northwest
     Washington, D.C. 20001
     (202) 727-3500
```

## Page 4

```
              CONTENTS
 EXAMINATION OF NEIL McALLISTER         PAGE
     By Mr. Allen                         5
     By Ms. McQuinn                      45
     By Mr. Allen                        46
              EXHIBITS
          (None marked.)
```

PLAINTIFF'S EXHIBIT #2

DEPOSITION OF NEIL R. McALLISTER
CONDUCTED ON WEDNESDAY, MARCH 14, 2007

7 (Pages 25 to 28)

---

Page 25

1  stopped?
2      A   The only red light I could attest to would
3  be the red one at 4th and Valley. There was another
4  light at 4th and Miss, but I can't recall if it was
5  red or not.
6      Q   Did you see the suspect's vehicle run any
7  stop signs?
8      A   There is a stop sign on 4th Street in
9  front of Ballou, but because we were behind Officer
10 Teel at the time, I don't know if she stopped or if
11 she rolled through it, that I cannot tell you.
12         THE COURT REPORTER: Ballou?
13         THE WITNESS: Ballou High School.
14         MR. ALLEN: B. A. L. L. O. U.
15 BY MR. ALLEN:
16     Q   You basically run checks on the
17 individuals and the vehicle and that all comes back
18 negative, basically, right?
19     A   Correct.
20     Q   Did you see anybody else being handcuffed
21 apart from the driver?
22     A   No, I did not.

Page 26

1      Q   Did you see anybody else being taken out
2  of the vehicle?
3      A   No, I did not.
4      Q   Did you see any officers displaying
5  weapons at any point?
6      A   No, I did not.
7      Q   Do you know how the individuals in the
8  back -- there were individuals in the back seat of
9  the vehicle, correct, the suspect's vehicle?
10     A   Correct.
11     Q   Do you know how they were taken out of the
12 vehicle?
13     A   No, I do not.
14     Q   And do you know -- I think you probably
15 answered this, forgive me for repeating myself if I
16 did -- but do you know how the front passenger was
17 taken out of the vehicle?
18     A   No, I do not.
19     Q   Apart from yourself, Officer McAllister
20 and Officer Teel, at any point were there any other
21 police officers on the scene?
22     A   I'm Officer McAllister. You mean

Page 27

1  Officer McGrew.
2      Q   Right.
3      A   Yes, there were.
4      Q   And who were they?
5      A   I can't recall.
6      Q   Did any other police vehicles show up at
7  the scene?
8      A   Yes.
9      Q   What others, do you recall what vehicles
10 they were, what type of vehicles?
11     A   The only type of vehicle that stands out
12 would be the wagon.
13     Q   How long after the stop did the wagon show
14 up?
15     A   A couple of minutes maybe. I'm not sure.
16     Q   Do you know whether anyone was placed into
17 the wagon?
18     A   No, I do not.
19     Q   Did you ever see any of the other
20 occupants of the vehicle after it was stopped
21 outside the vehicle?
22     A   Yes, I did.

Page 28

1      Q   Where were they?
2      A   They were all sitting on the curb.
3      Q   Okay. Would that be next to the driver?
4      A   Correct, they were all sitting next to
5  each other.
6      Q   But the driver was the only one that was
7  handcuffed?
8      A   The driver is the only one I handcuffed.
9  I believe the others were handcuffed as well.
10     Q   You believe they were?
11     A   I believe they were, but I did not place
12 handcuffs on them, so.
13     Q   So you believe they were handcuffed but
14 you didn't put them on?
15     A   Correct.
16     Q   And you don't know who did put them on?
17     A   Correct.
18     Q   All right. How long did it take from the
19 time the vehicle was stopped until the point where
20 you established that there were no warrants out on
21 any of the occupants of the vehicle and that the
22 vehicle wasn't stolen?