DEPOSITION OF GEORGE ROBISON
CONDUCTED ON WEDNESDAY, MARCH 14, 2007

1 (Pages 1 to 4)

---

Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2       FOR THE DISTRICT OF COLUMBIA
 3    ----------------------------- )
 4    LOUISE THORNE, et al.,        )
 5           Plaintiffs,            )
 6       v.                         ) Civil Case No.
 7    DISTRICT OF COLUMBIA, et al., ) 06-01204 GK
 8           Defendants.            )
 9    ----------------------------- )
10
11         Deposition of GEORGE ROBISON
12           Wednesday, March 14, 2007
13              Washington, D.C.
14                2:58 p.m.
15
16
17
18
19
20    Job No.: 1-97700
21    Pages: 1 through 34
22    Reported by: Bess A. Avery, RMR
```

Page 2

```
 1    Deposition of GEORGE ROBISON, held at the
 2    offices of:
 3
 4         OFFICE OF THE ATTORNEY GENERAL
 5         441 4th Street, Northwest
 6         Washington, D.C. 20001
 7         (202) 727-3500
 8
 ...
17    Pursuant to notice, before Bess A. Avery,
18    Registered Merit Reporter and Notary Public of the
19    District of Columbia.
```

Page 3

```
 1              APPEARANCES
 2    ON BEHALF OF THE PLAINTIFFS:
 3         GEOFFREY D. ALLEN, ESQUIRE
 4         LAW OFFICE OF GEOFFREY D. ALLEN
 5         1730 Rhode Island Avenue, Northwest
 6         Suite 206
 7         Washington, D.C. 20036
 8         (202) 778-1167
 9
10    ON BEHALF OF THE DEFENDANT:
11         URENTHEA MCQUINN, ESQUIRE
12         ASSISTANT ATTORNEY GENERAL, D.C.
13         OFFICE OF THE ATTORNEY GENERAL
14         441 4th Street, Northwest
15         Washington, D.C. 20001
16         (202) 727-3500
```

Page 4

```
 1              CONTENTS
 2    EXAMINATION OF GEORGE ROBISON           PAGE
 3      By Mr. Allen                            5
 4      By Ms. McQuinn                         30
 5              EXHIBITS
 6           (None marked.)
```

PLAINTIFF'S EXHIBIT #2

17

1  of the vehicle?
2      A   At the point of them stopping?
3      Q   Well, I thought you had told me that when
4  you arrived they were still inside the vehicle. Is
5  that incorrect?
6      A   That's what I said, yes, they were still
7  inside the vehicle.
8      Q   And my next question is, did you see them
9  get out?
10     A   Yes.
11     Q   Okay. And can you describe what you saw?
12     A   They were asked to step out of the
13 vehicle. At which time we all, there was four of us
14 at the vehicle. I asked them to step out of the
15 vehicle, placed them in handcuffs for the safety of
16 others safety and their safety, and sat them on the
17 curb.
18     Q   So there were four officers who were
19 involved in this process, right?
20     A   Yes.
21     Q   And do you know their names?
22     A   Officer Teel, McAllister, McGrew and

18

1  Robison.
2      Q   And everybody participated in removing and
3  handcuffing the occupants?
4      A   I don't recall if everyone participated.
5      Q   Well, what did you do?
6      A   I stepped one individual out, placed him
7  in handcuffs, sat him on the curb.
8      Q   That was the male?
9      A   I don't recall if it was a male or female.
10     Q   All right. And after that process was
11 over -- can you tell me how many people were inside
12 the vehicle?
13     A   Five.
14     Q   And after they were removed from the
15 vehicle were all five handcuffed?
16     A   Yes.
17     Q   Did you see anybody being forcibly removed
18 from the vehicle?
19     A   No.
20     Q   Did you see Teel handcuff anybody?
21     A   I don't recall.
22     Q   Do you know who Officer McAllister is?

19

1      A   Yes.
2      Q   Did you see him handcuff anyone?
3      A   I don't recall.
4      Q   Do you know who Officer McGrew is?
5      A   Yes.
6      Q   Did you see him handcuff anyone?
7      A   I don't recall.
8      Q   Did you see anybody being patted down?
9      A   I don't remember.
10     Q   Now, the person that you applied the
11 handcuffs to, why did you do that?
12     A   For officer safety.
13     Q   Had the person done anything to lead you
14 to believe that your safety was in danger?
15     A   Failing to stop for the police.
16     Q   Well, the person that you handcuffed was
17 not the driver, correct?
18     A   No.
19     Q   Did the person that you handcuffed make
20 any kind of assaultive gesture toward you?
21     A   No.
22     Q   Did they issue any kind of threat

20

1  indicating that they would wish to harm you?
2      A   I don't recall.
3      Q   Did you hear any kind of yelling or
4  screaming going on while people were taken out of
5  the vehicle?
6      A   Yes.
7      Q   Can you describe that for me, please.
8      A   I believe it was the driver and the
9  passenger became very irate, especially the driver,
10 screaming and yelling.
11     Q   And then who else was yelling?
12     A   I believe it was a passenger.
13     Q   Was that the passenger in the rear -- was
14 that passenger in the rear?
15     A   Driver.
16     Q   In the rear or the front?
17     A   The passenger in the front, in the
18 passenger's seat.
19     Q   In the front passenger's seat?
20     A   Yes.
21     Q   Okay. And the person that you handcuffed
22 was in the rear. Correct?

DEPOSITION OF GEORGE PERSONS
CONDUCTED ON WEDNESDAY, MARCH 14, 2007

6 (Pages 21 to 24)

Page 21

1   A   Yes.
2   Q   Prior to this incident did you know
3   Officer Teel?
4   A   Somewhat.
5   Q   Did you know Officer McAllister?
6   A   Somewhat.
7   Q   Did you know Officer McGrew.
8   A   Not really.
9   Q   Had you ever participated in any arrests
10  with Officer Teel before?
11  A   Not that I recall.
12  Q   Had you ever participated in any arrests
13  with Officer McAllister before?
14  A   Not that I recall.
15  Q   Was the vehicle searched?
16  A   I don't recall.
17  Q   Can you remember if any police officer
18  indicated that marijuana had been found?
19  A   No, I cannot. I don't remember.
20  Q   Do you remember any discussion of a joint?
21  A   No, I don't.
22  Q   Do you remember any discussion of a

Page 22

1   condom?
2   A   Excuse me?
3   Q   A condom?
4   A   No, I don't.
5   Q   How long were the individuals in handcuffs
6   sitting on the curb, how long were they there for?
7   A   I have no idea.
8   Q   When an officer is concerned about officer
9   safety to the point where they believe it's
10  justified to handcuff the person is the officer also
11  supposed to conduct a frisk to see whether the
12  person has any weapons on them?
13  A   It depends on the officer.
14  Q   Is that normal practice, though, if you
15  are going to handcuff somebody or frisk them?
16      MS. McQUINN: Objection, as to normal
17  practice. What do you mean by normal practice?
18  BY MR. ALLEN:
19  Q   Is that regular police practice?
20  A   It depends on the officer.
21  Q   At what point did you leave the scene?
22  A   Ten, fifteen minutes after they stopped.

Page 23

1   Q   Were the suspects -- where were the
2   suspects when you left?
3   A   They were sitting on the curb still.
4   Q   Still handcuffed?
5   A   Negative.
6   Q   When were they released from the
7   handcuffs?
8   A   I don't recall.
9   Q   Just backtrack for a second. When you
10  first saw the vehicle when it was traveling
11  northbound and you were traveling southbound on
12  Martin Luther King were you able to see whether the
13  driver and the passenger were wearing seat belts?
14  A   Don't recall.
15  Q   While you were on the scene did you ever
16  hear anybody discussing whether or not these
17  individuals were suspects in a robbery?
18  A   No.
19  Q   When you left was Officer McAllister still
20  on the scene?
21  A   Yes.
22  Q   Was Officer Teel still on the scene?

Page 24

1   A   I don't know.
2   Q   Was Officer McGrew still on the scene?
3   A   Yes.
4   Q   Did you ever see any of the suspects
5   placed into a vehicle?
6   A   Not that I recall.
7   Q   Okay. You were -- you had a transport
8   vehicle. Correct?
9   A   Yes.
10  Q   And a transport vehicle transports
11  prisoners. Is that correct?
12  A   Yes.
13  Q   Were any of the suspects ever placed in
14  your transport vehicle?
15  A   Not that I recall.
16  Q   Did you make any notes about this
17  incident?
18  A   I don't recall.
19  Q   Have you checked your notes to see whether
20  you did or not?
21  A   No, I have not.
22  Q   Could you do that?