## Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2        FOR THE DISTRICT OF COLUMBIA
 3    ----------------------------  )
 4    LOUISE THORNE, et al.,        )
 5          Plaintiffs,             )
 6    v.                            )  Civil Case No.
 7    DISTRICT OF COLUMBIA, et al., )  06-01204 GK
 8          Defendants.             )
 9    ----------------------------  )
10
11        Deposition of ORLANDO TEEL
12        Wednesday, March 14, 2007
13            Washington, D.C.
14               2:00 p.m.
15
16
17
18
19
20   Job No.: 1-97700
21   Pages: 1 through 47
22   Reported by: Bess A. Avery, RMR
```

## Page 2

```
 1        Deposition of ORLANDO TEEL, held at the offices
 2   of:
 3
 4        OFFICE OF THE ATTORNEY GENERAL
 5        441 4th Street, Northwest
 6        Washington, D.C. 20001
 7        (202) 727-3500
 8
 9
10
11
12
13
14
15
16
17        Pursuant to notice, before Bess A. Avery,
18   Registered Merit Reporter and Notary Public of the
19   District of Columbia.
20
21
22
```

## Page 3

```
 1              APPEARANCES
 2   ON BEHALF OF THE PLAINTIFFS:
 3        GEOFFREY D. ALLEN, ESQUIRE
 4        LAW OFFICE OF GEOFFREY D. ALLEN
 5        1730 Rhode Island Avenue, Northwest
 6        Suite 206
 7        Washington, D.C. 20036
 8        (202) 778-1167
 9
10   ON BEHALF OF THE DEFENDANT:
11        URENTHEA MCQUINN, ESQUIRE
12        ASSISTANT ATTORNEY GENERAL, D.C.
13        OFFICE OF THE ATTORNEY GENERAL
14        441 4th Street, Northwest
15        Washington, D.C. 20001
16        (202) 727-3500
17
18
19
20
21
22
```

## Page 4

```
 1              CONTENTS
 2   EXAMINATION OF ORLANDO TEEL           PAGE
 3   By Mr. Allen                            5
 4   By Ms. McQuinn                         40
 5         EXHIBITS
 6       (None marked.)
```

PLAINTIFF'S EXHIBIT #4

DEPOSITION OF ORLANDO TEEL
CONDUCTED ON WEDNESDAY, MARCH 14, 2007

6 (Pages 21 to 24)

Page 21

1   A   I don't remember.
2   Q   How far did it go on Valley?
3   A   It went from Valley to Atlantic Street,
4   which is about a block.
5   Q   And what happened at Valley and Atlantic?
6   A   There was traffic at the light. It was
7   unable to get through. They tried to drive over the
8   curb to evade the traffic but was stuck.
9   Q   Did the vehicle actually go up onto the
10  curb?
11  A   As I remember it, it went up on the curb.
12  Q   The whole vehicle or just part of it?
13  A   I can't remember if it was whole or a part
14  that went up on the curb.
15  Q   Did you ever hear a siren prior to the
16  vehicle being stopped?
17  A   Yes.
18  Q   When did you hear the siren?
19  A   After the patrol cars passed me.
20  Q   Okay. So and that was after you had come
21  to a stop?
22  A   Yes.

Page 22

1   Q   Okay.
2   A   After I pulled to the side to let the
3   patrol cars pass.
4   Q   Right. Then the police vehicle that was
5   behind you passed you. Correct?
6   A   Yes.
7   Q   And stopped?
8   A   Did the police vehicle stop after they
9   passed me?
10  Q   Right.
11  A   No, it tried to stop the vehicle that I
12  was trying to stop.
13  Q   Okay. Could you just draw me a diagram so
14  I can get an idea. Use this pen?
15  A   The diagram, what do you want to see on
16  the diagram?
17  Q   Well, the intersection of 4th -- sorry --
18  Valley and Atlantic.
19  A   Valley and Atlantic?
20  Q   Right. And where the suspect's vehicle
21  was, where your vehicle was and where the other
22  police vehicle was after you all came to a stop?

Page 23

1   A   After everyone was stopped?
2   Q   Yep.
3       MS. McQUINN: If you think you can.
4   BY MR. ALLEN:
5   Q   If you can do it.
6       MS. McQUINN: If you don't think.
7   A   I don't remember. I don't remember where
8   those police cars were. I know where mine was,
9   obviously, but where the actual police cars were, I
10  don't know.
11  BY MR. ALLEN:
12  Q   All right. But I guess -- can I get the
13  pen back. Thank you.
14  A   Sure.
15  Q   But the siren that you heard was after the
16  police car had passed you?
17  A   Yes.
18  Q   Okay. Now, okay, you said the vehicle
19  went up, part of it anyway, went with up on the curb
20  and then stopped. Correct?
21  A   Yes.
22  Q   And what did you do?

Page 24

1   A   I pulled up.
2   Q   About how far behind were you when you
3   pulled up?
4   A   I don't remember. Maybe a couple, a
5   couple of yards. I wasn't right up on them.
6   Q   And what happened?
7   A   I do know the officers get out of the
8   vehicle.
9   Q   Do you know which officers?
10  A   No. The only officer I know is
11  McAllister. The rest I don't personally know.
12  Q   What did you see McAllister do?
13  A   I remember Officer McAllister, I think he
14  pulled the driver out of the car.
15  Q   How did he do that?
16  A   If I remember, he opened the door and
17  pulled her out.
18  Q   Was she struggling?
19  A   I don't remember.
20  Q   Did he have a gun drawn?
21  A   I don't remember anybody with a gun drawn.
22  Q   What did you do?

Page 25

```
1    A   I just observed.
2    Q   You just sat in your car?
3    A   No, I got out of the car, I just observed.
4    Q   And did you see anybody else being taken
5    out of the vehicle?
6    A   I don't remember seeing anybody taken out.
7    I think the other people stepped out.
8    Q   What was McGrew doing, the other officer?
9    I don't know if you know what his name was.
10   A   I was at the point I didn't even know
11   McGrew.
12   Q   There were two officers in the other
13   police vehicle, correct?
14   A   I guess. I don't know all the officers on
15   the scene. The only ones I knew was McAllister.
16   Q   Can you give me any idea of how many other
17   police officers there were?
18   A   I don't know because I think McAllister
19   and McGrew made the stop, other people showed up
20   after everything was finished, but.
21   Q   Do you know how many other people showed
22   up?
```

Page 26

```
1    A   No.
2    Q   Do you know how many other vehicles showed
3    up?
4    A   No. The only other vehicle I know that
5    showed up was the van, the paddy wagon.
6    Q   So just to recap, you saw McAllister take
7    out, remove the driver of the vehicle and then the
8    other passengers just got out of the vehicle?
9    A   To my best memory they got out.
10   Q   Did you see anybody being handcuffed?
11   A   The only person I remember being
12   handcuffed is the back passenger.
13   Q   Was that a male or a female?
14   A   It was a female.
15   Q   So it was a back, a rear female passenger?
16   A   Yes.
17   Q   Who put the handcuffs on her?
18   A   I don't remember.
19   Q   Had she gotten out of the vehicle
20   voluntarily?
21   A   I assume the rest just got out of the
22   vehicle. I don't remember. I know she got out and
```

Page 27

```
1    she was belligerent, so.
2    Q   Did you hear her say anything?
3    A   I heard her cursing, yelling, screaming.
4    Q   Did you see the handcuffs actually being
5    placed on her?
6    A   I didn't see them actually being placed on
7    her. I know she was cuffed.
8    Q   After the handcuffs were placed on --
9    well, how long after the vehicle was stopped did you
10   see her in handcuffs?
11   A   I don't remember.
12   Q   After she was handcuffed where did she go?
13   A   They sat her in back of the paddy wagon.
14   Q   After she was placed in the back of the
15   paddy wagon where were the other occupants of the
16   vehicle?
17   A   I believe they sat down on the curb.
18   Q   How far away from them were you when you
19   saw them sitting on the curb?
20   A   A couple of yards.
21   Q   What was the lighting like?
22   A   There were streetlights but it was dark
```

Page 28

```
1    that night.
2    Q   The high intensity streetlights or?
3    A   I have no idea.
4    Q   How many people came out of the vehicle?
5    A   I don't remember exactly how many people
6    came out of the vehicle.
7    Q   I may have been already asked this, but
8    were any of the people who were sitting down on the
9    curb could you see whether or not any of them were
10   handcuffed?
11   A   I don't know if they were handcuffed or
12   not.
13   Q   At what point did you leave?
14   A   After I talked to the girl that was in the
15   paddy wagon.
16   Q   Can you describe that conversation?
17   A   I don't know the exact words. I just told
18   her to calm down because she didn't need to get a
19   juvenile record of being arrested from being
20   disorderly, that everybody else was calm.
21   Q   What did she say?
22   A   She eventually calmed down and they
```