1 (Pages 1 to 4)

---

1

| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE DISTRICT OF COLUMBIA |
| 3 | ------------------------------- ) |
| 4 | LOUISE THORNE, et al.,        ) |
| 5 | Plaintiffs,    ) |
| 6 | v.        ) Civil Case No. |
| 7 | DISTRICT OF COLUMBIA, et al.,    ) 06-01204 GK |
| 8 | Defendants.    ) |
| 9 | ------------------------------- ) |
| 10 | |
| 11 | Deposition of ORLANDO TEEL |
| 12 | Wednesday, March 14, 2007 |
| 13 | Washington, D.C. |
| 14 | 2:00 p.m. |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | Job No.: 1-97700 |
| 21 | Pages: 1 through 47 |
| 22 | Reported by: Bess A. Avery, RMR |

---

3

APPEARANCES

ON BEHALF OF THE PLAINTIFFS:

GEOFFREY D. ALLEN, ESQUIRE

LAW OFFICE OF GEOFFREY D. ALLEN

1730 Rhode Island Avenue, Northwest

Suite 206

Washington, D.C. 20036

(202) 778-1167


ON BEHALF OF THE DEFENDANT:

URENTHEA MCQUINN, ESQUIRE

ASSISTANT ATTORNEY GENERAL, D.C.

OFFICE OF THE ATTORNEY GENERAL

441 4th Street, Northwest

Washington, D.C. 20001

(202) 727-3500

---

2

| 1 | Deposition of ORLANDO TEEL, held at the offices |
| 2 | of: |
| 3 | |
| 4 | OFFICE OF THE ATTORNEY GENERAL |
| 5 | 441 4th Street, Northwest |
| 6 | Washington, D.C. 20001 |
| 7 | (202) 727-3500 |
| 8 | |
| 17 | Pursuant to notice, before Bess A. Avery, |
| 18 | Registered Merit Reporter and Notary Public of the |
| 19 | District of Columbia. |

---

4

CONTENTS

EXAMINATION OF ORLANDO TEEL                    PAGE

By Mr. Allen                                       5

By Ms. McQuinn                                    40

EXHIBITS

(None marked.)

PLAINTIFF'S
EXHIBIT
#5

Case 1:06-cv-01204-GK    Document 42-6    Filed 05/15/2007    Page 2 of 2
DEPOSITION OF ORDAIN
CONDUCTED ON WEDNESDAY, MARCH 14, 2007

3 (Pages 9 to 12)

9

1    A   The power shift was assigned to help with
2    robberies so.
3    Q   Okay. What was the vehicle doing when you
4    first saw it?
5    A   It was traveling along Martin Luther king,
6    I believe.
7    Q   Which direction?
8    A   That would be general direction north.
9    Q   So it was coming north on Martin Luther
10   King Avenue. What speed was it doing?
11   A   I don't know.
12   Q   Did it appear to be speeding?
13   A   I don't remember.
14   Q   Okay. And where were you when you first
15   saw it?
16   A   Behind them.
17   Q   How far behind?
18   A   I don't know.
19   Q   How long did you follow the vehicle for?
20   A   How long did I follow the vehicle?
21   Q   Yeah.
22   A   I don't know, maybe a couple or a minute

10

1    before I tried to pull it over.
2    Q   Okay. During that couple of minutes time
3    was the vehicle being --
4        MS. McQUINN: Objection. I thought I
5    heard him say about a minute.
6        MR. ALLEN: I thought he said a couple of
7    minutes.
8        THE WITNESS: I said a minute.
9    BY MR. ALLEN:
10   Q   Or a minute?
11   A   Yes, a minute.
12   Q   Sorry. I misheard.
13       You so followed it for about a minute
14   before you tried to pull it over?
15   A   Yes.
16   Q   During that minute was the car being
17   driven normally?
18   A   What do you mean "normally"?
19   Q   Well, was it weaving or was it going in a
20   straight line?
21   A   It was going in a straight line.
22   Q   Was it maintaining its length?

11

1    A   Yes.
2    Q   Was it traveling at a steady speed?
3    A   Yes.
4    Q   Did it go through any traffic control
5    signals or stop signs during that period?
6    A   During the one minute time?
7    Q   Yeah.
8    A   No.
9    Q   And when you made the decision to pull the
10   vehicle over why did you do that?
11   A   Because the driver and the passenger
12   weren't wearing their seat belts.
13   Q   Had you pulled up beside the vehicle in
14   order to make that observation?
15   A   No.
16   Q   So you were how far behind when you saw
17   that?
18   A   I don't know how far I was behind them.
19   Q   Could you see whether there were occupants
20   at the rear seat when you made that observation in
21   the rear seat?
22   A   The occupants that were not wearing the

12

1    seat belts, or could I see all of them?
2    Q   No, could you see whether or not there was
3    anybody in the rear seat of the vehicle?
4    A   Yes.
5    Q   And was there?
6    A   Yes.
7    Q   Do you know how many --
8    A   No.
9    Q   -- persons.
10       Okay. Could you see whether they were
11   male or female?
12   A   No.
13   Q   Could you see whether they were wearing
14   seat belts?
15   A   No.
16   Q   Could you see whether the front, the
17   driver and the front passenger, could you tell
18   whether they were male or female?
19   A   No.
20   Q   When you decided that you were going to
21   pull them over did the -- what type of vehicle were
22   they driving? Let me back up. What type of vehicle