1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
1
2
3    ------------------------------ )
4    LOUISE THORNE, et al.,         )
                                    )      ORIGINAL
5                   Plaintiffs,     )
6         v.                        )   Civil Case No.
7    DISTRICT OF COLUMBIA, et al.,  )   06-01204 GK
8                   Defendants.     )
9    ------------------------------ )
10
11           Deposition of BAXTER W. MCGREW
12             Wednesday, March 14, 2007
13                 Washington, D.C.
14                    10:36 a.m.
15
16
17
18
19
20   Job No.: 1-97700
21   Pages:  1 through 85
22   Reported by: Bess A. Avery, RMR
```



PLAINTIFF'S EXHIBIT

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

37

1  observation are you still seated inside your
2  vehicle?
3     A   No, sir, I'm outside the vehicle.
4     Q   Okay.  What did you do when you exited
5  your vehicle?
6         MS. McQUINN:  Objection, asked and
7  answered.
8  BY MR. ALLEN:
9     Q   No.  Where did you go?
10    A   To direct the traffic here.
11    Q   Okay.
12    A   In the center lane.
13    Q   So you are directing traffic basically?
14    A   This light turned green.  When this light
15 turned -- when these cars were approaching here I
16 was directing the traffic this way, and when this
17 light turned green the vehicles that were
18 approaching us in this manner was wanting to go
19 around.  Should I draw vehicles behind it?
20        MS. McQUINN:  Wait until asked, wait for a
21 question.
22        THE WITNESS:  Okay.

38

1  BY MR. ALLEN:
2      Q    No, I don't believe you need to.  So you
3  exit your vehicle and you start directing traffic.
4  That's what you do?
5      A    Correct, sir.
6      Q    Did you observe anybody else coming out of
7  the plaintiff's vehicle?
8      A    No, sir.
9      Q    Did you see any of the other occupants of
10 the vehicle outside the vehicle later, after the
11 plaintiff --
12     A    Yes, sir, because somebody had already
13 taken the passenger, the front passenger, out as
14 well.
15     Q    Do you know who that was?
16     A    No, sir.  No, sir, I don't know them by
17 name.
18     Q    Well, are there any other police officers
19 on the scene at this point?
20     A    Yes.
21     Q    Okay.  And how many others?
22          MS. McQUINN:  If you know.

39

1    A    I don't know.
BY MR. ALLEN:
3    Q    Were there --
4    A    I know there's another cruiser there --
5    not a cruiser, the van. The wagon showed up.
6    Q    Okay. A wagon.
7         How long after you stopped did the wagon
8    appear?
9    A    At the most a minute maybe.
10   Q    Apart from the wagon, was that the only
11   other police vehicle that responded to the scene?
12   A    I'm not sure.
13   Q    Now, you saw the passenger, the front seat
14   passenger outside the vehicle. Is that what you
15   said?
16   A    Yes.
17   Q    Okay. And was that a male or female?
18   A    Female.
19   Q    And where was she when you first saw her?
20   A    Talking with Officer Teel.
21   Q    About how far away were they from where
22   you were?

```
 1      A    To his unmarked vehicle.
 2      Q    Okay. Were they speaking in a calm way or
 3 were people --
 4      A    Yes, sir.
 5      Q    Okay. Was she handcuffed or not?
 6      A    No, sir.
 7      Q    Did you see any of the other occupants of
 8 the plaintiff's vehicle being removed from that
 9 vehicle?
10      A    No, sir.
11      Q    Did you see them after they had been
12 removed?
13      A    Yes, sir.
14      Q    What did you see?
15      A    I spoke to the girl -- sir, in order for
16 me to put this into play -- I asked the passenger,
17 the male passenger, in the rear of the vehicle to
18 step out of the vehicle and had him sit on the curb.
19 I asked him for his information.
20      Q    So you stopped directing traffic and went
21 over to the vehicle?
22      A    Yes, sir, so I could assist in the last
```

41

1  person that's in the vehicle.
2     Q    And where was he seated in the vehicle
3  when you approached?
4     A    In the passenger rear.
5     Q    Which side?
6     A    Excuse me?
7     Q    Was he right passenger rear or left
8  passenger rear?
9     A    Right passenger rear.
10    Q    Okay.
11    A    Right behind the passenger's seat in the
12 rear.
13    Q    All right. Was he wearing a seat belt?
14    A    No.
15    Q    At that point where both of the people who
16 had been in the front were they out of the vehicle
17 at that point?
18    A    Yes, sir.
19    Q    Was he the only person left in the
20 vehicle?
21    A    Yes.
22    Q    And do you remember the words that you

42

1  addressed him with?
2  A   Yes, step out of the vehicle.
3  Q   Okay. What did he do in response to that?
4  A   Nothing.
5  Q   What did you do?
6  A   I said exit the vehicle.
7  Q   So you repeated -- basically repeated your
8  instruction?
9  A   Yes, sir.
10 Q   What did he do?
11 A   I opened the door and he stepped out.
12 Q   Then what happened?
13 A   Let me see your hands.
14 Q   That's what you said to him?
15 A   When he's exiting the vehicle he was
16 moving around a little bit, let me see your hand.
17 And then he stepped out of the vehicle.
18 Q   And he showed you his hands?
19 A   Yes.
20 Q   Then what happened?
21 A   I asked him to sit on the curb.
22 Q   Did you handcuff him?

DEPOSITION OF BAXTER W. MCGREW
CONDUCTED ON WEDNESDAY, MARCH 14, 2007

43

1   A   No.

2   Q   Where were the other persons who had been
3   in the vehicle at that point? Do you know where
4   they were?

5   A   Officer McAllister was talking to the
6   driver and Officer Teel was talking to a young
7   female.

8   Q   How many occupants of the vehicle were
9   there in total?

10  A   Four.

11  Q   So three girls and one male. Three
12  females, one male?

13  A   Yes.

14  Q   Let me just show you these notes.

15      And, for the record, they were attached to
16  your answers to interrogatories.

17      Are those your notes?

18  A   Yes, sir, they are.

19  Q   It appears from your notes that there were
20  five persons in the vehicle, four females and one
21  male.

22  A   I'm not sure of their names, sir. Is one

DEPOSITION OF BAXTER W. MCGREW
CONDUCTED ON WEDNESDAY, MARCH 14, 2007

44

1  of these the mother?
2        MS. McQUINN:  He's asking how many do you
3  remember.
4  BY MR. ALLEN:
5      Q    Right.  I'm just asking if that refreshes
6  your recollection.
7        MS. McQUINN:  The number.
8  BY MR. ALLEN:
9      Q    And if it doesn't, it doesn't?
10     A    It doesn't, sir.
11     Q    Okay.  That's fair enough.
12     A    Because when I take my notes, this
13 information is the information that I gathered while
14 I was at the scene and, obviously, I was just trying
15 to get names and date of births, that sort of the
16 thing.  When I called the mother to come to the
17 scene to get the car and the children, I could have
18 written her name down, too, as well, but I think her
19 name was Duanna (phonetic).
20       MS. McQUINN:  He wants to know the number
21 of people you remember, not their names right now.
22     A    Four.

DEPOSITION OF BAXTER W. MCGREW
CONDUCTED ON WEDNESDAY, MARCH 14, 2007

45

1   BY MR. ALLEN:
2       Q    Okay.  All right.  If I could get that
3   back.  Thank you.
4            So right after you get the male out of the
5   vehicle and ask him to sit on the curb, at that
6   point you haven't seen anybody being handcuffed up
7   to that point?
8       A    Yes, sir.
9       Q    That's correct?
10      A    Correct.
11      Q    Okay.  And is anybody, again, at that
12  point in time is anybody upset or yelling or?
13      A    Yes, sir.
14      Q    Okay.  Who is yelling?
15      A    The one girl was yelling at McAllister,
16  Officer McAllister.
17      Q    And that would have been the girl who was
18  the driver?
19      A    The driver.
20      Q    Okay.  Could you hear what she was saying?
21      A    Why are you stopping me?  Why are you
22  doing this to me, these kinds of things?  What did

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026 (410)539-3664

46

1   we do?
2           To the top of her lungs, too, by the way.
3   I mean she was pretty loud.
4       Q   Did you hear what McAllister told her?
5       A   No, sir.
6       Q   After you got the male out of the rear
7   passenger seat and he sat on the curb what did you
8   do after that?
9       A   I had him sit on the curb and then I
10  looked around to see if everything was still safe
11  with the traffic and then I asked him to stand back
12  up and I patted him down real quick to see if there
13  was any weapons on him. And then I asked him to sit
14  back down.
15      Q   Hold on. Just let me ask you a question
16  about that.
17          When you did the pat-down, did you
18  discover any weapons or suspected weapons?
19      A   No, sir.
20      Q   Did you actually -- when you did the
21  pat-down did you -- describe how you did that. What
22  did you actually do? Where did you place your

47

1   hands?

2   A   I put one hand on the top of his back and
3   I took my right hand and went down his sleeve, then
4   my left hand down the left arm sleeve and then
5   around the waistband and then down to the leg area,
6   both sides, and then asked him to sit back down.

7   Q   And then you -- okay. After you had done
8   the pat-down what did you do after that?

9   A   Went over to Officer McAllister, who was
10  attempting to interview the driver, and he didn't
11  seem to be getting very far with her.

12  Q   What makes you say that?

13  A   Because she kept yelling at him.

14  Q   Okay. And could you hear what she was
15  saying at that point?

16  A   She started to become more rational with
17  me when I was asking her the questions. She started
18  to give me the answers that I need.

19  Q   Did you ever see Officer Teel display a
20  weapon?

21  A   No, sir.

22  Q   Did you ever display a weapon?

DEPOSITION OF BAXTER W. MCGREW
CONDUCTED ON WEDNESDAY, MARCH 14, 2007

48

1  A   I had my hand on my weapon.

2  Q   But you never took it out of the holster?

3  A   I don't think I -- no, I didn't take it
4  out of the holster.

5  Q   Okay.

6  A   I may have undone the latch. It may
7  appear that it's out, but it's not.

8      MS. McQUINN: He's not asking what it
9  appears, he's asking you what you did.

10 A   All right. I'm not -- I'm just saying
11 that --

12 BY MR. ALLEN:

13 Q   At one point you had your hand on your
14 gun?

15 A   Yes, sir, as I approached the vehicle.

16 Q   Okay. And you had undone a strap
17 holding --

18 A   There's a strap that holds it in place,
19 and I had pushed it down.

20 Q   All right. But you never actually took it
21 out.

22 A   No, sir.

DEPOSITION OF BAXTER W. MCGREW
CONDUCTED ON WEDNESDAY, MARCH 14, 2007

49

1    Q    You never pointed it at anybody?
2    A    No, sir.
3    Q    At any point during the stop was it
4 necessary for any of the police officers to actually
5 run anywhere in order to apprehend the plaintiff's
6 vehicle?
7    A    They didn't run, sir.
8    Q    Nobody ran?
9    A    No, sir.
10    Q    Okay. So when McAllister approached the
11 vehicle he walked over at a normal pace?
12    A    He moved quickly.
13    Q    Okay. But did he break into a trot or
14 run?
15    A    No, sir, it wasn't that far.
16    Q    So he was still walking even though he was
17 moving quickly?
18    A    Yes, sir, he was just moving quickly.
19    Q    But it was still a walk?
20    A    Yes, sir.
21    Q    Did you see whether he had his hand on his
22 gun as he approached the vehicle?

DEPOSITION OF BAXTER W. MCGREW
CONDUCTED ON WEDNESDAY, MARCH 14, 2007

50

1    A    No, sir, I don't -- I don't recall that.
2    He opened the door.
3         MS. McQUINN:  You've answered.
4    BY MR. ALLEN:
5    Q    Did you see whether Officer Teel when he
6    approached -- which side of the vehicle did Teel
7    approach, incidentally?
8    A    I don't know, sir.
9    Q    Did you see whether Tell had his hand on
10   his weapon as he approached the vehicle?
11   A    I don't know, sir.
12   Q    Did you see Teel approach the vehicle?
13   A    No, sir, I did not.
14   Q    Did you see any other officers approach
15   the vehicle?
16   A    No, sir, I did not.
17   Q    Did you see any other officers displaying
18   a weapon.
19   A    No, sir, I did not.
20   Q    So you never saw a weapon displayed at any
21   time?
22   A    No, sir, I did not.

51

1   Q   And you never saw any of the plaintiffs
2   with handcuffs on, applied to them?
3   A   The driver was placed in our marked
4   cruiser, sir, and I believe she was in handcuffs,
5   yes.
6   Q   Do you know when those handcuffs were
7   applied?
8   A   No, sir.
9   Q   When you spoke to her, the driver that is
10  --
11  A   Yes, sir.
12  Q   -- you just described that earlier.  She
13  wasn't in handcuffs at that point.  Is that correct?
14  A   She was.
15  Q   She was?
16  A   She is in the car.
17  Q   Okay?
18  A   I had to roll the window down.
19  Q   Which window?
20  A   She was in the back of the cruiser, we
21  were in what we call a transport.
22  Q   So there's a glass screen between the

52

1    front and the back?
2       A    Yes, sir.
3       Q    Is that what you rolled down?
4       A    No, sir.
5       Q    No?
6       A    I rolled down the actual door window.
7       Q    So she is seated in the vehicle and you
8    are standing outside the vehicle?
9       A    Yes, sir, asking the questions.
10      Q    And at that point she is in handcuffs?
11      A    Yes, sir.
12      Q    Are the handcuffs in front or behind or
13   how are they?
14      A    Behind her.
15      Q    Is that the only person you saw in
16   handcuffs during this incident?
17      A    No, sir.
18      Q    Who else did you see in handcuffs?
19      A    There was one female in the wagon with
20   handcuffs on.
21      Q    And do you know where in the car that
22   female had been seated in the plaintiff's vehicle?

DEPOSITION OF BAXTER W. MCGREW
CONDUCTED ON WEDNESDAY, MARCH 14, 2007

53

1   A    Excuse me?

2   Q    Do you --

3   A    No, I do not, sir.

4   Q    Okay. Do you know who put the cuffs on
5   her?

6   A    No, sir, I do not.

7   Q    Do you know when the cuffs were put on
8   her?

9   A    No, sir, I do not.

10  Q    When you first saw her in the wagon with
11  handcuffs, how long after the stop was that?

12  A    I interviewed the male and then the
13  driver.

14  Q    Okay. But at some point you see a female
15  in the wagon with handcuffs?

16  A    Yes, sir.

17  Q    Okay. How long after the stop did you
18  make that observation?

19  A    A couple of minutes, maybe.

20  Q    Had you heard that female, the female in
21  the wagon with the handcuffs, had you heard her
22  speaking or yelling or making any noise during that