**THERAPEUTIC TRANSITIONS, INC.**
823 12TH STREET, NE
WASHINGTON, DC 20002
202-397-5042

Re:    Mikelle Bassett, DOB: 10-23-1989

Date of Summary Report:    April 30, 2007
Treatment and Report by:    Corlis Y. Randolph, Ph.D., LICSW    *CYRandolph, PhD, LICSW*

Mikelle Bassett, an African American female, 16 years old at the time we came to know her, was brought in for treatment by her mother, Mrs. Louise Thorne, on February 7, 2006, due to Mikelle's exposure to a life-threatening encounter with a group of police officers on January 15, 2006. Mikelle was initially aroused and her demeanor was anxious. Mikelle lived with her parents and siblings and seemed to receive positive support from all family members. At the time of her treatment with Therapeutic Transitions, Inc., she was in the eleventh grade at Woodrow Wilson High School.

Mikelle was able to initially describe some details of her trauma experience, and was able to review the event with increasingly more detail after continuing therapy. She initially recalled driving a car home while accompanied in the car by her sister, god-sister, a cousin and a friend. She recalled that suddenly a police cruiser approached her from the back, when her vehicle was stopped at a red light. She said the police car bumped into the rear of her car and caused her to hit the rear of the car in front of her. She later realized that the car in front of her was an unmarked police car.

While surprised by the initial encounter with police officers, she expressed shock as she recalled suddenly seeing ten to eleven police cars along with a paddy-wagon and then seeing that her car was instantly surrounded by numerous police officers - all standing with guns pulled and pointed at her. She said one of the officers opened her door (driver's door), and yelled: "Bitch, get our of the car." She recalled being injured as an officer began pulling her body from the car without allowing her a chance to release the seat belt. She recalled an officer throwing her cellular phone to the ground and breaking it. Mikelle recalled being thrown to the ground on her face - with braces on her teeth. She said that one officer asked, "How does it feel to have your face slammed with braces?" She also recalled being dragged by the back of her shirt and laying on the road with multiple police officers having their guns drawn on her. All of this happened, she said, while cars passed on the road, with the sound that cars were within inches to her head. She expressed thinking that her death was imminent.

Mikelle's responses about the incident remained extremely angry with wishes to revenge by killing them or bombing the officer's homes.

Mental Status
Mikelle Bassett was well oriented to person, time and place. Her mood and affect remained flat, and while she maintained good language skills and eye contact, Mikelle kept her responses brief except when describing her desires to see harm come to police officers. She further described her efforts to avoid the police officer who was stationed at her school.

Mikelle's fund of knowledge was difficult to estimate due to a continuous anger pattern. There was no indication of hallucination and her thoughts seemed well within her full awareness. She


PLAINTIFF'S EXHIBIT

ii

denied any history of sexual abuse or the use of intoxicants of any kind.

Mikelle expressed that her grades last year were As, one B, Cs and one D, and said she used to stay after school to participate in various activities. At the time of treatment however, she expressed much disinterest in school. She further expressed that previous interests in singing, dancing, cheering and some basketball playing had diminished, and now she tended to return home immediately after school to lay across her bed. Also activities of going to a recreational center, playing double-dutch outside and movie going had all stopped. She yawned frequently in sessions and said she never eats breakfast or lunch, and dinner only sometimes. She disclosed sleeping very little at night, and usually spending much of the nights on the telephone. Mikelle expressed having had a very sheltered, warm and protected life experience. She said she never watched scary movies or TV shows, and prefers movies of love stories. Before this incident with the police, she said she had never before seen a real gun.

Mikelle is the fifth oldest of a sibling group of ten. Most of her siblings are emancipated, some in college, some with families, or both. Her next younger sister, Mikeesha, was in the car with her at the time of the incident.

Diverse techniques were used in therapy to help Mikelle to reduce her anger towards police officers, and to process her trauma. She responded very slowly to interventions. She recalled thinking: "Am I going to die?". Her trauma by the police officers was intense, terrifying, very painful, and seemed to alter some of her most strongly held views of police officers being protector agents. She was gradually able to reduce some of the anger as indicated by initial expressions of wanting to bomb their homes, to later expressions of simply wishing they would all die.

Explorations were made to ascertain previous psychologically traumatizing situations that may have interfered with treatment effectiveness. No history of previous trauma was found. Mikelle met developmental milestones within normal limits as she walked at one year, potty trained at a year and a half, was weaned from the bottle at eight months, and talked early. History shows that Mikelle had hernia surgery at age seven, but she seems to have had necessary supports in place to mitigate against damages. However, her mother disclosed that Mikelle was diagnosed with Attention Deficit Hyperactivity Disorder, ADHD in the third grade, and has a long history of receiving special education. Mrs. Thorne said Mikelle is gifted with her hands, like her father who is a mechanic. Mikelle also demonstrated her artistic skills during one of her sessions. Further academic history shows that she started the 2005-2006 school year at the end of the first advisory period, for reasons she wished not to discuss. Other school history shows that she was expelled from Kingsbury Private School after she punched a boy because he went into her pocketbook. Then, according to Mikelle, she has a history of learning disability.

Mikelle was referred early on for medication evaluation to Dr. Reginald Biggs, Psychiatrist, and urged to make and keep an appointment.

It appears that Mikelle's learning disability, of which we did not receive specific details, may have been a contributing factor in her slow response to therapeutic interventions. Perhaps it colors the way she receives and processes information. Whether impacted by her processing style or simply due solely to effect of the intense trauma on her, Mikelle will need on-going and likely long-term psychotherapy to enable her to better process the trauma experience, and develop more adaptive thoughts and attitudes regarding it. Until such time, she may experience continuous difficulties in diverse areas of her life, and suffer in multiple ways from a confused value system brought on feeling that her life was threatened, and moreover, that her life was threatened by those who she had previously thought of as 'life-savers'.