**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------- )
LOUISE THORNE, et al.,        )
        Plaintiffs,            )
   v.                          ) Civil Case No.
DISTRICT OF COLUMBIA, et al.,  ) 06-01204 GK
        Defendants.            )
----------------------------- )

Deposition of ORLANDO TEEL
Wednesday, March 14, 2007
Washington, D.C.
2:00 p.m.

Job No.: 1-97700
Pages: 1 through 47
Reported by: Bess A. Avery, RMR

**Page 2**

Deposition of ORLANDO TEEL, held at the offices of:

OFFICE OF THE ATTORNEY GENERAL
441 4th Street, Northwest
Washington, D.C. 20001
(202) 727-3500

Pursuant to notice, before Bess A. Avery, Registered Merit Reporter and Notary Public of the District of Columbia.

**Page 3**

APPEARANCES

ON BEHALF OF THE PLAINTIFFS:
   GEOFFREY D. ALLEN, ESQUIRE
   LAW OFFICE OF GEOFFREY D. ALLEN
   1730 Rhode Island Avenue, Northwest
   Suite 206
   Washington, D.C. 20036
   (202) 778-1167

ON BEHALF OF THE DEFENDANT:
   URENTHEA MCQUINN, ESQUIRE
   ASSISTANT ATTORNEY GENERAL, D.C.
   OFFICE OF THE ATTORNEY GENERAL
   441 4th Street, Northwest
   Washington, D.C. 20001
   (202) 727-3500

**Page 4**

CONTENTS

EXAMINATION OF ORLANDO TEEL                 PAGE
   By Mr. Allen                              5
   By Ms. McQuinn                           40

EXHIBITS
   (None marked.)

PLAINTIFF'S EXHIBIT #9

DEPOSITION OF ORLANDO TEEL
CONDUCTED ON WEDNESDAY, MARCH 14, 2007

2 (Pages 5 to 8)

---

Page 5

PROCEEDINGS
ORLANDO TEEL,
being first duly sworn, testified as follows:
EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
BY MR. ALLEN:
Q   Sir, could you state your name for the record, please.
A   Yes, Orlando Teel.
Q   Okay. Officer Teel, my name is Geoff Allen, I'm the plaintiffs' attorney in this case, I'll ask you a few questions today. If I don't make my questions clear enough, let me know, I'll be happy to rephrase.
A   Okay.
Q   I don't think this is going to last too long, but if you need to take a break, let me know and, of course, we'll accommodate that. In between questions if you wish to confer with Ms. McQuinn, you are free to do so. And finally I'm sure you know this, you should make your questions verbal rather than shakes of the head or nods of the head or mannerisms or gestures. Okay?

Page 6

A   Yes.
MS. McQUINN: You answers.
THE WITNESS: Make them verbal?
MS. McQUINN: Yeah.
A   Okay.
BY MR. ALLEN:
Q   All right. Now you obviously work for the Metropolitan Police Department, sir?
A   Correct.
Q   How long have you worked for them for?
A   Approximately going on six years.
Q   Six years. And what did you do before that?
A   I was in the U.S. military.
Q   Which branch?
A   I was in the Army.
Q   How long were you in the Army for?
A   Five and a half years.
Q   So six years in MPD, five and a half years in the Army?
A   Yes.
Q   Directing your attention to

Page 7

January 15th, 2006 between 9 and 10:00 p.m, were you involved in the stop of a motor vehicle on that day at around that time?
A   Yes.
Q   Can you tell me where it was that you first saw the vehicle that you ended up stopping?
A   In the general area of Martin Luther King Avenue and 1st Street.
Q   And we are at southeast?
A   Yes, southeast D.C.
Q   And what was your duty assignment on that evening?
A   I was -- I believe I was doing robbery, something to do with the Robbery Task Force.
Q   And was the vehicle you were in, was that marked or unmarked?
A   It was unmarked.
Q   What color was it?
A   It was green.
Q   Green?
A   Yes.
Q   What make was it?

Page 8

A   It was a Chevy Lumina.
Q   And you were the only occupant of that vehicle?
A   Yes.
Q   And what was your duty assignment, what were you supposed to be doing?
A   Patrol.
Q   Particularly on the lookout for robbery situations?
A   Yes, or investigating robberies. It was all general patrol.
Q   Were you on a robbery unit at the time?
A   Yes, the power shift was the robbery unit.
Q   The power shift, what's the power shift?
A   The power shift is an in-between shift, it's like from 6 at night until 2 in the morning.
Q   So it refers to the timing of the shift?
A   Yes.
Q   So it's about 6:00 p.m. to 2:00 a.m.?
A   2:30 a.m.
Q   Okay. And were you on a special robbery task force or not?