# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUISE THORNE** | : |
| **Et Al.** | : |
| **Plaintiffs** | : |
| v. | : |
| | : Civil Action 06-1204 |
| **DISTRICT OF COLUMBIA,** | : |
| **et al** | : GK |
| **Defendants.** | : |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that pursuant to the civil rules of this Court, the plaintiff, by and through his attorney, Geoffrey D. Allen, Esq., will take the deposition of the below-named individual/s before a Notary Public to continue from day-to-day until complete for the purpose of discovery and/or use at trial. This deposition will take place at Office of the Attorney General for the District of Columbia, 441 Fourth Avenue NW, Sixth Floor South, Washington, DC 20009 commencing at 10.00 a.m. on June 5, 2007.

Pursuant to SCR Civ. 30(b)(6) the defendant, the District of Columbia shall designate one or more administrators, directors, coordinators, or other persons who will testify on its behalf with respect to the following:

1. The policies and procedures of the Police Department with respect to pursuing automobiles for traffic offenses such as failure to wear a seat belt that were in effect on January 15, 2006.

2. The policies and procedures of the Police Department with respect to producing written reports once a Case Number such as R2006006893 is assigned to a case, that were in effect on January 15, 2006.

1

3. The circumstance under which such a Case Number is assigned

4. What the term "Disposition Assigned=ASSNCASE" means.  See Event Chronology.

5. The number of complaints of excessive force against Metropolitan Police made in the five year period prior to January 15, 2006.

6. The number of complaints of arrest without probable cause made against the Metropolitan Police Department in the five year period prior to January 15, 2006.

7. The number of officers who have been disciplined by the Police Department for such actions.

8. The number of settlements or judgments paid by the District for such actions by Police Officers in the five year period prior to January 15, 2006 (including cases where the District and/or individual officers were sued)

9. The total value of such settlements.

**_Duces Tecum_**-  The officers are required to produce at the deposition the following:

1. Any and all documents or items relating to your anticipated testimony that has not already been provided during the course of pretrial discovery.

2. Any and all police reports generated in connection with this incident.

Respectfully submitted,

GEOFFREY D. ALLEN, ESQ.

_____
Geoffrey D. Allen
DC Bar #288142
Attorney at Law
1730 Rhode Island Ave, NW
Suite 206
Washington, DC 20036
Tel: (202) 778-1167

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice of deposition was E-mailed and mailed first class postage prepaid on this 22nd day of May 2007 to:

Urenthea McQuinn
441 4th Street NW
Sixth Floor South
Washington DC 20009.
Urenthea.McQuinn@dc.gov

_____
Geoffrey D. Allen