**From:** GEOFFREY ALLEN [geoffreyallen@verizon.net]
**Sent:** Tuesday, June 05, 2007 1:34 PM
**To:** 'McQuinn, Urenthea (OAG)'
**Subject:** Motion to compel and motion for sanctions

Ms. McQuinn:

In view of the District's failure to provide testimony at today's Rule 30(b)6 depos in most of the areas designated, I intend to file a motion to compel and a motion for sanctions. I take it you do not consent.

Please let me know if the District is willing to change position. I remind you that under the Federal Rules it is not a proper objection at a deposition to claim that the question is irrelevant.

Your claims in this regard in any event, have no merit. You claim there was no police report and therefore several of the areas of testimony geared towards establishing when a police report should be generated, are irrelevant. The fact that there is no report is the point. What plaintiff seeks to establish, obviously, is that there should have been one. Hence, I believe your position has no conceivable merit .

You object also to the remaining areas on the basis that there was no arrest in this case. An arrest is a matter of law, not how the officers choose to designate the event. There is a huge body of authority which holds that if a person is not free to leave, they are under arrest. Clearly, plaintiffs who claim that they were all handcuffed, were, at least according to them, not free to leave. Likewise then, your position is without a proper foundation.

    I also believe that your failure to seek a protective order makes this a sanctionable matter. Just showing up at a deposition without a witness and without notice to opposing counsel is in my opinion a clear violation of the rules concerning depositions.

    Please let me know if you will reconsider your position. This is an attempt to comply with my obligation to resolve discovery disputes prior to seeking the intervention of the court. Please let me know by the close of business today whether DC is willing to change its position.

Case 1:06-cv-01204-GK    Document 43-3    Filed 06/07/2007    Page 2 of 2