## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LOUISE THORNE, *et al.*,
                    Plaintiffs,


            v.                                  Civil Action No. 06-01204 GK


DISTRICT OF COLUMBIA, *et al.*,
                    Defendants.

## DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AND MOTION FOR SANCTIONS

Plaintiffs herein seek to compel the District of Columbia to produce additional individuals from the District of Columbia Metropolitan Police Department ("MPD"), pursuant to Fed. R. Civ. P. 30(b)(6), to appear for deposition, and plaintiffs move for sanctions in that regard.  On June 5, 2007, the District did produce Lieutenant Marvin Lyons as a designee of the District of Columbia. Defendant opposes an additional production because plaintiffs' counsel insisted on proposing questions to the Fed. R. Civ. P. 30(b)(6) individual, Lieutenant Lyons, about topics other than those for which Lieutenant Lyons was presented to address, and the remaining topics are irrelevant to this case.

### *Factual Background*

Plaintiffs allege that they were stopped at Atlantic Street and Valley Avenue, S.E., in  the District in their vehicle by the individual D.C. Metropolitan Police Department officers, who are defendants in this case.  The officers followed the plaintiffs, after plaintiffs failed to stop for a stop sign, and refused to pull over once the officers initiated their emergency devices.  Once the plaintiffs

were stopped, the driver, Mikelle Bassett, was given a ticket for "Permit: Violating Restrictions of Learner's Permit," but none of the plaintiffs was arrested.

On June 5, 2007, Lieutenant Marvin Lyons appeared before plaintiffs for a Fed. R. Civ. P. 30(b)(6) deposition pursuant to plaintiffs' Notice of Deposition of May 22, 2007 (Attachment 1). Defendants presented Lieutenant Lyons to address paragraphs 1 and 5 of the nine paragraph list in the Notice of Deposition. The undersigned informed plaintiffs' counsel on June 4, 2007, at the deposition of plaintiff, Louise Thorne, that defendants would have objections to some of items on the nine paragraph list.

***Argument***

**I.      Plaintiffs' Counsel Attempts to Mislead This Court As to the Basis of Defendants' Instructions at the June 5, 2007 Fed. R. Civ. P. 30(b)(6) Deposition.**

On June 5, 2007, at the very beginning of the Fed. R. Civ. P. 30(b)(6) deposition of Lieutenant Marvin Lyons, the undersigned counsel for defendants informed plaintiffs' counsel that the witness would address only paragraphs 1 and 5 of the 9 item list. See Attachment 2, Lyons Depo. 5:15-17 (6/5/07). Plaintiffs' counsel, thereafter, insisted upon asking Lieutenant Lyons questions about the remaining paragraphs despite the undersigned having told plaintiffs' counsel that Lieutenant Lyons was presented to address only paragraphs 1 and 5. When plaintiffs' counsel questioned Lieutenant Lyons about paragraphs other that paragraphs 1 and 5, the basis of defendants' objections and instruction was that Lieutenant Lyons was not presented to discuss those paragraphs. See Lyons Depo. 5:1 & 16-17; 19:1-3, 21-22; 21:13-14 & 19-20; 23:20-21; 24:6-8.

Defendants did not produce witnesses to address those remaining paragraphs, as these paragraphs sought information on two issues that are not a part of the case before the Court. Not only are these issues irrelevant, but acceding to these requests to take District Metropolitan Police Department officials and employees away from their duties would expand this case in an

unnecessarily time consuming and expensive way to the Court, counsel, and the MPD.   There has

been case law addressing such attempts to use discovery to expand cases:

> In the case of suits against governmental officials, we are mindful
> that uncontrolled discovery in the course of "insubstantial
> lawsuits" can be a form of harassment that imposes an "undue
> burden" on the time and resources of public officials and their
> agencies. Therefore, as we have noted earlier, close control of
> discovery is "essential to the preservation of meaningful official
> immunity." *Halperin v. Kissinger*, 606 F.2d at 1209 n.120.

*Chagnon v. Bell*, 206 U.S. App. D.C. 280 (D.C. Cir. 1980).

In this case, the undersigned explained to plaintiffs' counsel that because no written report

was generated when plaintiffs were stopped, defendants would not produce a witness to address

paragraphs 2, 3 and 4 of the Notice of Deposition (Attachment 1).  Those paragraphs seek a Fed.

R. Civ. P. 30(b)(6) deponent with information on MPD written reports, but there were no written

reports done in this case, nor was there a case number assigned.  The number, R2006006893,

referred to in the Event Chronology Report (Attachment 3), requested by plaintiffs in paragraphs

2, 3 and 4 of the Notice of Deposition, is a case tracking number generated by the police

dispatcher computers whenever a call goes in to the dispatcher.  The Event Chronology Report

accompanies the audio tape of the call  from the officer to the dispatcher in which the officer

checks on the license of the stopped motorist.  Plaintiffs' counsel refused to listen to an

explanation of this at the deposition.  He stated, "I don't want to have it explained to me."

Lyons Depo. 17:14-22 & 23:2-13.

Similarly, there was no arrest in this case.  Paragraphs 6, 7, 8 and 9 seek a Fed. R. Civ. P.

30(b)(6) deponent with information on MPD arrests without probable cause.  These are not the

facts of this case and there is no reason a District of Columbia official or employee should be

called away from his or her duty to address such issues.  In addition, paragraphs 8 and 9 request

3

information about settlements by the District of Columbia. Any evidence of settlements is irrelevant to prove liability against the District.

## II.    The Undersigned Informed Plaintiffs' Counsel on June 4, 2007 That Defendants Would Object to Several of the Paragraphs in Plaintiffs' Notice of Deposition.

On June 4, 2007, at the end of the deposition of plaintiff Louise Thorne, the undersigned informed plaintiffs' counsel, Geoffrey Allen, that defendants would object to several of the paragraphs in plaintiffs Notice of Deposition for June 5, 2007. The undersigned could not engage in a discussion of this with Mr. Allen because he adamantly insisted that the Louise Thorne deposition end at 5 p.m. sharp because he intended to leave at that time whether or not it was finished .

## III.   Plaintiffs' Counsel Did Not Make a Good Faith Attempt to Meet and Confer Regarding This Issue.

Plaintiffs' counsel did not make a good faith attempt to meet and confer regarding the production of any further Fed. R. Civ. P. 30(b)(6) witnesses. The undersigned informed him on June 4, 2007, that defendant would have objections to several of the items on his Notice of 30(b)(6) Deposition, but he insisted on leaving the Louise Thorne deposition promptly at 5:00 p.m., whether it was finished or not. On the next day, June 5, 2007, after the Fed. R. Civ. P. 30(b)(6) deposition of Lieutenant Marvin Lyons, plaintiffs' counsel sent an e-mail to the undersigned with an ultimatum that defendant agree with plaintiffs' position by the close of business, or he would file a Motion to Compel and a Motion for Sanctions. Only two days later, June 7, 2007, he filed plaintiffs' Motion to Compel and Motion for Sanctions. This was contrary to both Fed. R. Civ. P. 37(a)(2) and LCvR 7.1(m), which require plaintiffs' counsel to make diligent efforts to resolve discovery issues and motions with opposing counsel prior to seeking redress from the court.

### *Conclusion*

For all of the foregoing reasons, plaintiffs' Motion to Compel and Motion for Sanctions should be denied with prejudice.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Nicole L. Lynch
NICOLE L. LYNCH
Chief, General Litigation, Section II

/s/ Urenthea McQuinn
URENTHEA McQUINN
Assistant Attorney General
D.C. Bar #182253
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@ dc.gov

June 14, 2007

# ATTACHMENT 1

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LOUISE THORNE | : | |
| Et Al. | : | |
| Plaintiffs | : | |
| v. | : | |
| | : | **Civil Action 06-1204** |
| DISTRICT OF COLUMBIA, | : | |
| et al | : | **GK** |
| Defendants. | : | |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that pursuant to the civil rules of this Court, the plaintiff, by and through his attorney, Geoffrey D. Allen, Esq., will take the deposition of the below-named individual/s before a Notary Public to continue from day-to-day until complete for the purpose of discovery and/or use at trial. This deposition will take place at Office of the Attorney General for the District of Columbia, 441 Fourth Avenue NW, Sixth Floor South, Washington, DC 20009 commencing at 10.00 a.m. on June 5, 2007.

Pursuant to SCR Civ. 30(b)(6)the defendant, the District of Columbia shall designate one or more administrators, directors, coordinators, or other persons who will testify on its behalf with respect to the following:

1. The policies and procedures of the Police Department with respect to pursuing automobiles for traffic offenses such as failure to wear a seat belt that were in effect on January 15, 2006.

2. The policies and procedures of the Police Department with respect to producing written reports once a Case Number such as R2006006893 is assigned to a case, that were in effect on January 15, 2006.

1

3. The circumstance under which such a Case Number is assigned

4. What the term "Disposition Assigned=ASSNCASE" means.   See Event Chronology.

5. The number of complaints of excessive force against Metropolitan Police made in the five year period prior to January 15, 2006.

6. The number of complaints of arrest without probable cause made against the Metropolitan Police Department in the five year period prior to January 15, 2006.

7. The number of officers who have been disciplined by the Police Department for such actions.

8. The number of settlements or judgments  paid by the District  for  such actions by Police Officers in the five year period prior to January 15, 2006 (including cases where the District and/or individual officers were sued)

9. The total value of such settlements.


***Duces Tecum-*** The officers are  required to produce at the deposition the following:


1. Any and all documents or items relating to your anticipated testimony that has not already been provided during the course of pretrial discovery.

2. Any and all police reports generated in connection with this incident.

Respectfully submitted,

GEOFFREY D. ALLEN, ESQ.

_____

Geoffrey D. Allen
DC Bar #288142
Attorney at Law
1730 Rhode Island Ave, NW
Suite 206
Washington, DC 20036
Tel: (202) 778-1167


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice of deposition was E-mailed

and mailed first class postage prepaid on this 22nd day of May 2007 to:

Urenthea McQuinn
441 4th Street NW
Sixth Floor South
Washington DC 20009.
Urenthea.McQuinn@dc.gov


_____

Geoffrey D. Allen

# ATTACHMENT 2

**Capital Reporting Company**

Page 1

1              THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3

COPY

4    - - - - - - - - - - - - - X
     LOUISE THORNE, et al       :
5                                :
          Plaintiffs,           :
6    vs.                         :    Civil Action No.:
                                 :    06-1204
7    DISTRICT OF COLUMBIA,       :
     et al                       :
8                                :
          Defendants.           :
9    - - - - - - - - - - - - - X

10                                    Washington, D.C.

11                           Tuesday, June 5, 2007

12

13   Deposition of:

14                    MARVIN LYONS

15   called for oral examination by counsel for

16   Plaintiffs, pursuant to notice, at the Office of

17   the Attorney General for the District of Columbia,

18   441-4th Street, N.W., Sixth Floor South,

19   Washington, D.C., before Jodi Scheffel, a Notary

20   Public in and for the District of Columbia,

21   beginning at 10:20 a.m., when were present on

22   behalf of the parties:

**Capital Reporting Company**

Page 2

1  A P P E A R A N C E S
2
3  On behalf of the Plaintiffs:
4    GEOFFREY D. ALLEN, ESQUIRE
5    1730 Rhode Island Avenue, N.W.
6    Suite 206
7    Washington, D.C. 20036
8    (202) 778-1167
9
10 On behalf of the Defendant:
11   URENTHEA MCQUINN, ESQUIRE
12   Office of the Attorney General
13   441-4th Street, N.W.
14   Sixth Floor South
15   Washington, D.C. 20009
16   (202) 724-6646
17
18
19
20
21
22

Page 3

1  C O N T E N T S
2  EXAMINATION BY:                    PAGE
3  Counsel for Plaintiffs               4
4
5
6  E X H I B I T S
7  PLAINTIFF'S DEPOSITION EXHIBITS:
8  1 Notice of Deposition              6
9  2 MPD General Order                 9
10 3 2002 - 2005 Excessive Force       9
11 4 Table 9: Allegations in Formal
12   Complaints                       15
13
14   (*Exhibits attached to transcript.)
15
16
17
18
19
20
21
22

Page 4

1  P R O C E E D I N G S
2  Whereupon,
3          MARVIN LYONS,
4  called as a witness, and having been first duly
5  sworn, was examined and testified as follows:
6      EXAMINATION BY COUNSEL FOR PLAINTIFFS
7  BY MR. ALLEN:
8    Q   State your name for the record, please.
9    A   My name is Marvin Lyons, L-y-o-n-s.
10   Q   Mr. Lyons, my name is Geoffrey Allen.
11 I'm an attorney for Louise Thorne and others
12 against various police officers and the District of
13 Columbia. You're not a party to that action or you
14 never will be. You've been designated by the
15 District of Columbia to speak on its behalf with
16 respect to several issues. I don't know that you
17 can speak on all of them or just some of them.
18       MS. MCQUINN: We'll have an objection to
19 items two, three and four as irrelevant. There was
20 no written report in this case. And we will have
21 an objection to six, seven, eight and nine as
22 irrelevant because there was no arrest in this

Page 5

1  case. He will speak as to numbers one and five.
2       MR. ALLEN: Are you going to instruct
3  him not to answer as to the areas where you're
4  going to object?
5       MS. MCQUINN: Well, if you insist on
6  asking him questions after I've told you we've
7  objected.
8       MR. ALLEN: I will, yes.
9       MS. MCQUINN: Yes. He isn't here to
10 respond to those paragraphs.
11      MR. ALLEN: Well, who is?
12      MS. MCQUINN: He is the only person here.
13 You're looking at one person.
14      MR. ALLEN: Right.
15      MS. MCQUINN: Are you asking who is --
16 There's one person in front of you. He's here to
17 talk about paragraphs one and five.
18      MR. ALLEN: Well, what about all of the
19 other paragraphs?
20      MS. MCQUINN: We object to all of the
21 others and I've given you the basis.
22      MR. ALLEN: That doesn't mean that you

2 (Pages 2 to 5)

**Capital Reporting Company**

Page 6

1 can just fail to have somebody here to speak on
2 them just because you decided that you think it's
3 irrelevant.
4     MS. MCQUINN:  Well, if you want to spend
5 your time arguing in circles about this, you will
6 be arguing by yourself.
7     MR. ALLEN:  Well, we're going to make a
8 record and we'll probably be calling the Court, if
9 we can.  This is a gross violation of the
10 procedures for Rule 30(b)(6) in my opinion.  In any
11 event, we will get started.
12     (Plaintiff's Exhibit No. 1 was
13         marked for identification.)
14 BY MR. ALLEN:
15     Q    Let me show you what has been marked as
16 Deposition Exhibit No. 1.
17     (Tenders document to witness.)
18     Have you seen that before, sir?
19     A    Yes, I have.
20     Q    When did you see it?
21     A    I'm not sure of the date, but I've seen
22 it.

Page 7

1     Q    Was it within the last day or last week
2 or last month?
3     A    Probably the last couple of weeks.
4     Q    Let me ask you a few questions about your
5 background.  You're obviously a police officer; is
6 that correct?
7     A    That's correct.
8     Q    You work for the District of Columbia
9 Metropolitan Police Department?
10     A    That's correct.
11     Q    How long have you done that for?
12     A    I've been a Metropolitan Police
13 Department officer for approximately 22 years.
14     Q    You said 22 years?
15     A    About 22 years.
16     Q    What is your current duty assignment?
17     A    My current duty assignment is, I work as
18 a lieutenant in the Office of Professional
19 Responsibility, Internal Affairs Division.  I work
20 with the Force Investigation Team.
21     Q    How long have you been doing that for?
22     A    Approximately, three years.

Page 8

1     Q    What were you doing before that?
2     A    Before that, I was a patrol service --
3 PSA officer for about three years.
4     Q    What does PSA mean?
5     A    The PSA is the parole service area.  We
6 are working with the community.
7     Q    Can you just give me a brief resume of
8 the other posts that you've had?
9     A    Okay.  Prior to that -- I'm going in
10 order -- prior to that, I spent approximately five
11 years in homicide as a homicide sergeant.  From
12 that standpoint, I spent a couple years working in
13 narcotics.  From that standpoint, I used to be a
14 detective assigned to the Robbery Squad Branch.  I
15 spent about five years there.  Just prior to that,
16 I was an undercover officer buying narcotics
17 throughout the District of Columbia.  That brings
18 me to my time coming into the department where I
19 was assigned to the Fifth District as a police
20 officer, patrol officer.
21     Q    Now, did you bring the documents that
22 have been provided to me?  Are you the person that

Page 9

1 provided these documents?
2     A    What I see right there, yes.
3     MR. ALLEN:  Why don't we go through
4 these.  Let's have this marked as Deposition
5 Exhibit 2, please.
6     (Plaintiff's Exhibit No. 2 was
7         marked for identification.)
8 BY MR. ALLEN:
9     Q    What is Deposition 2, sir?
10     A    This is the Metropolitan Police
11 Department's General Order pertaining to vehicular
12 pursuits.
13     Q    Was that the order that was in effect on
14 January 15, 2006?
15     A    That's correct.
16     MR. ALLEN:  Let's have this marked as
17 Deposition Exhibit 3.
18     (Plaintiff's Exhibit No. 3 was
19         marked for identification.)
20 BY MR. ALLEN:
21     Q    The whole document is that order; is that
22 correct?

3 (Pages 6 to 9)

**Capital Reporting Company**

Page 10

1    A    The whole document is the order; that's
2    correct.
3    Q    I'm showing you what's been marked as
4    Deposition Exhibit No. 3.
5    (Tenders document to witness.)
6    Can you tell me what that consists of?
7    A    This particular document consists of the
8    number of allegations of excessive force complaints
9    that the Metropolitan Police Department handled in
10    various years.
11    Q    I guess we're going to have to go through
12    it. This would be obviously 2002?
13    A    That would be the 2002 excessive force
14    complaints, which this reflects a total of 190.
15    Q    Now, these are complaints. They're not
16    findings of excessive force; is that correct?
17    A    That's not the findings.
18    Q    This would reflect, say, citizens making
19    a complaint to the police department of excessive
20    force by a police officer?
21    A    Yes.
22    Q    What is the second page, which says 2003

Page 11

1    Excessive Force at the top?
2    A    Pretty much the same as the 2002 except
3    this is the year 2003.
4    Q    In a slightly different format?
5    A    Right.
6    Q    And page three is?
7    A    The same thing; 2003 excessive force
8    complaints. That's in the first format.
9    Q    And this page here (indicating)?
10    A    Is 2004 excessive force complaints.
11    Q    And the next page?
12    A    Same thing; 2004 excessive force
13    complaints in a different format.
14    Q    And the next page?
15    A    Then we have the 2005 excessive force
16    complaints.
17    Q    The next page?
18    A    2005 excessive force complaints.
19    Q    This is, just for the record --
20    A    In a different format.
21    Q    This page, so we can keep track of it
22    later, says Excessive Force Summary Log?

Page 12

1    A    Correct.
2    Q    Then we get to the next page, which
3    appears to be some bar graphs?
4    A    It's pretty much the same. It's just
5    representing the number of complaints in a
6    different picture, different view.
7    Q    This page actually does give information
8    on the number of complaints where they were found
9    to be unfounded or sustained or exonerated or
10    dismissed or pending?
11    A    Correct.
12    Q    The bottom graph on this page, it says,
13    by regional operational commands?
14    A    Right. Those are the number of
15    complaints that were represented by the sections
16    of the city; in other words, ROC-Central
17    encompasses a certain direction which, in this
18    case, is 2 and 1. 1D and 2D is representing
19    ROC-Central. ROC-North is comprised of 6 and 7 --
20    ROC-East is 6 and 7. ROC-North is 3, 4 and 2. I
21    think it's 2, 3 and 4. I can't remember exactly
22    which districts. It's just a breakdown. It's

Page 13

1    still going to be the same as everything else but
2    ROC-North represents so many districts. ROC-East
3    and ROC-Central has other districts. This is
4    broken down in that manner.
5    Q    The next page at the top says 2006
6    Allegations of Misconduct. Can you explain what's
7    going on here on this page?
8    A    Let me look at it. On this particular
9    page, this is talking about various things of
10    misconduct. It's not talking about excessive force
11    only on this particular page. You also have
12    certain things, accepting gratuities, but there is
13    a slot up here that shows assault for excessive
14    force. It has that outlined for 2006.
15    Q    It is broken down by district at the top?
16    A    It is broken down by districts at the
17    top.
18    Q    The next page is 2001 Allegations?
19    A    It says 2001 Allegations and it's broken
20    down by people's names, the exact allegations, the
21    case date, the disposition date, as well as the
22    disposition.

4 (Pages 10 to 13)

**Capital Reporting Company**

Page 14

1    Q    The next page is a continuation of that?
2    A    A continuation.  As a matter of fact, the
3    remaining pages are all continuations of the first
4    page.
5    Q    It's all for 2001, correct?
6    A    Let me see if it's all for 2001.  Yes, it
7    appears to be all for 2001.
8    Q    Would there be similar data for 2003,
9    2004, 2005 and 2006?
10    A    I'm not sure.
11    Q    Did you collect these reports?  Are you
12    the person who did that?
13    A    No.  I obtained those from the Internal
14    Affairs Division who comprises that information.
15    The lady who works over there gave me that.
16    Q    Did you ask her whether there was any
17    data for those other years as far as allegations
18    are concerned?  Did you ask her that?
19    A    Are you referring to in this particular
20    format?
21    Q    Yes.
22    A    No, I did not.

Page 15

1    Q    Would you have any independent knowledge
2    of whether there would likely be similar reports
3    for subsequent years other than 2001?
4    A    I don't know.
5         MR. ALLEN:  Let's have this marked as
6    Deposition Exhibit 4.
7         (Plaintiff's Exhibit No. 4 was
8         marked for identification.)
9    BY MR. ALLEN:
10    Q    I'm showing you, sir, what has been
11    marked as Deposition Exhibit 4.
12         (Tenders document to witness.)
13         Can you explain what this document is?
14    A    This is a document I received from
15    Sergeant Harrington who is our coordinator between
16    us, the police department and the Office of Police
17    Complaints, which used to be OCCR.  This is a chart
18    that OCCR -- or should I say, currently, the Office
19    of Police Complaints -- this is a report that they
20    did that shows the current number of excessive
21    force complaints that they handle, that the Office
22    of Police Complaints handles, in the fiscal year

Page 16

1    2002, 2003, 2004, 2005 and 2006.
2    Q    Who generated this?
3    A    The Office of Police Complaints.
4    Q    Now, if you can take another look at
5    Deposition Exhibit No. 1.
6    A    Okay.
7    Q    Let's look as Paragraph number one.
8    A    Uh-huh.
9    Q    For the record, that's the policies and
10    procedures of the Police Department with respect to
11    pursuing automobiles or traffic offenses such as
12    failure to wear a seat belt that were in effect on
13    January 15, 2006.
14         You are here to speak on that issue,
15    correct?
16    A    Yes.  I can speak on that issue.
17    Q    What were the policies and procedures in
18    effect?
19    A    I will show you according to your Exhibit
20    No. 2.  If you were to look at page three, look at
21    item F on page three.
22    Q    What does that say?

Page 17

1    A    Item F clearly states that members are
2    prohibited from pursuing a vehicle for the purpose
3    of affecting a stop for a traffic violation.
4    Q    That was in effect on January 15, 2006?
5    A    To help you out a little bit, this
6    general order went into effect on February 25,
7    2003.
8    Q    It's still in effect?
9    A    It's still in effect.
10    Q    Very good.  Now, with respect to
11    paragraph two, are you not here to speak on
12    Paragraph number two?
13    A    Let me read it.
14         MS. MCQUINN:  I will have a continuing
15    objection regarding two, three, four for the
16    reasons that no written report was filed in this
17    case.  The numbers you've been looking at have to
18    do with tracking.  When a dispatcher gets a call
19    about a case, we get a tracking number.  Even
20    though you might think you have a report number, a
21    report wasn't generated for this case.  So
22    Defendant objects to two, three and four.

5 (Pages 14 to 17)

**Capital Reporting Company**

Page 18

1       Similarly, Defendant objects to six,
2  seven, eight and nine. There was no arrest in this
3  case. Those paragraphs are questions or requests
4  documents or information regarding an arrest
5  without probable cause. There was no arrest of
6  anyone herein. For the record, I want to keep that
7  objection. This individual, Lieutenant Lyons, is
8  here to speak regarding paragraphs one and five.
9       MR. ALLEN: You've noted an objection.
10 Are you instructing this witness not to speak as to
11 paragraph number two?
12      MS. MCQUINN: If you insist on asking him
13 questions about it, which you haven't yet.
14      MR. ALLEN: I do insist and I will.
15 BY MR. ALLEN:
16      Q    Under what circumstances is a case number
17 such as the number shown, an R number shown in
18 paragraph two, under what circumstances are those
19 numbers issued?
20      MS. MCQUINN: Objection. Are you asking
21 about paragraph two?
22      MR. ALLEN: Yes.

Page 19

1       MS. MCQUINN: He's not here to speak
2  about paragraph two. He's here to speak about
3  paragraphs one and five.
4       MR. ALLEN: You can't arbitrarily and
5  unilaterally decide that you're not going to show
6  up -- a 30(b)(6) Notice of Deposition has been duly
7  noted. You can't just unilaterally decide that
8  you're not going to provide a witness. You can't
9  do that.
10      MS. MCQUINN: We haven't provided a
11 witness. If you don't like that, you will have to
12 legally figure out what to do about it. We do not
13 have a witness for two, three, four, six, seven,
14 eight and nine.
15      MR. ALLEN: That's very clear. We will
16 be moving for sanctions against you on that.
17 You're instructing this witness -- I just want to
18 be clear -- you're instructing this witness not to
19 talk about any of the questions I've asked on
20 paragraph two; is that right?
21      MS. MCQUINN: He is here -- once again,
22 he is here to speak as to paragraphs one and five.

Page 20

1  I believe this is the third time I've told you
2  that.
3       MR. ALLEN: Why didn't you produce a
4  witness for paragraph two?
5       MS. MCQUINN: I'm not being deposed
6  today. You save your questions for the witness.
7       MR. ALLEN: You're refusing to tell me?
8       MS. MCQUINN: I'm not being deposed
9  today. We've given you the objection as to two,
10 three, four, six, seven, eight --
11      MR. ALLEN: Why didn't you notify me or
12 the Court before?
13      MS. MCQUINN: I can object during the
14 course of a deposition and I have.
15      MR. ALLEN: You're refusing to respond to
16 these requests?
17      MS. MCQUINN: I'm not a deponent today.
18 I've made my legal objections. If you don't want
19 to move on, that's your problem.
20      MR. ALLEN: Why didn't you notify me
21 ahead of time that you weren't going to produce
22 witnesses on these issues?

Page 21

1       MS. MCQUINN: I will come back when
2  you're ready to depose this individual. We are
3  here for that. Let me know when you're ready to
4  carry on the deposition. You're not ready right
5  now?
6       MR. ALLEN: Let's do the other one that
7  he's here for, then I would like to see if we can
8  call Judge Hessler.
9       MS. MCQUINN: You do whatever you please.
10 BY MR. ALLEN:
11      Q    First of all, look at paragraph number
12 three, sir, if you will.
13      MS. MCQUINN: He is here to discuss one
14 and five.
15 BY MR. ALLEN:
16      Q    Do you know anything about the
17 circumstances in which a case number is assigned to
18 a stop?
19      MS. MCQUINN: He's here to talk about one
20 and five. I think, Geoffrey, your problem is that
21 you don't understand what you're talking about.
22      MR. ALLEN: You're not the judge with all

6 (Pages 18 to 21)

**Capital Reporting Company**

Page 22

1  due respect, Ms. McQuinn. You don't make --
2      MS. MCQUINN: I'm trying to tell you why
3  we object.
4      MR. ALLEN: Don't interrupt me, please.
5      MS. MCQUINN: Within that answer is why
6  we object. You didn't really pick up on what's
7  wrong with your question. You and I can talk about
8  it later.
9      MR. ALLEN: No. We're going to talk
10  about it right now.
11      MS. MCQUINN: Well, help yourself.
12      MR. ALLEN: You're instructing him not to
13  answer any questions on three?
14      MS. MCQUINN: He's here to discuss one
15  and five.
16      MR. ALLEN: You're not going to answer
17  any questions on three?
18      MS. MCQUINN: What is your question,
19  Geoffrey?
20  BY MR. ALLEN:
21      Q    Is an R case number assigned to a stop or
22  a citizen police encounter?

Page 23

1      MS. MCQUINN: Don't respond.
2      That is not a case number, Geoffrey.
3  That is a tracking number.
4      MR. ALLEN: I don't want to hear that
5  testimony from you with respect --
6      MS. MCQUINN: That's what's wrong with
7  your question.
8      MR. ALLEN: The record is absolutely
9  clear.
10      MS. MCQUINN: We can go off the record
11  and I can explain it to you.
12      MR. ALLEN: No. I don't want to have it
13  explained to me. It's quite clear as it is.
14      MS. MCQUINN: No, it isn't.
15  BY MR. ALLEN:
16      Q    Paragraph number four, do you see that?
17      A    Yes, I do.
18      Q    What does the term disposition assigned
19  equals ASSNCASE mean?
20      MS. MCQUINN: He's here to talk about one
21  and five.
22      MR. ALLEN: So you're instructing him not

Page 24

1  to answer that?
2      MS. MCQUINN: We brought him here to
3  discuss one and five.
4      MR. ALLEN: You're instructing him not to
5  answer.
6      MS. MCQUINN: Any questions about
7  anything other than paragraphs one and five. He's
8  here to do one and five only, Geoffrey.
9      MR. ALLEN: You haven't brought anybody
10  here to talk about the other issues?
11      MS. MCQUINN: I don't know how many times
12  you're going to repeat that.
13  BY MR. ALLEN:
14      Q    Number five: The number of complaints of
15  excessive force against Metropolitan Police made in
16  the five-year period prior to January 15, 2006.
17  You are here to talk about that, apparently. What
18  is your testimony with respect to that? Is that
19  based on Deposition Exhibit 3 and Deposition
20  Exhibit 4?
21      A    What I did, I brought paperwork on
22  Exhibit No. 3, which shows the number of complaints

Page 25

1  that MPD handled in those years. That should cover
2  all of the years. This is what I was able to
3  obtain from what we were able to track during this
4  time period.
5      Q    Just looking at the second page where it
6  says 2003 Excessive Force, there's a column where
7  it says sustained, correct?
8      A    Yes.
9      Q    Sustained by who? Who would be
10  sustaining?
11      A    The Metropolitan Police Department. I
12  would assume that would be the Metropolitan Police
13  Department. We do have some cases from OPC where
14  they investigate cases as well. I think those
15  cases from OPC are also incorporated in our cases.
16  At some point in time, whether it's MPD or OPC that
17  sustain the cases, we would have the results.
18      Q    OPC again is?
19      A    It used to be OCCR, Office of Citizen
20  Complaints Review. Now it has been renamed the
21  Office of Police Complaints.
22      Q    It could be either/or?

7 (Pages 22 to 25)

## Capital Reporting Company

Page 26

1    A    It could be either/or.

2    Q    Actually, this diagram does make it clear

3    which districts are assigned to which ROCs; is

4    that correct?

5    A    That's correct.

6    Q    ROC-East is 6D and 7D?

7    A    That's correct.

8    Q    Again, looking at this diagram here with

9    respect to 7D --

10    A    Seventh District, okay.

11    Q    Yes -- unit total in this column here is

12    18. Does that mean that there were 18 complaints

13    of excessive force in 7D in 2003?

14    A    Yes. According to the way it's written,

15    it reflects that in 7D, they had five cases that

16    were insufficient facts. They had two cases that

17    were dismissed by OCCR, which is now currently

18    Office of Police Complaints, OPC, they say now.

19    There's 11 cases that are pending.

20    Q    None of the complaints in the Seventh

21    District for 2003 were sustained?

22    A    That's correct.

Page 27

1    Q    That is also true for that year, for

2    2003, for the total complaints in 6D, correct?

3    A    There were no complaints for the Sixth

4    District that were not sustained.

5    Q    That's what you're reading, right?

6    A    That's correct.

7    Q    There were no findings sustained --

8    A    In excessive force allegations --

9    Q    Right.

10    A    -- for 6 or 7 in 2003.

11    Q    Or 4D?

12    A    Or 4D.

13    Q    Or 2D?

14    A    Or 2D.

15    Q    Nor 5D?

16    A    Nor 5D.

17    Q    Nor 3D?

18    A    Nor 3D.

19    Q    Now, what would happen to those 11

20    pending in 2003? Would they just get kicked over

21    to the next year, or how would they be accounted

22    for?

Page 28

1    A    I'm not sure. I believe they will remain

2    for that particular year. Eventually once those

3    particular cases have been resolved, then they will

4    fall into one of those categories; otherwise, there

5    wouldn't be a 2003 case.

6    Q    When you go into 2004, for example, again

7    looking at 7D, there were apparently 13 complaints?

8    A    There were 13 complaints for that

9    particular year, yes.

10    Q    So those would be 13 new complaints?

11    A    Those would be 13 new complaints.

12    Q    Again, just looking at 7D, zero were

13    sustained in 2004?

14    A    That's correct.

15    Q    With respect to 6D, is there --

16    A    Zero for 6D was sustained in 2004.

17    You'll have zero sustained for 4D.

18    Q    And then one each for 2D and 3D?

19    A    Right. One case was sustained for 2D and

20    3D in 2004.

21    Q    And then zero for 5D?

22    A    Zero for 5D.

Page 29

1    Q    And one for 1D?

2    A    And one sustained for 1D; that's correct.

3    Q    Again, this isn't exactly the same

4    format. So for 7D they did sustain two in 2005?

5    A    That's correct.

6    Q    There were 19 complaints that were made

7    in 7D?

8    A    In 2005.

9    Q    Right.

10    A    Correct.

11    Q    Again, looking at this excessive force in

12    2005, the top diagram, that indicates I guess that

13    at the end of 2005 -- would this be correct --

14    there were 86 cases pending?

15    A    Yes. According to the graph, it shows

16    that 86 cases were pending for the year 2005.

17    Q    The five complaints or the total number

18    of complaints were sustained?

19    A    That's correct.

20    Q    Looking at the bottom diagram, ROC-East,

21    which, as we've seen, is 6 and 7D, correct?

22    A    Correct.

8 (Pages 26 to 29)

**Capital Reporting Company**

Page 30

1    Q    This would be 2005, too.
2    A    That would be 2005, correct.
3    Q    That shows that there were 53 complaints
4  of excessive force in ROC-East for 2005?
5    A    Correct.
6    Q    Now, we're on the next page where it says
7  2005 Allegations of Misconduct. The allegations
8  that are shown in this column --
9    A    Row.
10   Q    -- for 2006 for 7D would be 25?
11   A    Yes, it would be 25 for 7D.
12   Q    The total for the whole year --
13   A    For all of the districts.
14   Q    -- is 149?
15   A    Correct.
16   Q    What does OIA mean?
17   A    Office of Internal Affairs. That was our
18  old name before we changed it back to the Internal
19  Affairs Division. That's their case number. It's
20  like a tracking number.
21   Q    And what about the CS number; what is
22  that?

Page 31

1    A    That's a complaint summary number. Every
2  case that comes into the system that has an
3  allegation of -- whatever it might be -- of
4  misconduct, excessive force, theft, whatever, it
5  gets assigned a complaint summary number. We no
6  longer use that number. Now we use what we call an
7  IS number.
8    Q    It's the same thing?
9    A    The same thing.
10   Q    The last name and the first name, is that
11  the officer or the complainant?
12   A    Let me make sure. These are the
13  officers.
14   Q    These would be the officers against whom
15  the complaints were made?
16   A    Correct.
17   Q    And then this column here just shows the
18  district where that officer was assigned to?
19   A    Correct.
20   Q    And then there's a very brief description
21  of the allegation, nature of the allegation, in the
22  next column?

Page 32

1    A    Yes.
2    Q    And then the next one is just the date of
3  the incident that gave rise to the complaint?
4    A    It says case date. I assume that this is
5  the date the incident occurred, or it could be the
6  date that they received it. I'm not sure exactly
7  how they have that listed.
8    Q    I understand.
9    A    I'm unclear about that one.
10   Q    The next one is when the case was
11  disposed of?
12   A    Right, disposition date. This would be
13  disposition date, in other words, when we actually
14  got the case signed off on.
15   Q    And then the rest is just more of the
16  same?
17   A    Correct.
18   Q    All for 2001?
19   A    Is that 2001 or 2006?
20   Q    It looks like 2001 it says at the top.
21   A    Yes, it's 2001.
22   Q    I think you indicated earlier -- and I

Page 33

1  just want to make sure -- you're not sure whether
2  there's any similar data for subsequent years as
3  shown in the allegations reports? You don't know
4  whether there's a similar report for 2002, 2003,
5  2004 and 2005?
6    A    Let me make sure I have this clear. You
7  want to know if I know if there's a 2002 through
8  2006 report --
9    Q    Like this.
10   A    -- that's written in that particular
11  format?
12   Q    Yes, sir.
13   A    That, I don't know.
14   Q    Would it be a simple matter to find out?
15   A    I'm not sure if it would be a simple
16  matter to find out, but I could inquire.
17   Q    Well, I would ask that that be done.
18        Turning to deposition Exhibit 4 in a
19  little more detail. We already took a quick look
20  at it. Just directing your attention, sir, to
21  table number nine, the row which says Excessive
22  Force and then at the top it says FY02. I assume

9 (Pages 30 to 33)

**Capital Reporting Company**

Page 34

1    that means for 2002?
2        A    Fiscal year 2002.
3        Q    Oh, fiscal year 2002.
4        A    I don't know how they're breaking this
5    down because this was a report that was generated
6    by Office of Police Complaints. I'm not sure how
7    they're breaking it down.
8        Q    Across it has FY02, FY03, FY04 and so on
9    through '06. In the first column it has a number
10    there for excessive force of 104. Do you know what
11    that number represents?
12        A    Well, I can assume, it appears that they
13    have 104 cases of excessive force.
14        Q    "They" is?
15        A    OPC, Office of Police Complaints, which
16    used to be OCCR.
17        Q    Right. That is not actually part of the
18    police department, correct?
19        A    Well, I'm not sure exactly how some of
20    the things are done. The way it works, OPC, which
21    is Office of Police Complaints, whenever they get a
22    complaint against police officers, they actually

Page 35

1    notify our liaison person. We also keep track of
2    the cases that they handle as well. Their cases
3    are somewhat intertwined with our cases in the
4    police department. We may be handling cases as
5    well as they're handling cases. If OPC handles the
6    case, then we don't handle the case.
7        Q    Do you have some cases that are not
8    referred to OPC?
9        A    You mean, do you we handle cases that OPC
10    doesn't handle?
11        Q    Right.
12        A    Yes.
13        Q    Just to make sure, you would handle some
14    cases that you don't handle; they would handle
15    some cases that you don't handle; and you would
16    handle some cases together essentially?
17        A    Not necessarily, unless the two of us did
18    not know that the two of us were handling the case.
19        Q    If you knew that OPC was investigating,
20    then you would stop your own investigation and let
21    them handle it?
22        A    Right. We wouldn't start the

Page 36

1    investigation so we wouldn't have the conflict.
2    We wouldn't start the investigation.
3        Q    Say a complainant makes a complaint to
4    the police department, then that would be handled
5    by your department. Is that what you're saying?
6        A    If they make a complaint to us?
7        Q    Right.
8        A    Have they made the complaint to OPC?
9        Q    No. Assume that they haven't.
10        A    If they haven't made the complaint to OPC
11    and we get the complaint of excessive force, yes,
12    we will handle that.
13        Q    If the complainant went to OPC but didn't
14    go to the police department, then they would handle
15    it, correct?
16        A    Correct.
17        Q    If they did both and you became aware of
18    it, then OPC would do it?
19        A    Yes. They would handle the case.
20        Q    These figures here, this is OPC data,
21    correct?
22        A    Correct, this is OPC data.

Page 37

1        Q    Are you aware of which district has the
2    highest number of complaints of excessive force? I
3    mean, does 7D usually get more than 6D or 3D? Does
4    one district usually have a history of higher
5    levels of complaints of excessive force?
6        MS. MCQUINN: Objection on the basis of
7    relevance.
8        You may answer.
9        A    No.
10        Q    Do you know whether the police department
11    has done any investigation of allegations of
12    excessive force against the officers involved in
13    this case for this incident; in other words,
14    Officers McAllister, Magrue, Teal and Roberson,
15    have they been investigated for complaints of
16    excessive force arising out of the events of
17    January 15, 2006, to your knowledge?
18        A    Actually, I didn't check to see if there
19    was an investigation on that.
20        Q    Could you do that?
21        A    I can look. We do normally keep records
22    to see if, in fact -- is this a 2006 case?

10 (Pages 34 to 37)

**Capital Reporting Company**

Page 38

1     Q   Yes, sir.

2     A   I can check that and see if we have

3 something in the file.

4     Q   If you can tell Ms. McQuinn and hopefully

5 she will relay that information to me.

6      I understand that you will not be

7 testifying as to paragraphs six, seven, eight and

8 nine; is that correct?

9     A   That's correct.

10     Q   I also understand that no other person

11 has been designated to appear at this deposition to

12 testify on those areas?

13      MS. MCQUINN: Because we have a legal

14 objection to those areas.

15      MR. ALLEN: I understand. Well, thank

16 you. That's it.

17      THE WITNESS: I appreciate it.

18      MS. MCQUINN: I would like an E-tran and

19 a mini. That's all.

20      MR. ALLEN: I'll get the mini and the

21 disk.

22      (Whereupon, at 11:10 a.m., the

Page 39

1      deposition of Marvin Lyons

2      was concluded.)

3      * * * * *

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 40

1      CERTIFICATE OF NOTARY PUBLIC

2      I, Jodi Scheffel, RPR, the officer before

3 whom the foregoing deposition was taken, do hereby

4 certify that the witness whose testimony appears in

5 the foregoing deposition was duly sworn by me; that

6 the testimony of said witness was taken by me in

7 stenotype and thereafter reduced to typewriting

8 under my direction; that said deposition is a true

9 record of the testimony given by said witness, that

10 I am neither counsel for, related to, nor employed

11 by any of the parties to the action in which this

12 deposition was taken; and further, that I am not a

13 relative or employee of any attorney or counsel

14 employed by the parties hereto, nor financially, or

15 otherwise interested in the outcome of the action.

16

17      Jodi Scheffel

18      Notary Public in and for

19      the District of Columbia

20

21 My commission expires:

22 August 31, 2011

Page 41

1 A C K N O W L E D G E M E N T   O F   D E P O N E N T

2

3      I, MARVIN LYONS, do hereby acknowledge I

4 have read and examined the foregoing pages

5 of testimony, and the same is a true, correct

6 and complete transcription of the testimony given

7 by me, and any changes or corrections, if any,

8 appear in the attached errata sheet signed by me.

9

10

11

12

13

14    _____    _____

15    Marvin Lyons          Date

16

17

18

19

20

21

22

11 (Pages 38 to 41)

**Capital Reporting Company**

Page 42

1  Urenthea McQuinn
   Assistant Attorney General
2  Office of the Attorney General
   For the District of Columbia
3  441-4th Street, N.W.
   Suite 600 South
4  Washington, D.C. 20001
5
6  IN RE:  Thorne, et al. vs. District of Columbia
7  Dear Ms. McQuinn,
8      Enclosed, please find your copy of the
9  deposition of MARVIN LYONS, along with the original
10 signature page.
11     As agreed, you will be responsible for
12 contacting the witness.  Within 30 days of receipt,
13 please forward errata sheet and original signed
14 signature page to counsel for Plaintiff, Mr. Allen.
15     If you have any questions, please do not
16 hesitate to call.  Thank you.
17     Yours,
18
19     Jodi Scheffel
20     Reporter/Notary Public
21
22     cc:  Geoffrey Allen, Esquire

Page 43

1  Capital Reporting Company
   1821 Jefferson Place, N.W.
2  Third Floor
   Washington, D.C. 20036
3  (202) 857-3376
4       E R R A T A   S H E E T
5  Case:  Thorne vs. District of Columbia
6  Witness:  Marvin Lyons
7  Date:  June 5, 2007
8  Page No.    Line No.        Reason/Change
9
10
11
12
13
14
15
16
17
18
19
20
21  _____      _____
22    Signature              Date

12 (Pages 42 to 43)

```
 1              CERTIFICATE OF NOTARY PUBLIC

 2          I, Jodi Scheffel, RPR, the officer before

 3     whom the foregoing deposition was taken, do hereby

 4     certify that the witness whose testimony appears in

 5     the foregoing deposition was duly sworn by me; that

 6     the testimony of said witness was taken by me in

 7     stenotype and thereafter reduced to typewriting

 8     under my direction; that said deposition is a true

 9     record of the testimony given by said witness, that

10     I am neither counsel for, related to, nor employed

11     by any of the parties to the action in which this

12     deposition was taken; and further, that I am not a

13     relative or employee of any attorney or counsel

14     employed by the parties hereto, nor financially, or

15     otherwise interested in the outcome of the action.

16

17                    Jodi Scheffel

18                    Notary Public in and for

19                    the District of Columbia

20

21     My commission expires:

22     August 31, 2011
```

## Capital Reporting Company

```
1    A C K N O W L E D G E M E N T    O F    D E P O N E N T

2

3         I, MARVIN LYONS, do hereby acknowledge I

4    have read and examined the foregoing pages

5    of testimony, and the same is a true, correct

6    and complete transcription of the testimony given

7    by me, and any changes or corrections, if any,

8    appear in the attached errata sheet signed by me.

9

10

11

12

13

14   _____        _____

15       Marvin Lyons                      Date

16

17

18

19

20

21

22
```

**Capital Reporting Company**

Page 42

1  Urenthea McQuinn
   Assistant Attorney General
2  Office of the Attorney General
   For the District of Columbia
3  441-4th Street, N.W.
   Suite 600 South
4  Washington, D.C. 20001

5

6  IN RE:  Thorne, et al. vs. District of Columbia

7  Dear Ms. McQuinn,

8       Enclosed, please find your copy of the

9  deposition of MARVIN LYONS, along with the original

10 signature page.

11      As agreed, you will be responsible for

12 contacting the witness.  Within 30 days of receipt,

13 please forward errata sheet and original signed

14 signature page to counsel for Plaintiff, Mr. Allen.

15      If you have any questions, please do not

16 hesitate to call.  Thank you.

17      Yours,

18

19      Jodi Scheffel

20      Reporter/Notary Public

21

22      cc:  Geoffrey Allen, Esquire

**Capital Reporting Company**

Page 43

```
1    Capital Reporting Company
     1821 Jefferson Place, N.W.
2    Third Floor
     Washington, D.C. 20036
3    (202) 857-3376

4            E R R A T A   S H E E T

5    Case:  Thorne vs. District of Columbia

6    Witness:  Marvin Lyons

7    Date:  June 5, 2007

8    Page No.      Line No.          Reason/Change

9

10

11

12

13

14

15

16

17

18

19

20

21    _____        _____

22        Signature                    Date
```

**Capital Reporting Company**

Page 1

---

**A**

able 25:2,3
about 5:17,18 6:5 7:4,15
    8:3,15 13:9,10 17:19
    18:13,21 19:2,2,12,19
    21:16,19,21 22:7,10
    23:20 24:6,10,17 30:21
    32:9
absolutely 23:8
accepting 13:12
according 16:19 26:14
    29:15
accounted 27:21
acknowledge 41:3
Across 34:8
action 1:6 4:13 40:11,15
actually 12:7 26:2 32:13
    34:17,22 37:18
Affairs 7:19 14:14 30:17
    30:19
affecting 17:3
after 5:6
again 19:21 25:18 26:8
    28:6,12 29:3,11
against 4:12 19:16 24:15
    31:14 34:22 37:12
agreed 42:11
ahead 20:21
al 1:4,7 42:6
allegation 31:3,21,21
allegations 3:11 10:8
    13:6,18,19,20 14:17
    27:8 30:7,7 33:3 37:11
Allen 2:4 4:7,10 5:2,8,11
    5:14,18,22 6:7,14 9:3,8
    9:16,20 15:5,9 18:9,14
    18:15,22 19:4,15 20:3,7
    20:11,15,20 21:6,10,15
    21:22 22:4,9,12,16,20
    23:4,8,12,15,22 24:4,9
    24:13 38:15,20 42:14
    42:22
along 42:9
already 33:19
another 16:4
answer 5:3 22:5,13,16
    24:1,5 37:8
anybody 24:9
anyone 18:6
anything 21:16 24:7
apparently 24:17 28:7
appear 38:11 41:8
appears 12:3 14:7 34:12
    40:4
appreciate 38:17

approximately 7:13,22
    8:10
arbitrarily 19:4
area 8:5
areas 5:3 38:12,14
arguing 6:5,6
arising 37:16
arrest 4:22 18:2,4,5
asked 19:19
asking 5:6,15 18:12,20
assault 13:13
assigned 8:14,19 21:17
    22:21 23:18 26:3 31:5
    31:18
assignment 7:16,17
Assistant 42:1
ASSNCASE 23:19
assume 25:12 32:4 33:22
    34:12 36:9
attached 3:14 41:8
attention 33:20
attorney 1:17 2:12 4:11
    40:13 42:1,2
August 40:22
automobiles 16:11
Avenue 2:5
aware 36:17 37:1
a.m 1:21 38:22

---

**B**

B 3:6
back 21:1 30:18
background 7:5
bar 12:3
based 24:19
basis 5:21 37:6
became 36:17
before 1:19 6:18 8:1,2
    20:12 30:18 40:2
beginning 1:21
behalf 1:22 2:3,10 4:15
being 20:5,8
believe 20:1 28:1
belt 16:12
between 15:15
bit 17:5
both 36:17
bottom 12:12 29:20
Branch 8:14
breakdown 12:22
breaking 34:4,7
brief 8:7 31:20
bring 8:21
brings 8:17
broken 13:4,15,16,19

brought 24:2,9,21
buying 8:16

---

**C**

C 2:1 3:1 4:1 41:1
call 17:18 21:8 31:6
    42:16
called 1:15 4:4
calling 6:8
Capital 43:1
carry 21:4
case 4:20 5:1 12:18 13:21
    17:17,19,21 18:3,16
    21:17 22:21 23:2 28:5
    28:19 30:19 31:2 32:4
    32:10,14 35:6,6,18
    36:19 37:13,22 43:5
cases 25:13,14,15,15,17
    26:15,16,19 28:3 29:14
    29:16 34:13 35:2,2,3,4
    35:5,7,9,14,15,16
categories 28:4
cause 18:5
cc 42:22
certain 12:17 13:12
CERTIFICATE 40:1
certify 40:4
changed 30:18
changes 41:7
chart 15:17
check 37:18 38:2
circles 6:5
circumstances 18:16,18
    21:17
citizen 22:22 25:19
citizens 10:18
city 12:16
Civil 1:6
clear 19:15,18 23:9,13
    26:2 33:6
clearly 17:1
collect 14:11
Columbia 1:2,7,17,20
    4:13,15 7:8 8:17 40:19
    42:2,6 43:5
column 25:6 26:11 30:8
    31:17,22 34:9
come 21:1
comes 31:2
coming 8:18
commands 12:13
commission 40:21
community 8:6
Company 43:1
complainant 31:11 36:3

36:13
complaint 10:19 31:1,5
    32:3 34:22 36:3,6,8,10
    36:11
complaints 3:12 10:8,14
    10:15 11:8,10,13,16,18
    12:5,8,15 15:17,19,21
    15:22 16:3 24:14,22
    25:20,21 26:12,18,20
    27:2,3 28:7,8,10,11
    29:6,17,18 30:3 31:15
    34:6,15,21 37:2,5,15
complete 41:6
comprised 12:19
comprises 14:14
concerned 14:18
concluded 39:2
conflict 36:1
consists 10:6,7
contacting 42:12
continuation 14:1,2
continuations 14:3
continuing 17:14
coordinator 15:15
copy 42:8
correct 7:6,7,10 9:15,22
    10:2,16 12:1,11 14:5
    16:15 25:7 26:4,5,7,22
    27:2,6 28:14 29:2,5,10
    29:13,19,21,22 30:2,5
    30:15 31:16,19 32:17
    34:18 36:15,16,21,22
    38:8,9 41:5
corrections 41:7
counsel 1:15 3:3 4:6
    40:10,13 42:14
couple 7:3 8:12
course 20:14
Court 1:1 6:8 20:12
cover 25:1
CS 30:21
current 7:16,17 15:20
currently 15:18 26:17

---

**D**

D 2:4 4:1 41:1,1
data 14:8,17 33:2 36:20
    36:22
date 6:21 13:21,21 32:2,4
    32:5,6,12,13 41:15 43:7
    43:22
day 7:1
days 42:12
Dear 42:7
decide 19:5,7

**Capital Reporting Company**

decided 6:2
Defendant 2:10 17:22
  18:1
Defendants 1:8
department 7:9,13 8:18
  10:9,19 15:16 16:10
  25:11,13 34:18 35:4
  36:4,5,14 37:10
Department's 9:11
deponent 20:17
depose 21:2
deposed 20:5,8
deposition 1:13 3:7,8
  6:16 9:4,9,17 10:4 15:6
  15:11 16:5 19:6 20:14
  21:4 24:19,19 33:18
  38:11 39:1 40:3,5,8,12
  42:9
description 31:20
designated 14:4 38:11
detail 33:19
detective 8:14
diagram 26:2,8 29:12,20
different 11:4,13,20 12:6
  12:6
directing 33:20
direction 12:17 40:8
discuss 21:13 22:14 24:3
disk 38:21
dismissed 12:10 26:17
dispatcher 17:18
disposed 32:11
disposition 13:21,22
  23:18 32:12,13
district 1:1,2,7,17,20
  4:12,15 7:8 8:17,19
  13:15 26:10,21 27:4
  31:18 37:1,4 40:19 42:2
  42:6 43:5
districts 12:22 13:2,3,16
  26:3 30:13
Division 7:19 14:14 30:19
document 6:17 9:21 10:1
  10:5,7 15:12,13,14
documents 8:21 9:1 18:4
doing 7:21 8:1
done 7:11 33:17 34:20
  37:11
down 13:4,15,16,20 34:5
  34:7
due 22:1
duly 4:4 19:6 40:5
during 20:13 25:3
duty 7:16,17
D.C 1:10,19 2:7,15 42:4

43:2

_____ E _____

E 2:1,1 3:1,6 4:1,1 41:1,1
  41:1,1,1 43:4,4,4
each 28:18
earlier 32:22
effect 9:13 16:12,18 17:4
  17:6,8,9
eight 4:21 18:2 19:14
  20:10 38:7
either/or 25:22 26:1
employed 40:10,14
employee 40:13
Enclosed 42:8
encompasses 12:17
encounter 22:22
end 29:13
equals 23:19
errata 41:8 42:13
Esquire 2:4,11 42:22
essentially 35:16
et 1:4,7 42:6
Even 17:19
event 6:11
events 37:16
Eventually 28:2
Every 31:1
everything 13:1
exact 13:20
exactly 12:21 29:3 32:6
  34:19
examination 1:15 3:2 4:6
examined 4:5 41:4
example 28:6
except 11:2
excessive 3:10 10:8,13,16
  10:19 11:1,7,10,12,15
  11:18,22 13:10,13
  15:20 24:15 25:6 26:13
  27:8 29:11 30:4 31:4
  33:21 34:10,13 36:11
  37:2,5,12,16
Exhibit 6:12,16 9:5,6,17
  9:18 10:4 15:6,7,11
  16:5,19 24:19,20,22
  33:18
Exhibits 3:7,14
exonerated 12:9
expires 40:21
explain 13:6 15:13 23:11
explained 23:13
E-tran 38:18

_____ F _____

F 16:21 17:1 41:1
fact 14:2 37:22
facts 26:16
fail 6:1
failure 16:12
fall 28:4
far 14:17
February 17:6
few 7:4
Fifth 8:19
figure 19:12
figures 36:20
file 38:3
filed 17:16
financially 40:14
find 33:14,16 42:8
findings 10:16,17 27:7
first 4:4 11:8 14:3 21:11
  31:10 34:9
fiscal 15:22 34:2,3
five 5:1,17 8:10,15 18:8
  19:3,22 21:14,20 22:15
  23:21 24:3,7,8,14 26:15
  29:17
five-year 24:16
Floor 1:18 2:14 43:2
follows 4:5
force 3:10 7:20 10:8,13
  10:16,20 11:1,7,10,12
  11:15,18,22 13:10,14
  15:21 24:15 25:6 26:13
  27:8 29:11 30:4 31:4
  33:22 34:10,13 36:11
  37:2,5,12,16
foregoing 40:3,5 41:4
Formal 3:11
format 11:4,8,13,20
  14:20 29:4 33:11
forward 42:13
found 12:8
four 4:19 17:15,22 19:13
  20:10 23:16
from 8:11,13 14:13 15:14
  17:2 23:5 25:3,13,15
front 5:16
further 40:12
FY02 33:22 34:8
FY03 34:8
FY04 34:8

_____ G _____

G 4:1 41:1
gave 14:15 32:3
general 1:17 2:12 3:9
  9:11 17:6 42:1,2

generated 16:2 17:21
  34:5
Geoffrey 2:4 4:10 21:20
  22:19 23:2 24:8 42:22
gets 17:18 31:5
give 8:7 12:7
given 5:21 20:9 40:9 41:6
go 9:3 10:11 23:10 28:6
  36:14
going 5:2,4 6:7 8:9 10:11
  13:1,7 19:5,8 20:21
  22:9,16 24:12
good 17:10
graph 12:12 29:15
graphs 12:3
gratuities 13:12
gross 6:9
guess 10:11 29:12

_____ H _____

H 3:6 43:4
handle 15:21 35:2,6,9,10
  35:13,14,14,15,16,21
  36:12,14,19
handled 10:9 25:1 36:4
handles 15:22 35:5
handling 35:4,5,18
happen 27:19
Harrington 15:15
having 4:4
hear 23:4
help 17:5 22:11
her 14:16,18
hereto 40:14
hesitate 42:16
Hessler 21:8
higher 37:4
highest 37:2
him 5:3,6 18:12 22:12
  23:22 24:2,4
history 37:4
homicide 8:11,11
hopefully 38:4

_____ I _____

identification 6:13 9:7,19
  15:8
incident 32:3,5 37:13
incorporated 25:15
independent 15:1
indicated 32:22
indicates 29:12
indicating 11:9
individual 18:7 21:2
information 12:7 14:14

**Capital Reporting Company**

18:4 38:5
inquire 33:16
insist 5:5 18:12,14
instruct 5:2
instructing 18:10 19:17
  19:18 22:12 23:22 24:4
insufficient 26:16
interested 40:15
Internal 7:19 14:13 30:17
  30:18
interrupt 22:4
intertwined 35:3
investigate 25:14
investigated 37:15
investigating 35:19
investigation 7:20 35:20
  36:1,2 37:11,19
involved 37:12
irrelevant 4:19,22 6:3
Island 2:5
issue 16:14,16
issued 18:19
issues 4:16 20:22 24:10
item 16:21 17:1
items 4:19

**J**

January 9:14 16:13 17:4
  24:16 37:17
Jefferson 43:1
Jodi 1:19 40:2,17 42:19
judge 21:8,22
June 1:11 43:7
just 4:17 6:1,2 8:7,15
  11:19 12:4,22 19:7,17
  25:5 27:20 28:12 31:17
  32:2,15 33:1,20 35:13

**K**

K 41:1
keep 11:21 18:6 35:1
  37:21
kicked 27:20
knew 35:19
know 4:16 15:4 21:3,16
  24:11 33:3,7,7,13 34:4
  34:10 35:18 37:10
knowledge 15:1 37:17

**L**

L 41:1
lady 14:15
last 7:1,1,2,3 31:10
later 11:22 22:8
legal 20:18 38:13

legally 19:12
let 6:15 7:4 13:8 14:6
  17:13 21:3 31:12 33:6
  35:20
Let's 9:4,16 15:5 16:7
  21:6
levels 37:5
liaison 35:1
lieutenant 7:18 18:7
like 19:11 21:7 30:20
  32:20 33:9 38:18
likely 15:2
Line 43:8
listed 32:7
little 17:5 33:19
Log 11:22
long 7:11,21
longer 31:6
look 13:8 16:4,7,20,20
  21:11 33:19 37:21
looking 5:13 17:17 25:5
  26:8 28:7,12 29:11,20
looks 32:20
Louise 1:4 4:11
Lyons 1:14 4:3,9,10 18:7
  39:1 41:3,15 42:9 43:6
L-y-o-n-s 4:9

**M**

M 41:1
made 20:18 24:15 29:6
  31:15 36:8,10
Magrue 37:14
make 6:7 22:1 26:2 31:12
  33:1,6 35:13 36:6
makes 36:3
making 10:18
manner 13:4
many 13:2 24:11
marked 6:13,15 9:4,7,16
  9:19 10:3 15:5,8,11
Marvin 1:14 4:3,9 39:1
  41:3,15 42:9 43:6
matter 14:2 33:14,16
may 35:4 37:8
McAllister 37:14
McQuinn 2:11 4:18 5:5,9
  5:12,15,20 6:4 17:14
  18:12,20 19:1,10,21
  20:5,8,13,17 21:1,9,13
  21:19 22:1,2,5,11,14,18
  23:1,6,10,14,20 24:2,6
  24:11 37:6 38:4,13,18
  42:1,7
mean 5:22 8:4 23:19

26:12 30:16 35:9 37:3
means 34:1
members 17:1
Metropolitan 7:9,12 9:10
  10:9 24:15 25:11,12
might 17:20 31:3
mini 38:19,20
misconduct 13:6,10 30:7
  31:4
month 7:2
more 32:15 33:19 37:3
move 20:19
moving 19:16
MPD 3:9 25:1,16
much 11:2 12:4

**N**

N 2:1 3:1,1 4:1 41:1,1,1,1
name 4:8,9,10 30:18
  31:10,10
names 13:20
narcotics 8:13,16
nature 31:21
necessarily 35:17
neither 40:10
never 4:14
new 28:10,11
next 11:11,14,17 12:2
  13:5,18 14:1 27:21 30:6
  31:22 32:2,10
nine 4:21 18:2 19:14
  33:21 38:8
None 26:20
normally 37:21
Notary 1:19 40:1,18
noted 18:9 19:7
notice 1:16 3:8 19:6
notify 20:11,20 35:1
number 10:8 12:5,8,14
  15:20 16:7 17:12,19,20
  18:11,16,17,17 21:11
  21:17 22:21 23:2,3,16
  24:14,14,22 29:17
  30:19,20,21 31:1,5,6,7
  33:21 34:9,11 37:2
numbers 5:1 17:17 18:19
N.W 1:18 2:5,13 42:3
  43:1

**O**

O 3:1 4:1 41:1,1
object 5:4,20 20:13 22:3
  22:6
objected 5:7
objection 4:18,21 17:15

18:7,9,20 20:9 37:6
  38:14
objections 20:18
objects 17:22 18:1
obtain 25:3
obtained 14:13
obviously 7:5 10:12
OCCR 15:17,18 25:19
  26:17 34:16
occurred 32:5
off 23:10 32:14
offenses 16:11
Office 1:16 2:12 7:18
  15:16,18,21 16:3 25:19
  25:21 26:18 30:17 34:6
  34:15,21 42:2
officer 7:5,13 8:3,16,20
  8:20 10:20 31:11,18
  40:2
officers 4:12 31:13,14
  34:22 37:12,14
Oh 34:3
OIA 30:16
okay 8:9 16:6 26:10
old 30:18
once 19:21 28:2
one 5:1,13,16,17 16:7
  18:8 19:3,22 21:6,13,19
  22:14 23:20 24:3,7,8
  28:4,18,19 29:1,2 32:2
  32:9,10 37:4
only 5:12 13:11 24:8
OPC 25:13,15,16,18
  26:18 34:15,20 35:5,8,9
  35:19 36:8,10,13,18,20
  36:22
operational 12:13
opinion 6:10
oral 1:15
order 3:9 8:10 9:11,13,21
  10:1 17:6
original 42:9,13
other 5:19 8:8 12:16 13:3
  14:17 15:3 21:6 24:7,10
  32:13 37:13 38:10
others 4:11 5:21
otherwise 28:4 40:15
out 17:5 19:12 33:14,16
  37:16
outcome 40:15
outlined 13:14
over 14:15 27:20
own 35:20

**P**

**Capital Reporting Company**

**P** 2:1,1 4:1 41:1
**page** 3:2 10:22 11:6,9,11
  11:14,17,21 12:2,7,12
  13:5,7,9,11,18 14:1,4
  16:20,21 25:5 30:6
  42:10,14 43:8
**pages** 14:3 41:4
**paperwork** 24:21
**paragraph** 16:7 17:11,12
  18:11,18,21 19:2,20
  20:4 21:11 23:16
**paragraphs** 5:10,17,19
  18:3,8 19:3,22 24:7
  38:7
**parole** 8:5
**part** 34:17
**particular** 10:7 13:8,11
  14:19 28:2,3,9 33:10
**parties** 1:22 40:11,14
**party** 4:13
**patrol** 8:2,20
**pending** 12:10 26:19
  27:20 29:14,16
**people's** 13:20
**period** 24:16 25:4
**person** 5:12,13,16 8:22
  14:12 35:1 38:10
**pertaining** 9:11
**pick** 22:6
**picture** 12:6
**Place** 43:1
**Plaintiff** 42:14
**Plaintiffs** 1:5,16 2:3 3:3
  4:6
**Plaintiff's** 3:7 6:12 9:6,18
  15:7
**please** 4:8 9:5 21:9 22:4
  42:8,13,15
**point** 25:16
**police** 4:12 7:5,9,12 8:19
  9:10 10:9,19,20 15:16
  15:16,19,22 16:3,10
  22:22 24:15 25:11,12
  25:21 26:18 34:6,15,18
  34:21,22 35:4 36:4,14
  37:10
**policies** 16:9,17
**posts** 8:8
**present** 1:21
**pretty** 11:2 12:4
**prior** 8:9,10,15 24:16
**probable** 18:5
**probably** 6:8 7:3
**problem** 20:19 21:20
**procedures** 6:10 16:10,17

**produce** 20:3,21
**Professional** 7:18
**prohibited** 17:2
**provide** 19:8
**provided** 8:22 9:1 19:10
**PSA** 8:3,4,5
**Public** 1:20 40:1,18 42:20
**purpose** 17:2
**pursuant** 1:16
**pursuing** 16:11 17:2
**pursuits** 9:12

_____
           **Q**
**question** 22:7,18 23:7
**questions** 5:6 7:4 18:3,13
  19:19 20:6 22:13,17
  24:6 42:15
**quick** 33:19
**quite** 23:13

_____
           **R**
**R** 2:1 4:1 18:17 22:21
  43:4,4
**RE** 42:6
**read** 17:13 41:4
**reading** 27:5
**ready** 21:2,3,4
**really** 22:6
**reasons** 17:16
**Reason/Change** 43:8
**receipt** 42:12
**received** 15:14 32:6
**record** 4:8 6:8 11:19 16:9
  18:6 23:8,10 40:9
**records** 37:21
**reduced** 40:7
**referred** 35:8
**referring** 14:19
**reflect** 10:18
**reflects** 10:14 26:15
**refusing** 20:7,15
**regarding** 17:15 18:4,8
**regional** 12:13
**related** 40:10
**relative** 40:13
**relay** 38:5
**relevance** 37:7
**remain** 28:1
**remaining** 14:3
**remember** 12:21
**renamed** 25:20
**repeat** 24:12
**report** 4:20 15:19 17:16
  17:20,21 33:4,8 34:5
**Reporter/Notary** 42:20

**Reporting** 43:1
**reports** 14:11 15:2 33:3
**represented** 12:15
**representing** 12:15
**represents** 13:2 34:11
**requests** 18:3 20:16
**resolved** 28:3
**respect** 4:16 16:10 17:10
  22:1 23:5 24:18 26:9
  28:15
**respond** 5:10 20:15 23:1
**Responsibility** 7:19
**responsible** 42:11
**rest** 32:15
**results** 25:17
**resume** 8:7
**Review** 25:20
**Rhode** 2:5
**right** 5:14 9:2 11:5 12:14
  19:20 21:4 22:10 27:5,9
  28:19 29:9 32:12 34:17
  35:11,22 36:7
**rise** 32:3
**Robbery** 8:14
**Roberson** 37:14
**ROCs** 26:3
**ROC-Central** 12:16,19
  13:3
**ROC-East** 12:20 13:2
  26:6 29:20 30:4
**ROC-North** 12:19,20
  13:2
**row** 30:9 33:21
**RPR** 40:2
**Rule** 6:10

_____
           **S**
**S** 2:1 3:1,6 4:1 43:4
**same** 12:2,7,12 12:4 13:1
  29:3 31:8,9 32:16 41:5
**sanctions** 19:16
**save** 20:6
**saying** 36:5
**says** 10:22 11:22 12:12
  13:5,19 25:6,7 30:6
  32:4,20 33:21,22
**Scheffel** 1:19 40:2,17
  42:19
**seat** 16:12
**second** 10:22 25:5
**sections** 12:15
**see** 6:20 9:2 14:6 21:7
  23:16 37:18,22 38:2
**seen** 6:18,21 29:21
**sergeant** 8:11 15:15

**service** 8:2,5
**seven** 4:21 18:2 19:13
  20:10 38:7
**Seventh** 26:10,20
**several** 4:16
**sheet** 41:8 42:13
**show** 6:15 16:19 19:5
**showing** 10:3 15:10
**shown** 18:17,17 30:8 33:3
**shows** 13:13 15:20 24:22
  29:15 30:3 31:17
**signature** 42:10,14 43:22
**signed** 32:14 41:8 42:13
**similar** 14:8 15:2 33:2,4
**Similarly** 18:1
**simple** 33:14,15
**sir** 6:18 9:9 15:10 21:12
  33:12,20 38:1
**six** 4:21 18:1 19:13 20:10
  38:7
**Sixth** 1:18 2:14 27:3
**slightly** 11:4
**slot** 13:13
**some** 4:17 12:3 25:13,16
  34:19 35:7,13,15,16
**somebody** 6:1
**something** 38:3
**somewhat** 35:3
**South** 1:18 2:14 42:3
**speak** 4:15,17 5:1 6:1
  16:14,16 17:11 18:8,10
  19:1,2,22
**spend** 6:4
**spent** 8:10,12,15
**Squad** 8:14
**standpoint** 8:12,13
**start** 35:22 36:2
**started** 6:11
**State** 4:8
**states** 1:1 17:1
**stenotype** 40:7
**still** 13:1 17:8,9
**stop** 17:3 21:18 22:21
  35:20
**Street** 1:18 2:13 42:3
**subsequent** 15:3 33:2
**Suite** 2:6 42:3
**summary** 11:22 31:1,5
**sure** 6:21 14:10 28:1
  31:12 32:6 33:1,1,6,15
  34:6,19 35:13
**sustain** 25:17 29:4
**sustained** 12:9 25:7,9
  26:21 27:4,7 28:13,16
  28:17,19 29:2,18

**Capital Reporting Company**

sustaining 25:10
sworn 4:5 40:5
system 31:2

**T**

T 3:1,1,6 41:1,1 43:4,4
table 3:11 33:21
take 16:4
taken 40:3,6,12
talk 5:17 19:19 21:19
  22:7,9 23:20 24:10,17
talking 13:9,10 21:21
Teal 37:14
Team 7:20
tell 10:6 20:7 22:2 38:4
Tenders 6:17 10:5 15:12
term 23:18
testified 4:5
testify 38:12
testifying 38:7
testimony 23:5 24:18
  40:4,6,9 41:5,6
thank 38:15 42:16
theft 31:4
their 30:19 35:2
thing 11:7,12 31:8,9
things 13:9,12 34:20
think 6:2 12:21 17:20
  21:20 25:14 32:22
third 20:1 43:2
Thorne 1:4 4:11 42:6
  43:5
though 17:20
three 4:19 7:22 8:3 11:6
  16:20,21 17:15,22
  19:13 20:10 21:12
  22:13,17
through 9:3 10:11 33:7
  34:9
throughout 8:17
time 6:5 8:18 20:1,21
  25:4,16
times 24:11
today 20:6,9,17
together 35:16
told 5:6 20:1
top 11:1 13:5,15,17 29:12
  32:20 33:22
total 10:14 26:11 27:2
  29:17 30:12
track 11:21 25:3 35:1
tracking 17:18,19 23:3
  30:20
traffic 16:11 17:3
transcript 3:14

transcription 41:6
true 27:1 40:8 41:5
trying 22:2
Tuesday 1:11
Turning 33:18
two 4:19 17:11,12,15,22
  18:11,18,21 19:2,13,20
  20:4,9 26:16 29:4 35:17
  35:18
typewriting 40:7

**U**

Uh-huh 16:8
unclear 32:9
under 18:16,18 40:8
undercover 8:16
understand 21:21 32:8
  38:6,10,15
unfounded 12:9
unilaterally 19:5,7
unit 26:11
UNITED 1:1
unless 35:17
Urenthea 2:11 42:1
use 31:6,6
used 8:13 15:17 25:19
  34:16
usually 37:3,4

**V**

various 4:12 10:10 13:9
vehicle 17:2
vehicular 9:11
very 17:10 19:15 31:20
view 12:6
violation 6:9 17:3
vs 1:6 42:6 43:5

**W**

W 41:1
want 6:4 18:6 19:17
  20:18 23:4,12 33:1,7
Washington 1:10,19 2:7
  2:15 42:4 43:2
wasn't 17:21
way 26:14 34:20
wear 16:12
week 7:1
weeks 7:3
well 5:5,11,18 6:4,7 13:21
  22:11 25:14 33:17
  34:12,19 35:2,5 38:15
went 17:6 36:13
were 1:21 8:1 12:8,15
  16:12,17,20 25:3 26:12

26:16,17,21 27:3,4,7
  28:7,8,12 29:6,6,14,16
  29:18 30:3 31:15 35:18
weren't 20:21
we'll 4:18 6:8
we're 6:7 10:11 22:9 30:6
we've 5:6 20:9 29:21
whole 9:21 10:1 30:12
witness 4:4 6:17 10:5
  15:12 18:10 19:8,11,13
  19:17,18 20:4,6 38:17
  40:4,6,9 42:12 43:6
witnesses 20:22
words 12:16 32:13 37:13
work 7:8,17,19
working 8:6,12
works 14:15 34:20
wouldn't 28:5 35:22 36:1
  36:2
written 4:20 17:16 26:14
  33:10
wrong 22:7 23:6

**X**

X 1:4,9 3:6

**Y**

year 11:3 15:22 27:1,21
  28:2,9 29:16 30:12 34:2
  34:3
years 7:13,14,15,22 8:3
  8:11,12,15 10:10 14:17
  15:3 25:1,2 33:2

**Z**

zero 28:12,16,17,21,22

**0**

06 34:9
06-1204 1:6

**1**

1 3:8 6:12,16 12:18 16:5
1D 12:18 29:1,2
10:20 1:21
104 34:10,13
11 26:19 27:19
11:10 38:22
13 28:7,8,10,11
149 30:14
15 3:12 9:14 16:13 17:4
  24:16 37:17
1730 2:5
18 26:12,12
1821 43:1

19 29:6
190 10:14

**2**

2 3:9 9:5,6,9 12:18,20,21
  16:20
2D 12:18 27:13,14 28:18
  28:19
20001 42:4
20009 2:15
2001 13:18,19 14:5,6,7
  15:3 32:18,19,20,21
2002 3:10 10:12,13 11:2
  16:1 33:4,7 34:1,2,3
2003 10:22 11:3,7 14:8
  16:1 17:7 25:6 26:13,21
  27:2,10,20 28:5 33:4
20036 2:7 43:2
2004 11:10,12 14:9 16:1
  28:6,13,16,20 33:5
2005 3:10 11:15,18 14:9
  16:1 29:4,8,12,13,16
  30:1,2,4,7 33:5
2006 9:14 13:5,14 14:9
  16:1,13 17:4 24:16
  30:10 32:19 33:8 37:17
  37:22
2007 1:11 43:7
2011 40:22
202 2:8,16 43:3
206 2:6
22 7:13,14,15
25 17:6 30:10,11

**3**

3 3:10 9:17,18 10:4 12:20
  12:21 24:19,22
3D 27:17,18 28:18,20
  37:3
30 42:12
30(b)(6) 6:10 19:6
31 40:22

**4**

4 3:3,11 12:20,21 15:6,7
  15:11 24:20 33:18
4D 27:11,12 28:17
441-4th 1:18 2:13 42:3

**5**

5 1:11 43:7
5D 27:15,16 28:21,22
53 30:3

**6**

## Capital Reporting Company

| | | | |
|---|---|---|---|
| **6** 3:8 12:19,20 27:10 29:21<br>**6D** 26:6 27:2 28:15,16 37:3<br>**600** 42:3 | | | |
| **7** | | | |
| **7** 12:19,20 27:10<br>**7D** 26:6,9,13,15 28:7,12 29:4,7,21 30:10,11 37:3<br>**724-6646** 2:16<br>**778-1167** 2:8 | | | |
| **8** | | | |
| **857-3376** 43:3<br>**86** 29:14,16 | | | |
| **9** | | | |
| **9** 3:9,10,11 | | | |

# ATTACHMENT 3

# Event Chronology

**Event Number:  I20060026847**

| **Date** | **Time** | **Term** | **Operat** | **Action** |
|---|---|---|---|---|
| 01/15/06 | 21:57:23 | d13 | 1775 | EVENT CREATED: Location= 200 VALLEY AVE SE DC , Cross Streets= ATLANTIC ST SE / 4TH ST SE ,<br>   Call Source= OFFICER<br>   Agency= MPD , Group= 7D , Beat= 704 , Status= A , Priority= 3 , ETA= 0 , Hold Type= 0 ,<br>   Primary Unit= 7041 , Primary Member= 6523 , Current= F , Open Current= F , Type Code= ASSS - ASSIST |
| 01/15/06 | 21:57:24 | d13 | 1775 | Unit= 7041 , Status= DP , Location= 200 VALLEY AVE SE DC , Employee= 6523 , Employee= 7316 |
| 01/15/06 | 21:57:24 | cadcom | 1775 | EVENT COMMENT= ** LOI search completed at 01/15/06 21:57:24<br>   Field Event |
| 01/15/06 | 21:57:24 | d13 | 1775 | |
| 01/15/06 | 21:57:25 | d13 | 1775 | Unit= 7041 , Status= AR , Location= 200 VALLEY AVE SE DC , Employee= 6523 , Employee= 7316 |
| 01/15/06 | 21:57:43 | d13 | 1775 | Unit= WA72 , Status= DP , Location= 200 VALLEY AVE SE DC , Employee= 7265 |
| 01/15/06 | 21:57:47 | d13 | 1775 | Unit= WA72 , Status= AR , Location= 200 VALLEY AVE SE DC , Employee= 7265 |
| 01/15/06 | 22:00:08 | d13 | 1775 | Unit= ROBBERY-2 , Status= DP , Location= 200 VALLEY AVE SE DC , Employee= 6469 |
| 01/15/06 | 22:00:10 | d13 | 1775 | Unit= ROBBERY-2 , Status= AR , Location= 200 VALLEY AVE SE DC , Employee= 6469 |
| 01/15/06 | 22:17:26 | d18 | 1781 | Unit= 7041 , Status= ~ , Location= 200 VALLEY AVE SE DC , Employee= 6523 , Employee= 7316 |
| 01/15/06 | 22:17:50 | cic2 | 5269 | Unit= WA72 , Status= ~ , Location= 200 VALLEY AVE SE DC , Employee= 7265 |
| 01/15/06 | 22:20:10 | cic2 | 5269 | Unit= ROBBERY-2 , Status= ~ , Location= 200 VALLEY AVE SE DC , Employee= 6469 |
| 01/15/06 | 22:23:51 | d15 | 1245 | Unit= 7041 , Status= CU , Comment= Alarm Timer Extended: 0 , Location= 200 VALLEY AVE SE DC<br><br>   Employee= 6523 , Employee= 7316<br>   Unit= ROBBERY-2 , Status= CU , Comment= Alarm Timer Extended: 0 , Location= 200 VALLEY AVE SE<br>   DC , Employee= 6469 |
| 01/15/06 | 22:23:52 | d15 | 1245 | Unit= WA72 , Status= CU , Comment= Alarm Timer Extended: 0 , Location= 200 VALLEY AVE SE DC ,<br>   Employee= 7265 |
| 01/15/06 | 22:34:33 | d15 | 1245 | CASE NUMBER ASSIGNED= R2006006893<br>   Disposition Assigned= ASSNCASE<br>   EVENT COMMENT= ** Case number R2006006893 has been assigned<br>   ** >>>> by: KEENA Y. JONES on terminal: d15 |
| 01/15/06 | 22:34:50 | d15 | 1245 | EVENT UPDATED: Location= 200 VALLEY AVE SE DC , Cross Streets= ATLANTIC ST SE / 4TH ST SE ,<br>   Call Source= OFFICER<br>   Agency= MPD , Group= 7D , Beat= 704 , Status= A , Priority= 3 , ETA= 0 , Hold Type= 0 ,<br>   Primary Unit= 7041 , Primary Member= 6523 , Current= F , Open Current= F , Type Code= STOP - STOP / FRISK , SubType Code= NOS3 - NUMBERS ONLY<br>   EVENT COMMENT= ** Event Type changed from ASSS to STOP(NOS3) at: 01/15/06 22:34:50<br>   ** >>>> by: KEENA Y. JONES on terminal: d15 |
| 01/15/06 | 22:51:36 | d15 | 1245 | Unit= 7041 , Status= AR , Location= 200 VALLEY AVE SE DC , Employee= 6523 , Employee= 7316 |
| 01/15/06 | 23:09:33 | d12 | 1628 | Unit= 7041 , Status= AV , Location= 200 VALLEY AVE SE DC , Employee= 6523 , Employee= 7316 |
| 01/15/06 | 23:15:12 | d12 | 1628 | Unit= WA72 , Status= AV , Location= 200 VALLEY AVE SE DC , Employee= 7265 |
| 01/16/06 | 00:52:22 | $ROBBERY-2 | | Unit= ROBBERY-2 , Status= ER , Location= 200 VALLEY AVE SE DC , Employee= 6469 |
| 01/16/06 | 00:53:24 | $ROBBERY-2 | | Unit= ROBBERY-2 , Status= AR , Location= 200 VALLEY AVE SE DC , Employee= 6469 |
| 01/16/06 | 01:01:02 | $ROBBERY-2 | | Unit= ROBBERY-2 , Status= AV , Location= 200 VALLEY AVE SE DC , Employee= 6469 |
| 01/16/06 | 01:01:03 | $ROBBERY-2 | | Agency= MPD , Group= 7D , Beat= 704 , Status= A , Priority= 3 , ETA= 0 , Hold Type= 0 ,<br>   Primary Member= 6523 , Current= T , Open Current= F , Type Code= STOP - STOP / FRISK , SubType Code= NOS3 - NUMBERS ONLY<br>   EVENT CLOSED: |