IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LOUISE THORNE,** *et al.*,
        **Plaintiffs,**

v.

**DISTRICT OF COLUMBIA,** *et al.*,
        **Defendants.**

Civil Action No. 06-01204 GK

## ORDER

Upon consideration of Plaintiffs' Motion to Compel Fed. R. Civ. P. 30(b0(6) Depositions and Motion for Sanctions, Defendants' Opposition thereto, the entire record herein, and the facts and the law considered, it is this _____ day of _____ 2007,

**ORDERED:** that plaintiffs' Motion to Compel and Motion for Sanctions hereby are DENIED.

                                        **THE HONORABLE GLADYS KESSLER**
                                        **United States District Court Judge**

June 14, 2007