**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LOUISE THORNE, <u>et</u> <u>al</u>.** )<br>)<br>    **Plaintiffs,** )<br>)<br>  **v.** )<br>)<br>**DISTRICT OF COLUMBIA,** )<br>)<br>    **Defendant.** )<br>_____) | **Civil Action No. 06-1204 (GK)** |

### <u>O R D E R</u>

A Status Conference was held in this case on June 21, 2007. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that a telephone conference call is scheduled for **July 3, 2007 at 10:00 a.m.**


June 21, 2007                                    /s/
                                                 Gladys Kessler
                                                 U.S. District Judge


<u>Copies to</u>: attorneys on record via ECF