**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
LOUISE THORNE, et al.         )
                              )
        Plaintiffs,           )
                              )
    v.                        )     Civil Action No. 06-1204 (GK)
                              )
DISTRICT OF COLUMBIA,         )
                              )
        Defendant.            )
_____)
```

**O R D E R**

A telephone conference call was held in this case on July 2, 2007. Upon consideration of the representations of counsel, as well as the entire record herein, it is hereby

**ORDERED** that, by consent of the parties, the above-captioned case shall be referred to Magistrate Judge Alan Kay for settlement discussions to commence immediately; it is further

**ORDERED** that dispositive motions shall be filed **no later than September 5, 2007**; and it is further

**ORDERED** that a pretrial conference is scheduled for **December 6, 2007 at 4:15 p.m.**

July 3, 2007
/s/
Gladys Kessler
U.S. District Judge

**Copies to**: attorneys on record via ECF