IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUISE THORNE,** *et al.,*<br>         **Plaintiffs,**<br><br>         v.<br><br>**DISTRICT OF COLUMBIA,** *et al.,*<br>         **Defendants.** | **Civil Action No. 06-01204 GK** |

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME FOR THE PARTIES TO FILE DISPOSITIVE MOTIONS

Defendants, through counsel and pursuant to Fed. R. Civ. P. 6(b)(1), move this Court for a 20-day extension of time, from <u>August 16, 2007</u> to and including <u>September 5, 2007</u>, within which the parties are to file dispositive motions herein. Please see the attached Memorandum of Points and Authorities in support of this motion and proposed Order.

                                                Respectfully submitted,

                                                LINDA SINGER
                                                Attorney General for the District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General, Civil Litigation Division

                                                /s/ Nicole L. Lynch
                                                NICOLE L. LYNCH
                                                Chief, General Litigation, Section II

                                                /s/ Urenthea McQuinn
                                                URENTHEA McQUINN
                                                Assistant Attorney General
                                                D.C. Bar #182253
                                                441 4th Street, N.W.
                                                Sixth Floor South

Washington, D.C. 20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

August 16, 2007

## Certification Pursuant to LCvR 7(m)

    I hereby certify that on August 15, 2007, the undersigned contacted plaintiffs' counsel, via e-mail. He did not consent to this motion.

                                        /s/
                                 **Urenthea McQuinn**
                                 **Assistant Attorney General, D.C.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LOUISE THORNE**, *et al.*,<br>        **Plaintiffs**,<br><br>              v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br>        **Defendants**. | **Civil Action No. 06-01204 GK** |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S MOTION FOR AN EXTENSION OF TIME FOR THE PARTIES TO FILE DISPOSITIVE MOTIONS**

Pursuant to Fed. R. Civ. P. 6(b)(1), the defendants herein move for additional time within which the parties are to file dispositive motions. Defendants request an additional 20 days from August 16, 2007 to and including September 5, 2007.

The instant Third Amended Complaint alleges that District of Columbia Metropolitan Police Department officers stopped a vehicle in which the minor defendants were driving. The incident occurred near the intersection of Valley Avenue and Atlantic Street, S.E., on January 15, 2006 at approximately 9:00 p.m. The parties went to mediation on August 6, 2007, but the case did not settle. Because of the press of other business, the undersigned has been unable to develop a dispositive motion, but intends to file one regarding some of the claims. Additional time now is needed to develop those issues that are appropriate for a dispositive motion. The case will be better served where the issues are narrowed and plaintiffs will not be prejudiced by this short span of additional time.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Nicole L. Lynch
NICOLE L. LYNCH
Chief, General Litigation, Section II

/s/ Urenthea McQuinn
URENTHEA McQUINN
Assistant Attorney General
D.C. Bar #182253
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

August 16, 2007