IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUISE THORNE, *et al.*,
        Plaintiffs,

v.   Civil Action No. 06-01204 GK

DISTRICT OF COLUMBIA, *et al.*,
        Defendants.

## ORDER

Upon consideration of the Defendants' Motion for an Extension of Time for the Parties to File Dispositive Motions, from <u>August 16, 2007</u> to and including <u>September 5, 2007</u>, plaintiffs' opposition thereto, the entire record herein and the facts and law considered, it is this _____ day of _____ 2007,

**ORDERED:** that defendants' motion is granted, and it is further

**ORDERED:** that the parties shall have until <u>September 5, 2007</u> to file dispositive motions. Oppositions will be due on <u>September 24, 2007</u> and Replies will be due on <u>October 1, 2007</u>.

**SO ORDERED.**

                               **THE HONORABLE GLADYS KESSLER**
                               United States District Court Judge

August 15, 2007