IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LOUISE THORNE,** *et al.*,
   **Plaintiffs,**

v.

**DISTRICT OF COLUMBIA,** *et al.*,
   **Defendants.**

Civil Action No. 06-01204 GK

## ORDER

Upon consideration of Defendants' Motion to Dismiss and/or Motion for Summary Judgment, Memorandum of Points and Authorities, Statement of Material Facts Not in Dispute, any opposition thereto, and the entire record herein, it is this _____ day of _____ , 2007,

**ORDERED:** that Defendants' Motion to Dismiss and/or Motion for Summary Judgment be and hereby is **GRANTED**; and it is

**FURTHER ORDERED** that judgment be entered in favor of the Defendants.

   **THE HONORABLE GLADYS KESSLER**
   **United States District Court Judge**

September 5, 2007