Exhibit 1 Mikelle Bassett Deposition pages 10-18

10

1    A.  1989.
2      Q.  '89.  Okay.  Do you recall an incident
3    that occurred on January the 15th, 2006, in which
4    a car, in which you were driving or riding, was
5    stopped by the police?
6      A.  Yes.
7      Q.  Okay.  What time of day was that?
8      A.  It was at night.
9      Q.  You don't recall a time?
10     A.  I'm not sure of the time.
11     Q.  Okay.  Was it after 8?
12     A.  I'm not sure.
13     Q.  Okay.  A paper submitted by your
14   attorney listed the time -- if we look at
15   Deposition Exhibit No. 3 -- listed the time as
16   approximately 9:00.  Does that jog your memory as
17   the possible time of this incident?
18        I'm not asking for a specific time, I'm
19   asking you for the approximate time of day this
20   occurred, this incident occurred.
21        If your attorney says it happened at

11

1    9:00, do you disagree with him?
2        MR. ALLEN:  Object to the form.
3      Q.  Do you disagree with that statement in
4    that -- in Exhibit 3, that the incident occurred
5    around 9:00?
6        MR. ALLEN:  Object --
7      A.  No.
8        MR. ALLEN:  Objection to form.  But go
9    ahead and answer.
10     A.  No.  I don't disagree with him.
11     Q.  Do you agree with it?
12       MR. ALLEN:  Objection.  Well -- okay.
13   That's okay.
14     A.  I don't agree either.  I'm not sure what
15   time.

16     Q.  And so if he had put 12 midnight, would
17  you agree with that?
18     A.  No.
19     Q.  Because you know it wasn't 12 midnight?
20     A.  I know it wasn't that late.
21     Q.  Okay.  Who was driving the car?

12

1     A.  I was.
2     Q.  Okay.  What kind of car was it?
3     A.  I'll say a Plymouth,  I think.
4     Q.  Plymouth.  Do you know the year?
5     A.  No.
6     Q.  Do you know the color?
7     A.  Blue.
8     Q.  Whose car was it?
9     A.  My mom.
10     Q.  What was your mother's name?
11     A.  Louise Thorne.
12     Q.  Does she live at this same address --
13     A.  Yes.
14     Q.  -- as you?
15        And does she have the same phone number?
16     A.  Yes.
17     Q.  Okay.  Is there a father in the home?
18     A.  Yes.
19     Q.  And his name?
20     A.  Michael Thorne.
21     Q.  Is the car in his name or your mother's

13

1  name?
2     A.  My mother's.
3     Q.  Do you know your mother's birth date?
4     A.  March the 2nd -- I'm not sure of the
5  year.
6     Q.  Do you know your father's birth date?
7     A.  February the 11th.
8     Q.  You don't know the year either of your
9  parents were born?
10     A.  I'm not sure of the year.
11     Q.  And what would you guess?  About how old
12  is your mom?
13     A.  46 or 47.  My mom was born in 1960.

14  Q. March 2nd, '60? You think she's 46 or
15 47, is that what you said?
16  A. She was born March the 2nd, 1960. When
17 was my father -- February the 19th.
18  Q. How old is your dad?
19  A. He's 46 or 47 or 48.
20  Q. For what reason did your mom let you
21 drive the car?

14

1  A. I was going to the movie theater.
2  Q. In which movie theater?
3  A. In Rivertown.
4  Q. And where is that located?
5  A. Out in Maryland.
6  Q. Did you actually go there?
7  A. Yes.
8  Q. What time did you go there?
9  A. I'm not sure.
10  Q. Okay. What time of day did you go to
11 this movie?
12  A. It was night.
13  Q. Was it after 5?
14  A. Yes.
15  Q. Was it after 6?
16  A. I'm not sure.
17  Q. Okay. Do you have any idea what time
18 the movie started?
19  A. Don't remember.
20  Q. Do you have any recollection of telling
21 people we have to get to the movie by X time?

15

1  A. No.
2  Q. Did you see a movie?
3  A. Yes.
4  Q. What was the name of the movie?
5  A. I don't remember.
6  Q. Okay. Which -- how many theaters are
7 there in the -- is it a complex of theaters?
8  A. It's in a -- a shopping center. It's
9 not -- it's more than one theater room.
10  Q. Okay. But you don't recall what movie
11 you saw?

12    A.  What did I see?
13    Q.  You have to answer at some time.
14    A.  Don't remember.
15    Q.  Okay.  Do you recall what time you left
16  the theater?
17    A.  I'm not sure.
18    Q.  Okay.  Who was in the car with you?
19    A.  Me, my sister, my Godsister, and my
20  friend.
21    Q.  Okay.  From where did you leave -- did

16

1  you start out from your home?  Did everybody come
2  to your home and you left for the theater from
3  there, or did you drive each person home?
4    A.  We left from my home.
5    Q.  From your home?
6    A.  Yes.
7    Q.  Okay.  They all came to your house --
8    A.  We left -- finish your question.
9    Q.  -- or did you pick them up?
10    A.  No.  They were at my house already.
11    Q.  Okay.  What is your sister's name?
12    A.  Mikesha Bassett.
13    Q.  Is she older or younger?
14    A.  Younger.
15    Q.  And how old is she?
16    A.  Now she's 16.
17    Q.  Okay.  What is your Godsister's name?
18    A.  Shaneka Harris.
19    Q.  Spell it for the record, please?
20    A.  S-H-E-N-K-A H-A-R-R-I-S, I think that's
21  how you spell that name.

17

1    Q.  Shaneka, S-H-A -- in our records we have
2  S-H-A-N-E-K-A.  Does that sound right to you?
3    A.  I said that.
4    Q.  Oh.  Sorry.  Okay.  Well, who is your
5  friend?
6    A.  Terrance Light.
7    Q.  How do you spell Terrance?
8    A.  T-E-R-R-A-N-C-E.
9    Q.  And how old is Terrance?

10    A.  He'll be 18.
11    Q.  He's 18?
12    A.  (Witness nods head.)
13    Q.  How old was he at the time of this
14  incident?  Was he 18 then or 18 now?
15    A.  He is 18 now.
16    Q.  Okay.  Do you know his birth date?
17    A.  December the -- in December.  I don't
18  know the date.
19    Q.  Do you know the year?
20    A.  1988.
21    Q.  Okay.  Do you know Shaneka Harris's

18

1  birth date?
2    A.  It's in February.  I don't know the
3  date.
4    Q.  And what about your sister's birth date?
5    A.  It's February.  It's in February.  I
6  think it's February the 21st, 19 -- 1991 or '90.
7  I don't know.
8    Q.  What time did you leave your home?
9    A.  I'm not sure.
10    Q.  How long did it take you to get to the
11  theater?
12    A.  I'm not sure.
13    Q.  Were you on the road two hours?
14    A.  No.
15    Q.  One hour?
16    A.  No.
17    Q.  So it took you under an hour to get to
18  the theater?
19    A.  Yes.
20    Q.  Had you driven to this theater before?
21    A.  I've been in that area, I hadn't been to