Exhibit 2: Shaneka Harrison's Deposition page 11

                                       11
1  Middle back?
2      A.  Yes.
3      Q.  Lakesha was behind the driver?
4      A.  Yes.
5      Q.  About what time of day or night was it?
6      A.  ==Had to be like probably like between 9:00==
7  ==and 10:00, I can't recall==.
8      Q.  Where were you going at the time?
9      A.  Coming from movies on our way home.
10     Q.  Where had you gone to the movies?
11     A.  I think Rivertown.
12     Q.  Do you know the time that you went to the
13  movies?
14     A.  No.
15     Q.  Do you recall the movie you saw?
16     A.  No.
17     Q.  Tell me how the incident happened.
18         What happened?
19     A.  We was in the car coming from the movies
20  driving, we was driving down the street and making
21  a right turn, the police was sitting at the light.