Exhibit 3:  Lakeisha Parker Deoposition page 16

                             16
1      Q.  Color?
2      A.  Gray.
3      Q.  And where were the people seated within
4   the car?
5      A.  Mikelle was in the front pass --
6   driver's seat.  Terrance was in the front
7   passenger seat.  I was sitting behind Mikelle,
8   Mikesha was sitting in the middle, and Shaneka
9   was sitting behind the passenger seat.
10     Q.  I'm sorry, the middle back was who
11  again?
12     A.  Mikesha.
13     Q.  So how long did you stay at the theater
14  complex?  Was it a complex?
15     A.  Uh-huh.
16     Q.  Was it a shopping center or just --
17     A.  It's a shopping center with a theat --
18  it's a shopping center with a theater in the
19  shopping center.
20     Q.  Do you know the name of the shopping
21  center?