Exhibit 4 – Harrison Deposition pages 31-32

                                   31
1  pulled us over and put handcuffs on us and put his
2  knee in my back and a gun to our heads.
3     Q.  The report was a recitation of what you
4  had told her?
5     A.  Yes.
6     Q.  How old is Terrence?
7     A.  Terrence --- I think he is 18.
8     Q.  Was he the oldest one in the car?
9     A.  Yes, between him and Lakesha.
10    Q.  Lakesha is how old?
11    A.  She is 19 now.
12    Q.  What, how old is Mikelle?
13    A.  Seventeen.
14    Q.  Mikesha?
15    A.  Sixteen.
16    Q.  You?
17    A.  Sixteen.
18       MR. ALLEN:  Talking now?  Ages now?
19       BY MS. MCQUINN:
20    Q.  Go back to the time of the incident, the
21  ages then.  What was your age at the time?

                                   32
1     A.  Fifteen.
2     Q.  Mikesha?
3     A.  Fifteen.
4     Q.  Mikelle was?
5     A.  Sixteen.
6     Q.  Terrence?
7     A.  At that time was, I think --- I can't
8  recall, approximately 17.
9     Q.  Lakesha?
10    A.  She was like 18.
11    Q.  We are looking at Exhibit 4, a letter from
12  your attorney dated March 15, 206 called amended
13  notice letter.
14       Where did you stop --- eventually end up?
15    A.  Atlantic and Valley Avenue, Southeast.
16    Q.  The last paragraph says, as it did on the
17  previous letter, Making insulting, humiliating and
18  threatening comments at the expense of the girls
19  and of Mr. Light.

20      Aside from what you said, are there any
21   other comments you remember from the officers?

Case 1:06-cv-01204-GK    Document 54-5    Filed 09/21/2007    Page 2 of 2