Exhibit 5 – Mikeesha Bassett Deposition page 19:

                                  19
1  finally stopped?
2       A   A unmarked car.
3       Q   And what about the unmarked car?
4       A   It went in front of her.  It came and cut in
5   front of her.
6       Q   Did that unmarked car then block her way?
7       A   Yes.
8       Q   ==And so once stopped, what happened?==
9       A   ==The police didn't even let her stop the car.==
10  ==He pulled her out with her seatbelt still on.==
11      Q   What was the officer's name?
12      A   I'm not sure.
13      Q   Can you describe him?
14      A   No.  But if I saw a picture, I know who he
15  is.
16      Q   Can you describe the officer?
17      A   No.
18      Q   Do you recall his race?
19      A   White.
20      Q   Can you describe him any further than that?
21      A   No.