Exhibit 6 Teel Deposition pages 9-12:

9

```
1   A   The power shift was assigned to help with
2   robberies so.
3      Q   Okay.  What was the vehicle doing when you
4   first saw it?
5      A   It was traveling along Martin Luther king,
6   I believe.
7      Q   Which direction?
8      A   That would be general direction north.
9      Q   So it was coming north on Martin Luther
10  King Avenue.  What speed was it doing?
11     A   I don't know.
12     Q   Did it appear to be speeding?
13     A   I don't remember.
14     Q   Okay.  And where were you when you first
15  saw it?
16     A   Behind them.
17     Q   How far behind?
18     A   I don't know.
19     Q   How long did you follow the vehicle for?
20     A   How long did I follow the vehicle?
21     Q   Yeah.
22     A   I don't know, maybe a couple or a minute
```

10

```
1   before I tried to pull it over.
2      Q   Okay.  During that couple of minutes time
3   was the vehicle being --
4         MS. McQUINN:  Objection.  I thought I
5   heard him say about a minute.
6         MR. ALLEN:  I thought he said a couple of
7   minutes.
8         THE WITNESS:  I said a minute.
9   BY MR. ALLEN:
10     Q   Or a minute?
11     A   Yes, a minute.
12     Q   Sorry.  I misheard.
13        You so followed it for about a minute
14  before you tried to pull it over?
15     A   Yes.
16     Q   During that minute was the car being
17  driven normally?
```

18    A   What do you mean "normally"?
19    Q   Well, was it weaving or was it going in a
20  straight line?
21    A   It was going in a straight line.
22    Q   Was it maintaining its length?

                              11

1    A   Yes.
2    Q   Was it traveling at a steady speed?
3    A   Yes.
4    Q   Did it go through any traffic control
5  signals or stop signs during that period?
6    A   During the one minute time?
7    Q   Yeah.
8    A   No.
9    Q   ==And when you made the decision to pull the==
10  ==vehicle over why did you do that?==
11    A   ==Because the driver and the passenger==
12  ==weren't wearing their seat belts.==
13    Q   Had you pulled up beside the vehicle in
14  order to make that observation?
15    A   No.
16    Q   So you were how far behind when you saw
17  that?
18    A   I don't know how far I was behind them.
19    Q   Could you see whether there were occupants
20  at the rear seat when you made that observation in
21  the rear seat?
22    A   The occupants that were not wearing the

                              12

1  seat belts, or could I see all of them?
2    Q   No, could you see whether or not there was
3  anybody in the rear seat of the vehicle?
4    A   Yes.
5    Q   And was there?
6    A   Yes.
7    Q   Do you know how many --
8    A   No.
9    Q   -- persons.
10       Okay.  Could you see whether they were
11  male or female?
12    A   No.
13    Q   Could you see whether they were wearing

14  seat belts?
15     A   No.
16     Q   Could you see whether the front, the
17  driver and the front passenger, could you tell
18  whether they were male or female?
19     A   No.
20     Q   When you decided that you were going to
21  pull them over did the -- what type of vehicle were
22  they driving?  Let me back up.  What type of vehicle