Exhibit 8 McAllister Deposition pages 9-10

9

1  Where were you in relationship to that
2  vehicle?
3     A   We were behind an unmarked vehicle.
4     Q   Okay.  So there was the vehicle that was
5  eventually stopped?
6     A   Correct.
7     Q   An unmarked vehicle?
8     A   Correct.
9     Q   And you?
10    A   Correct.
11    Q   Okay.  And you are all heading in the same
12 direction?
13    A   That is correct.
14    Q   And can you describe what you saw at that
15 point in time?
16    A   At that point in time we noticed that it
17 was an unmarked car per the tags that are on the car
18 as well as there was a blue light being shined at
19 the time, police light.
20    Q   Okay.  Where was the light being shined?
21    A   I believe the light was in the front
22 dashboard area of the car.

10

1     Q   Okay.  And it was blue?
2     A   Correct.
3     Q   Was it a solid blue or was it flashing?
4     A   I'm not sure if it was flashing or if it
5  was one of those whirling --
6     Q   Revolving --
7     A   -- blue, yeah.
8     Q   What speed were you travelling at at that
9  time?
10    A   At that time it was probably only 20, 25
11 miles per hour.
12       MS. McQUINN:  Excuse me.  Could we break
13 for a moment.
14       MR. ALLEN:  Sure, of course.
15       (Pause in proceedings.)
16 BY MR. ALLEN:
17    Q   I think you just told me you were doing

18   about 20 to 25?
19     A   Correct.
20     Q   Okay. And I take it all three vehicles
21   were traveling at about the same speed then?
22     A   That's correct.