Exhibit 9 Robison Deposition pages 7-8

7

1  3800 block of Martin Luther King, Southeast.
2      Q   Do you know what the cross street would be
3  there?
4      A   Not offhand.
5      Q   Which direction were you headed?
6      A   I was going southbound.
7      Q   Which direction was the vehicle going?
8      A   Northbound.
9      Q   What did you see?
10     A   I observed a vehicle with the MPD, two MPD
11 cars behind it attempting to stop it.
12     Q   What was the cross street at 3800 block,
13 do you remember?
14     A   No.
15     Q   Okay.  How did you know that those
16 vehicles were trying to stop the other vehicle?
17     A   Emergency equipment.
18     Q   Which was what?
19     A   Lights, siren.
20     Q   You heard a siren?
21     A   What was that?
22     Q   You did hear a siren?

8

1     A   Yes, sir.
2     Q   What speed was the vehicle doing, the
3  nonpolice vehicle?
4     A   I have no idea.
5     Q   Did it appear to be speeding?
6     A   I don't recall.
7     Q   Was it traveling at a steady speed or was
8  it, the speed erratic?
9     A   I don't recall.
10    Q   Was it weaving or was it maintaining its
11 length?
12    A   I don't recall, I was going southbound.
13    Q   What did you do?
14    A   Turned my vehicle around to go northbound.

15   Q   Was there anybody else in your vehicle?
16   A   Not that I recall.  I don't recall.
17   Q   What type of vehicle were you in?
18   A   I was in the marked MPD wagon.
19   Q   Is that like a paddy wagon, what's
20   referred to as a paddy wagon?
21   A   It's a transport vehicle.
22   Q   Had you heard any radio transmissions