Exhibit 10 Mikelle Bassett Deposition pages 25-26

                                    25

1  you cannot recall.
2      A. I cannot recall.
3      Q. You really can't recall, or is it
4  because your lawyer said you can't recall?
5      A. I don't recall.
6      Q. I want you to look over a document
7  marked Exhibit No. 2. It's a letter sent us by
8  your attorney. I want you to look at it starting
9  with the -- with the paragraph entitled
10 Circumstances. I want you to read that and on to
11 the next page.
12     A. (Witness reviewing exhibit.) Okay.
13     Q. All right. Turn back to the first page,
14 please?
15     A. (Witness complying.)
16     Q. Isn't that the intersection where you
17 were when you were stopped, Valley Avenue and
18 Chesapeake Street?
19     A. No. That was Atlantic and -- where we
20 were stopped was -- oh, where we were stopped.
21 It's not Chesapeake.

                                    26

1      Q. So what was the intersection?
2      A. Valley and Atlantic.
3      Q. Okay. How is it that you came to a
4  stop? Did you voluntarily stop, or were you
5  blocked?
6      A. It was a stop light, but the car
7  actually -- it was a stop light right there. The
8  light was red, but the car -- a car cut me off.
9      Q. So that's how you came to a stop?
10     A. That's where the police stopped.
11     Q. Okay. That's how you happened to stop
12 for the officers?
13     A. Yes.
14     Q. Okay. At what point did you know it was
15 a police officer?
16     A. That?
17     Q. Following you?

```
18      A.  It was a marked car.
19      Q.  Okay.  Did you see any other cars
20  following you?
21      A.  No.
```

Case 1:06-cv-01204-GK   Document 54-11   Filed 09/21/2007   Page 2 of 2