## AFFIDAVIT OF MIKELLE BASSETT

Mikelle Bassett, having been duly sworn, states as follows:

1. On January 15, 2006 I was the driver of a vehicle that was stopped by the police in the District of Columbia. An Event Chronology generated by the District of Columbia indicates this was around 10.00 p.m. Also present, in the vehicle were Terence Light, Shaneka Harrison, Lakeisha Parker and Mikeesha Bassett.

2. I drove the vehicle as it travelled from Martin Luther King Avenue S.E. to the intersection of Valley Ave S.E. and Atlantic St. S.E. at which point it was stopped by the police.

3. I stopped for all stop signs, and obeyed all traffic signals and speed limits, during that journey.

4. I was wearing my seatbelt at all times. My front passenger Terence Light was also wearing his seat belt at all times.

Subscribed and Sworn to, this ___ day of September, 2007.

_____
Mikelle Bassett

_____
Notary Public

My Commission Expires: 4-1-2011