Exhibit 12  Mikeesha Bassett Deposition page 15

                                15
1   put handcuffs on my back -- on my arms behind my back
2    and threw me in the police car.  Then he came back,
3    took me out the police car and threw me into the paddy
4    wagon.
5        Q   You were driving home and the police officers
6    came in what way?  How do you mean "they came"?
7        A   They was following her.  They never put a
8    siren on.  Nothing.
9        Q   How do you know the police officer was
10   following without a siren?
11       A   Because we saw them.
12       Q   When you say "we," whom do you mean?
13       A   Me and everybody else who was in the car.
14       Q   What kind of car was following you?
15       A   It was a police car.
16       Q   Marked or unmarked?
17       A   It was marked.
18       Q   And how long did the car follow you, the
19   marked car?
20       A   I'm not sure.  It was a long time, but I'm
21   not sure.