Exhibit 13 Parker Deposition page 19

                                19
1  did you say you told her to or --
2      A.  No.  She kept on.
3      Q.  -- she just decided to keep going?  But
4  it was a marked car that you recognized at the
5  time?
6      A.  Yes.
7      Q.  And for how many minutes did that
8  following go on?
9      A.  He followed us for about seven blocks.
10     Q.  Did at -- any time did you ever see a
11 marked car with a light -- an unmarked car with a
12 light?
13     A.  Not until we got to the light.  And he
14 basically almost ran us off the street.
15     Q.  Do you know where that light was where
16 that -- where that happened?
17     A.  Atlantic Street.
18     Q.  Do you know the intersection?
19     A.  No.  I think it's Atlantic and Valley
20 Street, Southeast.  It's right there by -- it's
21 like a little pond of water right there.  A