Exhibit 14 Mikelle Bassett Deposition page 27

```
                                          27
 1    Q.  Did you see any unmarked cars with
 2   lights?
 3      A.  No.
 4      Q.  Okay.
 5      A.  I seen an unmarked car, but it didn't
 6   have any lights on or anything.
 7      Q.  Did you see one with the -- you know,
 8   the separate lights they use?  Not the light that
 9   -- sometimes the light they put either on the
10   dash or on the side (indicating) up on the top?
11   Did you see an unmarked car with a light of any
12   kind?
13      A.  No.
14      Q.  Did you see an unmarked car -- unmarked
15   police car that you could determine were police
16   cars?  In other words, once you were stopped,
17   were some of the cars unmarked cars?
18      A.  Yes.
19      Q.  Okay.  The officer who pulled you out of
20   the car, you said his race was what?
21      A.  He was white.
```