Exhibit 15  Harrison Deposition page 12

                                       12
 1    We --- I don't know, I can't recall the
 2   kind, left or right, made a turn, the police turned
 3   behind us and followed us for about six, seven
 4   blocks.
 5         He had the lights on, no sirens.
 6         So we got to Valley and an unmarked car
 7   pulled from the front.  We ran to the side, a
 8   marked car police officer pulled behind, jumped
 9   out, came to the car, each police officer was at
10   each door.
11          The police officer pulled me out of the
12   car with a gun to my head, laid me on the ground
13   and, pushed his knee in my back and proceeded to
14   put handcuffs on me.
15     Q.   Did the officer say anything when he
16   pulled you out of the car?
17     A.   Get down, get down, get down on the ground
18   as he was dragging me on the ground.
19     Q.   Do you recall the --- do you know the
20   officer's name?
21     A.   No.-*-