Exhibit 16 Mikeesha Bassett Deposition page 15

                                15
1  put handcuffs on my back -- on my arms behind my back
2   and threw me in the police car.  Then he came back,
3   took me out the police car and threw me into the paddy
4   wagon.
5      Q  ==You were driving home and the police officers
6   came in what way?  How do you mean "they came"?
7      A   They was following her.  They never put a
8   siren on.  Nothing.==
9      Q   How do you know the police officer was
10   following without a siren?
11      A   Because we saw them.
12      Q   When you say "we," whom do you mean?
13      A   Me and everybody else who was in the car.
14      Q   What kind of car was following you?
15      A   It was a police car.
16      Q   Marked or unmarked?
17      A   It was marked.
18      Q   And how long did the car follow you, the
19   marked car?
20      A   I'm not sure.  It was a long time, but I'm
21   not sure.