Exhibit 17 Mikelle Bassett Deposition page 23

                                          23
1  ou realized you were being followed?  What
2  happened?
3     A.  It was -- the car was just following us
4  and following us.  A police car, it was a marked
5  police car.  Never put on his sirens or anything.
6  Followed us all the way down -- when we finally
7  got to Valley and Atlantic Street, then -- that's
8  when we were blocked off by a car.  It was
9  actually a stop light right there.  We were
10  blocked off by a car.  And my -- hit my car in
11  the front.
12         And then after that, a plain -- a whole
13  lot of police were already there.  They had their
14  guns drawn.  And the police officer was trying to
15  -- he opened my door.  He opened -- well, they
16  opened everybody's door.  And then he had his gun
17  drawn to my head.  He was trying to pull me out
18  of the car.
19         At the time he was trying to pull me out
20  of the car I still had my seatbelt on.  And he
21  just pulled me -- he had pulled me by my hair.