Exhibit 18 Harrison Deposition pages 11-12

                                          11
1   Q.  Middle back?
2     A.  Yes.
3     Q.  Lakesha was behind the driver?
4     A.  Yes.
5     Q.  About what time of day or night was it?
6     A.  Had to be like probably like between 9:00
7  and 10:00, I can't recall.
8     Q.  Where were you going at the time?
9     A.  Coming from movies on our way home.
10    Q.  Where had you gone to the movies?
11    A.  I think Rivertown.
12    Q.  Do you know the time that you went to the
13  movies?
14    A.  No.
15    Q.  Do you recall the movie you saw?
16    A.  No.
17    Q.  Tell me how the incident happened.
18        What happened?
19    A.  We was in the car coming from the movies
20  driving, we was driving down the street and making
21  a right turn, the police was sitting at the light.


                                          12
1  We --- I don't know, I can't recall the
2  kind, left or right, made a turn, the police turned
3  behind us and followed us for about six, seven
4  blocks.
5         He had the lights on, no sirens.
6         So we got to Valley and an unmarked car
7  pulled from the front.  We ran to the side, a
8  marked car police officer pulled behind, jumped
9  out, came to the car, each police officer was at
10  each door.
11        The police officer pulled me out of the
12  car with a gun to my head, laid me on the ground
13  and, pushed his knee in my back and proceeded to
14  put handcuffs on me.
15    Q.  Did the officer say anything when he
16  pulled you out of the car?
17    A.  Get down, get down, get down on the ground

18   as he was dragging me on the ground.
19      Q.   Do you recall the --- do you know the
20   officer's name?
21      A.   No.

Case 1:06-cv-01204-GK    Document 54-19    Filed 09/21/2007    Page 2 of 2