Exhibit 19 Parker Deposition pages 20

                                    20
6   Q. You said they followed you for seven
7   blocks, and the reason you stopped was what?
8       A. Because the -- the unmarked car hit our
9   car and almost knocked us off the road.
10      Q. It hit your car?
11      A. Yes.
12      Q. Okay. It hit your car where?
13      A. In the front.
14      Q. From --
15      A. On the driver's side. And we end up
16  here (indicating). Because when the police jump
17  out the car, all of their guns were drawn, and we
18  ended up hitting the car in front of us. We
19  didn't hit it, like really hit it, but we bumped
20  the car in front of us.