Exhibit 20 McAllister Deposition pages 16-17

                                16
1   the cars that are stopped for the red light and --
2       Q   No, I understand that, but I'm just trying
3   to get an idea visualize what it looked like.  Did
4   it skid or not?
5       A   It did not skid.  It did not skid, no.
6       Q   Okay.  What happened after the car
7   stopped?
8       A   When the car stopped I exited the vehicle
9   and I ran up to the driver's side door.
10      Q   You ran?
11      A   Yes.
12      Q   Okay.  What did you do when you got there?
13      A   I yelled police, police, get out of the
14  vehicle.
15      Q   And what was the response?
16      A   A lot of screaming and yelling from, I
17  would say, everyone within the car.
18      Q   Did you have your weapon drawn at that
19  time?
20      A   No, I did not.
21      Q   ==Where was your vehicle in reference to the==
22  ==vehicle that had stopped?==

                                17
1       A   ==I believe we were in the traffic lane but==
2   ==to the side, the driver's side of Officer Teel's==
3   ==car, but I can't be absolutely sure of that.==
4       Q   How far did you have to run from your
5   vehicle to the, I'm going to say the suspect's
6   vehicle at this point, what was the distance?
7       A   A couple of car lengths, two to three car
8   lengths.
9       Q   So you go to the driver's side door
10  indicate, yell, police, police, get out.  Right.
11  And the response is a whole lot of screaming and
12  yelling from the occupants of the vehicle?
13      A   Correct.
14      Q   What happens next?
15      A   I yell get out, please get out, exit the
16  vehicle, again.
17      Q   Okay.  What happened then in response to

18   that?
19      A   There's still screaming and yelling and I
20   see the driver visibly moving away from the driver's
21   door.
22      Q   So what do you do?