Exhibit 21 Mikelle Bassett Deposition pages 23-24

                              23
1  you realized you were being followed?  What
2  happened?
3     A.  It was -- the car was just following us
4  and following us.  A police car, it was a marked
5  police car.  Never put on his sirens or anything.
6  Followed us all the way down -- when we finally
7  got to Valley and Atlantic Street, then -- that's
8  when we were blocked off by a car.  It was
9  actually a stop light right there.  We were
10 blocked off by a car.  And my -- hit my car in
11 the front.
12        And then after that, a plain -- a whole
13 lot of police were already there.  They had their
14 guns drawn.  And the police officer was trying to
15 -- he opened my door.  He opened -- well, they
16 opened everybody's door.  And then he had his gun
17 drawn to my head.  He was trying to pull me out
18 of the car.
19        At the time he was trying to pull me out
20 of the car I still had my seatbelt on.  And he
21 just pulled me -- he had pulled me by my hair.

                              24
1  And I didn't have the car in park.  And when they
2  pulled me out the car, the car that they pulled
3  me out of bumped the other car that was in front
4  me.  I think it bumped the other car that was in
5  front of me, because I didn't have the shift in
6  park.
7        And then he pulled me by my hair, and I
8  was being dragged on the ground.  And he had his
9  knees in my back, and I was handcuffed with my
10 hands behind my back, lying face down on the
11 ground.  While I was being drug in the middle of
12 the street.
13    Q.  Okay.  Would you describe the officer
14 who did that?
15    A.  He was white.
16    Q.  Could you give a more specific
17 description?  Was he tall, was he short?

18     A.  I'm not sure.
19     Q.  Skinny, fat?  What color was his hair?
20  What did he say to you?
21         MR. ALLEN:  If you cannot recall, say