Exhibit 22  Parker Deposition page 22

                                    22

8     Q.  Okay.  Whose door got opened first?
9     A.  Mikelle.
10    Q.  Did she open it or did an officer?
11    A.  That officer opened it and dragged her
12  out.
13    Q.  What, if anything, was said?
14    A.  It wasn't nothing said at that point.
15  He -- all the officers -- he opened Mikelle's
16  door and he dragged her out, and she didn't have
17  a chance to put -- because she had to kick the
18  car into park.  And Terrance had to try to help
19  her take off her seatbelt, because she was still
20  in  her seatbelt.
21    Q.  Did she or the officer say anything?