Exhibit 23 Mikelle Bassett Deposition pages 23-24 – See exhibit 21