Exhibit 24 Mikelle Bassett 40

40

1   A.  Shaneka Harris.
2       Q.  Who else?
3       A.  LaKeisha Parker and Terrance Light.
4       Q.  How -- approximately how long were you
5   face down on the ground?
6       A.  Once we got on the ground, I couldn't
7   really see too much of what was going on.
8   Because I was laying on the ground for, I said,
9   about 45 minutes, or maybe longer.
10      Q.  Were you handcuffed while you were on
11  the ground?
12      A.  Yes.
13      Q.  Were the others handcuffed while they
14  were on the ground?
15      A.  Yes.
16      Q.  Where were the others lying relative to
17  you?
18      A.  Could you break it down, please?
19      Q.  Well, where were they placed relative to
20  you?  Were they side-by-side with you, were they
21  off in other --