Exhibit 25  Parker Deposition page 25

                                25
1     A.  He ordered me out at gunpoint, and he
2  threw me on the -- to the ground, on the
3  sidewalk, and put his knee in my back.
4     Q.  And what, if anything, did he say?
5     A.  I told him -- I asked him could he get
6  his knee out my back because I had asthma, and he
7  told me to shut the F up.  And I said I got
8  asthma, I'm about to have an asthma attack, could
9  you take your knee out my back.
10    Q.  And the name of this officer?
11    A.  I don't know.
12    Q.  Can you describe him?
13    A.  Yes.  He was white and he was a male.
14    Q.  And anything else?
15    A.  No.
16    Q.  Okay.  How did Shaneka get out?
17    A.  She was taken out by the police.
18    Q.  Did you observe it?
19    A.  No.
20    Q.  Well, how do you know that?
21    A.  Because all of the police had everybody