Exhibit 27 Mikeesha Bassett Deposition pages 22-25

22

1   And what happened next?
2      A   An officer grabbed me and threw me on the
3   back of the car.
4      Q   At any point were you handcuffed?
5      A   Yes.
6      Q   At what point?
7      A   When I was on the back of the car.
8      Q   On the back of the car?
9      A   He threw me, like, put my face on the car.
10     Q   Are you saying you were facing the trunk?
11     A   Uh-huh (Affirmative).
12     Q   Who else was handcuffed?
13     A   Everybody was handcuffed.
14     Q   Who else did you see handcuffed?
15     A   I saw Shaneka handcuffed.  Lakesha, Terrance
16   and Mikelle.
17     Q   All of them?
18     A   Yes.
19     Q   Were they handcuffed in the front or the
20   back?
21     A   The back.

24

14     Q   Now, upon allegedly pulling them out of the
15   car, what happened next?
16     A   I'm not sure because I was in the police car
17   after that.  He threw me in the police car.
18     Q   In the back?
19     A   Yes.
20     Q   You were sitting in the back?
21     A   Yes.

25

1   Q   And did you say, at some point, you were
2   moved from the back?
3      A   Yes.

```
 4      Q  How long did you sit in the back?
 5      A  For about five minutes.
 6      Q  So what happened to get you out of the back
 7   of the police car?
 8      A  Nothing.  He just came and pulled me out and
 9   threw me in the back of the paddy wagon.
10      Q  Was it the same officer?
11      A  Yes.
12      Q  Had you been saying anything in the car?
13      A  No.
14      Q  Were you still handcuffed in the paddy wagon?
15      A  (No verbal response.)
16         MR. ALLEN:  Make a verbal response.
17         THE WITNESS:  Yes.
18         BY MS. MCQUINN:
19      Q  And how long were you in the paddy wagon?
20      A  For about 30 minutes to an hour.
21      Q  Did you -- were you allowed to make any phone
```