Exhibit 29  Harrison Deposition page 20

                                    20
1   Q.  Were all of you allowed to leave?
2   A.  Yes.
3   Q.  How long did you stay handcuffed?
4   A.  About an hour and a half.
5   Q.  When you were allowed to go, who drove?
6   A.  Mikelle Bassett.
7   Q.  Keeon got in the car with you?
8   A.  No, she had her own car.
9   Q.  Did anybody get in the car with Keeon?
10  A.  Yes.
11  Q.  Where did you go off to, what did you do?
12  A.  We followed Keeon back to Louise Thorne's
13  house.
14  Q.  Did all of you go into Louise Thorne's
15  house?
16  A.  Yes, except Terrence Light.
17  Q.  Where did he go?
18  A.  I guess he walked home.
19  Q.  How far away does he live?
20  A.  Around the corner.
21  Q.  Do you know his address?