Exhibit 29  Parker Deposition page 30

                                30
1   Q.  Were all of you handcuffed?
2      A.  Yes.
3      Q.  And how --
4      A.  Everybody was handcuffed.
5      Q.  Okay.  And how long were you handcuffed?
6      A.  We was handcuffed about two, three
7   hours.