Exhibit 30 Mikeesha Bassett Deposition page 25

                                        25

1    Q   And did you say, at some point, you were
2  moved from the back?
3     A   Yes.
4     Q   How long did you sit in the back?
5     A   For about five minutes.
6     Q   So what happened to get you out of the back
7  of the police car?
8     A   Nothing.  He just came and pulled me out and
9  threw me in the back of the paddy wagon.
10     Q   Was it the same officer?
11     A   Yes.
12     Q   Had you been saying anything in the car?
13     A   No.
14     Q   Were you still handcuffed in the paddy wagon?
15     A   (No verbal response.)
16       MR. ALLEN:  Make a verbal response.
17       THE WITNESS:  Yes.
18       BY MS. MCQUINN:
19     Q   ==And how long were you in the paddy wagon?==
20     A   ==For about 30 minutes to an hour.==
21     Q   Did you -- were you allowed to make any phone