Exhibit 31  Parker Deposition page 30

                                       30
 8  . Did the officer ever tell you why you
 9  were stopped?
10     A.  First, he said we didn't have our
11  seatbelts on.  And then he gave us another
12  excuse, he said that it was a robbery down the
13  street and we looked like we fit the description.
14         It was -- the car was supposed to have
15  four dudes, and it looked like we fit the
16  description of the car, four dudes.
17     Q.  And the car or the people inside or
18  both?
19     A.  Both.