Exhibit 32 Parker Deposition pages 13-15

                                        13
1   A.  Mikelle and Mikesha.
2      Q.  Okay.
3      A.  They live around the same neighborhood.
4      Q.  Have you ever known him to smoke
5   marijuana?
6      A.  No.
7      Q.  Did anyone else in the car smoke
8   marijuana that night?
9      A.  No.  Everybody in the car had asthma.
10      Q.  At some point, we heard that marijuana
11   was picked up from the backseat of the car.  Were
12   you a witness to any of that?
13          MR. ALLEN:  Objection to that.  And I
14   think what she said was, the officer displayed a
15   cigarette, which he said he had found in the
16   backseat of the car.
17      Q.  Were you a witness to any -- that
18   occurrence?
19      A.  The officer walked to the car after all
20   -- when all of us was laying on the ground, the
21   officer walked to the car and he said he found

                                        14
1   marijuana, and he pulled -- I never seen him take
2   it out the car.  I never even -- he never even
3   went in the car.  He walked to the car and said,
4   oh, look what I found, I found marijuana.  But
5   from my knowledge he never went in the car to
6   retrieve it.
7      Q.  And where were you at the time?
8      A.  I was laying next to the car on the
9   ground.
10      Q.  Okay.  Face up or face down?
11      A.  Face down.  But the way I was laying, I
12   could see everything that was going on with the
13   car.
14      Q.  Do you remember anything else?  Was
15   there any response to him having said that?
16      A.  No.
17      Q.  Did the officer say anything further?
18      A.  Not at that moment.

19    Q. About the marijuana?
20    A. Yes. Not at that moment.
21    Q. Did he say anything else?

                         15

1    A. ==Later he said, did anybody want this?==
2 ==And everybody probably wondered whose it is.==
3 ==Well -- and he was like, fine, I'll keep it==
4 ==myself and put it in his pocket.==
5    Q. What was the officer's name?
6    A. I'm not sure. They -- we weren't able
7 to see their badges.
8    Q. What did he look like?
9    A. It was a Caucasian male.
10    Q. And by Caucasian do you mean white?
11    A. Yes.
12    Q. Whose car was being driven that night?
13    A. My aunt Louise.
14    Q. Okay. Is that Louise Thorne?
15    A. Yes.
16    Q. Okay. Can you tell us what kind of car
17 it was?
18    A. It's a four-door car, kind of -- it's an
19 old car. I'm not exactly sure of what the name,
20 the model is, but it's an old car. It was
21 four-door.