Exhibit 33  Mikelle Bassett Deposition page 35

                                    35
1  him.  And the black officer said, oh, one condom
2  and all these girls, my man going to get it in
3  right.  As if he's saying -- as if he was saying
4  he going to have sex with all of us.
5      Q.  And you are speculating on what that
6  meant?
7      A.  Could you --
8      Q.  The officer didn't tell you what he
9  meant when he allegedly said that?  You're
10  speculating that that's what he meant, when he
11  said that?
12       A.  That's the terminology that we use for
13  -- that people use for -- well, how you say it --
14  that people use for saying -- that's how that
15  say, like he said, one condom and all these
16  girls, my man going get it in right, that's how
17  people say they going to have sex with one girl.
18  That's how that say things.
19      Q.  Which officers called you bitches?
20      A.  It was a white officer.
21      Q.  Will you describe him?