Exhibit 34 Parker Deposition page 34

34

1    Q. Can you describe him?
2    A. I don't know which officer was talking
3  to her. I think it was one of the white
4  officers. I'm not sure.
5    Q. And so why do you think this person was
6  white? You don't know?
7    A. I'm trying to remember. No. I think it
8  was the black officer that told her that.
9      Oh. And also when we was standing on
10  the sidewalk, the police officers, they checked
11  Terrance and he found a condom in his pocket.
12  And the police officer said, oh, my man, one
13  condom, four girls, my man getting lucky tonight.
14    Q. Was there any response to that?
15    A. I just turned my head. I ain't say
16  nothing.
17    Q. And what was done with the condom?
18    A. Nothing. They put it back in his
19  pocket.
20    Q. Okay. As part of the coming to this
21  deposition today, you were requested to bring