Exhibit 35 Harrison Deposition page 27

                                  27
1    Q.  Are you alleging you were discriminated
2  against in any way in this case?
3    A.  Yes.
4    Q.  In what way?
5    A.  Where he checked Terrence's pocket, he
6  pulled out a condom and said four girls and one
7  condom.
8    Q.  One of the officers said that?
9    A.  Yes.
10   Q.  Was that it?
11   A.  Yes.
12   Q.  Where was this at condom --- where?
13   A.  Out of Terrence's pocket.
14   Q.  Did anybody respond to him?
15   A.  No.
16   Q.  What happened with the condom?
17   A.  I guess he put it back in his pocket.
18   Q.  Is that the extent of the injuries you are
19  claiming?
20   A.  Is that what?
21   Q.  Is that the extent of injuries you are