Exhibit 36  Parker Deposition page 31

31

1      A.  No.
2      Q.  How did Keeon Bassett know to come
3  there?
4      A.  The police called her.
5      Q.  And who gave her number to the police?
6      A.  Mikelle.  Because she asked could she
7  call her mother, and the police officer said no.
8  And so she was trying to call her mother anyway
9  and he took and threw the phone.  And he was
10  like, is there somebody else you could call other
11  than your mother.  And she said you can call my
12  sister.
13     Q.  Which officer was this?
14     A.  I don't know the officer's name.
15     Q.  Can you describe him?
16     A.  The officer she was talking to was
17  white.
18     Q.  Did that officer make that call to the
19  sister or some other officer?
20     A.  I believe he did.
21     Q.  And what phone did he use?