Case 1:06-cv-01204-GK   Document 54-38   Filed 09/21/2007   Page 1 of 1

**495056730**

### DISTRICT OF COLUMBIA NOTICE OF INFRACTION

ON **Sun** THE **15th** DAY OF **Jan** **06** AT **1000** PM

VIOLATOR'S FULL NAME (LAST, FIRST, MIDDLE): **Bassett, M'Kelle**

STREET ADDRESS: **742 Brandywine St SE #201**

CITY, STATE: **Washington DC**   ZIP: **20032**

SEX: **F**

OPERATOR'S PERMIT NO.: **1747379**   STATE: **DC**

VEHICLE LICENSE NO.: **JV52435**   VA ✓   TAG YR: **06**

☒ BLOCK

VEHICLE MAKE: **Plymouth**   BODY: **4S**

LOCATION OF VIOLATION: **200 Valley**

☒ AVE.   ☒ S.E.

**MOVING VIOLATION**   CODE: **7539**

OTHER: **Permit: Violating Restriction of learning permit**

SCHEDULED FINE OR COLLATERAL: ☒ $25

ISSUER'S SIGNATURE: (signed)   DEPT: **MPD**   ELEMENT: **7D**   BADGE NO: **1462**

MPD CAD NO.: **7318**

DATE: **1/15/06**   SIGNATURE: (signed)

BTA FORM 51 5/05   **COPY C**



Plaintiff's Exhibit 51