Exhibit 38 Lyons Deposition pages 16-17

16

1  002, 2003, 2004, 2005 and 2006.
2    Q   Who generated this?
3    A   The Office of Police Complaints.
4    Q   Now, if you can take another look at
5  Deposition Exhibit No. 1.
6    A   Okay.
7    Q   Let's look as Paragraph number one.
8    A   Uh-huh.
9    Q   For the record, that's the policies and
10 procedures of the Police Department with respect to
11 pursuing automobiles or traffic offenses such as
12 failure to wear a seat belt that were in effect on
13 January 15, 2006.
14       You are here to speak on that issue,
15 correct?
16   A   Yes.  I can speak on that issue.
17   Q   What were the policies and procedures in
18 effect?
19   A   I will show you according to your Exhibit
20 No. 2.  If you were to look at page three, look at
21 item F on page three.
22   Q   What does that say?

17

1    A   Item F clearly states that members are
2  prohibited from pursuing a vehicle for the purpose
3  of affecting a stop for a traffic violation.
4    Q   That was in effect on January 15, 2006?
5    A   To help you out a little bit, this
6  general order went into effect on February 25,
7  2003.
8    Q   It's still in effect?
9    A   It's still in effect.
10   Q   Very good.  Now, with respect to
11 paragraph two, are you not here to speak on
12 Paragraph number two?
13   A   Let me read it.
14       MS. MCQUINN:  I will have a continuing
15 objection regarding two, three, four for the
16 reasons that no written report was filed in this

17  case.  The numbers you've been looking at have to
18  do with tracking.  When a dispatcher gets a call
19  about a case, we get a tracking number.  Even
20  though you might think you have a report number, a
21  report wasn't generated for this case.  So
22  Defendant objects to two, three and four.