Exhibit 39 Alston Deposition pages 5-9

5

1  of?
2     A.  Yes.
3     Q.  Okay. Which particular areas that
4  you're here to testify on?
5     A.  Number 2, 3, and 4.
6     Q.  2, 3 and 4, okay. All right.
7        Well, then let's get down to it and
8  let start with 2, which for the record asks for
9  information about, "The policies and procedures
10  of the police department with respect to
11  producing written reports once a case number
12  such as R2006006893 is assigned to a case."
13        And it particularly references the
14  policies and procedures that were in effect on
15  January 15, 2006.
16        What are the policies and procedures
17  with respect to that issue?
18     A.  The officer receives an assignment.
19  Once he arrives on the scene when he determines
20  there's a need for a report, he requests report
21  numbers from a dispatcher.

6

1  can just fail to have somebody here to speak on
2  them just because you decided that you think it's
3  irrelevant.
4        MS. MCQUINN:  Well, if you want to spend
5  your time arguing in circles about this, you will
6  be arguing by yourself.
7        MR. ALLEN:  Well, we're going to make a
8  record and we'll probably be calling the Court, if
9  we can.  This is a gross violation of the
10  procedures for Rule 30(b)(6) in my opinion.  In any
11  event, we will get started.
12        (Plaintiff's Exhibit No. 1 was
13         marked for identification.)
14  BY MR. ALLEN:
15     Q   Let me show you what has been marked as
16  Deposition Exhibit No. 1.
17        (Tenders document to witness.)
18        Have you seen that before, sir?

19    A   Yes, I have.
20    Q   When did you see it?
21    A   I'm not sure of the date, but I've seen
22  it.

7

1    Q   Was it within the last day or last week
2  or last month?
3    A   Probably the last couple of weeks.
4    Q   Let me ask you a few questions about your
5  background.  You're obviously a police officer; is
6  that correct?
7    A   That's correct.
8    Q   You work for the District of Columbia
9  Metropolitan Police Department?
10    A   That's correct.
11    Q   How long have you done that for?
12    A   I've been a Metropolitan Police
13  Department officer for approximately 22 years.
14    Q   You said 22 years?
15    A   About 22 years.
16    Q   What is your current duty assignment?
17    A   My current duty assignment is, I work as
18  a lieutenant in the Office of Professional
19  Responsibility, Internal Affairs Division.  I work
20  with the Force Investigation Team.
21    Q   How long have you been doing that for?
22    A   Approximately, three years.

8

1    Q   What were you doing before that?
2    A   Before that, I was a patrol service --
3  PSA officer for about three years.
4    Q   What does PSA mean?
5    A   The PSA is the parole service area.  We
6  are working with the community.
7    Q   Can you just give me a brief resume of
8  the other posts that you've had?
9    A   Okay.  Prior to that -- I'm going in
10  order -- prior to that, I spent approximately five
11  years in homicide as a homicide sergeant.  From
12  that standpoint, I spent a couple years working in
13  narcotics.  From that standpoint, I used to be a
14  detective assigned to the Robbery Squad Branch.  I

15  spent about five years there.  Just prior to that,
16  I was an undercover officer buying narcotics
17  throughout the District of Columbia.  That brings
18  me to my time coming into the department where I
19  was assigned to the Fifth District as a police
20  officer, patrol officer.
21     Q   Now, did you bring the documents that
22  have been provided to me?  Are you the person that

                                9
 1  provided these documents?
 2     A   What I see right there, yes.
 3         MR. ALLEN:  Why don't we go through
 4  these.  Let's have this marked as Deposition
 5  Exhibit 2, please.
 6         (Plaintiff's Exhibit No. 2 was
 7          marked for identification.)
 8  BY MR. ALLEN:
 9     Q   What is Deposition 2, sir?
10     A   This is the Metropolitan Police
11  Department's General Order pertaining to vehicular
12  pursuits.
13     Q   Was that the order that was in effect on
14  January 15, 2006?
15     A   That's correct.
16         MR. ALLEN:  Let's have this marked as
17  Deposition Exhibit 3.
18         (Plaintiff's Exhibit No. 3 was
19          marked for identification.)
20  BY MR. ALLEN:
21     Q   The whole document is that order; is that
22  correct?