Exhibit 40 McGrew Deposition page 74-75

                                74

16  Q   Were there any on this date, to your
17  knowledge, any police regulations requiring reports
18  where suspects were stopped and frisked?
19     A   Can you rephrase that, sir.
20     Q   Okay.  As of January 15, 2006 --
21     A   Yes, sir.
22     Q   -- were you aware of any police

                                75

1  regulations requiring reports where suspects were
2  stopped and frisked?
3     A   There was only a citation from myself,
4  sir.  If somebody else had something else, I'm not
5  aware of that.