Exhibit 41 McAllister Deposition page 41

                                41
1   assigned, is a report required?
2      A   In reference to?  I'm not understanding
3   the question.
4      Q   This is just a general question.  I'm just
5   saying generally as of January 15, '06, if you are
6   involved in an incident and a case number is
7   assigned to that incident is it then required that a
8   report be done?
9      A   That, I do not know.
10     Q   But we do know that you did not do any
11  type of report in relationship to this incident?
12     A   No, I did not.