Exhibit 42 Robison Deposition pages 24-25

                                        24
16  Q   Did you make any notes about this
17  incident?
18    A   I don't recall.
19    Q   Have you checked your notes to see whether
20  you did or not?
21    A   No, I have not.
22    Q   Could you do that?

                                        25
1     A   If you would like me to, I will.
2     Q   Okay.  All right.
3       MS. McQUINN:  You have to speak up.
4     A   I'm sorry, yes.
5       MS. McQUINN:  He just said he'll give them
6   to me if he finds any and I'll give them to you.
7       MR. ALLEN:  Okay.  Very good.
8   BY MR. ALLEN:
9     Q   Did you do any written reports?
10    A   I did not.