Exhibit 43 Teel Deposition page 36

                                    36
1   Q   That's what I'm asking you.  Do you know?
2   A   I have no idea.
3   Q   Okay.  Did you prepare any type of report
4  with reference to this incident?
5   A   No.
6   Q   Did you make any kind of notes?
7   A   No.
8   Q   Have you checked your notes to see whether
9  you did or not?
10   A   I know I didn't make any.  The patrol
11  handled it.
12   Q   Are you aware of any requirements, police
13  regulations, that is, that were in place on January
14  15, 2006 that required a report where individuals
15  were stopped and frisked?
16   A   Am I aware of the requirement?
17   Q   Yeah.  If you stop and frisk someone are
18  you supposed to do a report?
19   A   Yes.
20   Q   If you handcuff someone are you supposed
21  to do a report?
22   A   I believe so, yes.