## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November,, 2006, I sent, via regular mail, first class

postage prepaid, a copy of the foregoing document to the following person:

**Geoffrey D. Allen [D.C. Bar #288142]**
Attorney for Plaintiff
1130 17th Street, N.W.
Suite 400
Washington, D.C. 20036
(202) 778-1167
(202) 659-9536 (Fax)


**Urenthea McQuinn [D.C. Bar #182253]**
**Assistant Attorney General, D.C.**

3

## REQUESTS FOR PRODUCTION

1.    Please produce all reports indicating identities of police officers involved in the detention

of the plaintiffs.

**Response: See Attachment 1, the Event Chronology Report and Radio Run for the date in**

**question in the Complaint, January 15, 2006.**

Objections by Counsel:

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

NICOLE LYNCH [471953]
Section Chief, Civil Division, Section II

URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

November 9, 2006

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUISE THORNE, *et al.*,
        Plaintiffs,

    v.

                                    Civil Action No. 06-01204 GK

DISTRICT OF COLUMBIA, *et al.*,
        Defendants.

## DISTRICT OF COLUMBIA'S AND OFFICER BAXTER McGREW'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Defendants District of Columbia and Officer Baxter McGrew hereby respond and object to Plaintiff's Request for Production of Documents as follows:

### General Objections

Defendant objects to the production of any information or documents that are protected by the attorney-client privilege, deliberative process privilege, work product doctrine or any similarly recognized privilege. Inadvertent production of any information or documents so privileged does not constitute a waiver of such privilege or any other grounds for objecting to the discovery request. Additionally, Defendant objects to any of Plaintiff's instructions which seek to impose any discovery requirements outside the scope of the rules, especially any obligation to produce information not in Defendant's control or not currently known to its attorneys after reasonable inquiry.

Defendant reserves the right to amend, revise or supplement its responses to these requests for production if and when new information or documents become available.