Exhibit 45

Robison Deposition Page 18

                                    18

5     Q   Well, what did you do?
6     A   I stepped one individual out, placed him
7  in handcuffs, sat him on the curb.
8     Q   That was the male?
9     A   I don't recall if it was a male or female.
10    Q   All right.  And after that process was
11  over -- can you tell me how many people were inside
12  the vehicle?
13    A   Five.
14    Q   And after they were removed from the
15  vehicle were all five handcuffed?
16    A   Yes.

McAllister Deposition Page 28

                                    28
6  Q   But the driver was the only one that was
7  handcuffed?
8     A   The driver is the only one I handcuffed.
9  I believe the others were handcuffed as well.
10    Q   You believe they were?
11    A   I believe they were, but I did not place
12  handcuffs on them, so.
13    Q   So you believe they were handcuffed but
14  you didn't put them on?
15    A   Correct.