Exhibit 45 McGrew Deposition page 54

                                54
1  period?
2      A   No, sir.  She was polite.
3      Q   Do you know why she was placed in
4  handcuffs?
5      A   No, sir.
6      Q   So apart from the driver and the cruiser
7  and the female in the wagon did you see anybody else
8  in handcuffs?
9      A   No, sir.
10     Q   So the male was never handcuffed?
11     A   No, sir.