Exhibit 47 Teel Deposition page 26

26

```
 6    Q   So just to recap, you saw McAllister take
 7  out, remove the driver of the vehicle and then the
 8  other passengers just got out of the vehicle?
 9    A   To my best memory they got out.
10    Q   Did you see anybody being handcuffed?
11    A   The only person I remember being
12  handcuffed is the back passenger.
13    Q   Was that a male or a female?
14    A   It was a female.
15    Q   So it was a back, a rear female passenger?
16    A   Yes.
17    Q   Who put the handcuffs on her?
18    A   I don't remember.
```