Exhibit 48 McGrew Deposition page 75

                                    75
3     A   There was only a citation from myself,
4  sir.  If somebody else had something else, I'm not
5  aware of that.