Exhibit 49  McAllister Deposition page 36

                                   36

 7     Q   Apart from the driver was anybody, to your
 8   knowledge, was anybody issued any type of citation?
 9     A   Apart from the driver?
10     Q   Right.
11     A   Apart from the driver, no.
12     Q   And do you know what type of citation was
13   issued to the diver?
14     A   I did not write it, but I believe it was
15   failure to yield to a traffic device.