Exhibit 50 McAllister Deposition page 39-41

39

14  Q  Okay. Let me -- I have to get a --

15      Let me just show you this, what is called

16  an Event Chronology. And, if you look at the top,

17  it says January 15, '06 were all of the entries.

18  And it gives location here of 200 Valley Avenue

19  Southeast, cross street, Atlantic Street, Southeast

20  and 4th Street, Southeast.

21      The part I'd like you to look at is

22  halfway down, it says case number assigned and then

40

1  is gives a series of numbers.

2      Do you know why a case number was assigned

3  to this incident?

4      MS. McQUINN: I'm going to object on the

5  basis of no foundation to ask him anything about

6  that document.

7      You can answer that question if you know

8   the answer, but I want my objection on the record

9   that there's been no foundation laid that he has any

10   contact whatsoever with that particular document.

11       MR. ALLEN: Right.

12   BY MR. ALLEN:

13     Q  Do you know whether or not a case number

14   was assigned in this incident?

15     A  No, I do not.

16     Q  Do you have any knowledge about when and

17   how case numbers would be assigned to a particular

18   incident?

19     A  Yes.

20     Q  And what is that knowledge?

21     A  Use of force incidents.

22     Q  Okay. And where a case number is

41

1   assigned, is a report required?

2     A  In reference to? I'm not understanding

3   the question.

4    Q   This is just a general question. I'm just

5   saying generally as of January 15, '06, if you are

6   involved in an incident and a case number is

7   assigned to that incident is it then required that a

8   report be done?

9    A   That, I do not know.