Exhibit 51 Teel Deposition pages 35-36

                                       35
1  record, it's a document entitled Event Chronology.
2  If you look about halfway down it seems to indicate
3  that a report number was issued.
4         MS. McQUINN:  Objection to the question.
5  There's a lack of foundation as far as asking this
6  witness anything about this document.
7         MR. ALLEN:  It's really not a question at
8  this point.  I was just directing his attention to a
9  particular part of the document.
10        MS. McQUINN:  But you had a prior question
11 about case numbers and he said he didn't understand
12 the question.  So if it's relating to that, I object
13 to showing him that for anything without any
14 foundation.
15 BY MR. ALLEN:
16    Q   Okay.  Do you see that halfway down it
17 indicates case number assigned?
18    A   Okay.
19    Q   Do you know under what circumstances a
20 case number would be assigned to a particular
21 incident?
22    A   What type of case number is it?

36

1   Q   That's what I'm asking you.  Do you know?
2   A   I have no idea.
3   Q   Okay.  Did you prepare any type of report
4   with reference to this incident?
5   A   No.
6   Q   Did you make any kind of notes?
7   A   No.
8   Q   Have you checked your notes to see whether
9   you did or not?
10  A   I know I didn't make any.  The patrol
11  handled it.
12  Q   Are you aware of any requirements, police
13  regulations, that is, that were in place on January
14  15, 2006 that required a report where individuals
15  were stopped and frisked?
16  A   Am I aware of the requirement?
17  Q   Yeah.  If you stop and frisk someone are
18  you supposed to do a report?
19  A   Yes.
20  Q   If you handcuff someone are you supposed
21  to do a report?
22  A   I believe so, yes.