Exhibit 52 McGrew Deposition pages 74-75

                                        74
1  gives an R2006006893.  Do you see that?
2     A   Yes, sir.
3     Q   Do you know what that refers to?
4         MS. McQUINN:  Continuing objection.
5     A   I'm not sure, sir.  I would imagine that
6  that's --
7         MS. McQUINN:  Don't speculate if you don't
8  know.
9     A   I don't know, sir.
10 BY MR. ALLEN:
11    Q   You have no idea what that is?
12    A   Not on a form like that, I don't, sir.
13    Q   Did you, apart from these notes, did you
14 do any other written reports about this incident?
15    A   No, sir, just the citation.
16    Q   Were there any on this date, to your
17 knowledge, any police regulations requiring reports
18 where suspects were stopped and frisked?
19    A   Can you rephrase that, sir.
20    Q   Okay.  As of January 15, 2006 --
21    A   Yes, sir.
22    Q   -- were you aware of any police

                                        75
1  regulations requiring reports where suspects were
2  stopped and frisked?
3     A   There was only a citation from myself,
4  sir.  If somebody else had something else, I'm not
5  aware of that.
6     Q   Well, I understand that, but, so --
7         MS. McQUINN:  If you are not, say you are
8  not; if you are, say you are.
9  BY MR. ALLEN:
10    Q   The question is, do you know of any police
11 regulations governing the need --
12    A   A stop and frisk?
13    Q   Right.
14    A   No, sir.
15    Q   Requiring a written report where there's a
16 stop and frisk?
17    A   No, sir.

18    Q   Do you recall what the person, the mother,
19  can you recall today what she looked like?  Can you
20  give me a description of her?
21    A   Medium build, medium to dark complexion.
22  I remember she had on a jacket.