Exhibit 53 Robison Deposition pages 25-26

                                    25

```
 1  A   If you would like me to, I will.
 2     Q   Okay.  All right.
 3        MS. McQUINN:  You have to speak up.
 4    A   I'm sorry, yes.
 5        MS. McQUINN:  He just said he'll give them
 6  to me if he finds any and I'll give them to you.
 7        MR. ALLEN:  Okay.  Very good.
 8  BY MR. ALLEN:
 9     Q   Did you do any written reports?
10     A   I did not.
11     Q   Should a written report have been done for
12  this incident by someone?
13        MS. McQUINN:  Objection, no foundation.
14  BY MR. ALLEN:
15     Q   If you know?
16     A   I have no idea.
17     Q   Were you aware of any police regulations
18  in effect on January 15th, 2006 which required a
19  written report where suspects were handcuffed?
20     A   No.
21     Q   Okay.  When a suspect is handcuffed does
22  that constitute, to your understanding, an arrest?
```

26

1    A   No.
2    Q   What is it, then, a stop?
3    A   Detaining them.
4    Q   Okay.  In terms of police regulations do
5  you know whether or not on January 15th, 2006 if a
6  suspect is forcibly removed from a vehicle whether
7  or not a written report was required?
8    A   Yes.
9    Q   It is required?
10    A   (Witness nods head.)
11    Q   Can you say yes or no.
12    A   Yes.
13    Q   Okay.  Do you know under what
14  circumstances a case number is assigned to an
15  incident when suspects are stopped?
16    A   Come again?
17    Q   Okay.  Let me show you an Event
18  Chronology.
19        (Document tendered to the witness.)
20    A   What am I looking for here?
21  BY MR. ALLEN:
22    Q   What I'll direct your attention to is it