Exhibit 53 Porter Depositions pages 5-7

5

1  Q.  And what is your current duty
2  assignment?
3     A.  The director of the disciplinary
4  review division.
5     Q.  Now, what exactly is done in that
6  division?
7     A.  Review investigative reports and
8  determine what the penalty might be and
9  basically handle disciplinary matters for our
10  members of the agency.
11    Q.  Okay.  So once the report is done and
12  if there's a finding adverse to the officer,
13  then you determine what the penalty will be?
14    A.  Yes.
15    Q.  Okay.  Or if there's going to be a
16  penalty?
17    A.  That's correct.
18    Q.  And have you seen the Notice of
19  Deposition in this case?
20    A.  I have.
21    Q.  All right.  Well, then let's start

6

1  with Paragraph 7, which for the record is, "The
2  number of officers who have been disciplined for
3  the police department for such actions."
4       And although it doesn't specifically
5  say in Paragraph 7, earlier it references a time
6  period 5 years prior to January 15, 2006.
7       What is your testimony in response to
8  that particular paragraph?
9     A.  As it relates to excessive or
10  unnecessary force?
11    Q.  Right.
12    A.  There were 14 cases where members
13  received discipline.
14    Q.  14 cases of discipline?
15    A.  Yes.
16    Q.  And that was from -- during which
17  period?
18    A.  Probably 2000 --

19    Q.  Okay.  So 2001 through 2006?
20    A.  Through 2005.
21    Q.  Oh, okay.  So it's January 1, 2005?

                            7

1    A.  No, 2006, the date that's on the
2  deposition, January 15, 2006.
3    Q.  Okay.  That's the end period, right?
4    A.  Yes.
5    Q.  What's the start?
6    A.  January 1, 2001.
7    Q.  Right, 1/01/01.
8    A.  Yes.
9    Q.  Sorry.  This was 14 cases where
10  discipline was actually imposed?
11    A.  That's correct.
12    Q.  Out of how many complaints, do you
13  know?
14    A.  Don't know the number of complaints,
15  because we don't deal -- my office doesn't deal
16  with complaints.  We only deal with sustained.
17    Q.  Okay.  So you don't see the ones that
18  aren't sustained?
19    A.  That's correct.
20    Q.  Can you give me an idea what type of
21  discipline was imposed in these 14 cases?  I