Exhibit 55  Porter Deposition page 10

10

1  Basically any mitigating or
2  aggravating factors.
3     Q.  Okay.  Turning to 8, which for the
4  record is, "The number of settlements or
5  judgments paid by the District for such actions
6  by police officers in the five-year period prior
7  to January 15, 2006 (including cases where the
8  District and/or individual officers were sued)."
9        Do you have any information that's
10  responsive to that?
11     A.  Based upon the information provided by
12  the Office of the Attorney General, there were
13  190 cases.
14     Q.  One hundred ninety cases?
15     A.  Yes, sir.
16     Q.  And turning to Paragraph 9, do you
17  know what the total value of such settlements
18  were?
19     A.  Yes, sir.  Based upon the same
20  information provided by the Attorney General's

21   office there were $7,785,517.24.