Exhibit 56  Hedgecock deposition pages 5-7

5

1   A.  I'm currently assigned to the Internal
2  Affairs Division.
3     Q.  How long have you been in IAD?
4     A.  I've been directly in IAD for the past
5  10 months.
6     Q.  And what were you doing previously?
7     A.  I was the administrative lieutenant,
8  if you will, for the Office of Professional
9  Responsibility of which internal affairs is
10  under.
11     Q.  Okay.  And I take it that you have
12  seen the Notice of Deposition in this case?
13     A.  I haven't specifically seen that, no.
14  I have seen the questions, but I haven't seen
15  the notice.
16     Q.  All right.  I understand you're here
17  just to talk about 6; is that right?
18     A.  Right, yes.
19     Q.  Well, for the record 6 says, "The
20  number of complaints of arrest without probable
21  cause made against the Metropolitan Police

6

1  Department in the five-year period prior to
2  January 15, 2006."
3       And what is your testimony on that
4  particular paragraph, 6?
5     A.  First, we do not specifically classify
6  complaints of arrests made without probable
7  cause.  We don't specifically classify it that
8  way.
9     Q.  Okay.  How do you classify it?
10    A.  That would be classified as -- what we
11 have is like a false arrest.
12    Q.  Okay.  Do you have data for false
13 arrest?
14    A.  I had ran a query within our databases
15 from -- specifically from January 1, 2001
16 through February 1, 2006, querying false arrest
17 specifically, and I came up with 89.
18    Q.  89?
19    A.  And these are investigations that had
20 that allegation.
21    Q.  Okay.  So if a complaint is made for