Exhibit 57 Teel 40

40

1   A   I thought it was --
2           MS. McQUINN:  Objection.
3       A   -- like I said, ridiculous.
4           MS. McQUINN:  He didn't say big joke.
5   BY MR. ALLEN:
6       Q   Did you have any other discussion?
7       A   No.
8       Q   And from your answers to interrogatories
9   it appears that the only other time that you have
10  been sued was in reference to a traffic accident?
11      A   That's correct.
12      Q   Okay.  Have you ever been reprimanded or
13  disciplined for conduct while you were on the
14  street?
15      A   No.
16      Q   Have you understood my questions?
17      A   Yes.
18      Q   Okay.
19          MR. ALLEN:  I have nothing further.
20          MS. McQUINN:  I have just a couple.
21      EXAMINATION BY COUNSEL FOR THE DEFENDANTS
22  BY MS. McQUINN: