IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.*<br>      **Plaintiffs,**<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br>      **Defendants.** | Civil Action No. 06-01204 GK |

## DEFENDANT BAXTER McGREW'S ANSWERS AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

Officer Baxter McGrew, upon information and belief, gives the following answers to interrogatories propounded to Defendant by Plaintiff:

(a) The information supplied in these answers is not based solely on the knowledge of the executing party, but includes knowledge of the party, its agents, representatives, and attorneys, unless privileged.

(b) The word usage and sentence structure may be that of the attorney assisting in the preparation of these answers and thus, does not necessarily purport to be the precise language of the executing party.

(c) Defendant reserves the right to amend, revise or supplement its answers to these interrogatories if and when new or different information becomes available.

(d) For any additional responsive information made available through deposition testimonies, the Defendant incorporates such information for purposes of giving the Plaintiff notice that such information exists, but does not adopt such testimony as accurate and complete.

3. Have you ever been the party of any other civil action? If so, please provide the details regarding the plaintiff, the case number, the jurisdiction and the outcome of that lawsuit.

**Answer: No.**

4. Have you ever been disciplined by the Washington DC Metropolitan Police Department? If so, what were the circumstances surrounded (*sic*) the disciplinary action, the date and the name of any citizen involved in the incident.

**Answer: No.**

5. Identify all persons whom you intend to call as witnesses at trial. Specify the subject matter upon which each such witness will give testimony.

**Answer: Unknown at this time.**

6. Identify all persons whom you intend to call as expert witnesses at trial and state the subject matter on which the expert is expected to testify, and state the substance of the facts and opinions to which the expert is expected to testify, and summarize the grounds for each opinion.

**Answer: Defendant has not identified experts to date but will do so pursuant to Rule 26(b)(4) and as necessary pending completion of discovery.**

7. Were any of the persons inside the car handcuffed? If so, which officers applied handcuffs to which suspect?

**Answer: I do not know.**

8. If there was a lookout and or description for a vehicle which you believe justified the stop of plaintiffs' vehicle, please provide full details as to that lookout/description and indicate what offence or law violation was believed to have been committed. How was this information provided to you, and where were you when you received it?

**Answer: Not applicable.**

4