IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>Defendants. | Civil Action No. 06-01204 GK |

## DEFENDANT OFFICER NEIL R. McALLISTER'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Officer Neil R. McAllister, upon information and belief, gives the following answers to interrogatories propounded to Defendant by Plaintiff:

(a) The information supplied in these answers is not based solely on the knowledge of the executing party, but includes knowledge of the party, its agents, representatives, and attorneys, unless privileged.

(b) The word usage and sentence structure may be that of the attorney assisting in the preparation of these answers and thus, does not necessarily purport to be the precise language of the executing party.

(c) Defendant reserves the right to amend, revise or supplement its answers to these interrogatories if and when new or different information becomes available.

(d) For any additional responsive information made available through deposition testimonies, the Defendant incorporates such information for purposes of giving the Plaintiff notice that such information exists, but does not adopt such testimony as accurate and complete.

ignored Officer Teel's efforts to stop them. We pulled alongside the driver's side of Officer Teel's vehicle. The vehicle continued until its path was obstructed by traffic. The driver, in an effort to avoid the traffic, went partially onto the grass, but eventually had to stop due to traffic.

Officer McGrew and I got out of the cruiser and approached the plaintiffs' vehicle. Once I reached the driver's door I announced "Police! Exit the vehicle!" The driver began to scream and pull her body further into the vehicle. I repeated that they needed to exit the vehicle and the driver continued to scream. I opened the driver's door of the vehicle and assisted the driver out. She was still screaming and resisting my efforts. I handcuffed her and sat her on the curb. Once I sat her on the curb, she calmed down and stopped screaming. I, or Officer McGrew, conducted a warrant check and there were no warrants on any of the occupants of the vehicle. I removed the handcuffs and sat her back on the curb. The driver's mother was the registered owner of the vehicle. She was contacted. She came to the scene, and the vehicle and its occupants were released to her.

2. Please identify all other police officers who participated in the stop/detention which forms the subject matter of this lawsuit.

**Answer:   Officer Baxter McGrew and Officer Orlando Teel.**

3. Have you ever been the party of any other civil action? If so, please provide the details regarding the plaintiff, the case number, the jurisdiction and the outcome of that lawsuit.

**Answer:   No.**

4. Have you ever been disciplined by the Washington DC Metropolitan Police Department? If so, what were the circumstances surrounded (SIC) the disciplinary action, the date and the name of any citizen involved in the incident.

3

Answer: No.

5. Identify all persons whom you intend to call as witnesses at trial. Specify the subject matter upon which each such witness will give testimony.

**Answer: Defendant has not identified its witnesses to date, but will do so pursuant to the Superior Court Rules of Civil Procedure and as necessary pending completion of discovery.**

6. Identify all persons whom you intend to call as expert witnesses at trial and state the subject matter on which the expert is expected to testify, and state the substance of the facts and opinions to which the expert is expected to testify, and summarize the grounds for each opinion.

**Answer: Defendant has not identified experts to date but will do so pursuant to SCR-Civil 26(b) (4) and as necessary pending completion of discovery.**

7. Were any of the persons inside the car handcuffed? If so, which officers applied handcuffs to which suspect?

**Answer: Yes, I handcuffed the driver.**

8. If there was a lookout and or description for a vehicle which you believe justified the stop of plaintiffs' vehicle, please provide full details as to that lookout/description and indicate what offence or law violation was believed to have been committed. How was this information provided to you, and where were you when you received it?

**Answer: Not applicable.**

9. What was your duty assignment at the time of the incident that forms the subject matter of this lawsuit?

**Answer: Seventh District Patrol Officer.**

10. When were the occupants of the vehicle released?

**Answer: When the parent of the driver arrived.**

4