Exhibit 60  Robison 28, 29

                                28
1  BY MR. ALLEN:
2     Q   Have you ever spoken -- since the incident
3  have you ever spoken with Officer Teel about this
4  incident?
5     A   Not really.
6     Q   Okay.  How about same question with
7  respect to Officer McAllister?
8     A   No.
9     Q   Same question with respect to
10 Officer McGrew?
11    A   Just for Ms. McQuinn's phone number.
12    Q   Okay.  Just a second.
13        Have you ever been disciplined or
14 reprimanded since you've been a Metropolitan Police
15 Officer?
16    A   Yes.
17    Q   For what?
18    A   1050.
19    Q   What's that?
20    A   Accident.
21    Q   A traffic accident?
22    A   Mm-hmm.

                                29
1     Q   Anything else?
2     A   No.
3     Q   Just a couple of wrap-up questions and I
4  think we'll be done.
5         Did you ever see any police officer with
6  a, unholster their weapon during this incident?
7     A   No.
8     Q   I take it then that you did not?
9     A   No.
10    Q   While you were following in the vehicle I
11 think you told me that you did observe the vehicle
12 run at least one stop sign?
13    A   Yeah.
14    Q   Just to be clear, I believe that you said
15 that you couldn't say whether or not it ran any red
16 lights.  Would that be a correct statement?
17    A   Yes.

18   Q   Okay. Did you issue any citations or
19  charges in connection with this incident?
20   A   No.
21   Q   Have you understood my questions?
22   A   Yes.