Exhibit 61 Klotz Deposition page 35

                                35
1  have other violations that you contend happened in
2  this case with regard to pursuit?
3     A  I think that covers it.  Let me check and
4  look at my opinion again.
5        I would say that covers it, yes, ma'am.
6     Q  Okay.  And what is the other standard that
7  you contend was violated?  And how would you phrase
8  that standard that was violated with regard to
9  pursuit?
10    A  National and local.
11    Q  National and local pursuit standard was
12 violated --
13    A  Police standards.
14    Q  National and local police standards regarding
15 pursuit was violated?
16    A  Automobile pursuits, that's correct.
17       The next opinion deals with the stop and
18 frisk situation that both officers, Teel and
19 McAllister, said had occurred, according to the
20 information on the transcripts that I have seen.
21       Stop and frisk is controlled by the Terry