# Event Chronology

**Event Number:** I20060026847

| Date | Time | Term | Operat | Action |
|---|---|---|---|---|
| 01/15/06 | 21:57:23 | d13 | 1775 | EVENT CREATED: Location= 200 VALLEY AVE SE DC , Cross Streets= ATLANTIC ST SE / 4TH ST SE . Call Source= OFFICER Agency= MPD , Group= 7D , Beat= 704 , Status= A , Priority= 3 , ETA= 0 , Hold Type= 0 , Primary Unit= 7041 , Primary Member= 6523 , Current= F , Open Current= F , Type Code= ASSS - ASSIST |
| 01/15/06 | 21:57:24 | d13 | 1775 | Unit= 7041 , Status= DP , Location= 200 VALLEY AVE SE DC , Employee= 6523 , Employee= 7316 |
| 01/15/06 | 21:57:24 | cadcom1 | 775 | EVENT COMMENT= ** LOI search completed at 01/15/06 21:57:24 Field Event |
| 01/15/06 | 21:57:24 | d13 | 1775 | |
| 01/15/06 | 21:57:25 | d13 | 1775 | Unit= 7041 , Status= AR , Location= 200 VALLEY AVE SE DC , Employee= 6523 , Employee= 7316 |
| 01/15/06 | 21:57:43 | d13 | 1775 | Unit= WA72 , Status= DP , Location= 200 VALLEY AVE SE DC , Employee= 7265 |
| 01/15/06 | 21:57:47 | d13 | 1775 | Unit= WA72 , Status= AR , Location= 200 VALLEY AVE SE DC , Employee= 7265 |
| 01/15/06 | 22:00:08 | d13 | 1775 | Unit= ROBBERY-2 , Status= DP , Location= 200 VALLEY AVE SE DC , Employee= 6469 |
| 01/15/06 | 22:00:10 | d13 | 1775 | Unit= ROBBERY-2 , Status= AR , Location= 200 VALLEY AVE SE DC , Employee= 6469 |
| 01/15/06 | 22:17:26 | d18 | 1781 | Unit= 7041 , Status= ~ , Location= 200 VALLEY AVE SE DC , Employee= 6523 , Employee= 7316 |
| 01/15/06 | 22:17:50 | cic2 | 5269 | Unit= WA72 , Status= ~ , Location= 200 VALLEY AVE SE DC , Employee= 7265 |
| 01/15/06 | 22:20:10 | cic2 | 5269 | Unit= ROBBERY-2 , Status= ~ , Location= 200 VALLEY AVE SE DC , Employee= 6469 |
| 01/15/06 | 22:23:51 | d15 | 1245 | Unit= 7041 , Status= CU , Comment= Alarm Timer Extended: 0 , Location= 200 VALLEY AVE SE DC Employee= 6523 , Employee= 7316 Unit= ROBBERY-2 , Status= CU , Comment= Alarm Timer Extended: 0 , Location= 200 VALLEY AVE SE DC , Employee= 6469 |
| 01/15/06 | 22:23:52 | d15 | 1245 | Unit= WA72 , Status= CU , Comment= Alarm Timer Extended: 0 , Location= 200 VALLEY AVE SE DC , Employee= 7265 |
| 01/15/06 | 22:34:33 | d15 | 1245 | CASE NUMBER ASSIGNED= R2006006893 Disposition Assigned= ASSNCASE EVENT COMMENT= ** Case number R2006006893 has been assigned ** >>>> by: KEENA Y. JONES on terminal: d15 |
| 01/15/06 | 22:34:50 | d15 | 1245 | EVENT UPDATED: Location= 200 VALLEY AVE SE DC , Cross Streets= ATLANTIC ST SE / 4TH ST SE . Call Source= OFFICER Agency= MPD , Group= 7D , Beat= 704 , Status= A , Priority= 3 , ETA= 0 , Hold Type= 0 , Primary Unit= 7041 , Primary Member= 6523 , Current= F , Open Current= F , Type Code= STOP - STOP / FRISK , SubType Code= NOS3 - NUMBERS ONLY EVENT COMMENT= ** Event Type changed from ASSS to STOP(NOS3) at 01/15/06 22:34:50 ** >>>> by: KEENA Y. JONES on terminal: d15 |
| 01/15/06 | 22:51:36 | d15 | 1245 | Unit= 7041 , Status= AR , Location= 200 VALLEY AVE SE DC , Employee= 6523 , Employee= 7316 |
| 01/15/06 | 23:09:33 | d12 | 1628 | Unit= 7041 , Status= AV , Location= 200 VALLEY AVE SE DC , Employee= 6523 , Employee= 7316 |
| 01/15/06 | 23:15:12 | d12 | 1628 | Unit= WA72 , Status= AV , Location= 200 VALLEY AVE SE DC , Employee= 7265 |
| 01/16/06 | 00:52:22 | SROBBERY-2 | | Unit= ROBBERY-2 , Status= ER , Location= 200 VALLEY AVE SE DC , Employee= 6469 |
| 01/16/06 | 00:53:24 | SROBBERY-2 | | Unit= ROBBERY-2 , Status= AR , Location= 200 VALLEY AVE SE DC , Employee= 6469 |
| 01/16/06 | 01:01:02 | SROBBERY-2 | | Unit= ROBBERY-2 , Status= AV , Location= 200 VALLEY AVE SE DC , Employee= 6469 |
| 01/16/06 | 01:01:03 | SROBBERY-2 | | Agency= MPD , Group= 7D , Beat= 704 , Status= A , Priority= 3 , ETA= 0 , Hold Type= 0 , Primary Unit= 7041 , Primary Member= 6523 , Current= T , Open Current= F , Type Code= STOP - STOP / FRISK , SubType Code= NOS3 - NUMBERS ONLY EVENT CLOSED: |

