Exhibit 63 Klotz Deposition page 37-40

37

12  Coupled with that, the stop and frisk is in
13  my opinion the use of force directed toward the people
14  in the car.
15      The officers claim that they were handcuffed
16  for officer safety.
17      They claim that they were thrown to the
18  ground face down, knee in the back, handcuffed.
19      And the officers say we did this for officer
20  safety.  There is no explanation of what in the
21  conduct of the five people caused them any concern for

38

1  their own safety, what they believed was appropriate,
2  why they needed to handcuff these people.
3      They were not arrested.  They don't claim
4  they arrested them for any particular thing.
5      The use of force is only authorized in arrest
6  situations to protect the officer or another
7  individual, police or otherwise, to prevent escape or
8  to make and maintain an arrest.
9      None of these things were present.  The need
10  to remove them in the way they described it  -- and
11  McAllister describes pulling a resisting young lady
12  from behind the wheel of a car.  And apparently, from
13  what my conversation with Attorney Allen was this
14  morning, part of the reason that he felt the
15  resistance is she had her seatbelt strapped on and she
16  couldn't get out of the car even if she wanted to with
17  him pulling at her.
18    Q  Allegedly.
19    A  Allegedly.
20      The use of force under the District rules
21  under 6A and under the department's order on the use

39

1  of force talks about using only the minimum amount of
2  force needed to obtain a lawful objective.
3      It's my opinion that they used far excess of
4  the minimum amount of force that was needed given the
5  situation even as the officers describe it.  And there
6  is no indication of any safety involved in it.

7        The department's training bulletin, which is
8    cited, and I brought a copy, deals with the use of
9    handcuffs, and it talks about handcuffing arrestees.
10   These people were not arrestees.  Some of them were
11   kept in handcuffs for a lengthy period of time.
12        The normal practice when you take a juvenile
13   into custody for some reason, for some violation of
14   law is you take them to the precinct, the District
15   station house where you fill out the required reports
16   and you notify a parent to come get their juvenile.
17   The only difference, if it's an adult, they have to
18   post bail.  But the procedures for handling an
19   arrested juvenile are the same.
20        Now, you can issue a traffic violation to a
21   juvenile on the street and allow them to continue on

40
1    their way.  But when you handcuff the juvenile, use
2    force against the juvenile and then keep on the scene
3    for a lengthy period of time until somebody comes to
4    get them, it's completely at variance with the
5    department's orders on how you deal with prisoners or
6    how you deal with people generally.