EXHIBIT 64

TRANSCRIPTION OF RADIO RUN TAPE FOR INCIDENT IN THE 200 BLOCK OF VALLEY AVE. S.E. ON JANUARY 15, 2006

MV7033
D: 7033
MV: …responding to congress for disorderly now
D: 2146
FV: …474
D: 2474
FV: unrecognizable
D: ….official
MV: mobile force to dispatch
D: copy. Mobile force is already on the scene
D: 2149
MV: 7041
MV: 7041
D: 7041
MV: disregard
D: 2154
MV: 7041
D: 41
D: 7041
D: 7041
D: 41?
D: McAllister 7041
D: 7041 was MacAllister
MV: 7011
D: 7041 was MacAllister
D: Unit in the field check on the welfare of 41
MV: unrecognizable
MV: 7041
D: WHAT IS HIS LOCATION
MV 7041
D: Sir, may I have your location?
MV: 7041
D: 41
MV: 200 block of the valley assisting a robbery unit on a stop. Subjects refused to stop but we've got them stopped now. On all sides, mostly females
D: is everything OK at that location sir?
MV: We're OK

D:  2157 thank you Wagner 72
MV:  7062
MV:  7062
D:  7062
MV:  hold this file on a contract crane to a mobile unit drop this vehicle off and can I get an officer Reid for a tack
D:  Officer Reid
D:  Officer Reid?
MV:  Reid and Engler
D:  Tack channel sir
MV:  copy
D:  2158
MV:  7011
D:  Sending a unit to respond to a destruction of property that just occurred 1345 Biddell Road SE in front on this acre the complainant.  Also a  family at 446 Oakwood Street SE mother and son is arguing at this time.  OK this is an adult male, he's threatening his mom.
7023
1345 Bidell Road for the destruction of property that just occurred.  Plaintiff is a miss Sanker on the scene in a bluish Toyota Carolla the other party has a silver Hundai Elantra.  Both parties on the scene
D:  23 copy
MV:  what's the track?
D:  1345 Bidell Road SE in front sir
D:  2159 hours  sending a unit to investigate trouble number 90 Dallas Street SW states unknown emergency coming from the Sharr residence.
D:  Sending a unti to investigate trouble at number 90 Dallas street SW coming from the Sharr residence. Probably t time 1
D:  7032 your status
D:  7032
MV:  contact one
D:  I need your party to come back to service sir
MV:  unrecognizable
D:  OK 70 a official response to investigate the trouble of number 90 Dallas Street SW t time number 1
MV:  7012
.D:  7012
MV:  118 What's the address on Galviston?
D:  The number is 92 Galivston Street SW  Apartment  T time number 1
MV:  copy responding 71
D:  2201 hours
MV:  7033  We got a unit disregard, we're over in that area we just came from that for the other disorderly.  What's this in reference to is it a hang up or what.

D:  Unknown emergency sir.  No answer on the callback.
MV:  Copy 92 Galviston.  You said T 1?
D:  T time number 1.
MV:  92 Galviston SW or SE?
D:  SW
MV:  Street or Place?
D:  Number 92 Gallviston STREET SW Apartment T time number 1
FV:  Negative.  11 went out there but they're back.  I have four with me and the other units.
D:  2202 hours want to respond to the family elderly female and adult son at 446 Oakwood street SE he is threatening ward and miss tala ward is the plaintiff.
MV:  446 Oakwood SE
D:  2202
MV:  7011
FV:  unrecognizable
MV:  Right now on the 200 block on Stanton road.  2 suspects to run on the 29 status.  Looks like it could be a family disturbance
FV:  unrecognizable
MV:  her social ███████ black male
FV:  copy repeats social back
MV:  unrecognizable
D:  5 David 9
D:  5 David 9
D:  can you see if OSD11 is on the dispatch?
FV:  OSD 11 in Seven 1?
D:  7011..2204
D:  Rudolph Green 720 of 76 of ONCS
MV:  copy one more soc
D:  Go ahead
MV:  ███████ black female
D:  2204
MV;  7051
D:  51
MV:  I'm going to be coming from Mellon responding to …be careful to…
D:  704
D:  7011
MV:  11
D:  243238 section 3811 that was the address
MV:  copy it's another family disturbance that the 2300 block of Stanton road
D:  006883, 006883
MV:  copy thanks

MV:  this is 700

D:  700
MV:  ring detective carter call me in lieutenant's office please.
D:  Is detective carter on here?
Carter:  copy on that at Sibley Hospital, it'll be a copy more minutes then I'll all the lieutenant.
MV:  copy
MV:  7023
D:  7023
MV:  we at a crime scene were there was an attack or
D:  2207
MV:  7012 on scene
D:  2207
MV:  7022
D:  7022
MV:  Officer Gottson to a tack
D:  Officer Gottson on the tack
D:  Officer Gottson help with the tack on 28
D:  there is a report on 16th and U street for a car jacking notify
MV:  7042
D:  42
MV:  7042
D:  7042
MV:  Can you read this ma'am about the shooting on U Street
D:  Call stop in reference to a car jacking, I don't know if there's a shooting.
MV:  Yeah we called them before we left the scene and traveled with the unlisted officers and we're going have the rest of the information here shortly
D:  Well call them back as soon as you can so they can stop sending misslips
D:  2211
MV:  7023
D:  7023
MV:  numbers for destruction of property
D:  7023 number are 006888 006888
MV:  copy contact on scene
D:  2217
MV:  7022
D:  7022
MV:  Smith a tack
D:   Officer Smith copy tack
MV:  copy
D:  2221
MV:  7012
D:  7012
MV:  108…remainder
D:  2223

MV  7020
D:  7020
MV:  7020 even units on an assignment
D:  unrecognizable
D:  2224
MV:  7022
D:  7022
MV:  responding for the night
D:  good night
D :  2225
MV:  7023
D:  23
MV:  I think I'm going to check off the box
D: 7028 copy box 23 is in
MV:  copy box 23 in
D:  anyone else that can be boxed in
D:  62 and also 42
MV:  Gatman 7041
D:  41
MV:  7041
D: 70 41
MV:  raise a robbery 705 with teal for tack.
D:  going to get teal to switch over to tack
D:  to teal
MV:  I've tack
2226
MV:  this is 706
D:  OK 706
MV:  unit handling the shooting at 68 and W have them call the Lieutenant office please?
D:  42
MV:  42 back
D:  call the Lieutenant's office
MV:  sorry?
D:  call the Lieutenant's office
MV:  copy is that a 1436
D:  2226
D:  3712
MV:  10-4
D:  2314 SE there is a complaint of loitering
MV:  copy
D 2227
MV:  7032
D:  32

MV: can I assist
D: 2001 Atlanta Terrace SE Apartment D as in David there is a violation of court order
MV: 10-4
D: 2227
MV: 7033
D: 7033
MV: chaning over for
D: copy 7033 your response at 501 Mellon SE apartment 104 for a theft to report
MV: 10-4
2227
D: radio 2396
D: attention all unts be on the look out in reference to a B1 that just occurred at 702 Gale Street NE looking out for ten black males all wearing masks last seen in a 2003 black Durango DC Tags CE 2031 unknown on the last known direction in the look out 2231 hours
D: Also be advised they are heavily armed with weapons at 2231
MV: 32
D: 32
MV: on the look out in regards to 2001 Atlanta Terrace
D: there's no look that was given. I'll try to call back
2232
D: 9238
FV: Did they get CC numbers at 18th and U Street for the shooting
D: Be advised 006867 and 006867
2233
FV: What classification are they going with?
D: repeat?
FV: The CC in the 006867
D: 8 Farm
FV: And what classification are they going with
D: they just had it as a carjacking
FV: I copy
MV: 7042 with a message
D: 42
MV: 42. ma'am advise the officials that there will be 10 armed in the car jacking
D: copy an armed car jacking
FV: copy a 10
2233
MV: 41
D: 41

MV: Atlantic and South Capital there appears to be about 3 to 4 gunshots if you can send a unit by there to check on the vantage
D: units respond to Atlantic and South Capitol to the sound of gunshots at no particular location and 41 are you still on the scene in the valley?
MV: 41 that's affirmative and we're going to need numbers to stop and frisk
D: be advised the numbers for stop and frisk 006893 006893
MV: copy
2234
MV; 7061
D: 61
MV; we're going to be responding after we leave we were assisting the unit down on the valley in Atlantic.
2235
MV: 7012
D: 012
MV: 108SOW
D: copy
2235
MV: mobile 73
D: mobile 73
MV: traffic stop one hundred block fifith avenue mellon place 06216CB occupied twice
D: go ahead
MV: Watts David
2236
D: mobile for 73
MV; mobile 73
D: 06216 Charels Brown for vehilcess….1030
MV; tag on the vehicle?
D: Unless you can advise me differently we have a 93 blue subaro station wagon 1030
MV: Ok ma'am that's on a different vehicle. Call back on the license
2239
MV: mobile 71 what's the location?
D: 400 Mississippi
MV: 104 on the block
2238
D: be advised 577068315 there is no nci scene---unrecognizable
MV: status
2239

2331
D: Can I have a midnight official on air?
D: Can I have a midnight official on the air for a message?

O: 700 what can I do for ya?
D: OK I need an official to respond at 742 Brandywine Street SE for a complaint Apartment 201
O: It'll be sometime before I can get a sergeant so you got a landline for em you can tell em they're going to have to wait.
MV: rapid 1
MV: rapid 1
MV: Id 4615 assist at the plaintiff what's the address?
D: rapid 1 what's your ID number
MV: 4615
D: 742 Bradywine Street South East Apartment 201 the name is ms. Thorne
MV: 742 brandywine apartment, what's the apartment again?
D: 201
MV: Ms. Bones?
D: Ms. Thorne
MV: OK I copy Ms. Thorne, copy I take it.
D: copy at 2333
D: any other rapid units available for service
MV: Negative I need rapid one for tack?
D: rapid 1 for tack?
MV. copy tack
2334
D: 7064
MV you got someone at at 742 Brandywine street?
D: It wasn't official
MV: OK I copy
D: 2334