Exhibit 64 Deposition of Mikeesha Bassett

1

1  IN THE UNITED STATES DISTRICT COURT
2        FOR THE DISTRICT OF COLUMBIA
3  - - - - - - - - - - - - - - x
4  LOUISE THORNE, et al.,      :
5        Plaintiffs,     :
6     v.               : Civil Action No.
7  DISTRICT OF COLUMBIA,      :   06-01204 GK
8        Defendants.     :
9  - - - - - - - - - - - - - - x
10              Thursday, May 3, 2007
11              Washington, D.C.
12  Deposition of
13        MIKEESHA BASSETT
14  a plaintiff, called for examination by counsel for the
15  defendants, pursuant to notice, held at the Office of
16  the Attorney General for the District of Columbia, 441
17  Fourth Street, N.W, Sixth Floor South, Washington,
18  D.C., beginning at 10:49 a.m., before Frances M.
19  Freeman, a Notary Public in and for the District of
20  Columbia, when were present on behalf of the
21  respective parties:

2

1  APPEARANCES:
2    For the Plaintiffs:
3      GEOFFREY D. ALLEN, ESQUIRE
4      1730 Rhode Island Avenue, N.W.
5      Suite 206
6      Washington, D.C. 20036
7      202/778-1167
8    For the Defendants:
9      URENTHEA MCQUINN, ESQUIRE
10      Office of the Attorney General
11      For the District of Columbia
12      441 4th Street, N.W.
13      Suite 600 South
14      Washington, D.C. 20001
15      202/724-6646
16
17
18

19
20
21

3

1              C O N T E N T S
2
3              Examination by Counsel
4    Witness
5    Mikeesha Bassett          By Ms. McQuinn: 4
6
7                  EXHIBITS
8    Deposition Exhibit No.              Page
9    1. Amended notice..............42
10   2. January 19, 2006 letter...........43
11   3. March 15, 2006 letter............45
12   4. Third Amended Complaint........46
13   5. Therapeutic Transitions letter.......48
14   6. Plaintiff's answers................64
15
16            CERTIFIED QUESTION
17   Page 42 Line 14
18
19
20
21

4

1    Thereupon
2              MIKEESHA BASSETT
3    a plaintiff, called for examination by counsel for the
4    defendants, and after having been first duly sworn by
5    the Notary Public, was examined and testified as
6    follows:
7       EXAMINATION BY COUNSEL FOR THE DEFENDANTS
8         BY MS. MCQUINN:
9       Q   Please state your full name.
10      A   Mikeesha Bassett.
11      Q   And spell it for the record.
12      A   M-I-K-E-E-S-H-A, B-A-S-S-E-T-T.
13      Q   Ms. Bassett, my name is Urenthea McQuinn.
14   I'm an attorney for the District of Columbia.  We're
15   here today in the case of Thorne versus the District
16   of Columbia, Civil Action Number 06-1204.

17      Have you been deposed before?  Have you ever
18   had to come to a room and be questioned?
19      A  No.
20      Q  At a Deposition, there are times when your
21   lawyer might object.  Because the objective of

5

1   Depositions is to get as much information for trial as
2   possible, your attorney just might tell you to go
3   ahead and answer over his objection, but he is
4   objecting to make a legal record.  So there will be
5   times you will answer even though he has objected.
6      I will need you to speak loudly enough for
7   the court reporter to take down what you are saying.
8   Try not to use gestures, because she can't take those
9   down.  Nodding of the head, just say yes or no rather
10   than nodding of the head.
11      A  Okay.
12      Q  If you don't understand something, speak up
13   and ask me, tell me, let me know that.  Because, once
14   you have answered the question, I will assume that you
15   understood it when you answered it.
16      Is that clear?
17      A  Yes.
18      Q  So any time you want to stop me because
19   something isn't clear to you, just do that.
20      A  Okay.
21      Q  What is your address?

6

1      A  742 Brandywine Street, Southeast.
2      Q  Your date of birth?
3      A  2/21/91.
4      Q  And your age?
5      A  16.
6      Q  Are you related to Mikelle Bassett?
7      A  Yes.
8      Q  In what way?
9      A  That's my sister.
10      Q  What is the relationship, if any, of Shaneka
11   Harrison to you?
12      A  God-sister.
13      Q  And what about Lakesha Parker?
14      A  That's my cousin.

15     Q  And Keeon Bassett?
16     A  My sister.
17        MS. MCQUINN:  Let's go off the record for a
18  moment.
19        BY MS. MCQUINN:
20     Q  Are you in school, Mikeesha?
21     A  Yes.

7

1     Q  Where do you go to school?
2     A  Ballou Senior High School.
3     Q  Where is that located?
4     A  Fourth Street, Southeast.
5     Q  And what grade are you in?
6     A  Ninth.
7     Q  What school did you attend before that?
8     A  Patricia Roberts.
9     Q  When did you start in Ballou?
10     A  This year.  No last year.  '06.
11     Q  Who is your school counselor there?
12     A  Ms. Williams.
13     Q  Do you know her full name?
14     A  No.
15     Q  Who is the principal of Ballou?
16     A  It is Dr. Zackey, Ms. Smith, and Mr.
17  Washington.
18     Q  There are three principals?
19     A  It is four.
20     Q  Spell Zackey.
21     A  I think it is Z-A-C-K-E-Y.

8

1        Z-A-C-K-E-Y.
2     Q  And who are the other two?
3     A  Ms. Smith.
4     Q  Do you know the full name?
5     A  No.
6     Q  And the last?
7     A  Dr. Branch.
8     Q  Branch?
9     A  Branch.  And Mr. Washington.
10     Q  Do you work?
11     A  Yes.
12     Q  Where do you work?

13    A   Taco Bell.
14    Q   And how long have you worked there?
15    A   For about two weeks.
16    Q   And where is that located?
17    A   Rivertown Shopping Center.
18    Q   Where is Rivertown Shopping Center located?
19    A   I don't know the address.  It is in Oxon
20   Hill, Maryland.
21    Q   Who is your boss there?

## 9

1    A   Mr. Sunny.  I don't know his full name.
2    Q   Would you spell that, please?
3    A   S-U-N-N-Y.
4    Q   Have you held any other jobs?
5    A   No.
6    Q   Were you in a car on January 15th, 2006 which
7   was stopped by the police?
8    A   Yes.
9    Q   Who else was in the car?
10    A   My sister, my god-sister, my cousin and her
11   friend.
12    Q   Give me their names.
13    A   Lakesha, Shaneka, Mikelle, Mikesha and
14   Terrance.
15    Q   Mikesha being yourself?
16    A   Yes.
17    Q   What is Terrance's full name?
18    A   Terrance White.
19    Q   Could it be Light?
20    A   Light.
21    Q   How old is Terrance?

## 10

1    A   I'm not sure.
2    Q   How long have you known him?
3    A   About two years.
4    Q   And what is his relationship to you?
5    A   A friend.
6    Q   And what is his relationship to the other
7   people in the car?
8    A   Friends.
9    Q   None of them is a relative?
10    A   No.

11    Q   Does he live in your neighborhood?
12    A   Uh-huh (Affirmative).
13    Q   And your neighborhood is what?  What is your
14  address?
15    A   Brandywine Street.
16    Q   Give me your address again.
17    A   742 Brandywine Street Southeast.
18    Q   Does he live on your actual street?
19    A   No.
20    Q   What street does --
21    A   He lives on Southern Avenue.

                              11
1     Q   Do you know what hundred block?
2     A   No.
3     Q   And this is Southeast?
4     A   Yes.
5     Q   What time of day was it when the police
6   stopped you?
7     A   It was night.  I'm not sure what time it was.
8     Q   Do you know whether it was before or after 8?
9     A   I'm not sure.
10    Q   Where were you going at the time?
11    A   We was on our way home.
12    Q   From where?
13    A   The movies.
14    Q   Which movies?
15    A   Rivertown.
16    Q   At what time had you gone to the movies?
17    A   I'm not sure.
18    Q   Did all of you, all five of you, go to the
19  movies?
20    A   No, not Terrance.
21    Q   The four girls went to the movie?

                              12
1     A   Yes.
2     Q   And is that all that you did?  Did you go
3   straight to the theater?
4     A   Yes.
5     Q   And when the movie was over, did you leave
6   the shopping center, or did you shop, or what?
7     A   No, we left.
8     Q   And at what point did you pick up Terrance?

9     A   On our way home.  We didn't -- we didn't
10   actually -- we saw him and we stopped.  We didn't
11   actually go to pick him up.
12     Q   Okay.  And so once you picked up Terrance,
13   you were headed where?
14     A   Home.
15     Q   Whose home?
16     A   My home.
17     Q   Of the four women in the car, did you all
18   live in the same place?
19     A   No.  They was going to my house.
20     Q   So you and Mikelle live together, and who
21   else lived in your home?

13

1     A   No one.
2     Q   Just the two of you?
3     A   Yes.
4     Q   Shaneeka, did she live in a different home
5   from Lakesha?
6     A   Yes.
7     Q   You each had separate homes?
8     A   Uh-huh (Affirmative).
9     Q   Who drove the car to the theater?
10    A   Mikelle.
11    Q   How long had Mikelle been driving?
12    A   I'm not sure.
13    Q   Had it been a year?
14    A   I'm not sure.
15    Q   Had you ever driven in the car with -- ridden
16   in the car with her driving before?
17    A   Yes.
18    Q   How many times?
19    A   I'm not sure.
20    Q   More than five?
21    A   I'm not sure.

14

1     Q   Whose car was it?
2     A   My mother's.
3     Q   What is your mother's name?
4     A   Louise Thorne.
5     Q   And she is also Mikelle's mother?
6     A   Yes.

7    Q   Do you know when your mother gave permission
8   for Mikelle to drive the car that day?
9    A   Did you say, did she have her permission?
10   Q   Yes.
11   A   Yes.
12   Q   Did you hear her give permission?
13   A   Yes.
14   Q   Was that that day?
15   A   Yes.
16   Q   Tell us what happened when you were stopped.
17   A   We were stopped and police officers came and
18  they drew guns on everybody.  They dragged my sister
19  out the car and was dragging her on the ground.
20        And I got out the car to help her.  And then
21  the police officer slammed me on the police car and

15

1   put handcuffs on my back -- on my arms behind my back
2   and threw me in the police car.  Then he came back,
3   took me out the police car and threw me into the paddy
4   wagon.
5    Q   You were driving home and the police officers
6   came in what way?  How do you mean "they came"?
7    A   They was following her.  They never put a
8   siren on.  Nothing.
9    Q   How do you know the police officer was
10  following without a siren?
11   A   Because we saw them.
12   Q   When you say "we," whom do you mean?
13   A   Me and everybody else who was in the car.
14   Q   What kind of car was following you?
15   A   It was a police car.
16   Q   Marked or unmarked?
17   A   It was marked.
18   Q   And how long did the car follow you, the
19  marked car?
20   A   I'm not sure.  It was a long time, but I'm
21  not sure.

16

1    Q   Approximately how many minutes?
2    A  I'm not sure.
3    Q   I don't want a definite amount.
4   Approximately.

5       MR. ALLEN:  If you can.
6       THE WITNESS:  I'm not sure.
7       MR. ALLEN:  If you can't, you can't.
8       THE WITNESS:  I don't know.
9       BY MS. MCQUINN:
10      Q   At what point did the police car start
11  following you?  Where were you when it started
12  following you?
13      A   I think that was Atlantic Street.
14      Q   Do you know the cross street?
15      A   No.
16      Q   You don't know Atlantic and what?
17      A   I think Atlantic and First.
18      Q   And when you finally were stopped, where were
19  you?
20      A   Valley Avenue.
21      Q   Still on Atlantic?  Valley and what?

17

1       A   I think Valley and Atlantic.
2       Q   As all of you saw the car following you, what
3   was said within the car?
4       A   Nothing.
5       Q   So how do you know the others knew the car
6   was following you if nothing was said?
7       A   Because we all saw them.
8       Q   The car was behind you?
9       A   Yes.
10      Q   Were the other people turning around to look
11  at it?
12      A   No.  We turned around maybe once or twice.
13  We were not getting up out of our seats and just
14  turning around and looking at the car.
15      Q   I didn't ask you if you got out of your seat.
16  I asked you, Were the others turning around to look at
17  the car?
18      A   And I said, No.
19      Q   At any point did they turn around to look at
20  the car?
21      A   Yes.

18

1       Q   Approximately how many times?
2       A   I said maybe once or twice.

3    Q  What about the driver, did the driver know
4  that the police car was following?
5    A  Yes.
6    Q  That's Mikelle?
7    A  Yes.
8    Q  How do you know that Mikelle knew that?
9    A  Because I told her.
10    Q  Do you know why Mikelle didn't stop the car?
11    A  She was not supposed to stop the car.
12    Q  Do you know why she didn't stop?
13    A  No.  She was not supposed to stop.
14    Q  Did she tell you why she didn't stop?
15    A  No.
16    Q  Did anyone ask her to stop?
17    A  No.
18    Q  How is it that you came to a stop at Valley
19  and Atlantic?
20    A  What do you mean?
21    Q  You didn't stop earlier.  How is it that you

19

1  finally stopped?
2    A  A unmarked car.
3    Q  And what about the unmarked car?
4    A  It went in front of her.  It came and cut in
5  front of her.
6    Q  Did that unmarked car then block her way?
7    A  Yes.
8    Q  And so once stopped, what happened?
9    A  The police didn't even let her stop the car.
10  He pulled her out with her seatbelt still on.
11    Q  What was the officer's name?
12    A  I'm not sure.
13    Q  Can you describe him?
14    A  No.  But if I saw a picture, I know who he
15  is.
16    Q  Can you describe the officer?
17    A  No.
18    Q  Do you recall his race?
19    A  White.
20    Q  Can you describe him any further than that?
21    A  No.

20

1    Q  What, if anything, did the officer say?
2    A  "B, get out of the F-ing car."
3    Q  And did your sister reply?
4    A  No.
5    Q  At any time, did Mikelle say anything?
6    A  Yes, she was screaming.
7    Q  When you say "F-ing," do you mean "fucking"?
8    A  Yes.
9    Q  Did you hear Mikelle say anything during the
10  course of all of this?
11    A  I don't remember.
12    Q  At the time Mikelle was screaming, was
13  interacting with that officer, what was happening with
14  you?
15    A  I was trying to get them off of her.
16    Q  So where were you seated in the car?
17    A  In the middle.
18    Q  Middle what?
19    A  Seat.
20    Q  Front or back?
21    A  Back.

21

1    Q  Who was seated next to Mikelle?
2    A  Terrance.
3    Q  And who was on your left and on your right?
4    A  Lakesha was on my right and Shaneka was on my
5  left.
6    Q  Lakesha on the right?
7    A  Yes.
8    Q  And?
9    A  Shaneka was on the left.
10    Q  When you -- so you were trying to help your
11  sister out.  And what were you doing exactly?
12    A  I was pulling her.
13    Q  Pulling her which way?
14    A  Off the ground.
15    Q  So you are saying you were already out of the
16  car?
17    A  No, I got out of the car.  I jumped out of
18  the car.
19    Q  And how were you pulling her?
20    A  I was pulling her arm trying to get her off
21  the ground.

22

1     Q   And what happened next?
2     A   An officer grabbed me and threw me on the
3   back of the car.
4     Q   At any point were you handcuffed?
5     A   Yes.
6     Q   At what point?
7     A   When I was on the back of the car.
8     Q   On the back of the car?
9     A   He threw me, like, put my face on the car.
10     Q   Are you saying you were facing the trunk?
11     A   Uh-huh (Affirmative).
12     Q   Who else was handcuffed?
13     A   Everybody was handcuffed.
14     Q   Who else did you see handcuffed?
15     A   I saw Shaneka handcuffed.  Lakesha, Terrance
16   and Mikelle.
17     Q   All of them?
18     A   Yes.
19     Q   Were they handcuffed in the front or the
20   back?
21     A   The back.

23

1     Q   And you?
2     A   The back.
3     Q   And how did the others get out of the car?
4   You said you jumped.  How did the other three --
5     A   The police pulled them out.
6     Q   You saw the police pull them out?
7     A   Yes.
8     Q   Which ones did you see the police pull out?
9     A   He pulled all of them out.  Shaneka, Lakesha,
10   and Terrance.
11     Q   When you say "he," whom do you mean?
12     A   Not he.  All of them.
13     Q   Did the same officer who pulled --
14     A   -- Mikelle out, pulled them out?  No.
15     Q   You saw different officers pull out each one?
16     A   Yes.
17     Q   Was it a different officer who pulled out
18   Terrance?  Or did Terrance get out on his own?
19     A   No, a different officer pulled him out.

20     Q   Do you know the name of that officer?
21     A   No.

                              24

1      Q   Can you describe that officer?
2      A   He was a white male.  That's all.
3      Q   Did you see -- did you see the officer who
4   pulled out Shaneka?
5      A   Yes.
6      Q   Would you describe him?
7      A   A white male.
8      Q   Do you know his name?
9      A   No.
10     Q   Lakesha, same?
11     A   Yes.
12     Q   It was a white male?
13     A   Yes.
14     Q   Now, upon allegedly pulling them out of the
15   car, what happened next?
16     A   I'm not sure because I was in the police car
17   after that.  He threw me in the police car.
18     Q   In the back?
19     A   Yes.
20     Q   You were sitting in the back?
21     A   Yes.

                              25

1      Q   And did you say, at some point, you were
2   moved from the back?
3      A   Yes.
4      Q   How long did you sit in the back?
5      A   For about five minutes.
6      Q   So what happened to get you out of the back
7   of the police car?
8      A   Nothing.  He just came and pulled me out and
9   threw me in the back of the paddy wagon.
10     Q   Was it the same officer?
11     A   Yes.
12     Q   Had you been saying anything in the car?
13     A   No.
14     Q   Were you still handcuffed in the paddy wagon?
15     A   (No verbal response.)
16         MR. ALLEN:  Make a verbal response.
17         THE WITNESS:  Yes.

18    BY MS. MCQUINN:
19    Q   And how long were you in the paddy wagon?
20    A   For about 30 minutes to an hour.
21    Q   Did you -- were you allowed to make any phone

26

1   calls?
2    A   No.
3    Q   Did you ask to make any phone calls?
4    A   No.  I was in the paddy wagon.
5    Q   Did you hear anyone ask to make phone calls?
6    A   No.
7    Q   Did you see or know of anyone making phone
8   calls?
9    A   No.
10    Q   Who came to the scene that you know?
11    A   My sister.
12    Q   Would you give her full name?
13    A   Keeon Bassett.
14    Q   Please spell Keeon.
15    A   K-E-E-O-N.
16    Q   Do you know how she happened to know you were
17   there?
18    A   No.
19    Q   At what point -- when you were let out, was
20   Keeon already there?
21    A   Yes.

27

1    Q   And what did you hear said?
2    A   Nothing was said.  They left --
3    Q   You didn't hear Keeon say anything?
4    A   No, they let us leave.
5    Q   Did you hear the officer say anything to
6   Keeon?
7    A   No.
8    Q   Did the officers tell you why you had been
9   stopped?
10    A   No.
11    Q   Do you know whether the officers told one of
12   the others why you had been stopped?
13    A   No.
14    Q   Did you ask the officers why you had been
15   stopped?

16     A  No.
17     Q  Did you ask your sister, Keeon, if the
18  officers told her why you had been stopped?
19     A  No.  I didn't ask her.
20     Q  Did you have a discussion among yourselves
21  about why you had been stopped by the police?


28

1     A  I'm not sure.  I don't remember.
2     Q  Do you know the moment of arrival of Keeon?
3     A  No, because I was in the back of the paddy
4  wagon.
5     Q  Not the time, not the exact time, but did you
6  see her when she arrived?
7     A  No, I couldn't see anything.  I was in the
8  back of the paddy wagon.
9     Q  When you got out, she was there.  How long
10  did you remain on the scene once you were out and saw
11  Keeon?
12     A  About -- not long.  We got in the car and we
13  left.
14     Q  Did it take -- approximately how many
15  minutes?
16     A  About five minutes.
17     Q  At what point were your handcuffs taken off?
18     A  When I got out of the paddy wagon.
19     Q  Did the others still have on their handcuffs
20  at that time?
21     A  I don't remember.


29

1     Q  Who drove from the scene?
2     A  Mikelle.
3     Q  Were you aware of any tickets issued?
4     A  There might have been.  I don't remember.
5     Q  Did you ask?
6     A  No.
7     Q  About what time did you arrive home?
8     A  I'm not sure what time it was.
9     Q  Were your parents home?
10     A  Yes.
11     Q  Both.
12     A  I know my mother was home.  I wasn't sure if
13  my father was there.

14    Q  What, if anything, did you tell her?
15    A  My mother?
16    Q  Yes.
17    A  I told her what happened.
18    Q  What did you tell her?
19    A  I told her how the police dragged us out of
20   the car for no apparent reason.
21    Q  Anything else?

30

1    A  No.  I just told her everything that
2   happened.
3    Q  And what was her response?
4    A  She called, I think, the police department.
5   I'm not sure.
6    Q  When she called them, what did she say?
7    A  I'm not sure.
8    Q  Where in the police department did she call?
9    A  I'm not sure.
10    Q  Did the police arrive at your house that
11   night?
12    A  No.
13    Q  Did they come thereafter regarding this
14   incident?
15    A  No.
16    Q  Do you know your mother's purpose in calling
17   the police that night?
18    A  Because what they had done.
19       I don't think she called the police.  I think
20   she called the police station to talk to the head --
21   I'm not sure.

31

1    Q  Do you know if she got through?
2    A  I'm not sure.
3    Q  Did your father eventually come home?
4    A  Yes.
5    Q  Did you talk to him?
6    A  Yes.  My mother talked to him.
7    Q  Did you talk to him?
8    A  No.
9    Q  You never told your father what happened to
10   you?
11    A  He know what happened.  My mother told him.

12    Q  My question is:  You never told your father
13  what happened to you?
14    A  Yes.  He know.  He found out eventually --
15    Q  My question is:  Did you ever tell your
16  father what happened to you?
17    A  And I answered you.  I said he found out
18  eventually because I told him, but not at that moment.
19    Q  When did you tell your dad?
20    A  Probably about a day later.
21    Q  And what did you tell him?

32

1    A  I told him what happened.
2    Q  Tell me what you told your father.
3    A  I told him how the police dragged us out of
4  the car for no reason and how they threw me in the
5  back of a paddy wagon for about an hour.  It was very
6  cold and I had the handcuffs on me and they were very
7  tight.
8    Q  And what was his response?
9    A  He was mad.
10    Q  And what did he do in response to what you
11  said?
12    A  I'm not sure what he did.
13    Q  Has he ever done anything in response to what
14  you said?
15    A  Yes.
16    Q  What did he do?
17    A  What do you mean, "Have you ever done
18  anything --
19    Q  Has your father ever taken any action
20  whatsoever of any kind with regard to your story to
21  him about having been dragged out of the car?

33

1    A  Oh.  I'm not sure.  My mother did.
2    Q  And what did she do?
3    A  I'm not sure.
4    Q  Did you -- do know of your mother having done
5  anything other than calling the police station?
6    A  No.  I'm not sure.
7    Q  Is your mother the one who took you to the
8  doctor?
9    A  Yes.  I didn't go to the doctor that night.

10    Q   What doctor did your mother take you to?
11    A   Doctor -- Children's Hospital.
12    Q   Which doctor did you see there?
13    A   Rondique Harris.
14    Q   And when did you go to Children's?
15    A   It was probably about -- probably like a week
16   later.
17    Q   And what did you tell Dr. Harris?
18    A   About my back.
19    Q   What about your back?
20    A   I was having pains in my back.
21    Q   Anything else?

34

1    A   No.
2    Q   And what did she do for you, if anything?
3    A   She didn't do anything.  They took me to get
4   an x-ray.  And I'm not sure what happened after that.
5   Nothing.
6    Q   Were you given medicine?
7    A   No.
8    Q   Have you had any treatment whatsoever?
9    A   No.
10    Q   Regarding this incident?
11    A   No.
12    Q   How many times did you see Dr. Harris?
13    A   What do you mean?  Since this incident?
14    Q   Right.
15    A   About twice.
16    Q   And do you know when?
17    A   No.
18    Q   Did your mother take you to see any other
19   person with regard to this incident?
20    A   No.  Dr. Randolph.
21    Q   What kind of doctor is that?

35

1    A   She's a psychologist or something.  I'm not
2   sure.
3    Q   Do you mean Dr. Corlis Randolph?
4    A   Yes.
5    Q   And when did she take you?
6    A   This was probably about a month after the
7   incident.

8    Q   What did you tell Dr. Randolph?
9    A   I told her how I felt about the police.
10   Q   And how was that?
11   A   That I don't like them.
12   Q   Anything else?
13   A   Nothing.
14   Q   That's it?
15   A   No.
16   Q   Did she say anything to you?
17   A   No.  What do you mean?  Did Dr. Randolph say
18   anything?
19   Q   Yes.  What did she say to you?
20   A   Nothing.  She was telling me -- I was telling
21   her how I felt about the police and I wanted to kill

                              36
1    them.  She was helping me get better with that.
2    Q   In what way?
3    A   She was talking to me about -- she was
4    talking to me about -- I don't remember.
5    Q   What did she say to you?
6    A   I don't remember.
7    Q   Why did you want to kill the police?
8    A   Because what they had done.
9    Q   Is that all you wanted to do?  Kill the
10   police?
11   A   Yes.  I hate the police.
12   Q   Did the doctor give you any advice about this
13   hatred and wish to kill?
14   A   No.
15   Q   Is that, she didn't give you any?  Or you
16   don't remember what she said?
17   A   I don't remember what she said.
18   Q   When you -- you saw her only twice?
19   A   No.  I saw her about 14 or 15 times.
20   Q   So it is Dr. Randolph you saw only twice?
21   A   No.  Dr. Randolph I saw about 14 or 15 times.

                              37
1    Q   Harris, Rhondeek Harris?
2    A   I saw her about twice.
3    Q   And so this one about 15 times?
4        Now when you go there, what is the set up?
5    You just sit and talk to her?

6     A  Yes.
7     Q  Is that all that happens?
8     A  Yes.
9     Q  Are you examined in any way?
10    A  No.
11    Q  Does she prescribe any medicine for you?
12    A  No.
13    Q  So it is just a matter of going in and
14    talking?
15    A  Yes.
16    Q  For how long?
17    A  About an hour.
18    Q  And how many times a week?
19    A  I think twice.
20    Q  And so since this incident of January 15th
21    '06, you have seen her approximately how many times?

38

1     A  About 14 times.
2     Q  You started with her approximately when?
3     A  I'm not sure.
4     Q  And so do you see her every week?
5     A  Yes.  I don't see her anymore, but I did see
6     her every week.
7     Q  When -- do you know when you started?
8     A  No.
9     Q  How close to the incident did you start
10    seeing her?
11    A  I'm not sure.
12    Q  When did you stop?
13    A  I'm not sure.
14    Q  Have you seen her in the last month?
15    A  No.
16    Q  Have you seen her in the last two months?
17    A  No.
18    Q  Was it last year that you stopped?
19    A  Yes.
20    Q  What month?
21    A  I'm not sure.

39

1     Q  Was it before Christmas?
2     A  I'm not sure.
3     Q  Why did you stop seeing her?

4     A  I'm not sure.
5     Q   Do you have relatives on the police
6   department?
7     A  I'm not sure.
8     Q   Have you ever had relatives on the police
9   department?
10     A  I'm not sure.
11     Q   Do you have any relatives who are police
12   officers?
13     A  I'm not sure.
14     Q   Do you have -- have you ever had a relative
15   who was a police officer?
16     A  I'm not sure.
17     Q   What is your mother's occupation?
18     A  My mother doesn't work.
19     Q   What is your mother's occupation?
20        MR. ALLEN:  She doesn't work.
21        BY MS. MCQUINN:

40

1     Q   Has she ever worked?
2     A  Yes.
3     Q   And what did she do?
4     A  Children's Hospital.  She was a, I think,
5   children's etiquette.
6     Q   Do you mean advocate?
7     A  Yes.
8     Q   And what was her business address at that
9   time?
10     A  I'm not sure.
11     Q   Children's Hospital here in D.C.?
12     A  Uh-huh (Affirmative).  Yes.
13     Q   Do you know how long she did that?
14     A  I'm not sure.
15     Q   How many years?
16     A  I'm not sure.
17     Q   When did she stop working?
18     A  I'm not sure.
19     Q   Has it been years?
20     A  Not years.  But I'm not sure.
21     Q   Months?

41

1     A  I'm not sure.

2     Q   But you know it hasn't been years since she
3   stopped?
4     A   Yes.
5     Q   Did your mother take you to any other place
6   or any other person with regards to this incident?
7     A   No.
8     Q   So it was just, she took you -- she called
9   the police station, and she took you to Dr. Rondique
10   Harris at Children's, and she took you to Dr. Corlis
11   Randolph, the psychiatrist?
12     A   Yes.
13     Q   What were your injuries with regard to this
14   incident?
15     A   My back.
16     Q   And is your back still injured?
17     A   It hurts sometimes.
18     Q   Have you ever taken any prescribed
19   medications for this injury?
20     A   No.
21       MR. ALLEN:  Are you okay?  Do you need to

42

1   take a break?
2     A   I'm fine.
3       (Thereupon, Deposition Exhibit No. 1 was
4   marked for identification.)
5       BY MS. MCQUINN:
6     Q   I show you what has been marked Deposition
7   Exhibit Number 1.  On Page 2, there is a list of items
8   you were supposed to bring with you.  Did you bring
9   any documents or records with you today?
10     A   No.
11     Q   Do you have any documents or records with
12   regard to this case?
13     A   No.
14     Q   Did you bring the medical records from the
15   doctors that you saw?
16     A   No.
17       MS. MCQUINN:  Mark that for a Motion to
18   Compel.
19       (Whereupon, the record was certified.)
20       MR. ALLEN:  Let the record reflect, as I
21   repeatedly indicated, we have requested records and I

43

1    supplied some records from Dr. Corlis Randolph, and we
2    have not received anything from Dr. Harris.  When and
3    if we do, we will supply them.
4         (Thereupon, Deposition Exhibit No. 2 was
5    marked for identification.)
6         BY MS. MCQUINN:
7      Q   Please look at what has been marked
8    Deposition -- Mikeesha Deposition Exhibit Number 2.
9    It is a letter dated January 19th, 2006 from Mr.
10    Allen.
11         I would like for you to look at that
12    paragraph at the end of the document and also read
13    into the next page and then I'll have a question for
14    you.
15         Did you see officers with guns drawn?
16      A   Yes.
17      Q   How many?
18      A   All of them had guns drawn.  The ones that
19    came up to the car, all of them had guns.
20      Q   Approximately how many?
21      A   There was about four or five.

44

1      Q   And at what point did you -- did you see a
2    point at which they put those guns away?
3      A   No.  I'm not sure.  I don't remember.
4      Q   When you were being handcuffed, had the
5    officer's gun been put away?
6      A   Yes.  That officer's gun had been put away.
7    I'm not sure about the other one.
8      Q   When the officers approached the car, what,
9    if anything, did they say?
10      A   They were cussing and saying "B-, get out of
11    the car."
12      Q   Aside from that, did you hear anything else?
13      A   No.
14      Q   Once they had everyone out of the car, what,
15    if anything, did you hear the officers say?
16      A   I was not right there.  I don't remember.
17      Q   At any time, did you hear any screaming?
18      A   When Mikelle was being pulled out of the car.
19      Q   Who was screaming?
20      A   Mikelle.

21    Q  Anyone else?

45

1    A  I don't remember.
2    Q  Were you screaming at any time?
3    A  Yes.
4    Q  When were you screaming?
5    A  When they were pulling her out of the car.
6    Q  Anyone else?
7    A  I'm not sure.
8    Q  When you say "I'm not sure," do you mean they
9  could have been, you just don't remember?
10    A  I don't remember.
11    Q  Were you ever told why you were pulled over?
12    A  No.
13        (Thereupon, Deposition Exhibit No. 3 was
14  marked for identification.)
15        BY MS. MCQUINN:
16    Q  Take a look at Deposition Exhibit Number 3.
17  It's a document dated March 15th, 2006.  It is called
18  an Amended Notice Letter.  It is also from Mr. Allen.
19        I want you to look at the bottom paragraph
20  and read into the next page again.  It says at the top
21  on Page 2 that a police car followed you for about ten

46

1  to 20 minutes.  Is that your recollection?
2    A  I'm not sure how long they -- I'm not sure.
3    Q  Can you tell us the number of blocks how
4  many -- about how many blocks had you gone while
5  that -- the car was following you, the marked car?
6    A  About maybe 8 or 9.
7    Q  Do you remember an unmarked car following
8  you?
9    A  No.
10    Q  Did you remember an unmarked car with a light
11  following you?
12    A  No.
13        (Thereupon, Deposition Exhibit No. 4 was
14  marked.)
15        BY MS. MCQUINN:
16    Q  Please take a look at Deposition Exhibit
17  Number 4.  It is the complaint in this case.
18        Would you turn to Page 4, please, and also

19   Page 5.
20        At the time of this incident, did you speak
21   directly to any of the officers on the scene?

47

1    A   Yes.
2    Q   And --
3    A   The one that was pulling her out of the car.
4    Q   And is -- and what did you say to him again?
5    A   "Get off her."
6    Q   But you don't recall his name?
7    A   No.
8    Q   And it is your position that he was white?
9    A   Yes.
10   Q   Can you describe him in any other way?
11   A   No.
12   Q   Did you speak to any of the other officers?
13   A   No.
14   Q   And aside from the officer that you heard
15   allegedly say, "Bitch, get out of the car," did you
16   hear any other officers say anything else?
17   A   Yes.  The one that put me into the car.
18   Q   And what was said?
19   A   "B-, I will F- you up."  He was basically
20   saying, "If you don't behave, I will F- you up."
21   Q   What were you saying at the time?

48

1    A   I didn't say anything.
2    Q   What were you doing at the time he said that?
3    A   I was not doing anything.
4    Q   So you were quietly not moving?
5    A   He was putting me into the car.  What else
6    can I be doing?
7    Q   I have to ask the question here, and the
8    question is:  What were you saying or doing when the
9    officer said, "Bitch, I'll fuck you up"?
10   A   And I said I was not doing anything.
11        (Thereupon, Deposition Exhibit No. 5 was
12   marked for identification.)
13        BY MS. MCQUINN:
14   Q   I hand you what has been marked Deposition
15   Exhibit Number 5.
16        It's a portion of the medical records from

17   Dr. Randolph.
18        Would you look at the top of Page 2.  There
19   is a paragraph that says, "After being able to recall
20   the incident with more clarity, Mikeesha reported
21   experiencing disturbing thoughts and dreams during the

49

1   day and night, and gradually began experiencing
2   increased irritability at school, resulting in fights
3   stemming from a defensive posture."
4        Have you ever been suspended at school?
5     A   Yes.
6     Q   How many times?
7     A   Probably about twice.
8     Q   And it wa s for.
9     A   Fighting.
10     Q   And what were those circumstances?
11     A   One, when I was fighting the first time, I --
12   I was breaking it up.  And the second time, he was
13   being disrespectful.
14     Q   "He" meaning some guy?
15     A   Yes.
16     Q   And disrespectful in what way?
17     A   He touched my private parts.
18     Q   And then what?
19     A   And then I hit him.
20     Q   Was that the extent of that altercation?
21     A   Yes.  Then we started fighting.

50

1     Q   And how long were you suspended that time?
2     A   Probably about two days.
3     Q   And how long were you suspended the other
4   time?
5     A   About two or three days.
6     Q   How long ago has this been?
7     A   About three years.
8     Q   For which one, the fight with the boy?
9     A   Both of them was about three or four years
10   ago.
11     Q   And the other fight, describe what that was
12   about.
13     A   I was breaking the fight up.
14     Q   Between?

15     A   Two of my friends.  Well, one of them wasn't
16  my friend.
17     Q   And so it was between your friend and some
18  other person?
19     A   Uh-huh (Affirmative).
20     Q   Were you joining it or breaking it up?
21     A   I was breaking it up.

                              51

1     Q   So that was also a suspension of
2  approximately two days?
3     A   Uh-huh (Affirmative).
4     Q   And which school was this?
5     A   Shaw Junior High School.
6     Q   Where is that located?
7     A   I don't know the address.  I think Rhode
8  Island Avenue.
9     Q   Is that Northwest?
10     A   (Nodding affirmatively.)
11     Q   Well, this says that, "In one incident, she
12  was suspended for fighting a girl who talked about or
13  made fun of another girl's clothes."
14     A   Oh, that.
15     Q   Was that a different incident?
16     A   Yes, I was not suspended for that.
17     Q   What happened with that?
18     A   That was a girl who -- another girl was
19  talking about her clothes and she thought it was me.
20     Q   Was there some penalty involved with that?
21     A   What do you mean?

                              52

1     Q   If you weren't suspended, was something done?
2  Were you talked to?
3     A   We was fighting.  We fought that -- I
4  think --
5     Q   Was it because she thought you had talked
6  about her clothes --
7     A   Uh-huh (Affirmative).
8     Q   -- only it wasn't you?
9     A   No.
10     Q   But a fight broke out anyway?
11     A   Uh-huh (Affirmative).
12     Q   Was it because she didn't believe you or

13   something?
14       A   Yes.  And she hit me.
15       Q   Where did that happen?
16       A   Patricia Roberts Harris.
17       Q   Where is that located?
18       A   I don't know the address.  It is Southeast.
19       Q   Is that an elementary school?
20       A   Junior High.
21       Q   Another junior high?

53

1        A   Yes.
2        Q   How many junior highs have you attended?
3        A   Three.
4        Q   And why is that?
5        A   I'm not sure.
6        Q   Why have you been to three different junior
7    high schools?
8        A   Because I got transferred.  I didn't want to
9    stay.
10       Q   And why didn't you want to stay?
11       A   Because I didn't want to stay.
12       Q   No reason?
13       A   No.  I'm not sure.
14       Q   Let's assume you didn't like it.  Why didn't
15   you like the school?
16       A   Just didn't like it.
17       Q   So you didn't like two of them and you wound
18   up staying at the third one.  So what was your first
19   junior high school?
20       A   Shaw.
21       Q   And how long were you there?

54

1        A   About, I think, a year.
2        Q   One year?
3        A   Not a whole year.
4        Q   Part of a year?
5        A   Yes.
6        Q   And what was the next one?
7        A   PRS, Patricia Roberts Harris.
8        Q   And for how long were you there?
9        A   For about two years.
10       Q   And the last one?

11    A   Shugart Middle School.
12    Q   How is that spelled?
13    A   S-H-U-G-A-R-T.
14    Q   Where is that located?
15    A   It is in Maryland.
16    Q   Which part of Maryland?
17    A   I think Oxon Hill.
18    Q   Who is the principal of Shugart?
19    A   Ms. Morris.  I don't know her first name.
20    Q   Do you know the principal of Patricia Roberts
21   Harris?

55

1     A   It is a different.  Mr. Grant, I don't know
2   his first -- Jeffrey Grant.
3     Q   And the principal of Shaw?
4     A   I don't remember.
5     Q   The second paragraph on that same page is
6   talking about a different event that happened to you.
7   It says that you were abducted at gunpoint.  What was
8   that about?
9     A   I was coming from -- it's a little
10   between-friends.  It is like a little party.  And I
11   was abducted at Southern Avenue Station.
12    Q   By whom?
13    A   I don't know them.
14    Q   Yes.  But was it a man?
15    A   It was males.
16    Q   How many?
17    A   Two.
18    Q   And what happened?
19    A   And they put a gun to my head, asked me did I
20   know some person.
21    Q   When they abducted you, were you still on

56

1   foot or abducted into a car?
2     A   Into a car.
3     Q   And asked you if you knew some person?
4     A   Uh-huh (Affirmative).
5     Q   Do you recall the name they were asking you
6   about?
7     A   No, I didn't even know them.
8     Q   How long were you in the car?

9     A  For a little over an hour.
10     Q   Did anything happen to you?
11     A  No.
12     Q   At what -- did they drive along with you or
13  did you stay at the station?
14     A  They drived around with me.
15     Q  Do you know where you were driven?
16     A  No.
17     Q  Were you still in that quadrant of the city?
18  Southern Avenue Station, is that Southeast?
19     A  That's in Maryland.
20     Q  And so after about an hour, what happened?
21     A  They let me go.

57
1     Q  So they simply talked for an hour?
2     A  Uh-huh (Affirmative).  About the person that
3  I didn't even know.
4     Q  Were you threatened in any way aside from
5  having been abducted?
6     A  They told me if I tell them about them, they
7  was going to kill me.  That was it.
8     Q   And what was your response?
9     A  I told them I didn't know.
10     Q   Did not know this person?  And the person
11  they were asking about, do you recall whether it was
12  male or female?
13     A  I don't remember.
14     Q  Where were you let out of the car?
15     A  On Southern Avenue.
16     Q  Were you anywhere near where you had been
17  taken into the car?
18     A  Yes.
19     Q  Were you at the station?  Back at the
20  station?
21     A  No.  Down the street from the station.

58
1     Q  Can you describe these two men?
2     A  They were black males.
3     Q  About what age?
4     A  25.  Around 25.  Both of them.
5     Q  Did you hear their names called?
6     A  No.

```
7     Q  Did you make a police report?
8     A  Yes.  My mother did.
9     Q  Did anything ever come of it?
10    A  No.
11    Q  What kind of car was it?
12    A  Black Lincoln.
13    Q  Have you ever seen these men again?
14    A  No.
15    Q  Where did your mother report it?
16    A  I'm not sure.
17    Q  Did she call the Maryland police?
18    A  I'm not sure.
19    Q  When you said she reported it, what was your
20   concept of what she did?  Does that mean she called
21   the police --
```

                                    59

```
1     A  She called the police station.
2     Q  -- or went to the police station?
3     A  I'm not sure.
4     Q  But you think she called them.  And how long
5   ago was this?
6     A  Like, three years.
7     Q  Are you 16 now?
8     A  Yes.
9     Q  So you were 13?
10    A  Yes.
11    Q  Did you tell your father?
12    A  Yes.
13    Q  What did he do, if anything?
14    A  I'm not sure.
15    Q  Do you know if he talked to the police?
16    A  I'm sure he talked to the police.
17    Q  Do you know if he talked to the police?
18    A  No.
19    Q  This says you are in the 7th grade for the
20   third time.  What is that about?  Why did you repeat
21   the third grade?
```

                                    60

```
1     A  I stayed back twice.
2     Q  Why?
3     A  I'm not sure.
4     Q  What was going on?
```

5      A  I'm not sure.

6      Q  Was it academic?  Were you studying?

7      A  Yes.  It wasn't that.

8      Q  So if it weren't -- were you studying, yes or

9  no?

10      A  Yes.  I was studying.

11      Q  So why were you being held back for three

12  times?  You are obviously an intelligent young lady.

13          MR. ALLEN:  Well --

14          MS. MCQUINN:  Can you explain that?

15          MR. ALLEN:  Let me just, for the record, you

16  have already asked that.  She has already answered.

17          MS. MCQUINN:  I haven't.  Read the answer

18  back to me, please.  I heard her tell me what it

19  wasn't.

20          (Whereupon, the requested portion was read

21  back by the court reporter.)

## 61

1          MR. ALLEN:  You have asked and she has

2  answered it.

3          MS. MCQUINN:  No.

4          BY MS. MCQUINN:

5      Q  If it weren't -- you told me what it wasn't.

6  You said you were studying.  "It wasn't that."  Then

7  what was it?

8      A  I'm not sure.  Is that any of your business?

9      Q  Yes.

10      A  I'm not sure.

11      Q  When you file a lawsuit, you will be

12  surprised how much becomes my business.  I'm still

13  getting your medical records.  When you tell people

14  you have been injured, a lot of personal things become

15  our business.

16          MR. ALLEN:  I don't think we need a long

17  speech, frankly.

18          BY MS. MCQUINN:

19      Q  I've subpoenaed your medical records.

20          Have you ever used marijuana?

21      A  No.

## 62

1      Q  Were you aware of an allegation that

2  marijuana was in the car the night that you were

3  stopped?

4     A  No.

5     Q  Did you hear anyone mention marijuana on the

6  scene?

7     A  I was in the paddy wagon.

8     Q  Have you ever seen any of the others smoke

9  marijuana?

10    A  No.

11    Q  Did you have any other injuries stemming from

12  this incident?

13    A  No.

14    Q  Is there anything about this incident that I

15  haven't brought out today that you want on this

16  record?

17       MR. ALLEN:  I object to that question as

18  vague.

19       But go ahead --

20       BY MS. MCQUINN:

21    Q  Is there anything left out of this story of

63

1  what happened that night that you haven't said today?

2       MR. ALLEN:  Can you just let me finish what I

3  was saying?

4       MS. MCQUINN:  No, I'm questioning her.  It is

5  not your turn to question her.

6       MR. ALLEN:  No, I was going to object and

7  then you cut me off.  I'm going to, for the record,

8  make my objection clear and then you can have your

9  turn.

10       The objection is that it is a very vague

11  question.  But I was about to say, before you cut me

12  off, if you can answer it, go ahead.

13       BY MS. MCQUINN:

14    Q  Now that he has coached you with telling you

15  what he thinks of the question --

16       MR. ALLEN:  No, I haven't.

17       BY MS. MCQUINN:

18    Q  -- will you answer my question?

19       I have asked you many things today and we

20  brought out quite a bit information about this

21  incident.  Has anything been left out that you would

64

1  like to tell me about this incident that night?
2     A   No.
3        (Thereupon, Deposition Exhibit No. 6 was
4  marked for identification.)
5        MS. MCQUINN:  I have no further questions.
6        MR. ALLEN:  I have no questions and we'll
7  waive signature.
8        (By stipulation of counsel, with the consent
9        of the witness, reading and signing waived.)
10       (Whereupon, at 1 p.m., the deposition
11       concluded.)
12                 -oo0oo-
13
14
15
16
17
18
19
20
21

                              65
1            CERTIFICATE OF NOTARY PUBLIC
2        I, Frances M. Freeman, the officer before whom
3  the foregoing deposition was taken, do hereby certify
4  that the witness whose testimony appears herein was
5  duly sworn by me; that the testimony of said witness
6  was taken by me in shorthand and this transcript typed
7  under my direction; that said transcript is a true
8  record of the testimony given by said witness; that I
9  am neither counsel for, related to, nor employed by
10  any of the parties to the action in which this
11  deposition was taken; and, further, that I am not a
12  relative or employee of any attorney or counsel
13  retained by the parties hereto, nor financially or
14  otherwise interested in the outcome of the action.
15
16        --------------------------------
17        Notary Public in and for the
18        District of Columbia
19
20  My commission expires:
21  June 30, 2007