Exhibit 66 Deposition of Shaneka Harrison

1

1   UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF COLUMBIA
3   --------------------------------     x
4   LOUISE THORNE, et al.,               x
5          Plaintiffs,                   x
6          v.                            x
7   DISTRICT OF COLUMBIA, et al.,        x
8          Defendants.                   x
9   --------------------------------     x
10                  Thursday, May 10, 2007
                    Washington, D.C.
11
12   The deposition of SHANEKA HARRISON called for
13   examination by counsel for Defendants in the
14   above-titled matter, pursuant to notice, in the
15   Offices of the Attorney General for the District of
16   Columbia, 441 Fourth Street, Northwest, Washington,
17   D.C., before Jonell Easton, notary public in and
18   for the District of Columbia, at 2:00 p.m., when
19   were present on behalf of respective parties:
20
21


2

1   On behalf of the Plaintiffs:
2          GEOFFREY D. ALLEN, ESQUIRE
3          Geoffrey D. Allen, Attorney at Law
4          1730 Rhode Island Avenue, Northwest
5          Suite 206
6          Washington, D.C. 20036
7          202.778.1167
8
9   On behalf of the Defendants:
10          URENTHEA McQUINN, ESQUIRE
11          Assistant Attorney General
12          Office of the Attorney General
13          441 Fourth Street, Northwest
14          Washington, D.C. 20001
15          202.724.6646
16

17          - - -
18
19
20
21

3
1          C O N T E N T S
2  WITNESS            EXAMINATION BY COUNSEL FOR
3          DEFENDANTS   PLAINTIFFS
4  SHANEKA HARRISON        4       51
5
6          HARRISON EXHIBITS
7  DEPOSITION EXHIBITS          MARKED

8  No. 1  Amended notice          6
9  No. 2  Amended complaint         6
10  No. 3  1/19/2006 letter        6
11  No. 4  3/15/2006 letter        6
12  No. 5  Answers to interrogatories     6
13  No. 6  Responses to document request  6
14  No. 7  Medical records         6
15  No. 8  Medical records         6
16  No. 9  Copy of photograph        23
17  No. 10  1/25/2006 letter         40
18          (Exhibits attached.)
19  Motions to compel     Pages 24, 33, 34
20          - - -
21

4
1          P R O C E E D I N G S
2      Whereupon,
3          SHANEKA HARRISON
4  was called for examination by counsel for
5  Defendants and, after having been first duly sworn
6  by the notary public was examined and testified as
7  follows:
8      EXAMINATION BY COUNSEL FOR DEFENDANTS
9      BY MS. MCQUINN:
10    Q.  State your name for the record and spell
11  it, please.
12    A.  Shaneka, S-H-A-N-E-K-A, Harrison.
13    Q.  Ms. Harrison, you are here today for a
14  deposition.  Have you ever been deposed before?

15    A.  No.
16    Q.  A deposition is a procedure where you are
17  questioned about an incident under oath and it is a
18  procedure we use before a trial to find out as much
19  as we can about the case.
20       Please remember to speak up.
21       Remember to answer me yes or no rather

5

1  than shaking your head because the reporter can't
2  take your gestures.
3       If you don't understand, feel free to ask
4  me to explain.  Otherwise, I will assume you
5  understood when you answered my question.  Okay?
6    A.  Okay.
7    Q.  How old are you?
8       What is your birthday?
9    A.  February 11, 1991, 16.
10    Q.  Do you known a Mikelle Bassett?
11    A.  Yes.
12    Q.  Is she any relation to you?
13    A.  No.
14    Q.  How do you know her?
15    A.  She is my best friend.
16    Q.  What about Mikesha Bassett, how do you
17  know her?
18    A.  Best friends.
19    Q.  Do you know Terrence Light?
20    A.  Yes.
21    Q.  What relationship, if any, has he to you?

6

1    A.  None.
2    Q.  How do you know him?
3    A.  Through Mikesha.
4    Q.  Lakesha Parker, is she any relationship to
5  you?
6    A.  No.
7    Q.  How do you know her?
8    A.  Through my best friend.
9    Q.  Forgive me, in if I start confusing the
10  names.  If I make a mistake, could you correct me
11  so the record will be straight?
12    A.  Okay.

13     MS. MCQUINN:  Please mark these as

14  Exhibits 1 through 8.

15     (Harrison Deposition Exhibits Nos. 1

16  through 8 were marked for identification.)

17     BY MS. MCQUINN:

18  Q.  What is your address?

19  A.  137 V Street, Northwest, Washington, D.C.

20  Q.  Where do you go to school?

21  A.  Dunbar Senior High.

7

1  Q.  What grade are you in?

2  A.  Tenth.

3  Q.  Do you work?

4  A.  No.

5  Q.  Have you ever worked?

6  A.  Yes, during the summertime.

7  Q.  What was last time you worked?

8  A.  At VA Hospital.

9  Q.  Where?  In D.C.?

10  A.  Yes.

11  Q.  What did you do there?

12  A.  I was a patient advocate.

13  Q.  What did you do?

14  A.  Go to patient's rooms and ask surveys

15  about the hospital, how is the food, how are they

16  getting treated.

17  Q.  How did you find out about that job?

18  A.  It was given to me during the summer youth

19  program.

20  Q.  How --- did you know such a job existed?

21  A.  No.

8

1  Q.  How did you get the job?

2  A.  They give each a person to place to work

3  and they gave me that place to work.

4  Q.  You went to VA looking for work?

5  A.  Yes.

6  Q.  And they chose you to do that?

7  A.  Yes.

8  Q.  How long did you do that?

9  A.  About month or two.

10  Q.  Which summer?

11    A.  Last summer.
12    Q.  Do you know Mikelle Bassett?
13    A.  Yes.
14    Q.  You stated she was your best friend
15  earlier?
16    A.  That is my best friend's sister.
17    Q.  Which one is your best friend?
18    A.  Mikesha Bassett.
19    Q.  What are your parents' names?
20    A.  Kathy Harrison Crews and her mother is
21  Louise and my father is Allen Small.

                                9

1    Q.  I need to back up.
2        Start over, what is your mother's name?
3    A.  Kathy Harrison Crews.
4    Q.  Do you have the same address?
5    A.  Yes.
6    Q.  What is your father's name?
7    A.  Adam Allen, A-L-L-E-N, Small.
8    Q.  Do you live at the same address?
9    A.  No.
10    Q.  Do you know his address?
11    A.  No.
12    Q.  What does your dad do?
13    A.  I don't know.
14    Q.  Mother?
15    A.  Parking enforcement.
16    Q.  For D.C.?
17    A.  Yes.
18    Q.  Did there come a time on or about
19  January 15, 2006 when you were involved in an
20  incident in which the police stopped a car in which
21  you were riding?

                                10

1    A.  Yes.
2    Q.  Who else was in the car?
3    A.  Mikelle Bassett; Lakesha, I don't know her
4  last name; Mikesha Bassett; and myself.
5    Q.  If I said Lakesha Parker, would that ring
6  a bell?
7    A.  Yes.
8    Q.  Her last name is Parker?

9    A.   Yes.
10   Q.   Tell me where everyone was in the car.
11   A.   Mikelle was the driver.
12       Terrance Light was a passenger.
13       I was in the back of the passenger.
14       Mikesha was in the middle.
15       Lakesha was behind the driver.
16   Q.   Terrence was in the front seat?
17   A.   Yes.
18   Q.   You were where?
19   A.   Behind the front passenger.
20   Q.   Who was in the middle?
21   A.   Mikesha Bassett.

                            11

1    Q.   Middle back?
2    A.   Yes.
3    Q.   Lakesha was behind the driver?
4    A.   Yes.
5    Q.   About what time of day or night was it?
6    A.   Had to be like probably like between 9:00
7  and 10:00, I can't recall.
8    Q.   Where were you going at the time?
9    A.   Coming from movies on our way home.
10   Q.   Where had you gone to the movies?
11   A.   I think Rivertown.
12   Q.   Do you know the time that you went to the
13 movies?
14   A.   No.
15   Q.   Do you recall the movie you saw?
16   A.   No.
17   Q.   Tell me how the incident happened.
18       What happened?
19   A.   We was in the car coming from the movies
20 driving, we was driving down the street and making
21 a right turn, the police was sitting at the light.

                            12

1       We --- I don't know, I can't recall the
2  kind, left or right, made a turn, the police turned
3  behind us and followed us for about six, seven
4  blocks.
5       He had the lights on, no sirens.
6       So we got to Valley and an unmarked car

7  pulled from the front.  We ran to the side, a
8  marked car police officer pulled behind, jumped
9  out, came to the car, each police officer was at
10  each door.
11      The police officer pulled me out of the
12  car with a gun to my head, laid me on the ground
13  and, pushed his knee in my back and proceeded to
14  put handcuffs on me.
15    Q.  Did the officer say anything when he
16  pulled you out of the car?
17    A.  Get down, get down, get down on the ground
18  as he was dragging me on the ground.
19    Q.  Do you recall the --- do you know the
20  officer's name?
21    A.  No.

13

1    Q.  Do you know his badge number?
2    A.  He had his badge covered up with a coat.
3    Q.  Can you describe him?
4    A.  White male about --- I can't recall.
5    Q.  How many other officers came to the car?
6    A.  About four more officers.
7    Q.  How did the other people get out of the
8  car?
9    A.  The police pulled them out.
10    Q.  The police pull them out?  Every one of
11  them?
12    A.  Yes.
13    Q.  Did you see this happening with Mikelle?
14    A.  I saw Mikelle after her, after the police
15  officer opened my door and pulled me out of the
16  car.
17    Q.  Did you see the officer who pulled her
18  out?
19    A.  No.
20    Q.  Did the officer who pulled you out say
21  anything else to you besides get down, get down?

14

1    A.  No.
2    Q.  Did you hear any of the other officers say
3  anything?
4    A.  No, I can't recall what they were saying.

5    Q.   Did you see Mikesha being pulled out of
6  the car?
7    A.   Yes.
8    Q.   Do you know the name of or can you
9  describe the officer who pulled her out of the car?
10    A.   No.
11    Q.   And Terrence, was he also pulled out?
12    A.   Yes.
13    Q.   Do you know the name or can you describe
14  the officer who pulled Terrence out?
15    A.   No.
16    Q.   What about Lakesha?
17    A.   I didn't see her get pulled out of the
18  car.
19    Q.   Did you see any other gun drawn?
20        You said there was a gun put to your head?
21    A.   Yes, all the officers had a gun drawn.

15

1    Q.   About how many officers?
2    A.   Four.
3    Q.   Total?
4    A.   Yes.
5    Q.   At some point, did the officers tell you
6  why had you had been followed?
7    A.   No.
8    Q.   At some point, did they tell you why you
9  were being detained?
10    A.   No.
11    Q.   Did either of you ask?
12    A.   I remember my best friend asked when her
13  and the police was talking.  I can't hear because
14  she was standing by the front, by the police car
15  and we was sitting on the sidewalk.
16    Q.   At what point did Keeon come into the
17  picture?
18        You didn't list her as being in the car?
19    A.   After they told Mikesha that she couldn't
20  call her parents, so she called her sister.
21    Q.   Did you watch her make the call?

16

1    A.   No.
2    Q.   At some point Keeon showed up?

3     A.   Yes.
4     Q.   Do you recall anything that Keeon said?
5     A.   No.
6     Q.   Aside from having asked the officers why
7  you were being detained?
8     A.   No.
9     Q.   Do you recall anything the officers said
10  to Keeon?
11     A.   No.
12     Q.   Approximately what time did the following
13  start?
14     A.   Following had to start as soon as we
15  turned, I think as long as we were on that street,
16  the police turned and followed behind us.
17     Q.   Atlantic Street?
18     A.   Yes.
19     Q.   You say about how many blocks?
20     A.   Six or seven.
21     Q.   How about --- about how many minutes?

17

1     A.   Had to be like five minutes, maybe five
2  minutes.
3     Q.   Who was driving?
4     A.   Mikelle Bassett.
5     Q.   Had you ever ridden with her before?
6     A.   Yes.
7     Q.   How many times?
8     A.   Three times.
9     Q.   Whose car was it?
10     A.   Her mother's, Louise Thorne.
11     Q.   Did anybody else call, did anybody else
12  make any phone calls?
13     A.   Yes.
14     Q.   Were you handcuffed?
15     A.   Yes.
16     Q.   How about the others?
17     A.   Yes.
18     Q.   All of them?
19     A.   Yes.
20     Q.   You stated you were placed face down on
21  the ground?

18

1    A.  Yes.
2    Q.  Were you handcuffed in the front or in the
3  back?
4    A.  The back.
5    Q.  Was that true for the others, as well?
6    A.  I can't say.
7    Q.  How did you get up from the ground?
8    A.  The police lifted me up.
9    Q.  Do you remember any of the officers'
10  names?
11    A.  No.
12    Q.  Can you describe any of them?
13    A.  If I saw a photograph, I probably could
14  --- I don't know.
15    Q.  When the police officer pulled you up, how
16  did he do it?
17    A.  By my arms.
18    Q.  Did you see any of the others being pulled
19  up?
20    A.  No.
21    Q.  Was anything said when he pulled you up?

19

1    A.  No.
2    Q.  What happened next?
3    A.  When he pulled me up, he sat us on the
4  sidewalk.
5        After that, they searched the car, found a
6  marijuana cigarette.  He asked whose was this.  He
7  found it in the back seat of the car, so he asked
8  whose was it.  Nobody claimed it, he said he will
9  take it and he stuck it in his pocket.
10    Q.  Can you describe that officer?
11    A.  He was a white male with black hair.  He
12  had --- was five foot, say about five foot seven.
13    Q.  During this whole incident, were you ever
14  told the reason you were being stopped?
15    A.  No.
16    Q.  Were any tickets issued?
17    A.  Yes.
18    Q.  To whom?
19    A.  Issued to Mikelle Bassett.
20    Q.  For what?
21    A.  I can't recall.

20

1    Q.  Were all of you allowed to leave?
2    A.  Yes.
3    Q.  How long did you stay handcuffed?
4    A.  About an hour and a half.
5    Q.  When you were allowed to go, who drove?
6    A.  Mikelle Bassett.
7    Q.  Keeon got in the car with you?
8    A.  No, she had her own car.
9    Q.  Did anybody get in the car with Keeon?
10   A.  Yes.
11   Q.  Where did you go off to, what did you do?
12   A.  We followed Keeon back to Louise Thorne's
13  house.
14   Q.  Did all of you go into Louise Thorne's
15  house?
16   A.  Yes, except Terrence Light.
17   Q.  Where did he go?
18   A.  I guess he walked home.
19   Q.  How far away does he live?
20   A.  Around the corner.
21   Q.  Do you know his address?

21

1    A.  No.
2    Q.  Have you seen him since this incident?
3    A.  Yes.
4    Q.  How often do you see him?
5    A.  Not often, I have seen him about three
6  times after this.
7    Q.  Have you seen him this week?
8    A.  No.
9    Q.  When was the last time you saw him?
10   A.  Say in February, around my birthday time
11  this year.
12   Q.  When you got in the house, what did you
13  say happened?
14   A.  When we got in the house, my best friend
15  had told her mother what happened, so she took us
16  to Children's Hospital.
17   Q.  Same night?
18   A.  Yes.
19   Q.  Mikesha Basset had told Louise Thorne?

20    A.  Yes.
21    Q.  What is your mother's name?

22

1    A.  Kathy Harrison Crews.
2    Q.  Did anybody tell your mother you were
3  being taken to the hospital?
4    A.  Yes.
5    Q.  How?
6    A.  Louise called my mother.
7    Q.  And said what?
8    A.  Told her she was taking me to the hospital
9  and told her what happened.
10    Q.  Is your mother related to Louise Thorne in
11  any way?
12    A.  No.
13    Q.  Are they friends?
14    A.  No, they talk on the phone.
15    Q.  What hospital?
16    A.  Children's Hospital.
17    Q.  What did you tell them had occurred?
18    A.  That we were stopped by the police
19  officers, pulled to the ground, had a knee in my
20  back, put handcuffs on me.
21    Q.  Were you examined?

23

1    A.  Yes.
2    Q.  Did they find anything the matter?
3    A.  My back, I had bruises on my back.
4       MS. MCQUINN:  Mark these now and I will
5  sticker it later.
6       (Harrison Deposition Exhibit No. 9 was
7  marked for identification.)
8       BY MS. MCQUINN:
9    Q.  I hand you what has been marked Exhibit 9
10  and ask if you can identify for me what that
11  picture is.
12    A.  A picture of my back.
13    Q.  Color photograph of your back?
14    A.  Yes.
15    Q.  It was taken at what time?
16    A.  We went into the house.
17    Q.  Same night?

18    A.  Yes.
19    Q.  Who took the photograph?
20    A.  Louise Thorne.
21    Q.  Did she take photographs of all the

24

1  children?
2    A.  Yes.
3    Q.  That would include all four girls?
4    A.  Yes.
5    Q.  Is this the only photograph you have
6  regarding you?
7    A.  It was more, but that is only one I seen,
8  but that is the one they kept.
9    Q.  Do you know if there are others of you?
10    A.  Yes.
11    Q.  You were given notice of deposition to
12  come here today and bring all documents pertaining
13  to you.  I need whatever documents and photographs
14  were given to your attorney so he can give them to
15  me for me to mark or I will make a motion to
16  compel.
17      MR. ALLEN:  For the record, I don't
18  believe there are any other photographs.  I believe
19  you have everything that we believe was requested.
20      BY MS. MCQUINN:
21    Q.  If you want to use your photographs at

25

1  trial, you have to turn them over when you are
2  asked.
3      If there are more, make sure you get them
4  to your attorney so they can be turned over to us.
5      This notice of deposition --- see that
6  paragraph one there, and it is telling, asking you
7  to bring documents, exhibits, pictures pertaining
8  to this incident with you today.
9      If you find any more, we have to have
10  them.
11    A.  Okay.
12    Q.  I will hand you a copy of the complaint,
13  Harrison Exhibit 2.
14      I want you to turn to that complaint
15  against the District of Columbia and against the

16  officers in this case, the court complaint, I want
17  turn to your attention to a certain paragraph and I
18  will ask you a question.
19      A.  Okay.
20      Q.  On page 5 of the third amended complaint,
21  there is a continuing paragraph at the top of the

26

1  page which discusses what you have been telling us
2  --- the allegations you were thrown to the ground
3  and an officer put a knee in your back.
4          What injuries are you alleging as a result
5  of that?
6      A.  Pain in my back.
7      Q.  Anything else?
8      A.  No.
9      Q.  How long did that pain last?
10      A.  It still going on.
11      Q.  Are you alleging any other injuries?
12      A.  No.
13      Q.  This third amended complaint, in count
14  seven, has a civil rights complaint as part of this
15  case.
16          Are you, as one of the plaintiffs,
17  alleging any kind of discrimination in any way?
18      A.  Yes.
19      Q.  What kind of discrimination are you
20  alleging?
21      A.  One more time.

27

1      Q.  Are you alleging you were discriminated
2  against in any way in this case?
3      A.  Yes.
4      Q.  In what way?
5      A.  Where he checked Terrence's pocket, he
6  pulled out a condom and said four girls and one
7  condom.
8      Q.  One of the officers said that?
9      A.  Yes.
10      Q.  Was that it?
11      A.  Yes.
12      Q.  Where was this at condom --- where?
13      A.  Out of Terrence's pocket.

14    Q.  Did anybody respond to him?
15    A.  No.
16    Q.  What happened with the condom?
17    A.  I guess he put it back in his pocket.
18    Q.  Is that the extent of the injuries you are
19  claiming?
20    A.  Is that what?
21    Q.  Is that the extent of injuries you are

28

1  claiming as part of the lawsuit?
2    A.  Could you explain?
3    Q.  Do you have any other injuries?
4    A.  No.
5    Q.  I would like you to look at a document,
6  Exhibit 3, which is a letter dated January 19,
7  2006.
8        And I want you do to look at paragraph,
9  the second paragraph from the bottom, I would like
10  you to read through that onto the next paragraph,
11  onto the next page to yourself.
12    A.  Okay.
13        (Pause in the proceedings.)
14        BY MS. MCQUINN:
15    Q.  Go back to the first page.
16    A.  Okay.
17    Q.  Do you recall a light on the police car,
18  at all?
19    A.  One more time.
20    Q.  Do you recall a light on the police car,
21  at all?

29

1    A.  No.
2    Q.  You mentioned an unmarked car and a marked
3  car, you don't recall a light on either one?
4    A.  On the marked car, light wasn't on, but
5  the light was on top.
6    Q.  Do you recall a light that was on?
7    A.  No.
8    Q.  For either car?
9    A.  No.
10    Q.  Look at the next page, please.
11    A.  Okay.

12    Q.   To this day, have you ever been told why
13  you were pulled over?
14    A.  No.
15    Q.  Has anybody inquired?
16    A.  No.
17    Q.  Do you know if Ms. Thorne has made
18  inquiries?
19    A.  What?
20    Q.   Has she asked anybody about why her
21  children were pulled over that night?

30

1    A.  I don't recall.
2    Q.  Do you recall if she made any phone calls
3  to the police?
4    A.  Yes.
5    Q.  In your presence?
6    A.  No.
7    Q.  Did someone tell you that?
8    A.  She did.
9    Q.  What did she tell you?
10    A.   That she called the police department and
11  made a report.
12    Q.  Did she say anything more in that regard?
13    A.  No.
14    Q.  Did you and any family member ever check
15  whether there had been such a report?
16    A.  My mom, but she didn't tell me.
17    Q.  Did she tell you she checked?
18    A.  Yeah, she said Ms. Thorne did make a
19  report.
20    Q.  What was the nature of the report?
21    A.   She made a report that the police officer

31

1  pulled us over and put handcuffs on us and put his
2  knee in my back and a gun to our heads.
3    Q.   The report was a recitation of what you
4  had told her?
5    A.  Yes.
6    Q.  How old is Terrence?
7    A.  Terrence --- I think he is 18.
8    Q.  Was he the oldest one in the car?
9    A.  Yes, between him and Lakesha.

10    Q.  Lakesha is how old?
11    A.  She is 19 now.
12    Q.  What, how old is Mikelle?
13    A.  Seventeen.
14    Q.  Mikesha?
15    A.  Sixteen.
16    Q.  You?
17    A.  Sixteen.
18        MR. ALLEN:  Talking now?  Ages now?
19        BY MS. MCQUINN:
20    Q.  Go back to the time of the incident, the
21  ages then.  What was your age at the time?

32

1    A.  Fifteen.
2    Q.  Mikesha?
3    A.  Fifteen.
4    Q.  Mikelle was?
5    A.  Sixteen.
6    Q.  Terrence?
7    A.  At that time was, I think --- I can't
8  recall, approximately 17.
9    Q.  Lakesha?
10    A.  She was like 18.
11    Q.  We are looking at Exhibit 4, a letter from
12  your attorney dated March 15, 206 called amended
13  notice letter.
14        Where did you stop --- eventually end up?
15    A.  Atlantic and Valley Avenue, Southeast.
16    Q.  The last paragraph says, as it did on the
17  previous letter, Making insulting, humiliating and
18  threatening comments at the expense of the girls
19  and of Mr. Light.
20        Aside from what you said, are there any
21  other comments you remember from the officers?

33

1    A.  No.
2    Q.  Take a look at your answers to discovery.
3        This is Exhibit 5, Harrison Exhibit 5,
4  Shaneka Harrison's answers to defendant's
5  interrogatories and request for production of
6  documents.
7        Have you ever been arrested?

8    MR. ALLEN:  Objection.  Objection to any
9  juvenile arrests.
10    BY MS. MCQUINN:
11    Q.  Have you ever been arrested?
12    MR. ALLEN:  Objection.  Instruct her not
13  to answer.
14    MS. MCQUINN:  Mark for motion to compel,
15  please.
16    BY MS. MCQUINN:
17    Q.  Are you on parol?
18    MR. ALLEN:  Objection.  If there is a
19  record, it is juvenile and not subject to discovery
20  absent a court order.
21    BY MS. MCQUINN:

34

1    Q.  What are you on parol for?
2    MR. ALLEN:  Same objection.
3    BY MS. MCQUINN:
4    Q.  For what are you on parol?
5    MR. ALLEN:  Same objection.
6    Don't answer.
7    MS. MCQUINN:  Mark it for motion to
8  compel.
9    BY MS. MCQUINN:
10    Q.  Have you had any suspensions from school?
11    A.  Yes.
12    Q.  How many?
13    A.  I would say about two.
14    Q.  What were they for?
15    A.  One was for fighting and another one --- I
16  can't recall what the other one was for.
17    Q.  How long ago was the fighting incident?
18    A.  That was about last year.
19    Q.  What was that about?
20    A.  Argument between me and another female.
21    Q.  Broke out into a fight?

35

1    A.  Yes.
2    Q.  Were you both suspended?
3    A.  Yes.
4    Q.  For how long?
5    A.  Say about three days.

6    Q.  What was the other incident?
7    A.  I can't recall.
8    Q.  You were suspended?
9    A.  Yes.
10   Q.  About how many years ago?
11   A.  Probably about two.
12   Q.  Was it also about fighting?
13   A.  No, not that I remember.
14   Q.  What school was the one you don't
15   remember?
16   A.  Sasha Bruce.
17   Q.  Where is that?
18   A.  It was on Maryland, 14th and E Street.
19   Q.  Southeast?
20   A.  Northeast.
21   Q.  Has it moved?

36

1    A.  It is no longer open.
2    Q.  It closed?
3    A.  Yes.
4    Q.  Who was the principal at that time?
5    A.  I don't remember.
6    Q.  What was that type of school?
7    A.  Middle school.
8    Q.  What is your current school?
9    A.  Dunbar.
10   Q.  Who is the school counselor?
11   A.  Sasha Bruce?
12   Q.  At Dunbar?
13   A.  Mr. Benion, B-E-N-I-O-N.
14   Q.  Where is Dunbar?
15   A.  1301 New Jersey Avenue.
16   Q.  What quadrant?  Southeast or northeast?
17   A.  Northwest.
18   Q.  Who was the principal at Sasha Bruce?
19   A.  I don't remember.
20   Q.  Had either of you in the car been drinking
21   that night?

37

1    A.  No.
2    Q.  Had you smoked marijuana?
3    A.  No.

4    Q.  Do you smoke marijuana?

5    A.  No.

6    Q.  Do you know if any of the others do?

7    A.  No.

8    Q.  Do you?

9    A.  No.

10   Q.  Do you know if any of the others drink?

11   A.  No, not that I know.

12   Q.  You are not saying they don't.

13       You are saying you don't know?

14   A.  I don't think so.

15   Q.  The same with marijuana?

16   A.  I don't know.

17   Q.  Do you recall any of the officers' names?

18   A.  No.

19   Q.  Turn to page 6.

20   A.  Okay.

21   Q.  Number 11, are you looking at the answer

38

1  to number 11?

2    A.  Yes.

3    Q.  Whose answer is that?

4    A.  That was them --- was the names they got

5  off the ticket from when they wrote the ticket.

6    Q.  When you say they --- who?

7    A.  Ms. Louise got off the ticket.

8    Q.  Louise Thorne?

9    A.  Yes.

10   Q.  Because in number 12 you say you were

11  unable to observe their name tags.  Right?

12   A.  Yes.

13   Q.  Have you ever seen these answers before?

14   A.  Yes.

15       MS. MCQUINN:  Did she ever provide a

16  sworn, signed copy?

17       MR. ALLEN:  Yes.

18       MS. MCQUINN:  Did you mail that?

19       MR. ALLEN:  I think the copy we sent you

20  was signed.

21       MS. MCQUINN:  No, let me see.

39

1       (Pause in the proceedings.)

2          BY MS. MCQUINN:

3     Q.   I now hand you deposition Exhibit 6,

4   response to request for production of documents.

5          That has some medical records attached.

6          In other words, you produced documents we

7   requested.  If you have any documents regarding

8   this incident, if you do, please produce them.

9          This is what was produced.

10         The documents you brought with you today,

11  do you know whether they are the same as in the

12  packet or something different?

13    A.   Documents I brought today?

14    Q.   Right.

15    A.   They should be.

16    Q.   You don't know whether or not they are the

17  same?

18    A.   Should be the same.

19         MR. ALLEN:  I think we sent the Children's

20  records.

21         I am not sure we had Dr. Kasmi's records

40

1   at the time.  I think they came later.

2          MS. MCQUINN:  I am handing your deposition

3   Exhibit 8 and ask if, when you say, talk about

4   Children's records, are those the Children's

5   records, Deposition Exhibit 8, that is what you

6   gave me today?

7          MR. ALLEN:  No, I gave you Children's and

8   this (indicating).

9          MS. MCQUINN:  Those are whose?

10         MR. ALLEN:  Dr. Kazmi.

11         MS. MCQUINN:  For the record, Exhibit 7 is

12  the authorization allowing us to get those records.

13         Make this ten.

14         (Harrison Deposition Exhibit No. 10 was

15  marked for identification.)

16         MS. MCQUINN:  Go off the record.

17         (Discussion off the record.)

18         BY MS. MCQUINN:

19    Q.   Who was your doctor at Children's?

20         MR. ALLEN:  That night?

21         BY MS. MCQUINN:

41

1    Q.  Right.
2        Do you recall?
3    A.  No, I don't recall.
4    Q.  When you handed me the Children's records,
5  it is only for one night or did you go at other
6  times?
7    A.  I had been other times.
8    Q.  Had you been there before this incident?
9    A.  Yes.
10   Q.  Is it a place you had gone to for medical
11 care many times before?
12   A.  Yes.
13   Q.  In the preceding years, about how many
14 years had you been going there?
15   A.  All my life.
16   Q.  You have handed me everything you have?
17   A.  Yes.
18   Q.  Not the night of the incident?
19   A.  Yes.
20       MR. ALLEN:  Our request is here on the
21 front page, this shows our request, we only asked

42

1  for January 16, 2006 from Children's.
2        MS. MCQUINN:  I have to go back to what is
3  in my hand.  It seems to be quite a bit for one
4  night.
5        MR. ALLEN:  Request was for January 16, I
6  think that is all we got.
7        BY MS. MCQUINN:
8    Q.  Have you been to Children's regarding this
9  incident on another date besides the night of this
10 incident?
11   A.  No.
12   Q.  In reference to that, you went once and
13 that was it?
14       When you look at the Children's records, I
15 am only looking for the date of January 15, 2006.
16   A.  Yes.
17       MR. ALLEN:  Actually, I think she went on
18 the morning of January 16.  By the time she got
19 there, it was past midnight.
20       BY MS. MCQUINN:

21     Q.   The records you brought in today, where

                              43
1   did you get them?
2        MR. ALLEN:  Children's records?
3        MS. MCQUINN:  She has Children's and Dr.
4   Kazmi.
5        MR. ALLEN:  She didn't get them.  I got
6   them.
7        MS. MCQUINN:  When you handed them to me,
8   you did not get them from her?
9        MR. ALLEN:  No.
10       MS. MCQUINN:  They were from your files?
11       MR. ALLEN:  Right.
12       MS. MCQUINN:  You had sent us some
13  attached discovery.  Are you saying you got the
14  records at different times?
15       MR. ALLEN:  Yeah, at the time I got the
16  Children's records, I got Dr. Kazmi's records.
17       MS. MCQUINN:  And more Children's records?
18       MR. ALLEN:  No.
19       MS. MCQUINN:  Two things?
20       MR. ALLEN:  I had forgotten I had given
21  you ---

                              44
1        MS. MCQUINN:  Already given me Children's?
2        MR. ALLEN:  Yeah, it is the same stuff.  I
3   gave you records that came in since then, which was
4   Dr. Kazmi.  I got both of them pursuant to
5   releases.
6        MS. MCQUINN:  Go off the record.
7        (Discussion off the record.)
8        BY MS. MCQUINN:
9    Q.   When you got to the hospital, you told
10  them what happened?
11   A.  Yes.
12   Q.   You were examined by a doctor?
13   A.  Yes.
14   Q.   How long were you there in the hospital
15  that night?
16   A.  Probably like two or say about two and a
17  half or three hours.
18   Q.   You got there after midnight like you said

19  off the record?

20    A.  Yes.

21    Q.  By the time you got there, it was

45

1  January 16, 2006?

2    A.  Yes.

3    Q.  We had a time of 1:05.  That would have

4  been 1:05 in the morning?

5    A.  Yes.

6    Q.  Did the doctors give you any kind of

7  diagnosis?

8    A.  Again.

9    Q.  Did they give you any kind of diagnosis?

10    A.  No.

11    Q.  Did they give you any prescriptions?

12    A.  Yes.

13    Q.  What?

14    A.  I can't recall the name of the pill.

15    Q.  Pills for what?

16    A.  My back.

17    Q.  What?

18    A.  I had still had pains in my back, pills to

19  stop the pain from hurting.

20    Q.  Have you ever had the prescription

21  refilled?

46

1    A.  No.

2    Q.  This says your godmother brought you in?

3    A.  Yes.

4    Q.  Louise Thorne is your godmother?

5    A.  Yes.

6    Q.  You said she and your mother have only

7  talked on the phone?

8    A.  Yes.

9    Q.  How did she come to be your godmother?

10    A.  Because me and my best friend, Mikesha, we

11  are best friends and I consider her my godmother.

12    Q.  When they say historian, meaning who gave

13  your medical history, they said you and your

14  godmother, meaning Louise Thorne, told the hospital

15  what was going on with you that night?

16    A.  Yes.

17    Q.  How did you get to the hospital?
18    A.  Louise Thorne.
19    Q.  Drove you?
20    A.  Yes.
21    Q.  Same car?

47

1    A.  Yes.
2        MR. ALLEN:  Meaning?
3        BY MS. MCQUINN:
4    Q.  Same car as the earlier incident?
5    A.  She drove.  I can't recall if it was that
6  car or the van.
7    Q.  When you left the hospital, where did she
8  take you?
9    A.  Back to her house.
10    Q.  How long were you there after that?
11    A.  Until the next day.
12    Q.  You spent the night at her place?
13    A.  Yes.
14    Q.  How did you let your mother now?
15    A.  Before she took me to the hospital, she
16  called my mother and told her what was going on.
17        And my mother said, okay.
18        The next day, I went home with my mother.
19    Q.  Your mother came to Louise Thorne's house?
20    A.  Yes and picked me up.
21    Q.  Did she come in?

48

1    A.  No, I came out to the car.  She called
2  when she was outside and I came out.
3    Q.  How often have you stayed at Louise
4  Thorne's house?
5    A.  A lot of times.
6    Q.  Like how many times per month?
7    A.  About two or three, like the weekends I am
8  over there every weekend or every other weekend.
9    Q.  Who else did she take to the hospital?
10    A.  Myself, Mikesha, Mikelle and I don't
11  remember Lakesha, I don't remember if she went with
12  us.
13    Q.  What did Ms. Thorne tell you about this
14  incident?

15    A.  About what was going down, she told me we
16  have a case and we were going to go to court for
17  it.
18    Q.  When?
19    A.  She told me that the next two days or the
20  next day after.
21    Q.  What were her words?

49

1    A.  We have a case and we are going to court
2  and we have to meet with Mr. Allen to discuss what
3  was going on.
4    Q.  Who?
5    A.  Mr. Allen.
6    Q.  When?  The same week?
7    A.  Yes.
8    Q.  Within the same week?
9    A.  Yes.
10    Q.  Did she say what kind of case?
11    A.  No.
12    Q.  Did the doctors tell you anything you had
13  to do once you left the hospital?
14    A.  She told me to take the medication and it
15  should help my back get better.  She said if I have
16  worse problems, come back.
17    Q.  Who was Dr. Kazmi --- take a look at
18  Exhibit 8.  Those are the records I just received
19  today.  Who is he or she?
20    A.  My doctor.
21    Q.  Where?

50

1    A.  She is at Washington Hospital Center.
2    Q.  In the physician's office building?
3    A.  Yeah.
4    Q.  First page I see here --- pieced lips,
5  does that have anything to do with what --- 8/8/06,
6  that is totally different.
7        Did you go to the doctor, at all, for
8  anything regarding this incident?
9    A.  No.
10    Q.  You have spoken with your mother about the
11  incident?
12    A.  Yes.

13    Q.   Did she give you any advice?

14    A.   No, she told me go through with it and

15   something, the case will be handled, she said go

16   through with it and it will be handled, things will

17   be okay.

18    Q.   She is one of the people who retained

19   Mr. Allen?

20    A.   Yes, my mother talked to him as much as

21   Ms. Thorne has.

51

1    Q.   Has she met with Mr. Allen, at all?

2    A.   Yes.

3    Q.   How many times?

4    A.   About two times, one or two times.

5    Q.   How long after that?

6    A.   Not too long, about, probably last month.

7    Q.   Is there anything else you remember from

8   that night you would like to reveal before you

9   leave today?

10    A.   No.

11        MS. MCQUINN:  I have no further questions.

12        MR. ALLEN:  One thing.

13      EXAMINATION BY COUNSEL FOR PLAINTIFFS

14        BY MR. ALLEN:

15    Q.   Have you seen someone called Inyang?

16    A.   Yes.

17    Q.   Who is that?

18    A.   My therapist.

19    Q.   What have you seen him for?

20    A.   It was two different reasons, I was ---

21   the second reason was for this incident about my

52

1   back, my back I be having problems with my back

2   talking with him about I be having nightmares.

3    Q.   Do you know where Mr. Inyang is?

4    A.   Montana Avenue, I can't recall the

5   address.

6    Q.   I wanted to clarify that.

7        Montana Avenue in what quadrant?

8    A.   Northeast.

9    Q.   What kind of therapist is he?

10    A.   I don't know.  I can't recall what kind of

11  therapist he is.
12     Q.  Who took you to him?
13     A.  My mother.
14     Q.  Is he in physical therapy or is he a
15  psychological therapist?
16     A.  Physical therapy, I think.  I don't know
17  if he is physical or psychological.  I was talking
18  to him and telling him how I was having nightmares.
19     Q.  When did you see him?
20     A.  I seen him six times, my last time seeing
21  him was in April.

53

1     Q.  Of what year?
2     A.  2007.
3     Q.  When did you first see him?
4     A.  I can't recall the date.
5     Q.  This year?
6     A.  Yes.
7     Q.  So you have seen him six times this year?
8     A.  Yes.
9     Q.  Who told you about him?
10     A.  My mother.
11     Q.  Who told her about him?
12     A.  I think she got it off a book from one of
13  her friends.
14     Q.  What book?
15     A.  I don't know.
16     Q.  What book did you mean?
17     A.  She probably looked in the yellow pages.
18        I can't recall.
19     Q.  Tell me when the last time you saw him
20  was.
21     A.  Sometime, I can't recall the date, in

54

1  April.
2     Q.  Of 2007?
3     A.  Yes.
4        MR. ALLEN:  No further questions.
5        MS. MCQUINN:  No further questions.
6        MR. ALLEN:  Thank you.
7        Waive.
8        (Signature having been waived, the

9  deposition was concluded at 3:09 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21

55

1        CERTIFICATE OF NOTARY PUBLIC
2   I, JONELL EASTON, the officer before whom the
3   foregoing deposition was taken, do hereby testify
4   that the witness whose testimony appears in the
5   foregoing deposition was duly sworn by me; that the
6   testimony of said witness was taken by me
7   stenographically and thereafter reduced to
8   typewriting under my direction; that said
9   deposition is a true and accurate record of the
10   testimony given by said witness; that I am neither
11   counsel for, related to, nor employed by any of the
12   parties to the action in which this deposition was
13   taken; and further, that I am not a relative or
14   employee of any attorney or counsel employed by the
15   parties hereto nor financially or otherwise
16   interested in the outcome of the action.
17            JONELL EASTON
18
19          Notary Public in and for the
20          District of Columbia
21   My Commission Expires:  March 31, 2009