Exhibit 68 Lakesha Parker Deposition

1

1  IN THE UNITED STATES DISTRICT COURT
2        FOR THE DISTRICT OF COLUMBIA
3  LOUISE THORNE, et al.,    )
4    Plaintiffs,        ) CIVIL ACTION NO.:
5  v.                ) CA-06-01204GK
6  DISTRICT OF COLUMBIA,    )
7  et al.,            )
8    Defendants.        )
9        ----------------------
10        Deposition of LAKEISHA RENITA PARKER,
11  taken on Wednesday, May 2, 2007 at 3:46 p.m., at
12  the Office of the Attorney General for the
13  District of Columbia, One Judiciary Square, 441
14  4th Street, N.W., Sixth Floor, Washington, D.C.,
15  before E. Marsellas Coates, Notary Public.
16        --------------------
17  Reported by:
18  E. Marsellas Coates
19
20
21

2

1  APPEARANCES:
2
3      GEOFFREY D. ALLEN, ESQUIRE
4      LAW OFFICES
5      1730 Rhode Island Avenue, N.W.
6      Suite 206
7      Washington, D.C.  20036
8      (202) 778-1167
9        On Behalf of the Plaintiffs
10
11      URENTHEA McQUINN, ESQUIRE
12      Office of Attorney General for the
13      District of Columbia
14      One Judiciary Square
15      441 4th Street, N.W.
16      Sixth Floor
17      Washington, D.C.  20001
18      (202) 724-6646

19          On Behalf of the Defendants
20
21


                           3
1          P R O C E E D I N G S
2          ----------------------
3          (Whereupon, Parker Deposition Exhibit
4   No. 1 through 6, documents, marked.)
5          LAKEISHA RENITA PARKER,
6   being first duly sworn to tell the truth, the
7   whole truth, and nothing but the truth, testified
8   as follows:
9          EXAMINATION BY MS. McQUINN:
10    Q.  State your full name.
11    A.  LaKeisha Renita Parker.
12    Q.  Ms. Parker, my name's Urenthea McQuinn.
13  I'm an attorney for the District of Columbia in
14   the case before us, which is Thorne -- Louise
15   Thorne, et al. versus District of Columbia, et
16   al.
17          Have you ever been deposed before?
18    A.  Deposed, what you mean?
19    Q.  Brought in for questioning just as you
20   are being done today?
21    A.  No.


                           4
1    Q.  Okay.  At a deposition it differs a
2   little from a trial.  You might hear the attorney
3   object, but quite often you can answer over the
4   objection, and he will let you know.  Because the
5   deposition is part of discovery and the attorneys
6   are trying to find out everything they can about
7   the case, before it goes to trial, if it goes to
8   trial.
9          (Brief interruption.)
10          MS. McQUINN:  I need you to take the 5
11   off of there and put it on one of the other
12   notarized copies.
13          THE REPORTER:  Replacing marked Exhibit
14   No. 5 with notarized copy.
15          BY Ms. McQUINN:
16    Q.  You have to speak up.  Try to remember

17  not to shake your head in response to questions,
18  because she has to take a verbal answer.
19       If you don't understand something, let
20  me know.  Because if you answer it, I will take
21  it to mean -- I will take it to mean that you did

5

1  understand the question.
2    A.  (Witness nods head.)
3    Q.  Do you have any questions about the --
4    A.  No.
5    Q.  -- deposition?
6       Okay.  Please state your full name?
7    A.  Lakeisha Renita Parker.
8    Q.  Okay.  Spell Lakeisha and Renita?
9    A.  L-A-K-E-I-S-H-A R-E-N-I-T-A.
10    Q.  Okay.  How old are you, and what is your
11  date of birth?
12    A.  Eighteen.  5/27/88.
13    Q.  Okay.  Do you know Mekasha (sic) and
14  Mikelle Bassett?
15    A.  Mikesha and Mikelle.
16    Q.  Yeah.  Mikesha --
17    A.  Bassett.
18    Q.  -- Mikelle --
19    A.  Yes.
20    Q.  -- Bassett?
21    A.  Yes.

6

1    Q.  How do you know them?
2    A.  My cousins.
3    Q.  Okay.  Is this with an aunt or an uncle
4  or --
5    A.  Huh?
6    Q.  Your parents are -- how are you related?
7  How are you cousins?
8    A.  Their mother is my aunt.
9    Q.  And are you talking about Louise Thorne?
10    A.  Yes.
11    Q.  And what are your parents' names?
12    A.  My legal guardian's name is Melita
13  Tolson.
14    Q.  Spell Melita for me?

15     A.  M-E-L-I-T-A.
16     Q.  T-O-L-S-O-N?
17     A.  T-O-L-S-O-N.
18     Q.  And why do you have a legal guardian?
19     A.  Because that's -- that's my guardian.
20     Q.  Are your parents alive?
21     A.  Yes.

7

1      Q.  And do you want to share with us why you
2  have a guardian?
3      A.  No.
4      Q.  Are you with your parents at all?
5      A.  No.
6      Q.  Do you ever see them?
7      A.  I see my mother.
8      Q.  What is her name?
9      A.  Samala Parker.
10     Q.  Spell it, please?
11     A.  S-A-M-A-L-A Parker.
12     Q.  L-A or D-A?
13     A.  L-A.
14     Q.  Parker?
15     A.  Uh-huh.
16     Q.  And her address?
17     A.  I'm not sure.  I don't remember her
18  address.
19     Q.  Pardon me?
20     A.  I don't remember her address.
21     Q.  Do you ever visit her?

8

1      A.  She comes to visit me.  I don't go to
2  her house.
3      Q.  What's your address?
4      A.  1251 H-O-W-I-S-O-N Place, S.W.,
5  Washington, D.C., 20024.
6      Q.  And what age did you get a legal
7  guardian?
8      A.  My grandmother been my guardian since I
9  was born.
10     Q.  And that's Melita Tolson?
11     A.  Yes.
12     Q.  And are you still in school?

13    A. Yes.
14    Q. Okay. Where?
15    A. University of District of Columbia.
16    Q. For how long have you been going there?
17    A. I'm a freshman. Started spring '07.
18    Q. Have you chosen a major yet?
19    A. Medical radiology.
20    Q. Okay. On January 15th, 2006, were you
21  in a car with Mikesha and Mikelle Bassett, in

9

1  which the car was stopped by the police?
2    A. What do you mean by that?
3    Q. Were you in a car with Mikelle and
4  Mikesha Bassett?
5    A. Yes.
6    Q. About what time of day or night was it?
7    A. It was around -- about 7 or 8 when we
8  was stopped. Between 7 and 10. I'm not sure
9  about the exact time.
10    Q. Okay. How did you happen to be in a
11  car? Where had you been going?
12    A. To the movies.
13    Q. Okay.
14    A. We were on our way back from her
15  mother's house, but we were coming back from the
16  movie.
17    Q. What time had you started out for the
18  movie?
19    A. She came to my house around 5.
20    Q. Who came to your house?
21    A. Mikelle.

10

1    Q. Mikelle?
2    A. Yes. Mikelle and Mikesha.
3    Q. And they came to your house in what way?
4  Were they driving then?
5    A. Yes.
6    Q. Which one was driving?
7    A. Mikelle.
8    Q. Do you have any recollection of what
9  time they picked you up?
10    A. I'm not sure.

11    Q.  Do you have any recollection of what
12  time the movie was supposed to start?
13    A.  We didn't get there until the end.  We
14  got there -- I'm not sure -- honestly, I'm not
15  sure about what time we got there, because at the
16  -- we got there like at the -- towards the end of
17  the movie.
18    Q.  And where did go to see the movie?
19    A.  To Virginia.  No.  I'm sorry.  We went
20  to Rivertown.  Rivertown.
21    Q.  And where is that?

11

1     A.  In Maryland.
2     Q.  What part of Maryland?
3     A.  Rivertown, Maryland.
4     Q.  You don't know?
5     A.  Rivertown, Maryland.
6     Q.  Okay.  Was the theater called Rivertown
7   Theaters or Rivertown --
8     A.  It was AMC.
9     Q.  AMC Theaters in Rivertown, Maryland?
10    A.  Uh-huh.
11    Q.  How long of a drive was it?
12    A.  From my --
13    Q.  Did they go directly from your house or
14  did they pick up other people?
15    A.  They went from my house.
16    Q.  Okay.  How long of a drive is that?
17    A.  About 15, 20 minutes.
18    Q.  Who else was in the car with them when
19  they picked you up?
20    A.  Shaneka.
21    Q.  Is that Harris?

12

1     A.  Uh-huh.
2     Q.  And who else?
3     A.  Mikelle, Mikesha and Shaneka.
4     Q.  Was anyone else in the car at that time?
5     A.  Yes.
6     Q.  At that point did you pick up someone
7   else?
8     A.  After the movie.

9      Q. And who was that?
10     A. Terrance.
11     Q. What's his full name?
12     A. I'm not sure.
13     Q. If I said Light, would that ring a bell?
14     A. I think so.  Terrance Light.  I think --
15  I think so, but I'm not sure of his last name.
16     Q. And what is his relationship to the
17  people in the car?
18     A. That's my cous -- that's my cousin's
19  friend.  They grew up together.
20     Q. Okay.  And when you say my cousin, which
21  are you talking about?

                            13
1      A. Mikelle and Mikesha.
2      Q. Okay.
3      A. They live around the same neighborhood.
4      Q. Have you ever known him to smoke
5  marijuana?
6      A. No.
7      Q. Did anyone else in the car smoke
8  marijuana that night?
9      A. No.  Everybody in the car had asthma.
10     Q. At some point, we heard that marijuana
11  was picked up from the backseat of the car.  Were
12  you a witness to any of that?
13        MR. ALLEN:  Objection to that.  And I
14  think what she said was, the officer displayed a
15  cigarette, which he said he had found in the
16  backseat of the car.
17     Q. Were you a witness to any -- that
18  occurrence?
19     A. The officer walked to the car after all
20  -- when all of us was laying on the ground, the
21  officer walked to the car and he said he found

                            14
1  marijuana, and he pulled -- I never seen him take
2  it out the car.  I never even -- he never even
3  went in the car.  He walked to the car and said,
4  oh, look what I found, I found marijuana.  But
5  from my knowledge he never went in the car to
6  retrieve it.

7     Q. And where were you at the time?
8     A. I was laying next to the car on the
9  ground.
10    Q. Okay.  Face up or face down?
11    A. Face down.  But the way I was laying, I
12  could see everything that was going on with the
13  car.
14    Q. Do you remember anything else?  Was
15  there any response to him having said that?
16    A. No.
17    Q. Did the officer say anything further?
18    A. Not at that moment.
19    Q. About the marijuana?
20    A. Yes.  Not at that moment.
21    Q. Did he say anything else?

15

1     A. Later he said, did anybody want this?
2  And everybody probably wondered whose it is.
3  Well -- and he was like, fine, I'll keep it
4  myself and put it in his pocket.
5     Q. What was the officer's name?
6     A. I'm not sure.  They -- we weren't able
7  to see their badges.
8     Q. What did he look like?
9     A. It was a Caucasian male.
10    Q. And by Caucasian do you mean white?
11    A. Yes.
12    Q. Whose car was being driven that night?
13    A. My aunt Louise.
14    Q. Okay.  Is that Louise Thorne?
15    A. Yes.
16    Q. Okay.  Can you tell us what kind of car
17  it was?
18    A. It's a four-door car, kind of -- it's an
19  old car.  I'm not exactly sure of what the name,
20  the model is, but it's an old car.  It was
21  four-door.

16

1     Q. Color?
2     A. Gray.
3     Q. And where were the people seated within
4  the car?

5      A.  Mikelle was in the front pass --
6   driver's seat.  Terrance was in the front
7   passenger seat.  I was sitting behind Mikelle,
8   Mikesha was sitting in the middle, and Shaneka
9   was sitting behind the passenger seat.
10      Q.  I'm sorry, the middle back was who
11   again?
12      A.  Mikesha.
13      Q.  So how long did you stay at the theater
14   complex?  Was it a complex?
15      A.  Uh-huh.
16      Q.  Was it a shopping center or just --
17      A.  It's a shopping center with a theat --
18   it's a shopping center with a theater in the
19   shopping center.
20      Q.  Do you know the name of the shopping
21   center?

17

1      A.  It's Rivertown.
2      Q.  It's Rivertown.  Had Mikelle driven her
3   mom's car before, to your knowledge?
4      A.  Yes.
5      Q.  And when had you seen her drive it
6   before?
7      A.  She was driving it ever since she
8   received her learner's permit.
9      Q.  And how long had that been?
10      A.  Since December, the beginning of
11   December.
12      Q.  And December of '05?
13      A.  Yes.
14      Q.  And had you been in it when she was
15   driving it?
16      A.  Once, yes.
17      Q.  Without incident?
18      A.  Without incident.
19      Q.  What did you say Shaneka's relationship
20   to you was?
21      A.  That's Mikelle and Mikesha's Godsister.

18

1      Q.  Okay.  How is Mikesha spelled?
2      A.  M-I-K -- I'm not sure how she spells her

3   name.  I think it's M-I-K-E-E-S-H-A.
4       Q.  Okay.  At some point, your car, the car
5   that you were in, was being followed by an
6   officer.  Did anyone in the car ever come to
7   realize that?
8       A.  When we was -- we was on, I believe it
9   was Atlantic Street in Southeast.  And we had the
10  green light, and the officer that was close to us
11  in a marked car, he had a red light.  So he had
12  that right turn to go up the street.  And for a
13  minute I thought -- it looked like he -- he ran a
14  red light, but he just followed us.
15          And at that time we didn't know what to
16  do, because at that time it was supposed to be
17  people going around raping females in a police
18  car.  So I told -- Mikelle kept going.  Mikelle
19  kept going.  She didn't want to stop.  But the
20  police never put their sirens on.
21      Q.  Okay.  So Mikelle kept going.  Did any

19

1   -- did you say you told her to or --
2       A.  No.  She kept on.
3       Q.  -- she just decided to keep going?  But
4   it was a marked car that you recognized at the
5   time?
6       A.  Yes.
7       Q.  And for how many minutes did that
8   following go on?
9       A.  He followed us for about seven blocks.
10      Q.  Did at -- any time did you ever see a
11  marked car with a light -- an unmarked car with a
12  light?
13      A.  Not until we got to the light.  And he
14  basically almost ran us off the street.
15      Q.  Do you know where that light was where
16  that -- where that happened?
17      A.  Atlantic Street.
18      Q.  Do you know the intersection?
19      A.  No.  I think it's Atlantic and Valley
20  Street, Southeast.  It's right there by -- it's
21  like a little pond of water right there.  A

20

1  stream of water.
2    Q.  You mean it stays there or it's only
3  there with rain?
4    A.  It stays there.  It's like a ditch right
5  there, and there's water right there.
6    Q.  You said they followed you for seven
7  blocks, and the reason you stopped was what?
8    A.  Because the -- the unmarked car hit our
9  car and almost knocked us off the road.
10    Q.  It hit your car?
11    A.  Yes.
12    Q.  Okay.  It hit your car where?
13    A.  In the front.
14    Q.  From --
15    A.  On the driver's side.  And we end up
16  here (indicating).  Because when the police jump
17  out the car, all of their guns were drawn, and we
18  ended up hitting the car in front of us.  We
19  didn't hit it, like really hit it, but we bumped
20  the car in front of us.
21    Q.  Okay.  How many police -- how many guns

                              21
1  did you see drawn?
2    A.  It was like a lot.  Too many.  It was
3  some in the front, people on the side, and people
4  in the back of the car.
5    Q.  Now, I understand there was many
6  officers?
7    A.  It was about ten.
8    Q.  Okay.  But how many guns did you see --
9    A.  Ten.
10    Q.  -- drawn?
11      Okay.  Do you know the names of any of
12  the officers --
13    A.  No.
14    Q.  -- that had their guns drawn?
15      Can you describe any of them?
16    A.  If I could -- if I see them I can point
17  them out.  But I can't describe how they look,
18  because it's like everything was so blurry.  And
19  they wouldn't -- at the end they wouldn't let us
20  get their badge numbers or their names.
21    Q.  Who called Keeon Bassett?

22

1      A.  The police officer.
2      Q.  How is Keeon spelled?
3      A.  K-E-Y-O-N.
4      Q.  Do you know about what time of evening
5  or night you were actually stopped?
6      A.  It had to be about 10 or 9.  It was
7  about 9 or 10.
8      Q.  Okay.  Whose door got opened first?
9      A.  Mikelle.
10     Q.  Did she open it or did an officer?
11     A.  That officer opened it and dragged her
12  out.
13     Q.  What, if anything, was said?
14     A.  It wasn't nothing said at that point.
15  He -- all the officers -- he opened Mikelle's
16  door and he dragged her out, and she didn't have
17  a chance to put -- because she had to kick the
18  car into park.  And Terrance had to try to help
19  her take off her seatbelt, because she was still
20  in  her seatbelt.
21     Q.  Did she or the officer say anything?

23

1      A.  The officer was dragging her back down
2  the street in the middle of the street, and she
3  had to yell out she was pregnant in order for him
4  to stop dragging her.
5      Q.  You said Terrance had to do what?
6      A.  Help -- try to help her unbuckle her
7  seatbelt, because she couldn't unget it.
8      Q.  Was he the one who unbuckled her belt?
9      A.  No.  She ended up doing it, but he was
10  trying to help her.
11     Q.  Exactly what did she say when she was
12  saying she was pregnant?
13     A.  She was screaming that she's pregnant,
14  could he stop dragging her.
15     Q.  Did she say I'm pregnant, stop dragging
16  me?
17     A.  She said, I'm pregnant, I'm pregnant,
18  stop dragging me, please, I'm pregnant.
19     Q.  Now, while that was happening, was

20  everyone else still in the car?
21      A.  No.  We was getting taken out one by

                            24
 1  one, basically.
 2      Q.  Okay.  Who was taken out next?
 3      A.  I'm not sure.  The only person that
 4  didn't -- wasn't taken out was Mikesha.
 5      Q.  And how did she get out?
 6      A.  She jumped out.
 7      Q.  Through the door or the window?
 8      A.  The door.  Because the door was already
 9  open.
10      Q.  When you say she jumped out, the door
11  was open so she jumped, or did she just get out?
12      A.  She got out the door.  She got out the
13  car.
14      Q.  She got out by jumping or she just
15  stepped out?
16      A.  She stepped out the car.
17      Q.  Who took -- did you observe Terrance
18  being taken out of the front passenger seat?
19      A.  No.  While he was being taken out, I was
20  being taken out.
21      Q.  Okay.  And how were you taken out?

                            25
 1      A.  He ordered me out at gunpoint, and he
 2  threw me on the -- to the ground, on the
 3  sidewalk, and put his knee in my back.
 4      Q.  And what, if anything, did he say?
 5      A.  I told him -- I asked him could he get
 6  his knee out my back because I had asthma, and he
 7  told me to shut the F up.  And I said I got
 8  asthma, I'm about to have an asthma attack, could
 9  you take your knee out my back.
10      Q.  And the name of this officer?
11      A.  I don't know.
12      Q.  Can you describe him?
13      A.  Yes.  He was white and he was a male.
14      Q.  And anything else?
15      A.  No.
16      Q.  Okay.  How did Shaneka get out?
17      A.  She was taken out by the police.

18     Q. Did you observe it?
19     A. No.
20     Q. Well, how do you know that?
21     A. Because all of the police had everybody

26

1 except for -- all the police took somebody out
2 except for Sha-Sha. Sha-Sha got out --
3     Q. Who is Sha-Sha?
4     A. Mikesha got out on her own, and that's
5 when the police threw her in the car. And then
6 they took her and threw her in the paddy wagon.
7     Q. This is Mikesha?
8     A. Yes.
9     Q. But you didn't see Shaneka being taken
10 out by the officer?
11     A. Everybody had an officer except for --
12 everybody was taken out by an officer.
13     Q. Did you observe that with Shaneka?
14     A. What do you mean, did I observe?
15     Q. Did you see that happen with Shaneka?
16     A. I seen when the officer was putting her
17 on the ground, yes.
18     Q. Did you see him pull her out of the car?
19     A. I didn't pay attention to that. I
20 wasn't --
21     Q. So you saw her at the point she was

27

1 being put on the ground?
2     A. Yeah. When she was being slammed on the
3 ground.
4     Q. And so an officer initially put Mikesha
5 in a car?
6     A. Uh-huh.
7     Q. Was it a marked car?
8     A. Yes.
9     Q. And then later in a paddy wagon?
10     A. He didn't put her in the paddy wagon, he
11 threw her in there.
12     Q. Okay. Do you know why?
13     A. No. Because she was kirk'n -- because
14 her -- they was dragging her sister and she was
15 mad.

16    Q.  So she was cursing?  Is that what you --
17    A.  No.  I said -- I was about to say she
18  was kirk'n, but she was -- they was dragging her
19  sister and she was saying let her sister go.  She
20  was trying to get them to let her sister go.
21          And he took her and said, shut up, B,

28

1  and threw her in the paddy wagon.
2    Q.  Was she screaming?
3    A.  She was screaming, let my sister go, get
4  off my sister.
5    Q.  Was she screaming loudly?
6    A.  Not real loud.
7    Q.  But loud?
8    A.  Uh-huh.
9    Q.  And what was Mikelle saying at that
10  time?
11    A.  She was telling the man she was
12  pregnant.
13    Q.  Okay.  After that -- did you hear her
14  say anything more?
15    A.  No.
16    Q.  Did you hear Terrance say anything?
17    A.  No.
18    Q.  Did you hear any other officer say
19  anything?
20    A.  They was standing around laughing and
21  joking.

29

1    Q.  About how long were you face down on the
2  ground?
3    A.  For about almost an hour.
4    Q.  And where on the ground were you?
5    A.  What you mean where on the ground?
6    Q.  Was it a sidewalk, was it a street?
7    A.  I was on the sidewalk.
8    Q.  And at any point were you taken up or
9  told to get up from that position?
10    A.  Yes.
11    Q.  And what -- who said what?
12    A.  A black officer helped me up to sit on
13  the sidewalk, because I told him I was having an

14  asthma attack, I couldn't breathe.
15     Q.  And how did he help you?
16     A.  He lift me -- he took my arm, because
17  they put handcuffs on us, and he pushed me --
18  took my arm up and sat me on the sidewalk, at the
19  edge of the sidewalk.
20     Q.  On the curb?
21     A.  Yes.

                           30
1     Q.  Were all of you handcuffed?
2     A.  Yes.
3     Q.  And how --
4     A.  Everybody was handcuffed.
5     Q.  Okay.  And how long were you handcuffed?
6     A.  We was handcuffed about two, three
7  hours.
8     Q.  Did the officer ever tell you why you
9  were stopped?
10     A.  First, he said we didn't have our
11  seatbelts on.  And then he gave us another
12  excuse, he said that it was a robbery down the
13  street and we looked like we fit the description.
14        It was -- the car was supposed to have
15  four dudes, and it looked like we fit the
16  description of the car, four dudes.
17     Q.  And the car or the people inside or
18  both?
19     A.  Both.
20     Q.  At some point were you allowed to make
21  any phone calls?

                           31
1     A.  No.
2     Q.  How did Keeon Bassett know to come
3  there?
4     A.  The police called her.
5     Q.  And who gave her number to the police?
6     A.  Mikelle.  Because she asked could she
7  call her mother, and the police officer said no.
8  And so she was trying to call her mother anyway
9  and he took and threw the phone.  And he was
10  like, is there somebody else you could call other
11  than your mother.  And she said you can call my

12  sister.
13      Q.  Which officer was this?
14      A.  I don't know the officer's name.
15      Q.  Can you describe him?
16      A.  The officer she was talking to was
17  white.
18      Q.  Did that officer make that call to the
19  sister or some other officer?
20      A.  I believe he did.
21      Q.  And what phone did he use?

                              32
1       A.  I don't know.
2       Q.  Did you have any verbal exchange, direct
3   verbal exchange, with the office there?
4       A.  He asked -- he just took my information
5   down and he asked me what -- he asked me what
6   school did I go to.  And I said Wilson.  And he
7   said, you out here acting like that.  I said, I'm
8   not acting like anything.
9       Q.  Did you graduate from Wilson?
10      A.  Yes.
11      Q.  Is that Wilson High School?
12      A.  Woodrow Wilson Senior High School.
13      Q.  When did you -- what year?
14      A.  '06.
15      Q.  Did any of the young people get
16  hysterical?
17      A.  No.
18      Q.  Were any of them yelling?
19      A.  Only when Mikelle was being dragged down
20  the street, Mikesha was.
21      Q.  Were any of them crying?

                              33
1       A.  (Witness nods head.)
2       Q.  Which one?
3       A.  Mikelle was crying.  And I was crying,
4   because I was having an asthma attack.
5       Q.  Anyone else?
6       A.  No.
7       Q.  Okay.  Was Mikesha yelling when she was
8   saying leave my sister alone?
9       A.  Yes.  But she wasn't real loud.  She was

10  loud enough for them to hear.
11      Q.  All right.  How long did it take for
12  Keeon Bassett to get to the scene after having
13  being called?
14      A.  About five minutes.
15      Q.  And what, if anything, was said when she
16  arrived?
17      A.  When Ke-Ke got there he said -- he told
18  her that we was pulled over for running a stop
19  sign, and that he found marijuana in the car.
20      Q.  Do you know which officer?
21      A.  No.

                              34
1      Q.  Can you describe him?
2      A.  I don't know which officer was talking
3  to her.  I think it was one of the white
4  officers.  I'm not sure.
5      Q.  And so why do you think this person was
6  white?  You don't know?
7      A.  I'm trying to remember.  No.  I think it
8  was the black officer that told her that.
9          Oh.  And also when we was standing on
10  the sidewalk, the police officers, they checked
11  Terrance and he found a condom in his pocket.
12  And the police officer said, oh, my man, one
13  condom, four girls, my man getting lucky tonight.
14      Q.  Was there any response to that?
15      A.  I just turned my head.  I ain't say
16  nothing.
17      Q.  And what was done with the condom?
18      A.  Nothing.  They put it back in his
19  pocket.
20      Q.  Okay.  As part of the coming to this
21  deposition today, you were requested to bring

                              35
1  various documents.  Could you look at your
2  Deposition Exhibit 1.  The paragraph on the
3  amended notice of deposition on page 2.
4          Do you have any type of documents or
5  records or photographs in your possession or that
6  you know about related to this case?
7      A.  No.

8     Q.  Did you bring any documents with you
9  today?
10     A.  (Witness shakes head.)
11     Q.  You have to answer out loud.
12     A.  No.
13     Q.  Have you seen any photographs related to
14  this case?
15     A.  No.
16     Q.  Have you seen any people being
17  photographed?
18     A.  I know Mikelle was photographed.
19     Q.  Did you see that occurring?
20     A.  Uh-huh.  Yes.
21     Q.  Who took her photographs?

36

1     A.  He mother.
2     Q.  And when did she take those?
3     A.  When she went to the hospital that
4  night.
5     Q.  Okay.  Did she take them at the hospital
6  or at the home?
7     A.  At the home, I believe.
8     Q.  Did she take photos of anyone else?
9     A.  Shaneka.
10     Q.  And her mother is?
11     A.  Whose mother?
12     Q.  You said Mikelle's mother?
13     A.  Louise.
14     Q.  Is that Louise Thorne?
15     A.  Yes.
16     Q.  And she took pictures of Shaneka?
17     A.  Yes.  Shaneka Harris.
18     Q.  Have you incurred any medical bills
19  related to this case?
20     A.  I have insurance.
21     Q.  Okay.  So what --

37

1     A.  So.
2     Q.  Did you see any medical personnel
3  regarding this incident?
4     A.  Yes.
5     Q.  Where did you go?

6    A.  I went to Georgetown Mobile Van, Kids
7   Mobile Van.  And also I went to see a
8   psychiatrist.
9    Q.  Name?
10    A.  What was the name.  I forgot her name.
11    Q.  Is this the same one that --
12    A.  Yes.  All of us went to see the same
13   psychiatrist.  Me, Mikelle and Mikesha went to
14   see the same psychiatrist.  Dr. Randolph.
15    Q.  Corlis Randolph?
16    A.  Yes.
17    Q.  What gave you Dr. Randolph's name?
18    A.  My aunt Louise.
19    Q.  Louise Thorne?
20    A.  Yes.
21    Q.  When did she give you Dr. Randolph's

38

1   name?
2    A.  I mean I went -- when Mikelle first
3   went, I went with them, and Dr. Randolph said I
4   could come see her also.  Told me to come see her
5   also.
6    Q.  When did she first go?
7    A.  Like a week after it happened, after the
8   situation happened.  It was beginning of January
9   after it happened.  January 2006.
10    Q.  Okay.  This happened January 15th, '06.
11    A.  Yeah.  It was like a week after it
12   happened.
13    Q.  And so did Mikesha go on the same day --
14   Mikesha go on the same day as Mikelle?
15    A.  Yes.
16    Q.  Did they go with Mrs. Thorne or did she
17   send them alone?
18    A.  She sent them alone.  No, on the first
19   day all of us went together.
20    Q.  On the first day.  And you were just
21   going along?

39

1    A.  Yeah.
2    Q.  And then the psychiatrist came out of
3   the office and told you you could come back?

4     A.  Yes.  But out of -- we didn't have our
5  meetings with her at the same time.  All of us
6  had separate meetings with her.
7     Q.  Okay.  How soon thereafter did you go
8  back?
9     A.  I started her -- seeing her at the end
10  of January.
11     Q.  And how many times have you gone?
12     A.  I went every Thursday for -- until May,
13  the end of May.
14     Q.  And what are your parents' names?
15  What's your grandmother's name?
16     A.  Melita Tolson.
17     Q.  Did she know you were going?
18     A.  Yes.
19     Q.  Every Thursday until the end of May?
20     A.  Yes.
21     Q.  '06?

40

1     A.  Yes.
2     Q.  And why did you stop?
3     A.  What did you say?
4     Q.  And why did you stop?
5     A.  Because I had -- I went out of town,
6  because I was going to go to college out of town,
7  but I came back.
8     Q.  And never started going again?
9     A.  No.  I went -- I went to talk to like my
10  psychiatrist at my school.
11     Q.  And the name?
12     A.  Huh?
13     Q.  And the name of that psychiatrist?
14     A.  What's her name?  Dr. Wynn.
15     Q.  Can you spell that?
16     A.  W-Y-N-N.
17     Q.  Is that at UDC or at Woodrow Wilson?
18     A.  Wilson.
19     Q.  Did you bring the records from
20  Dr. Corlis Randolph?
21     A.  No.  She ain't give me no records.

41

1         MS. McQUINN:  Put a motion to compel at

2  this point, records for Dr. Randolph.
3      MR. ALLEN: We don't have them. We've
4  requested them. As soon as we get them, we'll
5  get them to you.
6      Q. And what did the sessions involve with
7  Dr. Randolph?
8      A. She talked to us about what the
9  situation what happened. And we tell her about
10  how we was feeling. And do some therapy. Like
11  that.
12      Q. And what did she tell you?
13      A. Do I have to discuss that?
14      Q. Yeah. If you want to keep -- yes.
15      MR. ALLEN: Yeah. You do.
16      A. She didn't -- I did the majority of the
17  talking. And I'd tell her how I feel, and what
18  -- about my nightmares and everything I was going
19  through.
20      Q. What did she say?
21      A. She basically listened. And then she'll

                            42
1  tell me that even though that happened, I can't
2  let that stop me from doing what I want to do.
3      Q. And what else did she say?
4      A. She just gave advice, you know, on like
5  how to just move on with life.
6      Q. Did you see any other doctors beside
7  Dr. Corlis Randolph?
8      A. (Witness shakes head.)
9      Q. I ask also that you submit the records
10  from Georgetown Kids Mobile Van.
11      MR. ALLEN: Yeah. Anything we get,
12  we'll give you. We don't have them at the
13  moment, but if we obtain them, we certainly will
14  send them to you.
15      MS. McQUINN: Put a motion to compel on
16  those.
17      Q. I want to look at what's been marked
18  Parker Deposition Exhibit No. 2. And I want you
19  to look at the narrative -- oh, let me mark sure
20  -- is that information correct for you, that
21  5/27/88?

43

1    A.  Uh-huh.
2    Q.  Is that what you said was your birth
3  date?
4       Look at the narrative at the bottom, the
5  last paragraph and onto the next page.  I want
6  you to read through that.
7    A.  (Witness complying.)
8    Q.  It is a January 19th, 2006 letter from
9  the Counsel in this case, Geoffrey Allen.
10   A.  (Witness reviewing exhibit.)
11      MR. ALLEN: (Counsel reviewing exhibit.)
12      THE WITNESS:  Yeah, I read that.
13      MR. ALLEN:  Okay.
14   Q.  Turning back to that first page.  It
15  states that you were stopped at Valley Avenue and
16  Chesapeake Street in Southeast.  Is that your
17  recollection?
18   A.  I'm not too sure with Southeast streets.
19   Q.  Okay.
20   A.  But I know it was Valley.  I don't know
21  what the cross intersection was.

44

1    Q.  Okay.  It also states at the very last
2  line that you were followed for about 10 to 20
3  minutes.  Do you have a recollection of that
4  being the time in which you were followed?
5    A.  Yeah.  About seven blocks.
6    Q.  And that would have -- is that -- are
7  you in agreement with that time frame?
8    A.  Yes.
9    Q.  Now, at the top of the next page where
10  it says another police car pulled up and blocked
11  your car from proceeding.  Did you state earlier
12  that that was the unmarked car?
13   A.  Yes.
14   Q.  Did you see his light once he blocked
15  you?
16   A.  No.
17   Q.  This says one officer pulled out his
18  gun.  Is that your recollection?
19   A.  No.
20   Q.  Do you recall anyone being grabbed by

21  the neck?

45

1     A.  Yes.  Mikelle.  And he was dragging her
2  by her hair.
3     Q.  And which officer?
4     A.  I don't know any of the officers' names.
5     Q.  Can you describe the one dragging her by
6  the neck and hair?
7     A.  He was white.  And he was a male.
8     Q.  Any other description?
9     A.  No.
10    Q.  Do you recall what LaKeisha Parker, you,
11  yourself -- never mind.
12        When you were allegedly dragged out of
13  the car, was it by your shirt as alleged here?
14    A.  Yes.
15    Q.  Okay.  Was anything being said to you
16  while this was happening?
17    A.  No.
18    Q.  Okay.  Did you see anyone else -- is it
19  your allegation that the officer's knee was put
20  in your back?
21    A.  Yes.

46

1     Q.  Do you recall anyone else having a knee
2  being put in their back?
3     A.  Yes.
4     Q.  Who else?
5     A.  Shaneka.
6     Q.  Do you recall the officer?
7     A.  No.
8     Q.  A description?
9     A.  He was -- all the officers from the
10  beginning was white.  And then like when we was
11  sitting on the curb, it was one black officer
12  came and sat me on the curb, and then one -- like
13  two more came.
14    Q.  At what point did you see the black
15  officer?  How much had happened by the time --
16    A.  All of us was dragged out the car.  All
17  of us was out of the car by that time.  And the
18  man, he said he found weed in the car.

19     Q. Which one, black or white?
20     A. White.
21     Q. And that had already happened by the

47

1  time the black officer put you on the curb?
2     A. Yes.
3     Q. Do you recall seeing Mikesha thrown
4  against a car?
5     A. I know she was thrown in the paddy
6  wagon.
7     Q. When you say thrown in the paddy wagon,
8  can you describe the officer that you saw do
9  that?
10     A. He was white.
11     Q. Do you know the address of Terrance
12  Light?
13     A. No.
14     Q. Do you know where he lives?
15     A. No.
16     Q. Have you ever gone to his home?
17     A. No.
18     Q. He's in the neighborhood with your
19  cousins?
20     A. He was, at that time.
21     Q. Is he in D.C.?

48

1     A. I don't think so.
2     Q. How long have you known him?
3     A. Terrance?  For like -- I met him like
4  November of '05.
5     Q. And where was he living then?
6     A. In Southeast.
7     Q. Was he living with his family?
8     A. I don't know.  I don't know who he was
9  living with.
10     Q. And what's his age?  Do you know
11  Terrance's age?
12     A. No.
13     Q. Is he older than your cousin?
14     A. I'm not sure.  I don't know his age.
15     Q. Is he in their age group?
16     A. I'm not sure, I don't know his age.

17    Q.  And you've known him how many years?
18    A.  I known him since November '05.  I'm not
19  in his business asking his age.
20    Q.  Well, it's not business, it's looking at
21  a person and knowing an age group in which they

49

1  might fall?
2    A.  He's in their age -- he's in our age
3  group.  But I don't know his exact age.
4    Q.  Now, this paragraph here that says all
5  offending officers were white male Metropolitan
6  Police Officers.  Is that true?
7    A.  Yes.
8    Q.  Whose idea was it to bring the lawsuit?
9      MR. ALLEN:  Objection.
10    Q.  When did you first hear about a lawsuit
11  being brought?
12    A.  Once I came to see the lawyer.
13    Q.  Is that the lawyer here today or another
14  lawyer?
15    A.  Yes.  Mr. Allen.  We discussed it -- my
16  aunt discussed it with him.
17    Q.  Your aunt, Louise Thorne?
18    A.  Yes.
19    Q.  And she gave you the message to go to
20  his office?
21    A.  He called us all -- she called and she

50

1  said that -- she knew him, she heard of him and
2  she said he was a good lawyer, and she suggested
3  -- she suggested all of him for our cases.  For
4  all of us to be on the same case load.  And she
5  suggested that we go and talk to him.  And we
6  went and talked to him.
7    Q.  When did you first hear that a suit was
8  going to be filed?
9    A.  Within a month after it happened.
10    Q.  Where did you first hear that?
11    A.  From my Aunt Louise.
12    Q.  Okay.  And how did she say that?
13    A.  We were talking and she knew we were
14  talking about it, and she said that she don't

15  think it was right what happened.
16      Q.  And how did she say a lawsuit would be
17  filed?
18      A.  She was talking to me, and she said she
19  didn't think it was right and that she was going
20  to take a suit out.
21      Q.  And did she -- when she -- did she speak

51

1  with your grandmother?
2      A.  Yes.
3      Q.  Okay.  So she came to your home and
4  talked to your grandmother about this?
5      A.  No.  She -- we was -- she talked to my
6  grandmother over the phone.
7      Q.  Okay.
8      A.  Because I wasn't going to tell my
9  grandmother.
10      Q.  Did she also call Kathy Cruz, the
11  mother of Shaneka Harrison?
12      A.  Yes.  I don't know if she called them or
13  not.  I wasn't there when she called them.  I was
14  just there when she called my grandmother.
15      Q.  Had you told your grandmother before
16  Ms. Thorne called your grandmother?
17      A.  No.
18      Q.  Well, what did your grandmother say to
19  you after having spoken with Ms. Thorne?
20      A.  She was mad that it happened, and she
21  was kind of mad that I didn't tell her.  But then

52

1  she said it's hard to tell something like that at
2  the same time.  She said that it'd be okay to --
3  she said everything would be okay.
4      Q.  Looking at Exhibit No. 3 on page 2.
5  Exhibit 3 is a March 15, 2006 amended notice
6  letter from attorney Geoffrey Allen.  Looking at
7  the last paragraph -- or the next to the last
8  paragraph; the officers were making humiliating
9  and threatening --
10      A.  (Witness reviewing exhibit.)
11      Q.  -- comments.  What humiliating and
12  threatening comments do you recall, aside from

13  those you already told us?
14      A.  Which was, I told you that he -- he said
15  he found a condom in his pocket and he said, oh,
16  four females, one dude, a condom, oh, my man
17  going to get it in.
18          And then he was -- he was sitting there,
19  he asked us what school do we go to.  And I said
20  I go to Wilson.  Me and Mikelle went to Wilson at
21  the time.  He said y'all out here acting like

53

1  this.  And then he called -- he was saying -- he
2  was telling us to shut the F up.  And he called
3  Mikesha a B.
4      Q.  Are you using F to stand for fuck?
5      A.  Yes.
6      Q.  And at what point did he call -- when
7  you use B, you mean bitch?
8      A.  Yes.
9      Q.  At what point did he call Mikesha a
10  bitch?
11      A.  When he was throwing her in the paddy
12  wagon.
13      Q.  And what was she saying in response?
14      A.  She was saying let my sister go, and he
15  said shut up --
16      Q.  Any other comment from the officers?
17      A.  No.
18      Q.  Okay.  Take a look at your answer on
19  Exhibit Number --
20          MR. ALLEN:  These are just the
21  questions.  You've given her -- what you've given

54

1  her is just the questions, not the answers.
2      Q.  Exhibit No. 5 is the Interrogatories to
3  you.  And as you can see, on those -- on the
4  backs of these Interrogatories we have a request
5  for production of documents, in which we asked
6  you for everything connected with this case, all
7  documents and records.  And we also asked for
8  your medical records.
9          And you've shown up without anything
10  today?

11      MR. ALLEN:  Well, she's not required to
12  -- she's required to give you what she's got.
13  She's not required to go out and get documents.
14  I have requested the documents.  And when they
15  arrive I will -- I will give them to you.  But
16  she's not required to go out and obtain her
17  medical records.
18      MS. McQUINN:  I don't recall saying
19  that.
20    Q.  What I'm saying is, you have not shown
21  up with any records?


                            55
1    A.  Okay.  I wasn't told to bring any such
2  records.
3    Q.  Yes.  On the notice of deposition you
4  were told to bring records?
5    A.  I didn't receive the notice of
6  deposition.
7    Q.  When it's given to your Counsel, it's
8  taken as given to you, Miss.
9    A.  Well, I haven't received it.
10    Q.  Take a look at Exhibit No. 6.  It's your
11  response to discovery.
12    A.  Uh-huh.
13    Q.  Yes.  No. 2, your answer, you have one
14  adult conviction for resisting arrest in
15  Montgomery County in July '06.
16    A.  Uh-huh.
17    Q.  What is that about?
18    A.  Resisting arrest.
19    Q.  Regarding?
20    A.  I was out in Maryland with my cousin --
21  with my other cousin, and the police officer


                            56
1  pulled us over.  And I asked him -- I was -- she
2  didn't have her -- it was her registration with
3  her, because her mother had a new car and my aunt
4  had it.  So I asked the police officer could I
5  call my aunt.  And he said, yes, go ahead.  I
6  don't care what you do.  Go ahead.
7      And so I called my aunt, and she asked
8  -- I asked him, well, when I call my aunt, do you

9   want me to bring you the phone.  He said I don't
10  care what you do.  So I took him the phone, and
11  he threw the phone -- he threw my phone under the
12  car, and I said you didn't have to throw my
13  phone.  And he arrested me for resisting arrest.
14      Q.  And what was the charge?
15      A.  Resisting arrest.
16      Q.  And why were you being arrested?
17      A.  I just told you.
18      Q.  For what?
19      A.  Resisting arrest.
20      Q.  Yes.  But you were resisting arrest for
21  what?  Initially what -- what was going on?

57

1       A.  I just told you.  I took him the phone,
2   because my aunt wanted him, to explain why my
3   cousin didn't have her papers.  And he threw my
4   phone under the car.
5       Q.  And then?
6       A.  And I said he didn't have to do all
7   that.
8       Q.  And then he proceeded to arrest you?
9       A.  Yes.
10      Q.  And this was an officer in Montgomery
11  County?
12      A.  Uh-huh.
13      Q.  What was the officer's name?
14      A.  I don't remember.
15      Q.  When did you show up for court?
16      A.  September.
17      Q.  And what was the disposition of the
18  case?
19      A.  Probation before judgment.
20      Q.  Any other arrests?
21      A.  No.

58

1       Q.  At the time this happened you were how
2   old?
3       A.  Eighteen.  I just turned 18.
4       Q.  Do you work?
5       A.  I was working, but I'm in school
6   full-time now.

7     Q.  Where did you work?

8     A.  I worked for Ben and Jerry's, and I

9  worked for Court Services.

10     Q.  Doing what?

11     A.  Answering phones.

12     Q.  And what's the address for Court

13  Services?

14     A.  1230 Taylor Street, N.W.  T-A-Y-L-O-R.

15     Q.  Do you know the zip code there?

16     A.  No.

17     Q.  Phone number?

18     A.  (202) 585-7 -- (witness retrieving from

19  cell phone.)  585-7700.

20     Q.  How long did you work for Court

21  Services?

59

1     A.  It was an internship for the summer.  So

2  I worked there from July to August.

3     Q.  Of '06?

4     A.  Yes.

5        MR. ALLEN:  No, we're not making a lost

6  wage claim.

7        MS. McQUINN:  Okay.  Good.

8        MR. ALLEN:  Well, so I'm not sure why

9  employment questions are relevant.

10        MS. McQUINN:  That was my next question.

11     Q.  Now, have you been under any psychiatric

12  care before this case?

13     A.  I went to see a psychologist.

14     Q.  And when was that?

15        MR. ALLEN:  Did you -- she said before

16  this incident were you under any psychological or

17  psychiatric treatment.  Before the incident, not

18  since.

19     A.  No.  Oh, no.

20     Q.  So this was your first time?

21     A.  Yes.

60

1     Q.  And you stopped when?

2     A.  May, the end of May of '06.

3     Q.  Are you still alleging any kind of

4  psychological damage?

5      A.  What do you mean?
6      Q.  Are you alleging psychological damage of
7  any kind in regard to this case?
8      A.  I don't trust the police at all.  No
9  form, fashion, no kind.
10     Q.  Did you have any physical injuries?
11     A.  I had scratches.
12     Q.  Were there any other statements made at
13  the scene that you haven't told us about?
14     A.  No.
15     Q.  Did you observe any other physical
16  altercations at the scene that you haven't
17  described to us today?
18     A.  No.
19     Q.  Aside from the people in the car, do you
20  know of any other witnesses to this event?
21     A.  No.  Other than Keeon, I mean.  But she

                          61
1  wasn't there throughout the whole thing, so, no.
2      Q.  Do you know what negligence means?
3      A.  No.
4      Q.  Do you know the names of any of the
5  officers who were involved in this incident?
6      A.  No.
7      Q.  Have you told us about the doctor at
8  Georgetown?
9      A.  Yes.
10     Q.  Okay.  And which one was that?
11     A.  Georgetown Mobile Clinic.
12     Q.  This lists a doctor in your response to
13  discovery, this lists a Dr. Levy?
14         MR. ALLEN:  Which page?
15     A.  Uh-huh.
16         MS. McQUINN:  Page 9.
17     Q.  L-E-V-Y.  What did he treat you for?
18     A.  Asthma.  That's my primary doctor.
19     Q.  And he's at Georgetown?
20     A.  Yes.
21     Q.  Georgetown?

                          62
1      A.  Kids Mobile Van.
2      Q.  Mobile Van.  What's his address?

3      A.  N Street, S.W.

4      Q.  N?

5      A.  Yes.

6      Q.  Do you know the address?

7      A.  They're -- no.  It's a mobile van.

8      Q.  Okay.  So does it stay put or does it go

9  around?

10      A.  It stay -- it travels around.  On

11  Fridays at N Street in Southwest.

12      Q.  What intersection?

13      A.  N and 1st.

14      Q.  Do you know his full name or her full

15  name?

16      A.  Dr. Robert Levy.

17      Q.  What does he do for you?

18      A.  He's my pediatric.  He treats me for

19  asthma; he treats me when I'm sick.  He's my

20  primary doctor.

21      Q.  About how many years have you been

63

1  seeing him?

2      A.  Since I was 12.  About six years now.

3      Q.  Okay.  So have you told us all of your

4  injuries, all of your alleged injuries?

5      A.  Yes.  And after the situation I suffered

6  from seizures.  I had seizures.

7      Q.  And when was that?

8      A.  I had my seizure in, I believe it was

9  February, January, '06.

10      Q.  Which month was it?

11      A.  Huh?

12      Q.  This occurred January 15th, '06.  You're

13  saying this year you had a seizure?

14      A.  Uh-huh.

15      Q.  And how do you link that to January

16  15th, '06?

17      A.  I mean this was my first time having a

18  seizure, a seizure from that time.

19      MR. ALLEN:  Presently, I can tell you,

20  it's not part of our contention where you can

21  link up the seizures with this incident.

64

1     MS. McQUINN:  Good.
2     Q.  Is there anything else you'd like to add
3  that you haven't told us about this case that
4  occurred that evening?
5     A.  No.
6     MS. McQUINN:  I have no questions.
7     MR. ALLEN:  I have no questions.  And
8  we'll waive signature.
9     (Whereupon, reading and signing waived,
10  the deposition was concluded at 5:00 p.m.)
11          ---------------------
12
13
14
15
16
17
18
19
20
21

                              65
1  STATE OF MARYLAND        SS:
2     I, E. Marsellas Coates, a Notary Public
3  of the State of Maryland, do hereby certify that
4  the within named, LAKEISHA RENITA PARKER,
5  personally appeared before me at the time and
6  place herein set out, and after having been duly
7  sworn by me, was interrogated by counsel.
8    I further certify that the examination was
9  recorded stenographically by me and this
10  transcript is a true record of the proceedings.
11     I further certify that the stipulations
12  contained herein were entered into by counsel in
13  my presence.
14    I further certify that I am not of counsel to
15  any of the parties, nor an employee of counsel
16  nor related to any of the parties, nor in any way
17  interested in the outcome of this action.
18    As witness my hand and notarial seal this 7th
19  day of May, 2007.
20  My commission expires
21  December 1, 2008          Notary Public

66

1           INDEX OF EXAMINATION
2   LAKEISHA RENITA PARKER                    PAGE
3   BY MS. McQUINN ............................ 3
4
5           INDEX OF EXHIBITS
6   No. 1 amended notice of depositions......... 3
7   No. 2 letter dated 1/19/06.................. 3
8   No. 3 letter dated 1/15/06.................. 3
9   No. 4 third amended complaint............... 3
10  No. 5 defendant's interrogatories and request
11  for production of documents................. 3
12  No. 6 answers to defendants interrogatories
13  and request for production of documents..... 3
14
15
16
17      REQUESTS TO MARK FOR MOTION TO COMPEL
18          PAGE   LINE
19          41     1
20          42     15
21