IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.*,<br>        Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>        Defendants. | Civil Action No. 06-01204 GK |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE THEIR REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b), defendants District of Columbia and Metropolitan Police Department Officers McAllister, McGrew, Robison and Teel hereby move for a two day extension of time – from October 1, 2007 to and including October 3, 2007 -- within which to file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss and/or Motion for Summary Judgment. Please see the accompanying Memorandum of Points and Authorities in support of this motion.

                              Respectfully submitted,

                              LINDA SINGER
                              Attorney General for the District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General
                              Civil Litigation Division

                              /s/
                              NICOLE L. LYNCH [D.C. Bar #471953]
                              Chief, General Litigation, Section II

                              /s/
                              URENTHEA McQUINN [D.C. Bar #182253]
                              Assistant Attorney General
                              441 4th Street, N.W.
                              Sixth Floor South
                              Washington, D.C.  20001

(202) 724-6646
(202) 727-3625 (Fax)
urenthea.mcquinn@dc.gov

October 1, 2007

## Certification

On October 1, 2007, pursuant to LCvR 7(m), the undersigned counsel for defendant telephoned plaintiff's counsel, Geoffrey D. Allen, and left a detailed message regarding this motion, the reason therefor and a request for consent thereto. The undersigned also sent an electronic mail to this same effect.

/s/
**Urenthea McQuinn**
**Assistant Attorney General, D.C.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LOUISE THORNE, *et al.*,<br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>　　　　　Defendants. | Civil Action No. 06-01204 GK |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'**
**MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE THEIR REPLY**
**TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND/OR**
**MOTION FOR SUMMARY JUDGMENT**

　　　　Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia moves for a two day extension of time – from October 1, 2007 to and including October 3, 2007 -- within which to file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss and/or Motion for Summary Judgment herein. The reason for this motion is that plaintiffs filed their Opposition on Friday afternoon of September 21, 2007, the undersigned was absent from work on Monday, September 24, 2007, and the undersigned had to use every available moment of the remaining four business days last week to complete a Motion for Summary Judgment in another case. Given the press of business, defendants move for this extension. For all of these reasons, defendants ask that their Motion for an Extension of Time be granted.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　LINDA SINGER
　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　_____/s/_____

                    NICOLE L. LYNCH [D.C. Bar #471953]
                    Chief, General Litigation, Section II


                    /s/
                    URENTHEA McQUINN [D.C. Bar #182253]
                    Assistant Attorney General
                    441 4th Street, N.W.
                    Sixth Floor South
                    Washington, D.C. 20001
                    (202) 724-6646
                    (202) 727-3625 (Fax)
                    urenthea.mcquinn@dc.gov


October 1, 2007