IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.*,<br>          Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>          Defendants. | Civil Action No. 06-01204 GK |

### ORDER

Upon consideration of the Defendants' Motion for an Extension of Time within Which to file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss and/or Motion for Summary Judgment, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2007,

**ORDERED:** that defendant District of Columbia shall have a two day extension of time to and including October 3, 2007 to file its Reply herein.

                                                  **THE HONORABLE GLADYS KESSLER**
                                                  **United States District Court Judge**

October 1, 2007