## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LOUISE THORNE,** *et al.,*<br>                    **Plaintiffs,**<br><br>           **v.**<br><br>**DISTRICT OF COLUMBIA,** *et al.,*<br>                    **Defendants.** | **Civil Action No. 06-01204 GK** |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN EXTENSION OF TIME WITHIN WHICH THE PARTIES ARE TO FILE A JOINT PRETRIAL STATEMENT**

Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia hereby moves, with plaintiffs' consent, for a five day extension of time within which the parties are to file a Joint Pretrial Statement.  Please see the accompanying Memorandum of Points and Authorities in support of this motion.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

NICOLE L. LYNCH [D.C. Bar #471953]
Chief, General Litigation, Section II


        /s/
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)

urenthea.mcquinn@dc.gov

November 27, 2007

## **Certification**

Pursuant to LCvR 7(m), the undersigned counsel for defendant spoke by telephone with plaintiffs' counsel, Geoffrey Allen, on November 27, 2007; he consented to the filing of this motion.

                /s/
**Urenthea McQuinn**
**Assistant Attorney General, D.C.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

LOUISE THORNE, *et al.,*
                     **Plaintiffs,**

         **v.**                                      Civil Action No. 06-01204 GK

DISTRICT OF COLUMBIA, *et al.,*
                     **Defendants.**

---

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT
DISTRICT OF COLUMBIA'S CONSENT MOTION FOR AN EXTENSION OF TIME
WITHIN WHICH THE PARTIES ARE TO FILE A JOINT PRETRIAL STATEMENT**

Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia moves, with plaintiffs' consent, for a five day extension of time within which the parties are to file a Joint Pretrial Statement from <u>November 29, 2007</u> to and including <u>December 4, 2007</u>. Counsel for defendant would like to wait for the return on November 29, 2007 of the supervisory attorney, who is in charge of reviewing the pleadings of this case. Counsel for plaintiff agrees with the filing of this motion.

                        Respectfully submitted,

                        LINDA SINGER
                        Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General
                        Civil Litigation Division

                        NICOLE L. LYNCH [D.C. Bar #471953]
                        Chief, General Litigation, Section II

                              /s/
                        URENTHEA McQUINN [D.C. Bar #182253]
                        Assistant Attorney General
                        441 4th Street, N.W.

Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

November 27, 2007