IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.*,<br>     **Plaintiffs,**<br><br>          v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>     **Defendants.** | Civil Action No. 06-01204 GK |

## ORDER

Upon consideration of Defendant District of Columbia's Consent Motion for an Extension of the Time within Which the Parties Are to File the Joint Pretrial Statement from November 29, 2007 to and including December 4, 2007, the lack of any opposition thereto, the entire record herein, and the facts and the law considered, it is this _____ day of _____ 2007,

**ORDERED:** the parties Joint Pretrial Statement, hereby, shall be due on December 4, 2007.

**THE HONORABLE GLADYS KESSLER**
**United States District Court Judge**

November 27, 2007