UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
LOUISE THORNE, et al.          )
                               )
        Plaintiffs,            )
                               )
    v.                         )    Civil Action No. 06-1204 (GK)
                               )
DISTRICT OF COLUMBIA,          )
                               )
        Defendant.             )
_____)
```

**O R D E R**

A Pretrial Conference was held in this case on December 6, 2007. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that a corrected joint pretrial statement is due **February 1, 2008**; it is further

**ORDERED** that motions in limine are due **May 1, 2008**; and it is further

**ORDERED** that a six-day trial in this case will begin **July 8, 2008 at 9:30 a.m.** The Court's standing Order Setting Rules, Procedures, and Policies for Trial will be issued separately.


December 6, 2007                    /s/_____
                                    GLADYS KESSLER
                                    U.S. District Judge

**Copies to**: **attorneys on record via ECF**