UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUISE THORNE,** *et al.*, : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civil Action No. 06-1204 (GK) |
| : | |
| **DISTRICT OF COLUMBIA,** *et al.*, : | |
| : | |
| **Defendants.** : | |

# ORDER

Upon consideration of Plaintiffs' Motion for Reconsideration [Dkt. #50], Defendants' Opposition, and the entire record in this case, the Court concludes that the Motion is **denied** for the following reasons.

1. Plaintiffs had ample opportunity to observe the officers at their depositions. For unexplained reasons, they chose not to attend those depositions.

2. There is clearly some danger to the officers. Plaintiff Mikelle Bassett had enormously angry feelings toward the officers and told her treating psychiatrist that she wished to kill them or bomb their homes. In addition, it is clear that all four Plaintiffs are either related to each other or are extremely close friends. At the time of the incident, several of the Plaintiffs were hysterical and out of control.

3. Plaintiffs' Motion is untimely. The Order was issued on July 18, 2007 and the Motion for Reconsideration was not filed until more than a month later on August 22, 2007.[1]

---

[1] It must be noted that Defendants' reliance on Fed. R. Civ. P. 59 is completely misplaced as that rule applies only to motions for new trials or to alter or amend a final judgment.

**WHEREFORE**, it is this 8th day of January, 2007, hereby

**ORDERED**, that Plaintiffs' Motion for Reconsideration is **denied**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**