IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LOUISE THORNE,** *et al.,*<br>　　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**DISTRICT OF COLUMBIA,** *et al.,*<br>　　　　　**Defendants.** | **Civil Action No. 06-01204 GK** |

## JOINT MOTION FOR AN EXTENSION OF TIME FOR THE PARTIES TO FILE MOTIONS IN LIMINE

Defendants and plaintiffs, through counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby move this Court for a week's extension of time, from May 1, 2008 to and including May 8, 2008, within which the parties are to file motions *in limine* herein. Please see the attached Memorandum of Points and Authorities in support of this motion and proposed Order.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　PETER J. NICKLES
　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　Deputy Attorney General, Civil Litigation Division

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　NICOLE L. LYNCH
　　　　　　　　　　　　　　　　Chief, General Litigation, Section II

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　URENTHEA McQUINN
　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　D.C. Bar #182253
　　　　　　　　　　　　　　　441 4th Street, N.W.
　　　　　　　　　　　　　　　Sixth Floor South

        Washington, D.C. 20001
        (202) 724-6646
        (202) 727-0431 (Fax)
        urenthea.mcquinn@dc.gov

For the Plaintiffs:
    /s/
**GEOFFREY D. ALLEN [D.C. Bar # 288142]**

May 1, 2008

## Certification Pursuant to LCvR 7(m)

    I hereby certify that on May 1, 2008, the undersigned contacted plaintiffs' counsel, via e-mail. He joined in the filing of this motion.

    /s/
**Urenthea McQuinn**
**Assistant Attorney General, D.C.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LOUISE THORNE,** *et al.,*<br>            **Plaintiffs,**<br><br>        v.<br><br>**DISTRICT OF COLUMBIA,** *et al.,*<br>            **Defendants.** | **Civil Action No. 06-01204 GK** |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE JOINT MOTION FOR AN EXTENSION OF TIME FOR THE PARTIES TO FILE MOTIONS IN LIMINE

Pursuant to Fed. R. Civ. P. 6(b)(1), the defendants and plaintiffs, herein, jointly move for one week's additional time within which the parties are to file motions *in limine*. Due to the press of other business, both counsel have been unable to complete these motions. With additional time, a more detailed motion can be filed. No other dates will be affected by the granting of this short span of additional time.

        Respectfully submitted,

        PETER J. NICKLES
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Nicole L. Lynch
        NICOLE L. LYNCH
        Chief, General Litigation, Section II

        /s/ Urenthea McQuinn
        URENTHEA McQUINN
        Assistant Attorney General

                D.C. Bar #182253  
                441 4th Street, N.W.  
                Sixth Floor South  
                Washington, D.C.  20001  
                (202) 724-6646  
                (202) 727-0431 (Fax)  
                urenthea.mcquinn@dc.gov

For the Plaintiffs:
     /s/
**GEOFFREY D. ALLEN [D.C. Bar # 288142]**

August 16, 2007