IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUISE THORNE,** *et al.*,<br>　　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br>　　　　　**Defendants.** | Civil Action No. 06-01204 GK |

### ORDER

Upon consideration of the parties' Joint Motion for an Extension of Time within Which to File Motions in Limine, the lack of any opposition thereto, and the entire record herein, it is this _____ day of _____, 2008,

**ORDERED:** that the parties shall have one week's extension until May 8, 2008 to file Motions *in Limine* herein.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**THE HONORABLE GLADYS KESSLER**
　　　　　　　　　　　　　　　　　　　　**United States District Court Judge**

May 1, 2008