IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOUISE THORNE**, *et al.*,<br>          **Plaintiffs,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br>          **Defendants.** | Civil Action No. 06-01204 GK |

### ORDER

Upon consideration of the Defendants District of Columbia's and MPD Officers McAllister, McGrew, Robinson and Teel's Motion *In Limine*, Memorandum of Law, any opposition thereto, the entire record, and the facts and law considered, it is hereby

**ORDERED**: That the Motion *in Limine* hereby is GRANTED for the reasons set forth in the defendants' motion; and it is

**FURTHER ORDERED**: That plaintiffs are precluded from introducing the testimony and opinions of Dr. Robert W. Klotz; and it is

**FURTHER ORDERED**: That plaintiffs are precluded from qualifying Dr. Corlis Randolph and Dr. Rhonique Shields-Harris as expert witnesses in this case, and precluded from introducing the testimony and opinions of Dr. Corlis Randolph and Dr. Rhonique Shields-Harris on post-traumatic stress syndrome.

**So ORDERED** this _____ day of _____, 2008.

_____
**THE HONORABLE GLADYS KESSLER**
**United States District Court Judge**

Copies to the following persons:

**Urenthea McQuinn [D.C. Bar #182253]**
Assistant Attorney General
441 4th Street, N.W. -- Sixth Floor South
Washington, D.C.  20001
(202) 724-6646
(202) 727-3625 (Fax)
urenthea.mcquinn@dc.gov

**Geoffrey D. Allen [D.C. Bar #288142]**
Attorney for Plaintiffs
1730 Rhode Island Avenue, N.W.
Suite 206
Washington, D.C. 20036
(202) 778-1167
(202) 659-9536 (Fax)
geoffreyallen@verizon.net


May 8, 2008