# ROBERT W. KLOTZ
## CONSULTANT
### 3210 Havenwood Court
### Edgewater, Maryland 21037
### (410) 798-6868

Fax: (410) 798-0371                    E-mail: rklotz1026@aol.com

March 19, 2007

Mr. Geoffrey D. Allen, Esquire
Law Offices, Suite 206
1730 Rhode Island Avenue, N.W.
Washington, D.C. 20036

    Re: *Louise Thorne, et al. v. District of Columbia, et al.*

Dear Attorney Allen:

    The following report is submitted in compliance with Rule 26(a)(2) of the Federal Rules of Procedure.

    My background and experience are contained in my resume which is enclosed as Attachment #1. This document also contains articles that I have authored in the past ten years.

    My Fees for work performed are contained in my Fee Schedule which is enclosed as Attachment #2.

    A list of cases, in which I have been deposed, testified in court, or both, is enclosed as Attachment #3.

    A list of materials received from your office and those from my own resources that have been reviewed and relied upon is enclosed as Attachment #4.

    You have requested I review the materials sent to determine if the actions of the officers involved complied with the national and local police standards. The preliminary opinions expressed based on the limited materials and information received to date, and will be to a reasonable degree of professional certainty. I reserve the right to alter, amend or expand these opinions should other materials become available for my review.

## The Event

    The event giving rise to the above captioned litigation occurred on


PLAINTIFF'S EXHIBIT 1