Resume of:
**CORLIS Y. RANDOLPH, PH.D., LICSW**
823 12TH STREET, NE
WASHINGTON, DC 20002
202-397-5042

## EDUCATION

| | |
|---|---|
| **ISLAMIC STUDIES** | American Open University, Falls Church, VA, 1997- Present |
| **PH.D.** | Catholic University of America, Washington, DC, 2001 |
| **JD Studies** | Howard University School of Law, Washington, DC, 1979-1981 |
| **MSW** | Virginia Commonwealth University, Richmond, VA, 1978 |
| **BA** | Virginia Union University, Richmond, VA, 1976 |

## EMPLOYMENT HIGHLIGHTS

**1995 to Present** — **ADMINISTRATOR & THERAPIST** – Therapeutic Transitions, Inc. Washington, DC
Administrative and psychotherapy services for out-patient mental health facility.

**Fall 2001** — **LECTURER** - Catholic University of America, School of Social Work, Washington, DC
Taught *Cognitive and Behavioral Therapy and Social Functioning* in MSW Program.

**1993 to 1995** — **INDEPENDENT SOCIAL WORKER** - Washington, DC
Individual, family and group clinical social work and psychotherapy. Agencies included: Metropolitan Psychiatric Group, Washington Assessment and Therapy Services, Kennedy Institute, Bio-Medical Applications and Northeast Renal Facility.

**1990 to 1993** — **WRITER/MANAGER**, Promotions Plus, Washington, DC
Sole proprietorship. Career assessment, counseling and resume services.

**1984 to 1990** — **SOCIAL WORKER** – Dept. Human Services, Child & Family Services, Washington, DC
Child protection and family strengthening services. Established and coordinated the Staff Development Committee. HIV/AIDS Trainer.

**1983 to 1984** — **CHIEF WRITER/MANAGER** – Professional Resume Service, Washington, DC
Career assessment, counseling and resume services. Accounted to headquarters in CA.

**1981 to 1982** — **CORRECTIONAL OFFICER** – DC Department of Corrections, Washington, DC
Security services at the DC Jail.

**1978 to 1979** — **SOCIAL WORKER** – Henrico County Children's Protective Services, Richmond, VA
Case work services on behalf of neglected and abused children.

**1977** — **FIELD PLACEMENT** - WILLIAM BYRD COMMUNITY HOUSE, Richmond VA

**1976** — **FIELD PLACEMENT** - CHILDREN'S AID SOCIETY, Richmond, VA

**REFERENCES AVAILABLE UPON REQUEST**



PLAINTIFF'S EXHIBIT 3