**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------    )

LOUISE THORNE, et al.,              )

               Plaintiffs,      )

        v.                          )   Civil Case No.

DISTRICT OF COLUMBIA, et al.,       )   06-01204 GK

              Defendants.      )

------------------------------    )


Deposition of ORLANDO TEEL

Wednesday, March 14, 2007

Washington, D.C.

2:00 p.m.


Job No.:  1-97700

Pages:  1 through 47

Reported by:  Bess A. Avery, RMR

**L.A.D. REPORTING & DIGITAL VIDEOGRAPHY**
**(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026 (410)539-3664**

## DEPOSITION OF ORLANDO TEEL
## CONDUCTED ON WEDNESDAY, MARCH 14, 2007

Page 2

1      Deposition of ORLANDO TEEL, held at the offices

2   of:

3

4              OFFICE OF THE ATTORNEY GENERAL

5              441 4th Street, Northwest

6              Washington, D.C.  20001

7              (202) 727-3500

8

9

10

11                            `

12

13

14

15

16

17      Pursuant to notice, before Bess A. Avery,

18   Registered Merit Reporter and Notary Public of the

19   District of Columbia.

20

21

22

### DEPOSITION OF ORLANDO TEEL
### CONDUCTED ON WEDNESDAY, MARCH 14, 2007

Page 3

```
 1              A P P E A R A N C E S

 2      ON BEHALF OF THE PLAINTIFFS:

 3          GEOFFREY D. ALLEN, ESQUIRE

 4          LAW OFFICE OF GEOFFREY D. ALLEN

 5          1730 Rhode Island Avenue, Northwest

 6          Suite 206

 7          Washington, D.C.  20036

 8          (202) 778-1167

 9

10      ON BEHALF OF THE DEFENDANT:

11          URENTHEA MCQUINN, ESQUIRE

12          ASSISTANT ATTORNEY GENERAL, D.C.

13          OFFICE OF THE ATTORNEY GENERAL

14          441 4th Street, Northwest

15          Washington, D.C.  20001

16          (202) 727-3500

17

18

19

20

21

22
```

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 4

1                    C O N T E N T S

2    EXAMINATION OF ORLANDO TEEL                    PAGE

3        By Mr. Allen                               5

4        By Ms. McQuinn                            40

5                    E X H I B I T S

6                    (None marked.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 5

```
 1                P R O C E E D I N G S

 2                    ORLANDO TEEL,

 3      being first duly sworn, testified as follows:

 4        EXAMINATION BY COUNSEL FOR THE PLAINTIFFS

 5   BY MR. ALLEN:

 6        Q    Sir, could you state your name for the

 7   record, please.

 8        A    Yes, Orlando Teel.

 9        Q    Okay.  Officer Teel, my name is Geoff

10   Allen, I'm the plaintiffs' attorney in this case,

11   I'll ask you a few questions today.  If I don't make

12   my questions clear enough, let me know, I'll be

13   happy to rephrase.

14        A    Okay.

15        Q    I don't think this is going to last too

16   long, but if you need to take a break, let me know

17   and, of course, we'll accommodate that.  In between

18   questions if you wish to confer with Ms. McQuinn,

19   you are free to do so.  And finally I'm sure you

20   know this, you should make your questions verbal

21   rather than shakes of the head or nods of the head

22   or mannerisms or gestures.  Okay?
```

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

```
                                                    Page 6

   1       A    Yes.

   2            MS. McQUINN:  You answers.

   3            THE WITNESS:  Make them verbal?

   4            MS. McQUINN:  Yeah.

   5       A    Okay.

   6   BY MR. ALLEN:

   7       Q    All right.  Now you obviously work for the

   8   Metropolitan Police Department, sir?

   9       A    Correct.

  10       Q    How long have you worked for them for?

  11       A    Approximately going on six years.

  12       Q    Six years.  And what did you do before

  13   that?

  14       A    I was in the U.S. military.

  15       Q    Which branch?

  16       A    I was in the Army.

  17       Q    How long were you in the Army for?

  18       A    Five and a half years.

  19       Q    So six years in MPD, five and a half years

  20   in the Army?

  21       A    Yes.

  22       Q    Directing your attention to
```

**L.A.D. REPORTING & DIGITAL VIDEOGRAPHY**
**(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026 (410)539-3664**

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 7

1    January 15th, 2006 between 9 and 10:00 p.m, were

2    you involved in the stop of a motor vehicle on that

3    day at around that time?

4         A    Yes.

5         Q    Can you tell me where it was that you

6    first saw the vehicle that you ended up stopping?

7         A    In the general area of Martin Luther King

8    Avenue and 1st Street.

9         Q    And we are at southeast?

10        A    Yes, southeast D.C.

11        Q    And what was your duty assignment on that

12   evening?

13        A    I was -- I believe I was doing robbery,

14   something to do with the Robbery Task Force.

15        Q    And was the vehicle you were in, was that

16   marked or unmarked?

17        A    It was unmarked.

18        Q    What color was it?

19        A    It was green.

20        Q    Green?

21        A    Yes.

22        Q    What make was it?

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 8

1      A      It was a Chevy Lumina.

2      Q      And you were the only occupant of that

3   vehicle?

4      A      Yes.

5      Q      And what was your duty assignment, what

6   were you supposed to be doing?

7      A      Patrol.

8      Q      Particularly on the lookout for robbery

9   situations?

10     A      Yes, or investigating robberies.  It was

11   all general patrol.

12     Q      Were you on a robbery unit at the time?

13     A      Yes, the power shift was the robbery unit.

14     Q      The power shift, what's the power shift?

15     A      The power shift is an in-between shift,

16   it's like from 6 at night until 2 in the morning.

17     Q      So it refers to the timing of the shift?

18     A      Yes.

19     Q      So it's about 6:00 p.m. to 2:00 a.m.?

20     A      2:30 a.m.

21     Q      Okay.  And were you on a special robbery

22   task force or not?

## DEPOSITION OF ORLANDO TEEL
## CONDUCTED ON WEDNESDAY, MARCH 14, 2007

Page 9

1       A    The power shift was assigned to help with

2    robberies so.

3       Q    Okay.  What was the vehicle doing when you

4    first saw it?

5       A    It was traveling along Martin Luther king,

6    I believe.

7       Q    Which direction?

8       A    That would be general direction north.

9       Q    So it was coming north on Martin Luther

10   King Avenue.  What speed was it doing?

11      A    I don't know.

12      Q    Did it appear to be speeding?

13      A    I don't remember.

14      Q    Okay.  And where were you when you first

15   saw it?

16      A    Behind them.

17      Q    How far behind?

18      A    I don't know.

19      Q    How long did you follow the vehicle for?

20      A    How long did I follow the vehicle?

21      Q    Yeah.

22      A    I don't know, maybe a couple or a minute

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 10

1    before I tried to pull it over.

2        Q    Okay.  During that couple of minutes time

3    was the vehicle being --

4            MS. McQUINN:  Objection.  I thought I

5    heard him say about a minute.

6            MR. ALLEN:  I thought he said a couple of

7    minutes.

8            THE WITNESS:  I said a minute.

9    BY MR. ALLEN:

10       Q    Or a minute?

11       A    Yes, a minute.

12       Q    Sorry.  I misheard.

13            You so followed it for about a minute

14   before you tried to pull it over?

15       A    Yes.

16       Q    During that minute was the car being

17   driven normally?

18       A    What do you mean "normally"?

19       Q    Well, was it weaving or was it going in a

20   straight line?

21       A    It was going in a straight line.

22       Q    Was it maintaining its length?

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 11

```
 1        A     Yes.

 2        Q     Was it traveling at a steady speed?

 3        A     Yes.

 4        Q     Did it go through any traffic control

 5   signals or stop signs during that period?

 6        A     During the one minute time?

 7        Q     Yeah.

 8        A     No.

 9        Q     And when you made the decision to pull the

10   vehicle over why did you do that?

11        A     Because the driver and the passenger

12   weren't wearing their seat belts.

13        Q     Had you pulled up beside the vehicle in

14   order to make that observation?

15        A     No.

16        Q     So you were how far behind when you saw

17   that?

18        A     I don't know how far I was behind them.

19        Q     Could you see whether there were occupants

20   at the rear seat when you made that observation in

21   the rear seat?

22        A     The occupants that were not wearing the
```

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 12

1    seat belts, or could I see all of them?

2         Q    No, could you see whether or not there was

3    anybody in the rear seat of the vehicle?

4         A    Yes.

5         Q    And was there?

6         A    Yes.

7         Q    Do you know how many --

8         A    No.

9         Q    -- persons.

10             Okay.  Could you see whether they were

11   male or female?

12        A    No.

13        Q    Could you see whether they were wearing

14   seat belts?

15        A    No.

16        Q    Could you see whether the front, the

17   driver and the front passenger, could you tell

18   whether they were male or female?

19        A    No.

20        Q    When you decided that you were going to

21   pull them over did the -- what type of vehicle were

22   they driving?  Let me back up.  What type of vehicle

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

1    were they driving, do you remember?

2         A    I don't remember what type of vehicle it

3    was.

4         Q    Do you recall whether it matched the

5    description of any vehicle involved in a robbery?

6         A    It did not.

7         Q    Okay.  What did you do when you decided to

8    pull them over?

9         A    I plugged in a dash light.

10        Q    And where was that -- I mean it's on the

11   dash, presumably, the light that you put on the dash

12   of your vehicle?

13        A    Correct.

14        Q    So it's inside your vehicle?

15        A    It's inside the vehicle.

16        Q    How big is it?

17        A    Small basketball?  I mean it's a small

18   dash light.

19        Q    What color is the light when it's

20   activated?

21        A    The entire light is blue.

22        Q    And is it like revolving or flashing or?

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 14

1      A    Yes, it revolves.

2      Q    So it's a blue revolving light?

3      A    Yeah.

4      Q    And about how long is it?

5      A    Uh.

6      Q    Six inches?

7      A    Maybe six, eight inches.

8      Q    Okay.  Did you have a siren on your

9  vehicle?

10     A    No.

11     Q    What happened after you put the light on?

12     A    I followed the vehicle waiting for it to

13  pull over.

14     Q    Did the vehicle speed up?

15     A    No.

16     Q    Did any other police cars participate in,

17  in following the suspect's car after you had

18  activated your light?

19     A    Eventually.

20     Q    Where were you when you plugged in your

21  light, do you recall?

22     A    I was still on Martin Luther King Avenue.

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 15

1      Q    Do you recall what the nearest cross

2   street would have been?

3      A    No, I know the cross -- I just don't know

4   the name of the cross street, but there's a cross

5   street right there.

6      Q    Okay.  And how long was it before you were

7   joined by another vehicle?

8      A    Maybe two minutes.

9      Q    Two minutes.  Is Martin Luther King, is

10  that two lanes going in each direction at that

11  point?

12     A    Martin Luther King, I believe, is one

13  lane.

14     Q    Just one lane going in one direction and

15  one lane going in the other?

16     A    Yes.

17     Q    Do you recall what the cross, nearest

18  cross street was when the other police car joined

19  in?

20     A    I only remember when they joined in on

21  Valley.

22     Q    Okay.  So that was the first time you saw

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 16

1    the other police car, on Valley?

2        A    Yes.

3        Q    Where did the eventual stop take place?

4        A    At Valley and Atlantic Street.

5        Q    And how long did the vehicle travel along

6    Valley before it came to a stop at Valley and

7    Atlantic?

8        A    I don't know.  It's only a block long.

9    Maybe a couple of seconds, less than a minute.

10        Q    Okay.  And it was only while you were on

11    Valley that you became aware of another police

12    vehicle?

13        A    As far as I can remember, I became aware

14    of the police vehicle when I was on Valley, when I

15    was at 4th and Valley.

16        Q    All right.  How far away is 4th and Valley

17    from Valley and Atlantic?

18        A    Only, maybe a block.

19        Q    One block?

20        A    Maybe a block, yes.

21        Q    Prior to 4th and Valley had you seen any

22    lights on another police vehicle behind you?

**L.A.D. REPORTING & DIGITAL VIDEOGRAPHY**
**(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026 (410)539-3664**

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 17

1       A    As I stated before, I don't remember the

2    car at 4th and Valley.  That's it.

3       Q    Okay.  Well, maybe I am misunderstanding

4    you.

5            I thought you had said that you became

6    aware of another police vehicle at 4th and Valley?

7       A    Yes.

8       Q    The question is --

9       A    Prior to 4th and Valley --

10      Q    Prior to 4th and Valley --

11      A    Had I seen other cars?

12      Q    Yes.

13      A    No, because I only noticed it when I was

14   at 4th and Valley.

15      Q    Okay.  I take it then the vehicle that you

16   were following and trying to pull over turned off

17   Martin Luther king at some point?

18      A    Yes, it did.

19      Q    At what point did it turn off?

20      A    It turned off at Martin Luther King and

21   4th Street.

22      Q    Is there any kind of stop sign or traffic

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 18

1    control signal at that point?

2        A    Not at Martin Luther King and 4th.

3        Q    Okay.  So it turned right onto 4th Street?

4        A    It made a right onto 4th.

5        Q    Did it slow down prior to making that

6    right turn?

7        A    After it made the turn it went at what I'm

8    going to say is a normal speed.

9        Q    Did the turn appear to be normal or was

10   the turn done at high speed?

11       A    The turn appeared to be normal.

12       Q    Okay.  Did the vehicle make a turn signal?

13       A    Not that I can remember.

14       Q    All right.  What was the next intersection

15   that the vehicle went through?

16       A    I believe it's 4th and Trenton.

17       Q    And was there any kind of traffic sign or

18   traffic signal?

19       A    Yeah, there's a stop sign.

20       Q    Stop sign.  Did the vehicle stop at the

21   stop sign?

22       A    No.

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 19

```
 1        Q     Now, is 4th Street one lane or two lanes
 2   at that point?
 3        A     4th is one lane.
 4        Q     Before the vehicle made that right turn on
 5   4th Street, about how long had you been following it
 6   for, like a mile, half a mile?
 7        A     Maybe two blocks.
 8        Q     Two blocks.  What was the next
 9   intersection, if any, that the vehicle went through?
10        A     At 4th and Mississippi.
11        Q     Was there any kind of traffic control or
12   traffic sign there?
13        A     There was a traffic light.
14        Q     A traffic light.  What was the status of
15   the traffic light when it went through?
16        A     I believe the light was green.
17        Q     Okay.  Did it go through any other
18   intersections?
19        A     Yes, 4th and Wayne.
20        Q     Is there a light or a stop sign at that
21   intersection?
22        A     There's a stop sign.
```

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 20

1 Q Did it stop at that stop sign?

2 A No, it did not.

3 Q Just to give you an idea, is 4th and

4 Mississippi about one block away from 4th and

5 Trenton?

6 A Yes.

7 Q And is 4th and Wayne about one block from

8 4th and Mississippi?

9 A No.  4th and Mississippi and 4th and Wayne

10 may be only 30 or 40 yards.

11 Q Thirty or 40 yards?

12 A Or a little more.  It's very close.

13 Q After it had gone through, the vehicle

14 went through the intersection at 4th and Wayne --

15 it's still at 4th, I take it at this point?

16 A Yes.

17 Q Where does it go next?

18 A It makes the right onto Valley.

19 Q And is there a stop sign or a traffic

20 signal there?

21 A It is controlled by a traffic light.

22 Q And was the light red or green?

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 21

1          A     I don't remember.

2          Q     How far did it go on Valley?

3          A     It went from Valley to Atlantic Street,

4     which is about a block.

5          Q     And what happened at Valley and Atlantic?

6          A     There was traffic at the light.  It was

7     unable to get through.  They tried to drive over the

8     curb to evade the traffic but was stuck.

9          Q     Did the vehicle actually go up onto the

10    curb?

11         A     As I remember it, it went up on the curb.

12         Q     The whole vehicle or just part of it?

13         A     I can't remember if it was whole or a part

14    that went up on the curb.

15         Q     Did you ever hear a siren prior to the

16    vehicle being stopped?

17         A     Yes.

18         Q     When did you hear the siren?

19         A     After the patrol cars passed me.

20         Q     Okay.  So and that was after you had come

21    to a stop?

22         A     Yes.

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 22

1      Q    Okay.

2      A    After I pulled to the side to let the

3   patrol cars pass.

4      Q    Right.  Then the police vehicle that was

5   behind you passed you.  Correct?

6      A    Yes.

7      Q    And stopped?

8      A    Did the police vehicle stop after they

9   passed me?

10      Q    Right.

11      A    No, it tried to stop the vehicle that I

12   was trying to stop.

13      Q    Okay.  Could you just draw me a diagram so

14   I can get an idea.  Use this pen?

15      A    The diagram, what do you want to see on

16   the diagram?

17      Q    Well, the intersection of 4th -- sorry --

18   Valley and Atlantic.

19      A    Valley and Atlantic?

20      Q    Right.  And where the suspect's vehicle

21   was, where your vehicle was and where the other

22   police vehicle was after you all came to a stop?

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 23

```
 1      A    After everyone was stopped?

 2      Q    Yep.

 3           MS. McQUINN:  If you think you can.

 4  BY MR. ALLEN:

 5      Q    If you can do it.

 6           MS. McQUINN:  If you don't think.

 7      A    I don't remember.  I don't remember where

 8  those police cars were.  I know where mine was,

 9  obviously, but where the actual police cars were, I

10  don't know.

11  BY MR. ALLEN:

12      Q    All right.  But I guess -- can I get the

13  pen back.  Thank you.

14      A    Sure.

15      Q    But the siren that you heard was after the

16  police car had passed you?

17      A    Yes.

18      Q    Okay.  Now, okay, you said the vehicle

19  went up, part of it anyway, went with up on the curb

20  and then stopped.  Correct?

21      A    Yes.

22      Q    And what did you do?
```

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 24

1      A     I pulled up.

2      Q     About how far behind were you when you

3   pulled up?

4      A     I don't remember.  Maybe a couple, a

5   couple of yards, I wasn't right up on them.

6      Q     And what happened?

7      A     I do know the officers get out of the

8   vehicle.

9      Q     Do you know which officers?

10      A     No.  The only officer I know is

11   McAllister.  The rest I don't personally know.

12      Q     What did you see McAllister do?

13      A     I remember Officer McAllister, I think he

14   pulled the driver out of the car.

15      Q     How did he do that?

16      A     If I remember, he opened the door and

17   pulled her out.

18      Q     Was she struggling?

19      A     I don't remember.

20      Q     Did he have a gun drawn?

21      A     I don't remember anybody with a gun drawn.

22      Q     What did you do?

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 25

1      A      I just observed.

2      Q      You just sat in your car?

3      A      No, I got out of the car, I just observed.

4      Q      And did you see anybody else being taken

5   out of the vehicle?

6      A      I don't remember seeing anybody taken out.

7   I think the other people stepped out.

8      Q      What was McGrew doing, the other officer?

9   I don't know if you know what his name was.

10      A      I was at the point I didn't even know

11   McGrew.

12      Q      There were two officers in the other

13   police vehicle, correct?

14      A      I guess.  I don't know all the officers on

15   the scene.  The only ones I knew was McAllister.

16      Q      Can you give me any idea of how many other

17   police officers there were?

18      A      I don't know because I think McAllister

19   and McGrew made the stop, other people showed up

20   after everything was finished, but.

21      Q      Do you know how many other people showed

22   up?

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 26

1      A      No.

2      Q      Do you know how many other vehicles showed

3   up?

4      A      No.  The only other vehicle I know that

5   showed up was the van, the paddy wagon.

6      Q      So just to recap, you saw McAllister take

7   out, remove the driver of the vehicle and then the

8   other passengers just got out of the vehicle?

9      A      To my best memory they got out.

10     Q      Did you see anybody being handcuffed?

11     A      The only person I remember being

12   handcuffed is the back passenger.

13     Q      Was that a male or a female?

14     A      It was a female.

15     Q      So it was a back, a rear female passenger?

16     A      Yes.

17     Q      Who put the handcuffs on her?

18     A      I don't remember.

19     Q      Had she gotten out of the vehicle

20   voluntarily?

21     A      I assume the rest just got out of the

22   vehicle.  I don't remember.  I know she got out and

DEPOSITION OF ORLANDO TEEL
CONDUCTED ON WEDNESDAY, MARCH 14, 2007

Page 27

1    she was belligerent, so.

2         Q    Did you hear her say anything?

3         A    I heard her cursing, yelling, screaming.

4         Q    Did you see the handcuffs actually being

5    placed on her?

6         A    I didn't see them actually being placed on

7    her.  I know she was cuffed.

8         Q    After the handcuffs were placed on --

9    well, how long after the vehicle was stopped did you

10   see her in handcuffs?

11        A    I don't remember.

12        Q    After she was handcuffed where did she go?

13        A    They sat her in back of the paddy wagon.

14        Q    After she was placed in the back of the

15   paddy wagon where were the other occupants of the

16   vehicle?

17        A    I believe they sat down on the curb.

18        Q    How far away from them were you when you

19   saw them sitting on the curb?

20        A    A couple of yards.

21        Q    What was the lighting like?

22        A    There were streetlights but it was dark

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 28

1    that night.

2          Q     The high intensity streetlights or?

3          A     I have no idea.

4          Q     How many people came out of the vehicle?

5          A     I don't remember exactly how many people

6    came out of the vehicle.

7          Q     I may have been already asked this, but

8    were any of the people who were sitting down on the

9    curb could you see whether or not any of them were

10   handcuffed?

11         A     I don't know if they were handcuffed or

12   not.

13         Q     At what point did you leave?

14         A     After I talked to the girl that was in the

15   paddy wagon.

16         Q     Can you describe that conversation?

17         A     I don't know the exact words.  I just told

18   her to calm down because she didn't need to get a

19   juvenile record of being arrested from being

20   disorderly, that everybody else was calm.

21         Q     What did she say?

22         A     She eventually calmed down and they

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 29

1    removed her from the wagon.

2        Q    Where did she go after she was removed

3    from the wagon?

4        A    She went back with the others sitting on

5    the curb.

6        Q    Did you see any of the others placed in

7    any vehicle?

8        A    Not while I was there.

9        Q    Where were the occupants of the vehicle

10   when you left?

11       A    Sitting on the curb.

12       Q    Was the girl who was in the back of the

13   paddy wagon, was she the only occupant of the

14   vehicle that you spoke with?

15       A    Yes.

16       Q    Did you hear any of the other occupants'

17   conversations with any of the officers, did you ever

18   hear any of those?

19       A    No.

20       Q    As the driver was being taken out of the

21   vehicle was she yelling or was she quiet?

22       A    I don't know.

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 30

1     Q     After she was out of the vehicle did she

2     appear to be calm or was she agitated?

3     A     I don't remember.  I was focusing on the

4     back seat, the one that was belligerent so I

5     couldn't tell you.

6     Q     Was the one in the back seat the only one

7     that appeared to you at that time to be belligerent?

8          MS. McQUINN:  Objection.  This is

9     rephrasing the same question.  Asked and answered.

10          MR. ALLEN:  Okay.

11    BY MR. ALLEN:

12    Q     You can go ahead and answer.

13    A     She is the one I focused on.  I couldn't

14    see the others.

15    Q     Did you hear any police officer talk about

16    finding any marijuana?

17    A     Not that I remember.

18    Q     Did you hear any discussion about finding

19    a condom?

20    A     I'm sorry, a what?

21    Q     A condom?

22    A     No.

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 31

1    Q    How long after the vehicle was stopped was

2    it before you left?

3    A    I don't know.  At best guess, maybe ten

4    minutes.

5    Q    Did you write out any citations for

6    anybody in the vehicle?

7    A    No.

8    Q    Could you have done so had you wanted to?

9    A    Yes.

10    Q    Did you have any conversations with

11    Officer McAllister on the scene?

12    A    I did.

13    Q    And what was that conversation?

14    A    I don't remember.  It may have been

15    whether or not the driver had a license, or what was

16    he going to do because he was handling the whole

17    situation.

18    Q    Did you tell McAllister the reason why you

19    had tried to pull the vehicle over to begin with?

20    A    I don't remember if I did or not.

21    Q    Did you request any officer to issue a

22    citation to any occupant of the vehicle for not

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 32

1    wearing a seat belt?

2        A    I didn't request anyone to write any

3    citations.

4        Q    At any time while you were following the

5    vehicle prior to it being stopped did you see the

6    vehicle run a red light?

7        A    At any time did I see it run a red light?

8        Q    Right.

9        A    No.

10       Q    At any time prior to the, while you were

11   following the vehicle did you see the vehicle

12   swerve?

13       A    Did I see it swerve?

14       Q    Right.

15       A    I can't remember if it did or not.

16       Q    When the vehicle stopped at Valley and

17   Atlantic did it skid as it came to a stop?

18       A    I wasn't behind the vehicle.  The patrol

19   cars had passed me so I wouldn't have any knowledge

20   if it did or not.

21       Q    Just to make sure I understand it

22   correctly, before the suspect's vehicle was stopped

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 33

1    you had been overtaken by a police vehicle?

2        A    Yes.

3        Q    So the vehicle that was directly in front

4    of you at that point was a police vehicle?

5        A    Yes.  A marked police vehicle.

6        Q    Was that McAllister's vehicle?

7        A    I don't know if it was McAllister's or

8    another one.  I know it was a marked police vehicle.

9    I don't know whose police vehicle was directly

10   behind it.  I know it was mark scout car.

11       Q    Was there more than one marked scout car

12   on the scene?

13       A    I believe there was.

14       Q    Do you know the names of any other

15   officers who were on the scene apart from

16   McAllister?

17       A    No, only what I learned from reading the

18   complaint, other than that all I know is McAllister.

19       Q    Okay.  Well, can we agree there were four

20   officers name in the complaint?

21       A    Yes, there were four officers named in the

22   complaint.

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 34

 1      Q    Were there more than -- do you know

 2   whether or not there were more than four officers on

 3   the scene?

 4      A    I can't remember how many were on the

 5   scene because -- is your question, the ones that

 6   arrived after the scene was all completed or? -- all

 7   I remember is there were a couple of officers.  I

 8   don't remember how many more showed up after

 9   everything was completed or any of that.

10      Q    Did you see whether any of the suspects

11   were patted down or not?

12      A    No, I didn't.

13      Q    You were able to observe one of the

14   occupants of the vehicle was a male, were you?

15      A    I believe so.

16      Q    Did you ever see the male patted down?

17      A    No.

18      Q    As of January 15, 2006 do you know under

19   what circumstances a case number would be assigned

20   to a particular incident?

21      A    I don't understand the question.

22      Q    Well, will let me show you this.  For the

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 35

1    record, it's a document entitled Event Chronology.

2    If you look about halfway down it seems to indicate

3    that a report number was issued.

4            MS. McQUINN:  Objection to the question.

5    There's a lack of foundation as far as asking this

6    witness anything about this document.

7            MR. ALLEN:  It's really not a question at

8    this point.  I was just directing his attention to a

9    particular part of the document.

10           MS. McQUINN:  But you had a prior question

11   about case numbers and he said he didn't understand

12   the question.  So if it's relating to that, I object

13   to showing him that for anything without any

14   foundation.

15   BY MR. ALLEN:

16       Q    Okay.  Do you see that halfway down it

17   indicates case number assigned?

18       A    Okay.

19       Q    Do you know under what circumstances a

20   case number would be assigned to a particular

21   incident?

22       A    What type of case number is it?

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 36

```
 1       Q     That's what I'm asking you.  Do you know?

 2       A     I have no idea.

 3       Q     Okay.  Did you prepare any type of report

 4   with reference to this incident?

 5       A     No.

 6       Q     Did you make any kind of notes?

 7       A     No.

 8       Q     Have you checked your notes to see whether

 9   you did or not?

10       A     I know I didn't make any.  The patrol

11   handled it.

12       Q     Are you aware of any requirements, police

13   regulations, that is, that were in place on January

14   15, 2006 that required a report where individuals

15   were stopped and frisked?

16       A     Am I aware of the requirement?

17       Q     Yeah.  If you stop and frisk someone are

18   you supposed to do a report?

19       A     Yes.

20       Q     If you handcuff someone are you supposed

21   to do a report?

22       A     I believe so, yes.
```

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 37

```
 1        Q    If you forcibly remove someone from a

 2   vehicle are you supposed to do a report?

 3        A    I believe that depends upon the type of

 4   force.

 5        Q    What type of force is necessary before a

 6   report needs to be done?

 7        A    I can't tell you.  I believe if you imply

 8   some type of -- if someone complains of pain.  If

 9   they don't complain of pain, there's no need to do a

10   report.

11        Q    Did you hear any of the individuals

12   complain of pain?

13        A    No.

14        Q    Did you hear any of the individuals

15   indicate that they suffered from asthma?

16        A    No.

17        Q    Did you at any point see anybody being

18   grabbed by the hair?

19        A    No.

20        Q    On that particular evening did you have a

21   unit number that was assigned to you?

22        A    Yes, I did.
```

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 38

1      Q    Do you remember what it was?

2      A    No.

3      Q    Would looking at this document maybe

4    refresh your recollection?

5      A    No.  I'm not trying to be difficult the

6    whole power shift has different numbers.  It was a

7    year and a half ago away.

8          MS. McQUINN:  Could we have the record

9    reflect that it was the Event Chronology report that

10   was just held up.

11         MR. ALLEN:  Yeah, sure.  The record should

12   reflect that.

13   BY MR. ALLEN:

14     Q    Have you since this particular incident,

15   have you spoken with officer McAllister about this

16   incident?

17     A    Yes.

18     Q    On how many occasions?

19     A    A couple.

20     Q    Have you discussed the details of what

21   happened?

22     A    No.

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

1      Q    Have you discussed this incident with any

2    other police officer?

3      A    In detail or just discussed?

4      Q    Well, any -- let's start off with any

5    discussions with any other police officers.

6      A    We talked about that the lawsuit was

7    coming, but we didn't talk about the details of it.

8      Q    All right.  Who did you talk about the

9    lawsuit with?

10      A    McAllister and -- I belive McAllister.

11      Q    Just McAllister?

12      A    Yeah.

13      Q    So maybe I'm misunderstanding, but I

14    thought a few minutes ago you told me you did

15    discuss the details with McAllister of this

16    incident.  And it seems like you just told me you

17    didn't.  So I'm just a little confused at the

18    moment.  Which is it?

19      A    I told McAllister that his complaint was,

20    at best, funny, humorous, ridiculous.  Does that

21    fall on the discussing the details?

22      Q    So you thought it was a big joke?

## DEPOSITION OF ORLANDO TEEL
## CONDUCTED ON WEDNESDAY, MARCH 14, 2007

Page 40

```
 1      A    I thought it was --

 2           MS. McQUINN:  Objection.

 3      A    -- like I said, ridiculous.

 4           MS. McQUINN:  He didn't say big joke.

 5   BY MR. ALLEN:

 6      Q    Did you have any other discussion?

 7      A    No.

 8      Q    And from your answers to interrogatories

 9   it appears that the only other time that you have

10   been sued was in reference to a traffic accident?

11      A    That's correct.

12      Q    Okay.  Have you ever been reprimanded or

13   disciplined for conduct while you were on the

14   street?

15      A    No.

16      Q    Have you understood my questions?

17      A    Yes.

18      Q    Okay.

19           MR. ALLEN:  I have nothing further.

20           MS. McQUINN:  I have just a couple.

21           EXAMINATION BY COUNSEL FOR THE DEFENDANTS

22   BY MS. McQUINN:
```

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 41

1    Q    You stated initially you saw that the

2    driver and the front seat passenger were not wearing

3    seat belts?

4    A    Yes.

5    Q    Could you describe for me either in car

6    lengths or feet approximately how far away you were

7    when you noticed that?

8    A    I don't know the exact amount of feet but

9    I was close enough to see the seat belt buckles.

10    Q    Approximately?

11    A    Maybe half a car length.

12    Q    Now, I heard you also state that you the

13    heard the sirens of the marked police car after you

14    pulled to the side and they went past you?

15    A    Yes.

16    Q    Once they did that, how long did they

17    follow the car, how long did they follow it until it

18    went up the partially or wholly up the grassy

19    embankment.

20    A    That's like a block.

21    Q    About a block?

22    A    Yeah, from 4th and Valley to Valley and

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 42

1    Atlantic.

2        Q    Do you remember any of the specifics of

3    what these people were yelling during this incident?

4        A    I can't remember the specifics now.  I

5    know that the passenger in the back was cursing and

6    yelling.  I think she said something about her

7    sister.  I can't remember exactly what she was

8    saying.

9        Q    In your discussion with Officer McAllister

10   why did you say this complaint -- why did you say

11   you considered this complaint frivolous?

12            MR. ALLEN:  Well, he didn't say that.  He

13   said it was funny.

14            MS. McQUINN:  I heard ridiculous,

15   frivolous.

16            MR. ALLEN:  He didn't use the term

17   frivolous.

18   BY MS. McQUINN:

19       Q    Why did you characterize the complaint as

20   you say you did?

21       A    It was all false from the beginning of the

22   complaint to the end of it.  It was all false.

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 43

1      Q      After having read it that was your

2    assessment of it?

3      A      Yes.

4            MS. McQUINN:  Nothing further.

5            MR. ALLEN:  Okay.  We are done.

6            (Signature having not been waived, the

7    deposition of ORLANDO TEEL was concluded at

8    2:46 p.m.)

9

10

11                              `

12

13

14

15

16

17

18

19

20

21

22

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 44

1              ACKNOWLEDGMENT OF DEPONENT

2              I, ORLANDO TEEL, do hereby acknowledge

3    that I have read and examined the foregoing

4    testimony, and the same is a true, correct and

5    complete transcription of the testimony given by me

6    and any corrections appear on the attached Errata

7    sheet signed by me.

8

9    _____    _____

10          (DATE)                          (SIGNATURE)

11

12

13

14

15

16

17

18

19

20

21

22

**L.A.D. REPORTING & DIGITAL VIDEOGRAPHY**
**(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026 (410)539-3664**

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

```
                                                    Page 45

  1                    E R R A T A   S H E E T

  2          IN RE: THORNE, et al., V. DISTRICT OF COLUMBIA,

  3    et al.

  4    RETURN BY: _____

  5    PAGE      LINE             CORRECTION AND REASON

  6    _____     _____     _____

  7    _____     _____     _____

  8    _____     _____     _____

  9    _____     _____     _____

 10    _____     _____     _____

 11    _____     _____     _____

 12    _____     _____     _____

 13    _____     _____     _____

 14    _____     _____     _____

 15    _____     _____     _____

 16    _____     _____     _____

 17    _____     _____     _____

 18    _____     _____     _____

 19    _____     _____     _____

 20    _____     _____     _____

 21    _____     _____

 22       (DATE)                     (SIGNATURE)
```

**L.A.D. REPORTING & DIGITAL VIDEOGRAPHY**
**(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026 (410)539-3664**

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

```
                                                    Page 46

1        E R R A T A   S H E E T   C O N T I N U E D

2        IN RE: THORNE, et al., V. DISTRICT OF COLUMBIA,

3    et al.

4    RETURN BY: _____

5    PAGE      LINE            CORRECTION AND REASON

6    _____     _____    _____

7    _____     _____    _____

8    _____     _____    _____

9    _____     _____    _____

10   _____     _____    _____

11   _____     _____    _____

12   _____     _____    _____

13   _____     _____    _____

14   _____     _____    _____

15   _____     _____    _____

16   _____     _____    _____

17   _____     _____    _____

18   _____     _____    _____

19   _____     _____    _____

20   _____     _____    _____

21   _____      _____

22      (DATE)                    (SIGNATURE)
```

**L.A.D. REPORTING & DIGITAL VIDEOGRAPHY**
**(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026 (410)539-3664**

**DEPOSITION OF ORLANDO TEEL**
**CONDUCTED ON WEDNESDAY, MARCH 14, 2007**

Page 47

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2              I, Bess A. Avery, Registered Merit

3    Reporter, the officer before whom the foregoing

4    deposition was taken, do hereby certify that the

5    foregoing transcript is a true and correct record of

6    the testimony given; that said testimony was taken

7    by me stenographically and thereafter reduced to

8    typewriting under my supervision; and that I am

9    neither counsel for, related to, nor employed by any

10   of the parties to this case and have no interest,

11   financial or otherwise, in its outcome.

12              IN WITNESS WHEREOF, I have hereunto set my

13   hand and affixed my notarial seal this 27th day of

14   March 2007.

15

16   My commission expires:

17   September 14, 2008

18

19   _____

20   NOTARY PUBLIC IN AND FOR THE

21   DISTRICT OF COLUMBIA

22