**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

LOUISE THORNE, et al.,          )

   Plaintiffs,                  ) CIVIL ACTION NO.:

v.                              ) CA-06-01204GK

DISTRICT OF COLUMBIA,           )

et al.,                         )

   Defendants.                  )

----------------------

Deposition of MIKELLE DAVIA BASSETT,

taken on Wednesday, May 2, 2007 at 12:35 p.m., at

the Office of the Attorney General for the

District of Columbia, One Judiciary Square, 441

4th Street, N.W., Sixth Floor, Washington, D.C.,

before E. Marsellas Coates, Notary Public.

--------------------

Reported by:

E. Marsellas Coates

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

```
 1   APPEARANCES:

 2

 3           GEOFFREY D. ALLEN, ESQUIRE

 4           LAW OFFICES

 5           1730 Rhode Island Avenue, N.W.

 6           Suite 206

 7           Washington, D.C., 20036

 8           (202) 778-1167

 9               On Behalf of the Plaintiffs

10

11           URENTHEA McQUINN, ESQUIRE

12           Office of Attorney General for the

13           District of Columbia

14           One Judiciary Square

15           441 4th Street, N.W.

16           Sixth Floor

17           Washington, D.C.  20001

18           (202) 724-6646

19               On Behalf of the Defendants

20

21
```

**PRECISE REPORTING SERVICES**
**(301) 210-5092  (877) 4 A STENO**

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 3

```
 1            P R O C E E D I N G S

 2            ----------------------

 3            (Whereupon, Mikelle Davia Bassett

 4   Deposition Exhibit Nos. 1 through 7, documents,

 5   marked.)

 6                 MIKELLE DAVIA BASSETT,

 7   being first duly sworn to tell the truth, the

 8   whole truth, and nothing but the truth, testified

 9   as follows:

10            EXAMINATION BY MS. McQUINN:

11       Q.  Good afternoon.  My name is Urenthea

12   McQuinn.  I'm the attorney for the District of

13   Columbia, the Defendants, in this case, one of

14   the Defendants in this case.

15            This is the case of Louise Thorne, et

16   al. versus the District of Columbia, et al.  It

17   is Civil Action No. 06-1204.  Today's date is

18   May the 2nd, 2006 -- 2007.  And the time is?

19            THE REPORTER:  12:36.

20       Q.  12:36.

21            MS. McQUINN:  Would you identify
```

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 4

1    yourself for the record?  Geoffrey --

2            MR. ALLEN:  Your name.

3        A.  Mikelle Bassett.

4            MS. McQUINN:  And we also have present,

5    Geoffrey Allen.

6            MR. ALLEN:  (Counsel nods head.)

7            MS. McQUINN:  Ms. Bassett's attorney.

8        Q.  Please state your full name for the

9    record?

10       A.  Mikelle Davia Bassett.

11       Q.  Okay.  Spell your full -- spell both

12   your first name and your last name?

13       A.  M-I-K-E-L-L-E.  B-A-S-S-E-T-T.

14       Q.  Okay.  Have you ever been deposed

15   before?

16       A.  No, ma'am.

17       Q.  I will ask you a number of questions.

18   There will be times when your attorney objects;

19   just wait for us to have an exchange with regard

20   to any objection.

21           If you don't understand any questions,

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 5

1    please let me know.  Because if you answer, I'm

2    going to assume that you do understand the

3    question.

4          If it isn't clear, if it's -- if it is

5    loud enough, you can just speak up and let me

6    know if you want a question rephrased.

7          A.  (Witness nods head.)

8          Q.  Also, you do have to speak up.  You

9    can't -- you have to answer yes and no, rather

10    than a nod of the head, or uh-huh or uh-uh.  It

11    has to be yes or no for the court reporter.

12          Also, she doesn't take down gestures, so

13    phrase your response in words, to the best of

14    your ability.

15          A.  Okay.

16          Q.  What is your age?

17          A.  Seventeen.

18          Q.  Your date of birth?

19          A.  10/23/89, 1989.

20          Q.  What is your address?

21          A.  742 Brandywine Street, S.E., Apartment

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

1    203.

2        Q.  Is that Washington, D.C.?

3        A.  Yes.

4        Q.  And what's your zip code?

5        A.  20032.

6        Q.  Okay.  What is your -- are you still in

7    school?

8        A.  Yes.

9        Q.  What school?

10       A.  Anacostia Senior High.

11       Q.  What grade are you?

12       A.  The 12th.

13       Q.  Okay.  Do you have a school counselor?

14       A.  Yes.

15       Q.  What's that counselor's name?

16       A.  Mr. Levell.

17       Q.  Would you spell that, please?

18       A.  L-E-V-E-L-L.

19       Q.  Do you know his full name?

20       A.  No.

21       Q.  What is your telephone number?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 7

1          A.  (202) 373-0754.

2          Q.  Did you have a counselor before

3    Mr. Levell?

4          A.  Yes.  Yes.

5          Q.  Okay.  Who was that?

6          A.  Her name was -- it was at a different

7    school.

8          Q.  Okay.  What school was that?

9          A.  Woodrow Wilson Senior High.

10         Q.  And who was that counselor?

11         A.  Her name was Mr. Hernandez.

12         Q.  Do you know her full name?

13         A.  No.

14         Q.  Where is Woodrow Wilson -- is it High --

15    is it Junior High?

16         A.  Senior High.

17         Q.  Senior High.  Where is Woodrow Wilson

18    Senior High located?

19         A.  Off Wisconsin Avenue, N.W.

20         Q.  Do you know the address?

21         A.  No.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 8

1     Q.  And Anacostia Senior High School, do you

2     know the address?

3     A.  No.

4     Q.  Do you know the street?

5     A.  16th Street.

6     Q.  Okay.  What quadrant of the City is

7     that, 16th Street?

8     A.  Southeast.

9     Q.  Southeast.  Have you ever been held back

10    in school?

11    A.  No.

12    Q.  Okay.  Now, as we walked in, your

13    counsel provided a document to me from

14    Therapeutic Transition, Incorporated.  And within

15    that document it talks about you possibly having

16    ADHD.  Do you have any knowledge of that?

17    A.   I got dyslexia.

18    Q.  Okay.  Has anyone ever had said to you

19    you have Attention Deficit Hyperactivity

20    Syndrome, Disorder?

21    A.  I'm not sure.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 9

1      Q.   Okay.  Have you ever been in special

2   education classes?

3      A.   Yes.

4      Q.   Okay.  And when was that?

5      A.   Like, when I was like -- throughout the

6   -- my whole year throughout starting at the 3rd

7   grade.

8      Q.   To the present?

9      A.   Yes.

10     Q.   Okay.  And which classes did you take as

11  special education?  Were they in general or were

12  there specific classes deemed special education?

13     A.   It was all my classes.

14     Q.   And about what age was that, you said

15  third grade?  About what age would that have been

16  when you started special education classes?

17     A.   Probably like -- I'm not sure.

18     Q.   Eight or nine?

19     A.   Maybe.   Maybe seven or eight.

20     Q.   Seven or eight.  Okay.  And your

21  birthday is 10/23, what?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

1      A.  1989.

2      Q.  '89.  Okay.  Do you recall an incident

3   that occurred on January the 15th, 2006, in which

4   a car, in which you were driving or riding, was

5   stopped by the police?

6      A.  Yes.

7      Q.  Okay.  What time of day was that?

8      A.  It was at night.

9      Q.  You don't recall a time?

10      A.  I'm not sure of the time.

11      Q.  Okay.  Was it after 8?

12      A.  I'm not sure.

13      Q.  Okay.  A paper submitted by your

14   attorney listed the time -- if we look at

15   Deposition Exhibit No. 3 -- listed the time as

16   approximately 9:00.  Does that jog your memory as

17   the possible time of this incident?

18          I'm not asking for a specific time, I'm

19   asking you for the approximate time of day this

20   occurred, this incident occurred.

21          If your attorney says it happened at

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 11

1    9:00, do you disagree with him?

2          MR. ALLEN:  Object to the form.

3      Q.  Do you disagree with that statement in

4    that -- in Exhibit 3, that the incident occurred

5    around 9:00?

6          MR. ALLEN:  Object --

7      A.  No.

8          MR. ALLEN:  Objection to form.  But go

9    ahead and answer.

10     A.  No.  I don't disagree with him.

11     Q.  Do you agree with it?

12          MR. ALLEN:  Objection. Well -- okay.

13    That's okay.

14     A.  I don't agree either.  I'm not sure what

15    time.

16     Q.  And so if he had put 12 midnight, would

17    you agree with that?

18     A.  No.

19     Q.  Because you know it wasn't 12 midnight?

20     A.  I know it wasn't that late.

21     Q.  Okay.  Who was driving the car?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

1     A.  I was.

2     Q.  Okay.  What kind of car was it?

3     A.  I'll say a Plymouth,  I think.

4     Q.  Plymouth.  Do you know the year?

5     A.  No.

6     Q.  Do you know the color?

7     A.  Blue.

8     Q.  Whose car was it?

9     A.  My mom.

10    Q.  What was your mother's name?

11    A.  Louise Thorne.

12    Q.  Does she live at this same address --

13    A.  Yes.

14    Q.  -- as you?

15        And does she have the same phone number?

16    A.  Yes.

17    Q.  Okay.  Is there a father in the home?

18    A.  Yes.

19    Q.  And his name?

20    A.  Michael Thorne.

21    Q.  Is the car in his name or your mother's

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 13

1    name?

2        A.   My mother's.

3        Q.   Do you know your mother's birth date?

4        A.   March the 2nd -- I'm not sure of the

5    year.

6        Q.   Do you know your father's birth date?

7        A.   February the 11th.

8        Q.   You don't know the year either of your

9    parents were born?

10       A.   I'm not sure of the year.

11       Q.   And what would you guess? About how old

12   is your mom?

13       A.   46 or 47.  My mom was born in 1960.

14       Q.   March 2nd, '60?  You think she's 46 or

15   47, is that what you said?

16       A.   She was born March the 2nd, 1960.  When

17   was my father -- February the 19th.

18       Q.   How old is your dad?

19       A.   He's 46 or 47 or 48.

20       Q.   For what reason did your mom let you

21   drive the car?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

1    A.  I was going to the movie theater.

2    Q.  In which movie theater?

3    A.  In Rivertown.

4    Q.  And where is that located?

5    A.  Out in Maryland.

6    Q.  Did you actually go there?

7    A.  Yes.

8    Q.  What time did you go there?

9    A.  I'm not sure.

10    Q.  Okay.  What time of day did you go to

11  this movie?

12    A.  It was night.

13    Q.  Was it after 5?

14    A.  Yes.

15    Q.  Was it after 6?

16    A.  I'm not sure.

17    Q.  Okay.  Do you have any idea what time

18  the movie started?

19    A.  Don't remember.

20    Q.  Do you have any recollection of telling

21  people we have to get to the movie by X time?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

1       A.  No.

2       Q.  Did you see a movie?

3       A.  Yes.

4       Q.  What was the name of the movie?

5       A.  I don't remember.

6       Q.  Okay.  Which -- how many theaters are

7    there in the -- is it a complex of theaters?

8       A.  It's in a -- a shopping center.  It's

9    not -- it's more than one theater room.

10       Q.  Okay.  But you don't recall what movie

11    you saw?

12       A.  What did I see?

13       Q.  You have to answer at some time.

14       A.  Don't remember.

15       Q.  Okay.  Do you recall what time you left

16    the theater?

17       A.  I'm not sure.

18       Q.  Okay.  Who was in the car with you?

19       A.  Me, my sister, my Godsister, and my

20    friend.

21       Q.  Okay.  From where did you leave -- did

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

1    you start out from your home?  Did everybody come

2    to your home and you left for the theater from

3    there, or did you drive each person home?

4         A.  We left from my home.

5         Q.  From your home?

6         A.  Yes.

7         Q.  Okay.  They all came to your house --

8         A.  We left -- finish your question.

9         Q.  -- or did you pick them up?

10        A.  No.  They were at my house already.

11        Q.  Okay.  What is your sister's name?

12        A.  Mikesha Bassett.

13        Q.  Is she older or younger?

14        A.  Younger.

15        Q.  And how old is she?

16        A.  Now she's 16.

17        Q.  Okay.  What is your Godsister's name?

18        A.  Shaneka Harris.

19        Q.  Spell it for the record, please?

20        A.  S-H-E-N-K-A H-A-R-R-I-S, I think that's

21    how you spell that name.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 17

```
 1        Q.  Shaneka, S-H-A -- in our records we have

 2   S-H-A-N-E-K-A.  Does that sound right to you?

 3        A.  I said that.

 4        Q.  Oh.  Sorry.  Okay.  Well, who is your

 5   friend?

 6        A.  Terrance Light.

 7        Q.  How do you spell Terrance?

 8        A.  T-E-R-R-A-N-C-E.

 9        Q.  And how old is Terrance?

10        A.  He'll be 18.

11        Q.  He's 18?                         `

12        A.  (Witness nods head.)

13        Q.  How old was he at the time of this

14   incident?  Was he 18 then or 18 now?

15        A.  He is 18 now.

16        Q.  Okay.  Do you know his birth date?

17        A.  December the -- in December.  I don't

18   know the date.

19        Q.  Do you know the year?

20        A.  1988.

21        Q.  Okay.  Do you know Shaneka Harris's
```

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 18

1    birth date?

2          A.   It's in February.   I don't know the

3    date.

4          Q.   And what about your sister's birth date?

5          A.   It's February.   It's in February.   I

6    think it's February the 21st, 19 -- 1991 or '90.

7    I don't know.

8          Q.   What time did you leave your home?

9          A.   I'm not sure.

10         Q.   How long did it take you to get to the

11   theater?

12         A.   I'm not sure.

13         Q.   Were you on the road two hours?

14         A.   No.

15         Q.   One hour?

16         A.   No.

17         Q.   So it took you under an hour to get to

18   the theater?

19         A.   Yes.

20         Q.   Had you driven to this theater before?

21         A.   I've been in that area, I hadn't been to

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 19

1    that theater before.

2        Q.  Were you driving -- had you driven to

3    that area before?

4        A.  Yes.

5        Q.  Approximately how many times?

6        A.  I'm not sure.

7        Q.  Okay.  How many times before,

8    approximately, had you driven your mother's car?

9        A.  I'm not sure.

10        Q.  Had you driven once before?

11        A.  No.

12        Q.  This was your first time?

13        A.  On my own, yes.

14        Q.  And when you say on your own, what does

15    that mean?

16        A.  Without my mom being present, yes.

17        Q.  Now, when you left the theater, did you

18    go anywhere else?

19        A.  No.  I was on my way home.

20        Q.  Now, I want you to take a look at what

21    is entitled an amended notice of deposition.  And

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 20

1    I want to you look at paragraph 1 on page 2.

2         A.   (Witness reviewing exhibit.)

3         Q.   That paragraph requests that you bring

4    certain items to this deposition.  We did receive

5    a three-page item from your attorney, which you

6    have seen?

7         A.   (Witness nods head.)

8         Q.   Did you bring anything else with you?

9         A.   No.

10        Q.   Are there any other documents or records

11   with regard to this case that you know about?

12        A.   No.

13        Q.   Okay.  How many times have you been to

14   the doctor who is listed in this three-page

15   document that you gave us, Deposition Exhibit 7?

16        A.   I'm not sure.

17        Q.   Okay.  Therapeutic Transitions on 823

18   12th Street, N.E., that's where you went?

19        A.   Yes.

20        Q.   Have you been there more than once?

21        A.   Yes.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 21

1      Q.  Okay.  So you would have more than one

2  record from there; isn't that correct?

3      A.  Yes.

4          MS. McQUINN:  Would you mark this for a

5  motion to compel at this point, since nothing was

6  brought except Exhibit 7.

7          MR. ALLEN:  For the record, we don't

8  have anything at the present time.  That's why we

9  didn't bring anything.

10         BY MS. McQUINN:

11     Q.  When you call Terrance Light your

12  friend, what does that mean?

13     A.  Someone that I grew up with.

14     Q.  Is he a boyfriend in the sense of

15  someone you date?

16     A.  No.

17     Q.  Okay.  Or just a -- is he a school

18  friend?

19     A.  No.  He's a friend.  Like somebody that

20  lives in the neighborhood --

21     Q.  A neighborhood friend?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 22

1      A.  -- a person I grew up with from

2   childhood.

3      Q.  Okay.  How long -- how close -- at some

4   point did you notice a car following you, on the

5   way home from the theater?

6      A.  Yes.

7      Q.  Okay.  And until the time you stopped,

8   how long had that car been following you?

9      A.  It started following me when I got at --

10  let me see -- 1st and Atlantic Street, S.E., and

11  I was turning -- I was making a right on the

12  green light at the intersection.  And he was a

13  red light.

14          When I turned, then he started following

15  me.  It followed me for about six or seven

16  blocks.

17      Q.  Do you know what amount of time that

18  comprised?

19      A.  I'm not sure.

20      Q.  Okay.  Tell me in -- tell me what

21  occurred once that car started following you and

## DEPOSITION OF MIKELLE DAVIA BASSETT
### Conducted on May 2, 2007

Page 23

1    you realized you were being followed?  What

2    happened?

3         A.  It was -- the car was just following us

4    and following us.  A police car, it was a marked

5    police car.  Never put on his sirens or anything.

6    Followed us all the way down -- when we finally

7    got to Valley and Atlantic Street, then -- that's

8    when we were blocked off by a car.  It was

9    actually a stop light right there.  We were

10   blocked off by a car.  And my -- hit my car in

11   the front.

12        And then after that, a plain -- a whole

13   lot of police were already there.  They had their

14   guns drawn.  And the police officer was trying to

15   -- he opened my door.  He opened -- well, they

16   opened everybody's door.  And then he had his gun

17   drawn to my head.  He was trying to pull me out

18   of the car.

19        At the time he was trying to pull me out

20   of the car I still had my seatbelt on.  And he

21   just pulled me -- he had pulled me by my hair.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 24

1    And I didn't have the car in park.  And when they

2    pulled me out the car, the car that they pulled

3    me out of bumped the other car that was in front

4    me.  I think it bumped the other car that was in

5    front of me, because I didn't have the shift in

6    park.

7            And then he pulled me by my hair, and I

8    was being dragged on the ground.  And he had his

9    knees in my back, and I was handcuffed with my

10   hands behind my back, lying face down on the

11   ground.  While I was being drug in the middle of

12   the street.

13       Q.  Okay.  Would you describe the officer

14   who did that?

15       A.  He was white.

16       Q.  Could you give a more specific

17   description?  Was he tall, was he short?

18       A.  I'm not sure.

19       Q.  Skinny, fat?  What color was his hair?

20   What did he say to you?

21            MR. ALLEN:  If you cannot recall, say

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 25

1    you cannot recall.

2          A.  I cannot recall.

3          Q.  You really can't recall, or is it

4    because your lawyer said you can't recall?

5          A.  I don't recall.

6          Q.  I want you to look over a document

7    marked Exhibit No. 2.  It's a letter sent us by

8    your attorney.  I want you to look at it starting

9    with the -- with the paragraph entitled

10   Circumstances.  I want you to read that and on to

11   the next page.

12         A.  (Witness reviewing exhibit.)  Okay.

13         Q.  All right.  Turn back to the first page,

14   please?

15         A.  (Witness complying.)

16         Q.  Isn't that the intersection where you

17   were when you were stopped, Valley Avenue and

18   Chesapeake Street?

19         A.  No.  That was Atlantic and -- where we

20   were stopped was -- oh, where we were stopped.

21   It's not Chesapeake.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 26

1     Q.  So what was the intersection?

2     A.  Valley and Atlantic.

3     Q.  Okay.  How is it that you came to a

4  stop?  Did you voluntarily stop, or were you

5  blocked?

6     A.  It was a stop light, but the car

7  actually -- it was a stop light right there.  The

8  light was red, but the car -- a car cut me off.

9     Q.  So that's how you came to a stop?

10    A.  That's where the police stopped.

11    Q.  Okay.  That's how you happened to stop

12  for the officers?

13    A.  Yes.

14    Q.  Okay.  At what point did you know it was

15  a police officer?

16    A.  That?

17    Q.  Following you?

18    A.  It was a marked car.

19    Q.  Okay.  Did you see any other cars

20  following you?

21    A.  No.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 27

1      Q.  Did you see any unmarked cars with

2   lights?

3      A.  No.

4      Q.  Okay.

5      A.  I seen an unmarked car, but it didn't

6   have any lights on or anything.

7      Q.  Did you see one with the -- you know,

8   the separate lights they use?  Not the light that

9   -- sometimes the light they put either on the

10  dash or on the side (indicating) up on the top?

11  Did you see an unmarked car with a light of any

12  kind?

13     A.  No.

14     Q.  Did you see an unmarked car -- unmarked

15  police car that you could determine were police

16  cars?  In other words, once you were stopped,

17  were some of the cars unmarked cars?

18     A.  Yes.

19     Q.  Okay.  The officer who pulled you out of

20  the car, you said his race was what?

21     A.  He was white.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

1      Q.  Was he old, was he young?

2      A.  I'm not sure.

3      Q.  About how old would you say he was?

4      A.  I'm not sure how old he was.

5      Q.  Okay.

6      A.  This -- at the very last sentence on

7  this, on Exhibit 2 says that you were followed

8  for 10 to 20 minutes.  How long were you

9  followed?

10      MR. ALLEN:  I'm going to object.  Asked

11  and answered.  You've already asked her and she's

12  already told you she doesn't know.  So I'm going

13  to object.

14      Q.  Is that your answer?

15      MR. ALLEN:  Yes.  The answer is

16  objection.  She's already answered that question.

17      Q.  Is that your answer?

18      A.  I'm not sure.

19      Q.  You're not sure of your answer or you're

20  not sure how long you were followed --

21      MR. ALLEN:  Her answer is --

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 29

1          MS. McQUINN:  Don't cut me off when I'm

2     talking.

3          MR. ALLEN:  No.  You've asked the same

4     question three times.

5          MS. McQUINN:  No, no.

6          MR. ALLEN:  Don't answer the question.

7          MS. McQUINN:  Do not cut me off when I'm

8     talking.

9          MR. ALLEN:  Don't answer the question.

10          MS. McQUINN:  We will stop and I will

11     call the Court to find --

12          MR. ALLEN:  Go ahead.

13          MS. McQUINN:  -- out why you don't --

14          MR. ALLEN:  Go ahead.

15          MS. McQUINN:  -- understand simple

16     courtesy.

17          MR. ALLEN:  Go ahead.

18          MS. McQUINN:  I will call and ask the

19     judge --

20          MR. ALLEN:  Go ahead.

21          MS. McQUINN:  -- to counsel you on not

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 30

1    interrupting me when I have a question.  And I

2    absolutely mean that.

3          MR. ALLEN:  Okay.  Go ahead.

4          MS. McQUINN:  We will not leave today if

5    you're going to keep cutting me off.

6          MR. ALLEN:  Oh.  Let me -- now that

7    you've had your say, now let me have my say.

8          MS. McQUINN:  No.  I won't let you have

9    a say.  I'm asking questions here, and you're

10   going to have to be courteous or leave.

11         MR. ALLEN:  I'm not leaving, madam,

12   that's No. 1.  No. 2, you've asked the same

13   question three times.

14         MS. McQUINN:  And I'm asking it again.

15         MR. ALLEN:  And your --

16     Q.  Is your answer that you're not sure of

17   what we're talking about, or is your answer

18   you're not sure of how long you are followed?

19         MR. ALLEN:  Don't answer that.  You've

20   answered twice already.

21         MS. McQUINN:  Mark it for a motion to

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 31

1    compel.

2           BY MS. McQUINN:

3       Q.  Take a look at the second page of that

4    document, again?

5       A.  (Witness complying.)

6       Q.  Now, is it your position that the

7    officer who got you out of the car had a gun at

8    your head --

9           MR. ALLEN:  Objection.

10      Q.  -- as when he walked up?

11          MR. ALLEN:  Objection.  Form.

12      Q.  Was the gun already out that you

13   mentioned earlier?

14          MR. ALLEN:  Objection to form.  You can

15   answer.

16      Q.  When you -- when you stated the officer

17   put a gun to your head, was the gun out when he

18   walked up or did he take it out when he got to

19   you?

20          MR. ALLEN:  Objection to form.  Go ahead

21   and answer if you can.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 32

1      A.  I'm not sure.  (Witness reviewing

2  exhibit.)

3      Q.  Are you sure whether or not there was a

4  gun --

5      A.  There was a gun.

6      Q.  -- drawn?  There was a gun drawn, or was

7  the gun in his holster?

8      A.  It was drawn.

9      Q.  Now, look at the top of this document on

10  line 4.  This says you were grabbed by your neck?

11      A.  (Witness reviewing exhibit.)

12      Q.  Is that a -- are you the Ms. Bassett who

13  was grabbed by her neck?  Because there two

14  Ms. Bassetts.  There's Mikelle and Mikesha.

15  You're Mikelle.

16      A.  Mikelle.

17      Q.  Were you grabbed by your neck?

18      MR. ALLEN:  Hold on.  Objection to form,

19  but go ahead and answer, if you can.

20      A.  I'm not sure.

21      Q.  What did you observe as far as what the

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 33

1    officers did with the other people?  This says

2    that Ms. Parker was pulled out and thrown to the

3    ground.  Did you observe that?

4         MR. ALLEN:  Objection to form.  But you

5    can answer, if you can.

6         Q.  Did you observe Ms. Parker being thrown

7    to the ground?

8         MR. ALLEN:  Objection to form.  Go ahead

9    and answer if you can.

10        A.  As in everybody being pulled out the

11   car -- out the car.

12        Q.  But my question to is, did you observe

13   Ms. Parker being thrown to the ground?

14        A.  Don't remember.

15        Q.  Okay.  Did you observe Ms. Harris or

16   Ms. Harrison being thrown to the ground?

17        A.  Don't remember.

18        Q.  Did you observe Mikesha being thrown

19   against the car?

20        A.  Yes.

21        Q.  Okay.  Which car?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 34

1       A.  It was a police car.

2       Q.  Okay.  And who threw her against the

3  police car?

4       A.  An officer.

5       Q.  Describe him.

6       A.  I can't.

7       Q.  What was his race?

8       A.  He was white.

9       Q.  What was his hair color?

10       A.  I'm not sure.

11       Q.  Was he tall or short?

12       A.  I'm not sure.

13       Q.  Fat or skinny?

14       A.  I'm not sure.

15       Q.  The next paragraph says that the

16  officers were making insulting, humiliating and

17  threatening comments at the expense of the girls

18  and Mr. Light.  What were such comments?

19       A.  We were out of -- we were called

20  bitches.  My friend, Terrance, had a condom in

21  his pocket when they -- when they was searching

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

1    him.  And the black officer said, oh, one condom

2    and all these girls, my man going to get it in

3    right.  As if he's saying -- as if he was saying

4    he going to have sex with all of us.

5         Q.  And you are speculating on what that

6    meant?

7         A.  Could you --

8         Q.  The officer didn't tell you what he

9    meant when he allegedly said that?  You're

10   speculating that that's what he meant, when he

11   said that?

12        A.  That's the terminology that we use for

13   -- that people use for -- well, how you say it --

14   that people use for saying -- that's how that

15   say, like he said, one condom and all these

16   girls, my man going get it in right, that's how

17   people say they going to have sex with one girl.

18   That's how that say things.

19        Q.  Which officers called you bitches?

20        A.  It was a white officer.

21        Q.  Will you describe him?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 36

```
 1        A.  I can't.

 2        Q.  Which officers talked about the condom,

 3   or made reference to the condom?

 4        A.  He was black.

 5        Q.  Can you describe him?  Can you describe

 6   that officer?

 7        A.  He looked like he was the same officer

 8   that got out of the unmarked car.

 9        Q.  Okay.  Can you describe him?

10        A.  No.

11        Q.  Do you know his name?

12        A.  No.

13        Q.  Okay.  This is Exhibit No. 3.  It is an

14   updated letter of the last letter you were

15   reading, Exhibit 2.  Exhibit 2 was a January

16   19th, 2006 letter from your lawyer.  You're now

17   looking at Exhibit 3, which is an updated letter.

18   It's called an amended notice letter.

19            Those dates at this very top, those

20   birth dates, for your sister, the 2/21/91, is

21   that the correct date now that you see it in
```

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

1    print?

2         A.   (Witness reviewing exhibit.)  That's

3    correct.

4         Q.   Okay.  How long did this incident last

5    from the time it stopped; about how long -- about

6    how long did it last?  From the time it started

7    to the time it ended?

8         A.   About a few hours, I would say.

9         Q.   Okay.  I hand you what's been marked

10   Exhibit 4, the complaint in this case.  I would

11   like for you to turn to page 4.

12        A.   (Witness complying.)

13        Q.   Page 5.

14        A.   (Witness complying.)

15        Q.   When -- was everybody made to get out of

16   the car?

17        A.   Yes.

18        Q.   And once you were out of the car, what

19   happened?

20        A.   Once I was out of the car?

21        Q.   Once all of you got out of the car.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

1    Were you handcuffed?

2        A.  Yes.

3        Q.  Okay.  How many of you were handcuffed?

4        A.  Everyone.

5        Q.  Were you standing, were you sitting?

6    Just where were you put or placed?

7        A.  On the ground face down.

8        Q.  Okay.  And after that?

9        A.  I was still on the ground for a minute.

10        Q.  And after that minute?

11        A.  Then -- well -- hold on --. Mikesha had

12    been placed in the paddy wagon.  And me, Shaneka,

13    LaKeisha and Terrance, that was on the ground.

14    She had been placed in the paddy wagon.

15            Then after that it took a long time.

16    Then one officer -- then one officer said, why

17    are they handcuffed and laying on the ground like

18    this, and cuffed like this?  And then they picked

19    us up on the sidewalk.  And we were sitting on

20    the sidewalk.

21        Q.  Was it the sidewalk or the curb or what?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 39

1      A.   Well, the curb.

2      Q.   Was Mikesha still in the paddy wagon?

3      A.   Yes.

4      Q.   Was she there the whole time?

5      A.   The first -- at first she wasn't in the

6   paddy wagon.  When they pulled us out the car and

7   they had us laying on the ground, she was up

8   against -- the police had slammed her against the

9   car.  He had slammed her against the car.  And

10  then after that they put her in the paddy wagon.

11     Q.   So at first, were all of you face down

12  at some point?

13     A.   No.  Just all -- well, we were pulled

14  out the car.  Me, Shaneka, LaKeisha and Terrance

15  were pulled out of the car.  Mikesha got out the

16  car on her own.  She unfastened her seatbelt and

17  jumped out the car.

18     Q.   Okay.  How many people were placed face

19  down on the ground?

20     A.   Four.

21     Q.   And they were, you, who else?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 40

1      A.   Shaneka Harris.

2      Q.   Who else?

3      A.   LaKeisha Parker and Terrance Light.

4      Q.   How -- approximately how long were you

5  face down on the ground?

6      A.   Once we got on the ground, I couldn't

7  really see too much of what was going on.

8  Because I was laying on the ground for, I said,

9  about 45 minutes, or maybe longer.

10      Q.   Were you handcuffed while you were on

11  the ground?

12      A.   Yes.

13      Q.   Were the others handcuffed while they

14  were on the ground?

15      A.   Yes.

16      Q.   Where were the others lying relative to

17  you?

18      A.   Could you break it down, please?

19      Q.   Well, where were they placed relative to

20  you?  Were they side-by-side with you, were they

21  off in other --

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 41

1      A.   No one was beside me.

2      Q.   Okay.

3      A.   Because I was laying in the middle of

4   the street.

5      Q.   Where were the others?

6      A.   They were laying on the ground in the

7   street, but they wasn't directly in the middle of

8   the street.  Like, I was on the yellow lines.

9      Q.   Okay.  And the other three were also

10  face down in the actual street?

11     A.   Yes.

12     Q.   Okay.  Where were they relative to your

13  body?  Were they at your feet, were they at your

14  head?  Just tell me their -- what were their

15  positions relative to you?

16     A.   They were at my head.

17     Q.   At your ahead?

18     A.   (Witness nods head.)

19     Q.   Which ones?

20     A.   Who was on the ground?  It was who I

21  said was on the ground, Shaneka and LaKeisha.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 42

1      Q.  And where was Terrance?  If you

2  remember?

3      A.  I don't know.

4      Q.  And when you say Lakeisha and Shaneka

5  were at your head, were their heads facing your

6  head?  What part of their body was at your head?

7      A.  If I was standing -- on the ground this

8  way (indicating) -- okay.  If I looked up I could

9  see their feet.

10      Q.  Was Terrance in your line of vision at

11  all?

12      A.  I'm not sure.

13      Q.  Okay.  How did you get up from that

14  position being face down in the street?

15      A.  After a while the police officer -- one

16  of the police officers put everybody on the

17  sidewalk -- I mean on the curb.

18      Q.  Okay.  How did you get up?

19      A.  They -- he pulled me up.  Pulled me up.

20      Q.  And did you see how the others got up?

21      A.  No.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 43

1        Q.  Which officer pulled you up?

2        A.  I'm not sure.

3        Q.  What, if anything, was said to you

4    beside the word bitches?

5        A.  The officer that was pulling me out from

6    the car told me, bitch, get out the car.

7        Q.  Okay.  Anything else?

8        A.  No.  Not towards -- not towards me.  I

9    heard the other officer told me sister, he called

10    her a bitch and then he said I'll fuck you up.

11        Q.  You heard another officer say what?

12        A.  And there was this -- and that officer

13    -- when they was pulling us out the car, and my

14    little sister already got out the car.  She had

15    got her stuff out the car, and slammed her -- she

16    was slammed against the police car.

17            And then before they put her in the

18    paddy wagon, the officer had pulled her hair --

19    he did something to her and she was yelling at

20    him.  And he said -- he said, bitch, I'll fuck

21    you up if you do something.  Something that -- if

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 44

1   she did something to him and he'd fuck her up.

2        Q.  So this is the -- she was already out?

3        A.  (Witness nods head.)

4        Q.  And she said something to the officer?

5        A.  (Witness nods head.)

6        Q.  What made her say something to the

7   officer?

8        A.  They were dragging me in the middle of

9   the street.

10       Q.  And so she said something to the officer

11  because the officer was dragging you?

12      A.  She was yelling stop hurting my sister.

13      Q.  This is Mikesha?

14      A.  Mikesha.

15      Q.  And what did she say to the officer?

16      A.  She was yelling stop hurting my sister.

17      MR. ALLEN:  Stop whatting my sister?

18      THE WITNESS:  Hurting.

19      MR. ALLEN:  Hurting.  Okay.

20      Q.  And which officer said this to your

21  sister?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 45

1       A.  I'm not sure.

2       Q.  Was it a male officer?

3       A.  Yes.

4       Q.  What was his race?

5       A.  I'm not sure.  He was -- I'm not sure.

6       Q.  Look at paragraph 9 on page 5?

7       A.  (Witness complying.)

8           MR. ALLEN:  Okay.

9       Q.  The officers were also making insulting,

10  humiliating and threatening comments.  What were

11  those comments?

12          MR. ALLEN:  Apart from the ones she's

13  already mentioned, you mean?

14          MS. McQUINN:  Right.

15      A.  They told us -- he said, all this is

16  over -- the white officer said, you might as well

17  charge it to the game, which means, get going

18  about your life.  Forget about it, there's

19  nothing y'all can do about it.

20      Q.  And that's part of your interpretation

21  what he just said?  And what was it that he said

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

1    that you are alleging he said?

2         A.   Am I alleging he said?

3         Q.   Yeah.  What --

4         A.   He said, y'all might as well just charge

5    this to the game.

6         Q.   Approximately how long were you

7    handcuffed?

8         A.   From the time I was out the car until --

9    the whole time I was on the ground, until about

10   the very end.

11        Q.   So you, specifically, were handcuffed

12   the entire time?

13        A.   (Witness nods head.)

14        Q.   Do you know the name of the white

15   officer whom you allege said y'all might as well

16   just charge it to the game?

17        A.   Murphy.

18        Q.   Do you know his full name?

19        A.   No.  He's a white shirt now.

20        Q.   And what does that mean?

21        A.   First he was wearing a blue shirt, but

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 47

1    now he's wearing the white shirt.

2         Q.  When did you see him wearing a blue

3    shirt, or do you mean as part of his job?

4         A.  Oh.  As part of his job.

5         Q.  Do you know what a white shirt means?

6         A.  He's at a higher rank then what he was.

7         Q.  Do you have relatives on the police

8    force?

9         A.  An uncle.

10        Q.  And his name?

11        A.  Rozell (phonetic).

12        Q.  Rozell what?

13        A.  I'm not sure of his last name now.  He's

14   married.

15        Q.  When men marry they don't change their

16   name.

17        A.  Oh, they don't?

18        Q.  No, they don't.

19        A.  His last name is --

20        Q.  Would it be the same as yours?  Is he

21   your mother's brother or your father's brother?

## DEPOSITION OF MIKELLE DAVIA BASSETT
### Conducted on May 2, 2007

Page 48

```
 1        A.   My mother's brother.

 2        Q.   And what was your mother's maiden name?

 3        A.   Bassett.

 4        Q.   Bassett.  Okay.  Do you know what

 5   District he works for?

 6        A.   He works out of state.

 7        Q.   Out of this state?

 8        A.   (Witness nods head.)

 9        Q.   In what state?

10        A.   He's in -- I can't -- I don't remember.

11        Q.   What's your mother's occupation?

12        A.   Right now she's not working, because my

13   brother -- I have -- she has a sick child.  She

14   was working at Children's Hospital.

15        Q.   Doing what?

16        A.   She was a child advocate working with

17   children with special needs.

18        Q.   Was that a paying position or a

19   volunteer position?

20        A.   Paying.

21        Q.   And which part of Children's did she
```

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 49

1    work at?  What was the address?

2          A.  I don't know.

3          Q.  Was it on Michigan Avenue?

4          A.  No.

5          Q.  Was it in southeast?

6          A.  Yes.

7          Q.  When your mother went to work in the

8    morning, you didn't know what part of the city

9    she was going to work to?

10         A.  No.

11         Q.  How long did she hold that position?

12   Was it for years?

13         A.  I don't know.

14         Q.  Okay.  What position is she -- what did

15   she do before that?

16         A.  I don't remember.

17         Q.  Okay.  What's your father's occupation?

18         A.  He's an auto mechanic.

19         Q.  And where does he work?

20         A.  Self-employed.

21         Q.  And where does he work?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 50

1       A.   Now he just -- I don't know.  He has a

2    shop on -- I don't know what street.  He works --

3       Q.   Does the shop have a name?

4       A.   No.

5       Q.   How many people work in this shop?

6       A.   My father works by hisself.

7       Q.   Have you ever visited the shop?

8       A.   Nope.

9       Q.   How long has he been self-employed at

10   this shop?

11      A.   I don't know.

12      Q.   Have you known him to hold any other

13   jobs?

14      A.   Yeah.

15      Q.   What?

16      A.   I don't know.  I'm not sure.

17      Q.   As long as you've know him, that's the

18   only thing he's ever been, an auto mechanic?

19      A.   When I was little -- when I was little

20   he worked for a taxicab service or something like

21   that.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

1      Q.  Did your mom graduate for college?

2      A.  No.  She went to college, she didn't

3   finish.

4      Q.  Which college?

5      A.  I don't know.

6      Q.  What about your dad?

7      A.  No.  He finished high school.

8      Q.  Did she graduate?

9      A.  I think so.

10      Q.  Which high school?

11      A.  I don't know.

12      Q.  In D.C.?

13      A.  I don't know.

14      Q.  Are your parents from D.C.?

15      A.  Yes.

16      Q.  Now, at some point -- what -- tell me

17   everything you can ask remember being said

18   between you and the officers, on the scene?

19   Aside from what you have already told me, is

20   there any other verbal exchange you haven't told

21   me about?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 52

1     A.  He said no, you can't call -- one of the

2   officers told me, no, I can't call my mother.

3     Q.  Which officer told you that?

4     A.  I'm not sure.

5     Q.  Race?

6     A.  He was white.

7     Q.  And a description?  Description?

8     A.  I don't know.

9     Q.  Any other verbal exchange between you

10  and the other officers?

11     A.  Yes.  There was a -- it was, I guess it

12  was marijuana, when they searched the car.  And

13  he said, oh, look what I found here.  I get -- he

14  asked if it ours.  And everybody was like, it's

15  not ours.  And he was like, well, if no one wants

16  to claim it, then I guess I'll keep it, and he

17  stuck it in his pocket.

18     Q.  Which officer was that?

19     A.  He was a white officer.

20     Q.  Describe him.

21     A.  I can't.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 53

1      Q.   And the marijuana was in what form?  Was

2   it in a baggie, was it already rolled?  What was

3   it, what form?

4      A.   It was rolled.

5      Q.   Rolled?

6      A.   I guess it was in -- uh-huh.

7      Q.   Where did he find it in the car?

8      A.   He was searching the back.  It was in

9   the back, behind the passenger seat.

10      Q.   Have you ever smoked marijuana?

11      A.   No.

12      Q.   Was that your marijuana?

13      A.   No.

14      Q.   Do you know if any of the other

15   passengers was smoking it in the car?

16      A.   No.

17      Q.   Who was in the backseat?

18      A.   Shaneka Harris, LaKeisha Parker and

19   Mikesha Bassett.

20      Q.   Okay.  And whose brother, did you say?

21   You said, Shaneka, Lakeisha and Mikesha was in

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 54

1    the back?

2        A.   Shaneka, Lakeisha and Mikesha.

3        Q.   Where was Terrance?

4        A.   In the front passenger seat.

5        Q.   Who paid for your trip to the movie?

6    Who paid for their ticket?

7        A.   Everybody paid their own way.

8        Q.   And where did you get the money for the

9    ticket?

10       A.   Allowance.  Through allowance, and I had

11   a job.

12       Q.   Where did you work?

13       A.   It wasn't -- it wasn't like a real job,

14   it's just we just helped out.  It's a recreation

15   center.

16       Q.   What's the name of the recreation

17   center?

18       A.   Harriet Thompson Recreation Center.

19       Q.   Where is it located?

20       A.   Lincoln, N.E.

21       Q.   Have you ever seen any of the others

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 55

1    smoke marijuana?

2          A.  No.

3          Q.  What about Terrance?

4          A.  No.

5          Q.  Okay.  Is it your mom's car?

6          A.  Yes.

7          Q.  And it's your position that it didn't

8    belong to any of you kids in the car?

9          A.  No.

10         Q.  You think it was your mother's?

11         A.  No.

12         Q.  How did you think it got there?

13         A.  I don't know.

14         Q.  Does your father have a different car?

15         A.  My father didn't have a car.

16         Q.  Did he ever drive your mother's car?

17         A.  No.

18         Q.  Were you ever told why you were pulled

19    over?

20         A.  No.

21         Q.  Now, at some point was it your mother

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 56

1    that came to the scene?

2        A.   No.

3        Q.   Okay.  Whose mother came to the scene?

4        A.   It was my sister.

5        Q.   And her name?

6        A.   Keeon Bassett.

7             MR. ALLEN:  You want to spell Keeon?

8        A.   K-E-E-O-N.

9        Q.   And who called her?

10       A.   We called -- we used somebody's cell

11   phone to call.  When I tried -- I was trying to

12   answer my phone, the police officer threw my

13   phone and he said you can't call your mother.  He

14   broke my phone.

15       Q.   Which officer did that?

16       A.   He was a white officer.

17       Q.   You don't know which one?

18       A.   No.

19       Q.   Can you describe him for me?

20       A.   No.

21       Q.   You don't know who called your sister to

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 57

1    the scene?

2        A.   I don't remember.

3        Q.   How old is Keeon Bassett?

4        A.   Now she's 21.

5        Q.   20?

6        A.   21.

7        Q.   What's her date -- birth date?

8        A.   October the 18th -- hold on.  Wrong

9    birth date.  October the 19th.

10       Q.   Do you know the year?

11       A.   No.

12       Q.   Okay.  Did you tell me everything -- all

13   of the exchanges you had had, verbal exchanges,

14   you had had with the officer before your sister

15   arrived?

16       A.   That I can remember, yes.

17       Q.   And have you also covered all those that

18   you could hear, between other people and the

19   officers?

20       A.   No.  Slammed my Godsister, Shaneka

21   Harris, on her face.  And she said, not my face.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 58

1    And he said, how does it feel to slam -- how does

2    it feel to be slammed on the ground with braces

3    in your mouth?

4        Q.  Do you know which officer said that?

5        A.  No.

6        Q.  Can you describe the officer?

7        A.  No.

8        Q.  Do you remember the race of the officer?

9        A.  No.

10       Q.  When Keeon Bassett arrived, what was

11   said?

12       A.  I'm not sure.

13       Q.  What was done?

14       A.  An officer was talking to her.

15       Q.  Okay.  Could you hear anything of what

16   was said?

17       A.  No.

18       Q.  How long after she arrived were the

19   handcuffs taken off?

20       A.  When she got there the handcuffs were

21   already taken off.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 59

1      Q.   Okay.  How long had they been off?

2      A.   Maybe about -- I don't know.  I'm not

3  sure.

4      Q.   Okay.  Do you remember how long you had

5  the handcuffs on?

6      A.   Basically throughout the whole thing.

7      Q.   Yes.

8      A.   Until they got close to the end.

9      Q.   Can you give me an approximation of how

10  many minutes that was?

11      A.   No.  I'm not sure.

12      Q.   Okay.  Do you know what the word

13  negligence means?

14      A.   No.

15      Q.   Okay.  At any time did any of the

16  officers hit you?  Did any of the officers hit

17  you?

18      A.   I was grabbed and pulled and drug.

19      Q.   Is that a no?  Is that a no?

20      A.   No.

21      Q.   I have in front of me Exhibit No. 5,

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 60

1    defendant's interrogatories and request for

2    production of documents for Plaintiff Mikelle

3    Bassett.  I'm looking at the request for

4    production of documents, paragraph No. 1.

5         Do you have medicine records from anyone

6    besides Therapeutic Transitions that you brought

7    here today, Exhibit 7?  Do you have any other

8    medical records from this case from any other

9    place besides Therapeutic Transitions?

10    A.  You have to take it up with my lawyer.

11    Q.  My question is to you.  Have you been to

12   any other -- anyplace besides Therapeutic

13   Transitions?

14        MR. ALLEN:  Did you get the records we

15   sent?

16        MS. McQUINN:  I have no records on any

17   of those people.

18        MR. ALLEN:  I sent you files.  Last week

19   I sent you records from Children's Hospital.

20        MS. McQUINN:  I have no records from any

21   of them.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 61

1          BY MS. McQUINN:

2          Q.  Do you have any records from -- did you

3   go to any place besides Therapeutic Transitions,

4   Incorporated?

5          A.  I went to the hospital.

6          Q.  Which hospital?

7          A.  Children's.

8          MR. ALLEN:  Do you want to look at those

9   records now?

10         MS. McQUINN:  Yes.  Hand them over,

11  please.

12         MR. ALLEN:  Do you want to make a copy?

13         MS. McQUINN:  Pardon me?

14         MR. ALLEN:  Do you want to make a copy?

15         MS. McQUINN: (Counsel reviewing

16  records.)  Yes.  We can take a break and get a

17  copy of these to look though them.  But let me

18  finish with this question first.

19         Q.  Was Children's -- besides Therapeutic

20  Transitions and Children's, did you see any other

21  medical personnel?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 62

1       A.   Yeah.   Rondique Harris.

2       Q.   Okay.   Anyone else or anyplace else?

3       A.   No.

4            MS. McQUINN:   Okay.   We can take a

5   ten-minute break.

6            MR. ALLEN:   What time is it?

7            THE REPORTER:   1:46.

8            (Break taken.)

9            THE REPORTER:   It's 2:08.

10           (Whereupon, Michelle Davia Bassett

11  Deposition Exhibit No. 8, medical records,

12  marked.)

13           BY MS. McQUINN:

14      Q.   So you're going to be 18 this year?

15      A.   Yes.

16      Q.   Okay.   In October.   What jobs have you

17  had?   Have you had any full-time jobs?

18      A.   (Witness shakes head.)

19      Q.   You have to answer out loud for the

20  court reporter.

21      A.   No.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

1    Q.  Your part-time jobs have been what?

2    A.  Right now I work at a clothing store.

3    Q.  Okay.  Doing what?

4    A.  Sales associate.

5    Q.  What store?

6    A.  Universal Madness.

7    Q.  Universal Madness?

8    A.  (Witness nods head.)

9    Q.  Where is that located?

10    A.  On Georgia Avenue, N.W.

11    Q.  What address?

12    A.  3120.

13    Q.  How long have you held that position?

14    A.  Eight months.

15    Q.  Okay.  Who is your boss?

16    A.  Eddie Van.

17    Q.  Spell the last name for me, please?

18    A.  V-A-N.

19    Q.  And you said Eddie?

20    A.  (Witness nods head.)

21    Q.  Have you held any other jobs besides

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 64

1    that one and the other one you told us about?

2         A.   No.

3         Q.   Okay.  Do you have any photographs

4    relating to this incident?

5         A.   You have to speak to my lawyer on that

6    one.

7         Q.   Do you know if you have any photographs

8    relating --

9         A.   I'm not sure.

10        Q.   Did you take any photographs relating to

11   this incident?

12        A.   Yes.

13        Q.   Where are they?

14             MR. ALLEN:  Again, we sent them to you.

15   I don't know why you don't have them, but let me

16   see.  (Counsel reviewing photographs.)  Here you

17   go.

18        Q.   Do you know of any other photographs

19   that were taken relating to this incident,

20   besides those which your attorney just handed to

21   me?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 65

1      A.  No.

2      Q.  Pardon me?

3      A.  No.

4      Q.  This is what he just handed me

5   (indicating).  Are these of you?

6      A.  Yes.

7      Q.  Do you know of any being taken of any of

8   the other people involved in this incident?

9      A.  I'm not sure.

10     Q.  Did you see any being taken of them?

11     A.  I'm not sure.

12     Q.  Did you take any of them?

13     A.  No.  Not of the other people, I didn't.

14     Q.  Did you see anyone taking pictures of

15   the other people who was involved in -- who where

16   in that car?

17     A.  I'm not sure.

18     Q.  You're not sure if you saw that happen?

19     A.  (Witness nods head.)

20        MS. McQUINN:  Could you mark the backs

21   of these, 9A through G.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 66

1          MR. ALLEN:  Well, they're not going into

2     the record.  I mean, you can mark them, but I

3     want them back.

4          MS. McQUINN:  I thought you said you

5     sent them?

6          MR. ALLEN:  I sent you copies.

7          MS. McQUINN:  I don't have them.

8          MR. ALLEN:  Photocopies of those.  But I

9     want -- I want those back.

10          MS. McQUINN:  Then I'll get a copy

11     during the break.

12          MR. ALLEN:  Uh-huh.

13          BY MS. McQUINN:

14     Q.  That was Exhibit 5, Defendant's Answers

15     to Interrogatories to Plaintiff.  Exhibit 6,

16     Plaintiff's Responses.  What I put before you,

17     Defendant's Exhibit No.  -- Mikelle Bassett,

18     Defendant's Deposition Exhibit No. 6.

19          Have you ever been arrested?

20     A.  No.

21     Q.  Okay.  Have you been stopped by the

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 67

1    police other than in this incident?

2         A.   Prior to this incident?

3         Q.   Uh-huh.

4         A.   No.

5         Q.   Subsequent to this incident?

6              MR. ALLEN:   I'm objecting to anything

7    subsequently.   You can go ahead and answer.

8         A.   No.

9         Q.   This is the one and only time you've

10   ever been stopped by the police?

11        A.   Yes.

12        Q.   You stated that the officer had been

13   following you for some time.   How is it that you

14   didn't stop earlier?

15        A.   Because --

16        Q.   Sooner?

17        A.   -- he never put his sirens on for me to

18   stop.

19        Q.   You also stated that it was a marked

20   car?

21        A.   (Witness nods head.)   Yes.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 68

1      Q.  Why didn't you stop for a marked car?

2      A.  The marked car cut us off.  There was no

3  reason for us to stop for the marked car, because

4  the marked car was never behind us.

5      Q.  Okay.  So do you recall any people in

6  the back looking out the back at the car that was

7  following you?

8      A.  I can't tell -- I'm not sure.

9      Q.  Do you recall any discussion in the car

10  about the fact that the car was following you?

11      A.  I'm not sure.

12      Q.  Does not sure mean, you could have

13  discussed that car but you don't remember?

14          MR. ALLEN:  Objection.  No, wait.

15      A.  I'm not sure.

16          MR. ALLEN:  Objection to form.  Go ahead

17  and answer if you can.

18      A.  It means I'm not sure.

19      Q.  If there had been discussions of that

20  car, is it something you would have remembered?

21          MR. ALLEN:  Objection to form.  I mean I

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 69

1    think she's answered the question two, three

2    times.  She's not sure.

3            MS. McQUINN:  Don't answer for her.

4            MR. ALLEN:  Well, she's answered for

5    herself three times.

6            MR. ALLEN:  You just did.

7            BY MS. McQUINN:

8        Q.  Did you ever discuss the car following

9    you?

10       A.  I'm not sure.

11       Q.  Okay.  Take a look at Exhibit No. 6?

12       A.  (Witness complying.)

13       Q.  On page 4?

14       A.  (Witness complying.)

15       Q.  And answer No. 6, you mention a number

16   of health problems.  Tell me specifically what

17   you claim to be your injuries from this incident?

18       A.  I have suffered crying syndromes,

19   nightmares.  I haven't been able to sleep.  I

20   don't sleep at night at all.  My leg was messed

21   up.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 70

1     Q.  In what way?

2     A.  I couldn't hardly walk.  I had trauma to

3  my left thigh, upper left thigh.

4     Q.  What does that mean, some trauma?

5     A.  That was -- my leg, my left leg was

6  messed up.

7     Q.  In what way?

8     A.  I had bruises, I couldn't walk on it.  I

9  had -- I had a bruise up here (indicating) going

10  across my left side of my shoulder.  What else?

11  I had -- I had thumbprints in my wrist.

12     Q.  During the course of the incident

13  itself, describe your demeanor?

14     A.  Break that down some more, please.

15     Q.  During the course of the incident, what

16  was your reaction?  How did you react to being

17  stopped by the police?

18     A.  I was shocked.

19     Q.  And how did you express that?  Were you

20  crying?

21     A.  Yes.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 71

1     Q.  Were you screaming at any point?

2     A.  Yes.

3     Q.  What were you screaming?

4     A.  I'm pregnant, stop dragging -- so he

5  would stop dragging me in the street.

6     Q.  How pregnant were you at time?

7     A.  I wasn't at all.  I just said that so he

8  would stop dragging me.

9     Q.  What else did you say?

10    A.  I was just crying and screaming.

11    Q.  Did you say anything else besides I'm

12  pregnant, stop dragging me?

13    A.  I'm not sure.

14    Q.  Did you use any profanity?

15    A.  No.

16    Q.  Were you loud?

17    A.  When I was screaming, yeah.

18    Q.  At what point did you stop screaming?

19    A.  When I started to lose my breath from

20  crying.

21    Q.  About how many minutes were you

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

1    screaming?

2         A.   The whole time I was being dragged I was

3    screaming.

4         Q.   About how many minutes was that?

5         A.   I'm not sure.

6         Q.   Was it more than a minute?

7         A.   I'm not sure.

8         Q.   Was anyone else on the scene screaming?

9         A.   I heard my sister yelling, stop hurting

10   my sister.

11        Q.   Did you hear anyone else screaming or

12   yelling?

13        A.   I heard crying.

14        Q.   This is the one that was put in the

15   paddy wagon?

16        A.   That was screaming stop hurting my

17   sister.  The police officer was screaming, too.

18        Q.   Let's deal with your sister right now.

19   This is the one who was put in the paddy wagon?

20        A.   Yes.

21        Q.   Mikesha?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 73

1       A.  Yes.

2       Q.  Okay.  So she was screaming.  Anyone

3   else screaming?  We'll get to the officer in a

4   minute.

5       A.  I'm not sure.

6       Q.  Okay.  LaKeisha Parker, did you hear her

7   say anything else on the scene?

8       A.  I'm not sure.

9       Q.  And Shaneka Harris, did you hear her say

10  anything else on the scene?

11      A.  I heard her say something about her face

12  hurting.

13      Q.  Okay.  What other things did the

14  officers say that you haven't told us about?  You

15  just said that the officers were screaming.

16  You've told us some of the things they said.

17  What were the officers saying when they were

18  screaming?

19      A.  They were using outrageous profanity.  I

20  already stated that.

21      Q.  What specifically did the officers say?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 74

1      A.  I'm not sure.

2      Q.  Do you recall which officer said --

3  which officers were screaming?

4      A.  I recall the officer that pulled me out

5  the car.  He was screaming, he said, bitch, get

6  out the car.

7      Q.  Anyone else?

8      A.  I'm not sure.

9      Q.  Did they ever -- did the officers ever

10  ask you why you wouldn't stop for the police?

11      MR. ALLEN:  I'll object to the form of

12  that question.  She didn't --

13      MS. McQUINN:  Don't answer for her.

14      MR. ALLEN:  No, I'm not.  But I think

15  that's an objectionable question.  I mean, you're

16  assuming a fact which hasn't been established.

17      Q.  Did the officers ever ask you why you

18  never stopped for the car following you?

19      A.  They had no need to ask me.

20      Q.  That's not my question.  Were you ever

21  asked why you didn't stop?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 75

1      A.   No.

2      Q.   Any other injuries you're claiming?

3      A.   I have really bad headaches, migraines,

4   I said.  Neck pains.

5      Q.   When did they start?

6      A.   After this incident.

7      Q.   Okay.  When?

8      A.   That from that day on, I've been having

9   really bad migraines.

10      Q.   So which are we talking about, the

11   headaches or the neck pain?

12      A.   I have both.

13      Q.   Okay.  And they both started from that

14   day?

15      A.   Yeah.

16      Q.   And how often do they occur?

17      A.   I have migraines back to back.

18      Q.   Do they happen every day, ever other

19   day?  How often do these headaches occur?

20      A.   Sometimes it happens -- I have them for

21   two days straight.  One day it'd go away and the

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 76

1    next day it'd come back.  Then it'd go away and

2    then stay again for two days.

3        Q.  About how many times a week do you get

4    migraines?  Is it weekly, is it monthly?

5        A.  I'm not sure.

6        Q.  Did you ever have migraines before this

7    incident?

8        A.  No.

9        Q.  How often do you get neck pains?

10       A.  After this incident -- I'm not sure how

11   many times I get it, but that's when it started,

12   though.

13       Q.  So you don't know how often you get neck

14   pains?

15       A.  I'm not sure.

16       Q.  Well, how many times have you had them

17   since the incident?

18       A.  I'm not sure.

19       Q.  Okay.  Did you ever have neck pain

20   before this incident?

21           What other injuries -- what other

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 77

1    injuries are you claiming?

2         A.   I gave you all of them.

3         Q.   Okay.  What are these nightmares?  What

4    do they involve?

5         A.   Crying in my sleep.  Dreaming about

6    dying.  Police shooting me in my head.  All types

7    of stuff.  Being hit by cars.

8         Q.   What kind of cars?

9         A.   Well, all types of cars.

10        Q.   And how do you relate that to this

11   incident?

12        A.   I didn't start having dreams like that

13   until after this happened.  I never even had

14   dreams.

15        Q.   Were you hit by a car in this incident?

16        A.   No.  I almost got -- no.  They had me --

17   the cars -- they had cars coming down the street

18   when I was lying on the yellow lines.

19        Q.   Which doctor have you seen for the

20   headaches, if any?

21        A.   The migraines, it was Dr. -- what's the

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

1    name.  It was Dr. Harris.

2         Q.  Rondique Harris?

3         A.  Yeah.

4         Q.  Which have you -- which doctor have you

5    seen for neck pain?

6         A.  That was when I went to Children's

7    Hospital.  But after that, the medicine that I

8    got from my doctor helped with my neck pain.  The

9    medicine for my migraines helped with my neck

10   pain.

11        Q.  Who gave you medicine for the migraines?

12        A.  What's the doctor's name?  I'm not sure.

13        Q.  What was the medicine -- what is the

14   medicine?

15        A.  What's the name?  I'm not sure of the

16   name.

17        Q.  Have you received that medicine lately?

18   Do you have any?

19        A.  Yes.

20        Q.  When was the latest you got it?

21        A.  I'm not sure.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 79

1       Q.  And what form is it?

2       A.  Pill.

3       Q.  You went to the doctor for the pills?

4       A.  (Witness nods head.)

5       Q.  And you've had them a month?  How long

6   have you had them?

7       A.  I'm not sure.

8       Q.  The latest batch of pills you've had,

9   you don't know how long you've had them?

10      A.  No.

11      Q.  You don't know what they are?

12      A.  I forgot the name.

13      Q.  You don't know who gave them to you?

14      A.  What's that doctor's name.  I'm not

15  sure.  I have more than one doctor.

16      Q.  Right.  Name all the doctors who've

17  given you medicine.

18      A.  I can't.

19      Q.  Name all the doctors you've seen in

20  connection with this case.

21      A.  Dr. Harris, Dr. Brown.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 80

1        Q.  You have to speak out loud.

2        A.  Harris, I think -- I don't know what the

3    name -- I don't know.  And my doctor's office.

4    It's more than one doctor.  I see substitute

5    doctors.  And I can't tell you all the doctors'

6    names.

7        Q.  You've only named one.

8        A.  I can only name one.  Because it's

9    substitute doctors and I don't know them.  I just

10   see them when my doctor isn't there.

11       Q.  Which office -- whose office were you in

12   when you saw a substitute doctor?

13       A.  At my doctor's office.

14       Q.  What's the name of the doctor?  When you

15   say my doctor, who -- to whom are you referring?

16       A.  Dr. Harris.  Well, it's the Pediatric

17   Mobile Clinic.

18       Q.  And you're saying you've seen various

19   doctors at that office?

20       A.  Yes.

21       Q.  How many?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

```
 1       A.   I'm not sure.

 2       Q.   Fewer than five?

 3       A.   I'm not sure.

 4       Q.   How often have you been there?

 5       A.   I don't know.

 6       Q.   Had you ever been there before?

 7       A.   Yes.

 8       Q.   For what reason?

 9       A.   I had to go get a physical.

10       Q.   Anything else?

11       A.   Who else -- they give me my shots.  They

12  keep my shots up to date.

13       Q.   Anything else?

14       A.   And this incident that happened.

15       Q.   Outside Dr. Harris' office, are there

16  any other doctors' offices that you've gone to

17  relative to this incident?

18       A.   Hospital and the therapist.

19       Q.   Which hospital, and which therapist?

20       A.   Children's Hospital.

21       Q.   Okay.  When did you go there?
```

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 82

1      A.   The day -- the night of the incident.

2      Q.   Have you been back?

3      A.   Not dealing with the incident, no.

4      Q.   Okay.  The night of the incident, how

5  did you get to Children's?

6      A.   My mother.

7      Q.   What did you say her name is?  What did

8  you say her name is?

9      A.   Whose name?

10     Q.   Your mom.

11     A.   Louise.

12     Q.   Thorne?

13     A.   Yes.

14     Q.   Okay.  So when your sister came to pick

15  you up, did your sister drive the car, Keeon

16  Bassett?  Who drove the car back?

17     A.   I drove the car back.

18     Q.   About what time did you arrive -- you

19  went to your home?

20     A.   Yes.

21     Q.   About what time did you arrive there?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 83

1          A.   I don't know.

2          Q.   How long were you there before you went

3     to the hospital?

4          A.   Maybe about -- -- maybe about eight to

5     ten minutes.

6          Q.   When you discussed this with your

7     mother, what did you tell her had happened?

8          A.   That we were brutally abused by the

9     police.

10         Q.   And what did she say?

11         A.   She called for a, um -- what's them

12    people called?  The people that rank over top of

13    all the police.  I guess the sergeant or

14    whatever.  They had a sergeant dispatched to her

15    home, commander or whoever, dispatched to her

16    home, immediately.

17         Q.   And did that happen?

18         A.   Yes.

19         Q.   And who arrived?

20         A.   I'm not sure.

21         Q.   And what did she tell him, or her?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 84

1      A.  I'm not sure.

2      Q.  Were you present?

3      A.  Yes.

4      Q.  You don't recall what your mother said

5  to the person who arrived?

6      A.  No.

7      Q.  Was it a male or a female?

8      A.  It was a male.

9      Q.  Was it a uniformed officer?

10      A.  I'm not sure.

11      Q.  Was it a blue shirt or a white shirt?

12      A.  I don't know.

13      Q.  Did the officer take a report?  If you

14  know?

15      A.  I'm not sure.

16      Q.  At what point did your mother call your

17  uncle?

18      A.  I never said she called my uncle.

19      Q.  Did your mother call your uncle?

20      A.  No.

21      Q.  Did you call your uncle?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 85

1      A.  No.

2      Q.  Who informed your uncle of this

3  incident?

4      A.  My uncle was never informed of this

5  incident.  I never said nothing about an uncle.

6      Q.  Okay.  For what police department does

7  he work?

8      A.  I'm not sure.  It's not -- it's not in

9  D.C.

10     Q.  Has he ever been an officer in D.C.?

11     A.  I'm not sure.

12     Q.  Okay.  Now, you got to your -- your mom

13  spoke to officers before she took you to the

14  hospital?

15          MR. ALLEN:  Objection to form.  I don't

16  think that she said that it was an officer.

17     Q.  Did your mother speak to an officer

18  before she took you to the hospital?

19     A.  She spoke to a dispatcher on the phone

20  to ask to send a commander to her house.

21     Q.  Did your mother speak to the person who

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 86

1    came to your house before she took you to the

2    hospital?

3        A.  I'm not sure.

4        Q.  Any other injuries?

5        A.  My shoulder -- a shoulder injury.

6        Q.  And what's wrong with your shoulder?

7        A.  It was bruised up from the seatbelt.

8        Q.  Did you seek medical treatment for your

9    shoulder?

10       A.  Yes.  At Children's Hospital the same

11   night.

12       Q.  Okay.  And what was done for your

13   shoulder, if anything?

14       A.  I don't remember.

15       Q.  You said you were also going to the

16   therapist.  What kind of therapist?

17       A.  I forgot the type of therapy you call

18   it.  She's on 8th Street, N.E.

19       Q.  And do you know the name of the

20   therapist?

21       A.  What's the lady's name?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 87

1      Q.  Do you know the name of the therapist?

2      A.  I don't remember.

3      Q.  Okay.  What does the therapist treat --

4   what does he or she give you therapy for?

5      A.  What did she treat?

6      Q.  Is it a she or a he?

7      A.  It's a she.

8      Q.  What did the therapist treat?

9      A.  She treated me for this incident.

10     Q.  What part of it?  What part of you gets

11  treatment at this therapist whom you can't

12  remember?  Is it physical therapy or

13  psychotherapy?

14     A.  Psychotherapy, I guess.  I'm not sure.

15  No, it's not physical.  It has nothing do with

16  the body.

17     Q.  And so what does the therapy entail?

18  What does it involve?

19        What do you do when you go to that

20  therapist's office, and what does that therapist

21  do?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

1      A.  We talk about -- well, she's trying to

2   talk to me about the incident.  Ask me how I feel

3   about it.

4          MS. McQUINN:  Just one second.

5          (Break taken.)

6          BY MS. McQUINN:

7      Q.  When you told your mother you were

8   brutally brutalized by the police, what did your

9   mother say?  Brutally abused by the police.

10     A.  You just asked me that question.

11     Q.  Excuse me?

12     A.  You just asked me that question.

13     Q.  That was a question before you.

14         MR. ALLEN:  Just answer it, Mikelle, if

15   you can.

16     A.  She called the lady at the -- she talked

17   to a dispatcher and said that she needed a

18   commander or whoever it was dispatched to her

19   home.

20     Q.  The question is, what did she say to you

21   in response to what you told her?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 89

1        A.  I don't remember.

2        Q.  Did you tell your father about this

3    incident?

4        A.  Yeah.  He knew.

5        Q.  Pardon me?

6        A.  Yeah.

7        Q.  And what did your father say?

8        A.  I don't remember.

9        Q.  What did you tell your father?

10       A.  The same thing I told my mother.

11       Q.  And you don't remember what he said?

12   What, if anything, did he do?

13       A.  He said we were going to the hospital.

14       Q.  And what time -- at what time did you

15   tell your father?

16       A.  I don't know.

17       Q.  Okay.  How long after you got home did

18   you tell your father?

19       A.  He knew as soon as we got home.

20       Q.  Your father was home when you arrived?

21       A.  Yes.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 90

1      Q.   Both parents were home?

2      A.   Yes.

3      Q.   But you don't recall what your dad had

4    to say?

5      A.   He just said -- he said y'all going to

6    the hospital.

7      Q.   When the therapist wanted you to recount

8    the incident, what did you tell her?

9      A.   She wanted me to recount this incident

10   many different times.

11     Q.   Right.  So what did you tell her the

12   first time?

13     A.   That I hated the police.

14     Q.   Okay.  Anything else?

15          Is that your position that the -- today,

16   that the police never explained to you why you

17   were stopped?

18     A.   No.

19     Q.   Did they tell you why you were stopped?

20     A.   No.

21     Q.   Do you know to this day why you were

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 91

1    stopped?

2        A.   (Witness shakes head.)

3        Q.   Did anyone ever ask?

4        MR. ALLEN:   Objection.   Just one

5    question at a time.

6        MS. McQUINN:   She's answering.

7        MR. ALLEN:   Is this mine (indicating)?

8        MS. McQUINN:   No.

9        MR. ALLEN:   Because I don't think I got

10    my copy back.

11        MS. McQUINN:   I gave you your copy with

12    a staple.

13        Could you read the last question back,

14    please?

15        (The record was read as requested.)

16        MS. McQUINN:   And she shook her head in

17    a negative?

18        THE REPORTER:   She did shake her head.

19        Q.   Okay.   Did your mother or your father

20    ever ask the police why you were stopped?

21        A.   Yeah.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 92

1     Q.  Which one of you asked?

2     A.  At the end of this incident when we were

3  still sitting I asked why we were pulled over.

4     Q.  And what was the response?

5     A.  And they just gave me a ticket for

6  driving on a learner's.

7     Q.  Was anything ever said to you other than

8  the ticket?

9     A.  No.

10    Q.  Did either of your parents ever question

11  why you were stopped?

12    A.  Yes.

13    Q.  And whom did they speak to?

14    A.  They questioned why I was stopped.

15    Q.  Right.  To whom did they speak?

16    A.  They asked me and the people that were

17  in the car do you know why you were stopped.  We

18  told them no.

19    Q.  But did they ever ask the police?

20    A.  No.  I don't know.  I'm not sure.

21    Q.  Was the ticket challenged?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

1      A.  Yeah.  Yeah, I had sent out a letter but

2   by the time the letter got there -- somehow they

3   said they never got it, so I had to write them a

4   letter.  And by the time it got there it was too

5   late.  And then the judge dismissed the ticket

6   after a while.

7      Q.  How long after this did this judge

8   dismiss the ticket?

9      A.  I'm not sure.

10      Q.  Where did you have to go for the

11   dismissal?

12      A.  They sent us a letter in the mail.

13      Q.  And the letter came from where?

14      A.  I don't remember.

15      Q.  Do you recall whether this was DMV or

16   the court system?

17      A.  I'm not sure.

18      Q.  Did you bring that letter with you?

19      A.  No.

20      Q.  Okay.

21         MS. McQUINN:  Just mark it for a motion

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 94

1    to compel.

2        Q.  Will you voluntarily give that letter to

3    your lawyer so he can provide it to us?

4        A.  If I still have it.

5        Q.  Because, otherwise, the -- we'll spend

6    time moving to compel you to do it.  So I'm

7    asking that you voluntarily give him a copy so he

8    can provide it to us.

9            MR. ALLEN:  If she has it, she'll give

10   it  to me and I'll give it to you.

11       Q.  Have you described all your injuries to

12   us today, that you believe stem from this

13   incident?

14       A.  I have panic attacks when I see the

15   police.

16       Q.  Okay.  Can you tell me which officer did

17   what to you?

18       A.  I'm not sure.

19       Q.  Okay.  Do you know what Officer Neil

20   McAllister did to you, if anything?

21       A.  I'm not sure.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 95

1        Q.  Do you know what Officer Baxter McGrew

2    did to you, if anything?

3        A.  I'm not sure.

4        Q.  Do you know what Officer George Robinson

5    did to you, if anything?

6        A.  I'm not sure.

7        Q.  Do you know what Officer Orlando Teel

8    did to you, if anything?

9        A.  If I seen pictures or something, I might

10   can say I seen this person there and I seen that

11   person there, but I might not be able to say yeah

12   to them, never knowing that they were there.

13       Q.  My question is, do you know what Officer

14   Orlando Teel did to you, if anything?

15       A.  I'm not sure.

16       MS. McQUINN:  Let me get a number put on

17   the backs of these, and I'll get the pictures

18   made before you go.  And that way I won't have to

19   -- I can go ahead and finish up with her with

20   these photographs.

21       MR. ALLEN:  Okay.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 96

1          MS. McQUINN:  Mark 9A through G.

2              (Whereupon, Mikelle Davia Bassett

3     Deposition Exhibit No. 9A through G, photographs,

4     marked.)

5      Q.  I have exhibits in front of me which

6     have been marked Deposition Exhibit No. 7, from

7     Mikelle Bassett.  At the top it is entitled

8     Therapeutic Transitions, Incorporated.  Is that

9     where you went for therapy?

10     A.  Yes.

11     Q.  What type was this therapy at

12    Therapeutic Transitions?

13     A.  She was a psychiatrist.

14     Q.  It was a psychiatrist?

15     A.  I think she was.

16     Q.  Was the psychiatrist Corlis Y. Randolph?

17     A.  Yes.

18     Q.  Okay.  This say you are fifth oldest of

19    the group of ten children, the same mother?

20     A.  It's 12.  And, yes, we have the same

21    mother and father.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 97

1      Q.  All in the same house?

2      A.  No.  My siblings are grown.  My sisters

3  and brothers live on their own.

4      Q.  How many children are left in the home?

5      A.  Six.

6      Q.  Okay.  And how many are older than you

7  in the house?

8      A.  None.

9      Q.  You're the oldest in the house?

10     A.  (Witness nods head.)

11          MS. McQUINN:  I need the record to

12  reflect that I just received this document

13  (indicating) today.  So I need a minute.

14  (Counsel reviewing record.)

15     Q.  Okay.  Is it correct that you want to

16  bomb the homes of police officers?  Look at

17  page -- the second page.  In the middle of the

18  page?

19     A.  (Witness reviewing exhibit.)

20     Q.  The paragraph that begins with

21  diverse --

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 98

1    A.  (Witness reviewing exhibit.)  Would you

2  repeat the question.

3    Q.  This is a correct statement within this

4  document, that you want to bomb the homes of

5  police officers?

6        Is that a correct representation of what

7  you told the therapist?

8    A.  Yes.

9    Q.  Okay.  And why did you want to bomb the

10  homes of the police officers?  And was this any

11  police officer or just the police officers

12  involved with this incident?

13    A.  The police officers involved with this

14  incident.

15    Q.  And why did you want to bomb their

16  homes?

17    A.  Because they made me hurt.

18    Q.  Okay.  And no matter who was in the

19  home, you wanted to bomb the home?

20        MR. ALLEN:  Objection.

21    Q.  Do you still feel that way?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

1      A.  Yep.

2      Q.  Is this also correct, that you simply

3   wish they would all die?

4      A.  Yep.

5      Q.  And do you still feel that way?

6      A.  Yep.

7      Q.  Okay.  (Counsel reviewing record.)

8         How did that come -- looking at the very

9   next paragraph.  How did you come to be diagnosed

10   with attention deficit hyperactivity disorder in

11   the third grade?  What triggered that?

12         MS. McQUINN:  Do you want some tissues?

13         THE WITNESS:  No.

14      Q.  How did -- what triggered them to look

15   at you for ADHD?

16      A.  I don't know.

17      Q.  Why were you expelled from Kingsbury

18   Private School?

19      A.  I wasn't expelled.

20      Q.  Okay.  You were --

21      A.  That's a false accusation.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 100

1      Q.   Okay.  Do you see it in this paper?

2      A.   (Witness nods head.)

3      Q.   What should it be?

4      A.   I had in-house suspension.

5      Q.   Okay.  For what?

6      A.   Because somebody did something to me and

7  I pushed him, in his face.

8      Q.   Okay.  How old were you at that time?

9      A.   I don't know.

10      Q.   So in what year did you go to Kingsbury

11  Private School?

12      A.   I don't know.

13      Q.   You're in high school now, right?

14      A.   Yes.

15      Q.   Was it junior high, was it elementary

16  school?

17      A.   It was elementary.

18      Q.   Okay.  Have you ever seen a Dr. Reginald

19  Biggs?

20      A.   No.

21      Q.   Okay.  Do you know him?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 101

1     A.  I know of him.

2     Q.  What do you know of him?

3     A.  He's a doctor that I had -- that I'm

4  supposed -- that I have to go see.

5     Q.  Have you ever seen him before?

6     A.  No.

7     Q.  But you haven't seen him yet?  Do you

8  have an appointment?

9     A.  Yes.

10    Q.  Have you been told he's a psychiatrist?

11    A.  I don't remember.

12    Q.  What was this specific learning

13  disability referring to in the last paragraph

14  here?

15    A.  (Witness reviewing exhibit.)  I don't

16  know.

17    Q.  You told me early on that you have

18  dyslexia?

19    A.  (Witness nods head.)

20    Q.  When was that diagnosed?

21    A.  When I was little.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 102

1      Q.  Little, like around what age?

2      A.  I don't know.

3      Q.  You were in school?

4      A.  Yeah.

5      Q.  Okay.  Do you still have dyslexia?

6      A.  Does dyslexia go away?

7      Q.  I don't have it.  I couldn't tell you,

8  Miss.

9      A.  I don't know.

10      Q.  (Counsel reviewing documents.)  Please

11  look at Exhibit -- here it is -- please look at

12  Exhibit No. 8.  This is also an exhibit we just

13  received today.  And these are medical records

14  brought by your attorney today.

15      A.  (Witness reviewing exhibit.)

16          MS. McQUINN:  Are they all from the same

17  place, Geoffrey?

18          MR. ALLEN:  Yes.

19          MS. McQUINN:  Children's National

20  Medical Center?

21          MR. ALLEN:  Uh-huh.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 103

1       Q.  You have Children's Hospital records.

2   If you go up -- let's see, one, two, three, four,

3   five, six pages.  The emergency room records

4   state that you had --

5           MR. ALLEN:  It's this one here

6   (indicating).  I think this was the one you are

7   looking at.

8           MS. McQUINN:  (Indicating.)

9           MR. ALLEN:  Yeah.  All right.  I think

10  you're both looking at the same picture.

11      Q.  Okay.  The emergency room records give a

12  final diagnosis as contusions, an alleged

13  physical assault.  Do you allege any other

14  injuries today?

15          MR. ALLEN:  Physical injuries, you mean?

16  Is that what you're referring to?

17          MS. McQUINN:  Any injuries.

18          MR. ALLEN:  Well, she's already told you

19  about the psychological ones.

20          MS. McQUINN:  Thanks for helping, Geoff.

21          MR. ALLEN:  Well, she just spent 10

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 104

1    minutes talking about it.  I'm not helping her.

2    I mean, I just want to be clear about -- that she

3    understands the question, that's all.

4            MS. McQUINN:  Sure.

5        A.  I'm not sure.

6        Q.  Okay.  I want you to look at these

7    photographs that have been marked 9A through 9G.

8    And just take each in turn, look at the back

9    first, tell me you're talking about 9A, and I

10   want you to me about these photographs.

11           First of all, and they're -- a set of

12   color photographs.  Tell me who took those

13   photographs?

14       A.  My mother.

15       Q.  Okay.  When did she take them?

16       A.  The same night as the incident.

17       Q.  Did she take pictures of anyone else who

18   was in the incident?

19       A.  I'm not sure.

20       Q.  Did she take pictures of your sister?

21       A.  I'm not sure.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 105

1      Q.   Who else was present when she was taking

2   these pictures?

3      A.   I'm not sure.

4      Q.   Okay.  Did she take them before you went

5   to the hospital --

6      A.   After.

7      Q.   -- or after?

8      A.   After.

9      Q.   Okay.  Could you tell me what each

10   picture, start with 9A and then go to 9B, et

11   cetera.

12      A.   This is a bruise I had from the seatbelt

13   on my shoulder, or whatever you call it.

14      Q.   Look at the back --

15      A.   That's 9A.

16          MR. ALLEN:  Say which one you're looking

17   at.

18      Q.   Look at 9B?

19      A.   9B, bruises I have on my -- on my left

20   arm.

21      Q.   You know from what?

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 106

1       A.   These were fingerprints in my arm.

2       Q.   Okay.  Do you know from what or from

3    whom or from where?

4       A.   The officer.

5       Q.   Do you know which officer?

6       A.   I'm not sure.

7            9C is a bruise I have on my wrist and on

8    my other arm, on the opposite arm.

9       Q.   And what are you alleging made or caused

10   those bruises?

11      A.   Officers, police officers..

12      Q.   Do you know which ones?

13      A.   I'm not sure.

14           9D is a scar I had on my finger from the

15   ring I had on.  The police officer jammed the

16   ring into my finger.

17      Q.   The police officer what?

18      A.   He jammed the ring into my finger.

19      Q.   Do you know which officer?

20      A.   No.  I'm not sure.

21           9E is the picture of the -- more bruises

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 107

1    I had on my wrist and my arm.

2            And what's this?  9F a thumbprint that I

3    had -- a thumbprint I had in my wrist.

4       Q.   Do you know which -- are you alleging an

5    officer did that?

6       A.   Yes.

7       Q.   Do you know which officer?

8       A.   I'm not sure.

9       Q.   And that thumbprint is on the what, the

10   wrist or the arm?

11           MR. ALLEN:   You can answer that

12   question.

13           THE WITNESS:   Oh.

14      A.   Just the wrist.

15           Which is this?  9G, there was bruises

16   that I had on my wrist and my arm.

17      Q.   Do you know which -- are you alleging an

18   officer did that?

19      A.   Yes.

20      Q.   Do you know which officer?

21      A.   I'm not sure.

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 108

1      Q.  Is there anything else about this

2  incident you would like to tell us that hasn't

3  been brought up today?

4           MR. ALLEN:  I'll object to that

5  question, but if you can answer, go ahead.

6      A.  I'm not sure.

7      Q.  Okay.

8           MS. McQUINN:  I have no further

9  questions.

10           MR. ALLEN:  Okay.

11           No questions.  We'll waive.

12           (Whereupon, reading and signing waived,

13  the deposition was concluded at 3:13 p.m.)

14           ----------------------

15

16

17

18

19

20

21

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 109

1    STATE OF MARYLAND          SS:

2              I, E. Marsellas Coates, a Notary Public

3    of the State of Maryland, do hereby certify that

4    the within named, MIKELLE DAVIA BASSETT,

5    personally appeared before me at the time and

6    place herein set out, and after having been duly

7    sworn by me, was interrogated by counsel.

8      I further certify that the examination was

9    recorded stenographically by me and this

10   transcript is a true record of the proceedings.

11     I further certify that the stipulations

12   contained herein were entered into by counsel in

13   my presence.

14     I further certify that I am not of counsel to

15   any of the parties, nor an employee of counsel

16   nor related to any of the parties, nor in any way

17   interested in the outcome of this action.

18     As witness my hand and notarial seal this 7th

19   day of May, 2007.

20   My commission expires

21   December 1, 2008               Notary Public

**DEPOSITION OF MIKELLE DAVIA BASSETT**
**Conducted on May 2, 2007**

Page 110

1                    INDEX OF EXAMINATION

2    MIKELLE DAVIA BASSETT                          PAGE

3    BY MS. McQUINN ............................. 3

4                    INDEX OF EXHIBITS

5    No. 1 amended notice of deposition........... 3

6    No. 2 letter dated 1/19/06.................. 3

7    No. 3 letter dated 3/15/06.................. 3

8    No. 4 third amended complaint............... 3

9    No. 5 defendant's interrogatories and request

10   for production of documents................. 3

11   No. 6 answers to defendant's interrogatories

12   and request for production of documents...... 3

13   No. 7 medical report........................ 3

14   No. 8 letter dated 1/25/06................. 62

15   No. 9A-G  photographs...................... 96

16

17           REQUESTS TO MARK FOR MOTION TO COMPEL

18                    PAGE      LINE

19                     21        4

20                     30        21

21                     93        21