UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LOUISE THORNE, *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. 06-1204 |
| THE DISTRICT OF COLUMBIA | : | Judge Gladys Kessler |
| *Et al.* | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DISTRICT OF COLUMBIA'S MOTION IN LIMINE**

Plaintiffs respectfully move for leave to file their Response to Defendant's Reply to plaintiffs' opposition to defendants' Motion In Limine.

Defendants consent to the this motion as long as they are permitted to file Reply to the portion of plaintiffs' motion which deals with the admissibility of Mr. Klotz's excessive force testimony.

Plaintiffs reasons in support of this Motion are fully set forth in the attached Memorandum of Points And Authorities.

WHEREFORE, plaintiffs request that this motion be GRANTED..

Respectfully submitted,

/s/ Geoffrey D. Allen
Geoffrey D. Allen, Esq.
D.C. Bar No. 288142
1730 Rhode Island Ave. N.W.
Suite 206
Washington, D.C.  20036
(202) 778-1167
Geoffreyallen@verizon.net

### Certificate of Service

I certify that a copy of this Motion For Leave To File A Response to Defendant's Reply to Plaintiff's Opposition to Defendants' Motion In Limine has been electronically mailed to Urenthea McQuinn, this 9th day of June 2008.

/s/Geoffrey D. Allen
Geoffrey D.  Allen Esq.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LOUISE THORNE, *et al.* : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 06-1204 |
| THE DISTRICT OF COLUMBIA : | Judge Gladys Kessler |
| *Et al.* : | |
| Defendants. : | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DISTRICT OF COLUMBIA'S MOTION IN LIMINE**

Plaintiffs filed their Response to defendant's Reply to Plaintiff's Opposition to Defendant's Motion In Limine on June 2, 2008. Unfortunately, plaintiffs neglected to seek the leave of the court prior to filing this Motion.

Plaintiff's now seek leave of the court to have this motion considered by the court. Defendants' Reply was considerably more extensive than its original motion and made a number of detailed arguments which were not made in its original motion. In view of this, plaintiffs felt that a Response

from plaintiffs would be of assistance to the court. Defendants do not object to this Motion on condition that they are permitted to respond to plaintiffs' Response as it relates to that portion of Mr. Klotz's proposed testimony which deals with the issue of excessive force. For their part, plaintiffs have no objection to this.

In light of the above, plaintiffs respectfully ask that the Court consider Plaintiff's previously filed Response.

Respectfully submitted,

/s/ Geoffrey D. Allen
Geoffrey D. Allen, Esq.
D.C. Bar No. 288142
1730 Rhode Island Ave. N.W.
Suite 206
Washington, D.C.  20036
(202) 778-1167
Geoffreyallen@verizon.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.* : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | |
| : | Civil Action No. 06-1204 |
| THE DISTRICT OF COLUMBIA : | Judge Gladys Kessler |
| *Et al.* : | |
| : | |
| **Defendants.** : | |

### ORDER

This matter comes before the Court on plaintiff's Motion For Leave to File their Response to Defendant's Reply to Plaintiff's Opposition to Defendant's Motion In Limine. Upon consideration, it is this ____ day of June, 2008, hereby:

ORDERED, that the Motion be and hereby is GRANTED, and it is further,

ORDERED, that Plaintiff are given leave to file their motion, and it is further,

ORDERED, that such leave is *Nunc Pro Tunc* to June 3, 2008, and it is further,

ORDERED, that defendants may file a further pleading on the issue of excessive force testimony, if they wish. Such pleading to be filed by _____, 2008.

_____
**Judge Kessler**