UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUISE THORNE, *et al.*          :
                                 :
    Plaintiffs,                  :
                                 :
v.                               :
                                 :   Civil Action No. 06-1204
THE DISTRICT OF COLUMBIA         :   Judge Gladys Kessler
    *Et al.*                     :
                                 :
    Defendants.                  :

**PLAINTIFFS' CONSENT MOTION TO CONTINUE STATUS HEARING**

Plaintiffs respectfully move to continue the status hearing presently set for June 11, 2008 at 4.00 p.m. to June 12, 2008 at Noon.

Defendants consent to the this motion.

Plaintiffs reasons in support of this Motion are fully set forth in the attached Memorandum of Points And Authorities.

WHEREFORE, plaintiffs request that this motion be GRANTED..

        Respectfully submitted,

        /s/ Geoffrey D. Allen
        Geoffrey D. Allen, Esq.
        D.C. Bar No. 288142
        1730 Rhode Island Ave. N.W.
        Suite 206
        Washington, D.C.  20036
        (202) 778-1167
        Geoffreyallen@verizon.net

## Certificate of Service

I certify that a copy of this Motion To Continue Status Hearing has been electronically mailed to Urenthea McQuinn, this 10th day of June 2008.

        /s/Geoffrey D. Allen
        Geoffrey D. Allen Esq.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LOUISE THORNE, *et al.* : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | Civil Action No. 06-1204 |
| THE DISTRICT OF COLUMBIA : | Judge Gladys Kessler |
| *Et al.* : | |
| : | |
| Defendants. : | |

**MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE STATUS HEARING**

The court recently set a status hearing in this case, for June 11, 2008. Unfortunately, this conflicts with some previously scheduled medical appointments for plaintiffs' counsel's children. These appointments concern physical exams that are needed for attendance at summer camp. Immediate, alternative dates are not available.

Counsel understands that the court is available at Noon the following day. Defense counsel is also available at that time.

In light of the above, plaintiffs respectfully requests that the Court reschedule the status hearing to June 12, 2008 at Noon.

Respectfully submitted,


/s/ Geoffrey D. Allen
Geoffrey D. Allen, Esq.
D.C. Bar No. 288142
1730 Rhode Island Ave. N.W.
Suite 206
Washington, D.C.  20036
(202) 778-1167
Geoffreyallen@verizon.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.* : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | |
| : | Civil Action No. 06-1204 |
| THE DISTRICT OF COLUMBIA : | Judge Gladys Kessler |
| *Et al.* : | |
| : | |
| **Defendants.** : | |

**ORDER**

This matter comes before the Court on plaintiffs' Consent Motion To Continue a status hearing presently set for June 11, 2008 at 4.00 p.m. to June 12, 2008 at Noon.  Having considered the Motion, it is this ___ day of June, 2008, hereby:

ORDERED,  that the Motion be and hereby is GRANTED, and it is further,

ORDERED, that the status hearing is continued to the 12th of June, 2008 at Noon.

_____
**Judge Kessler**