UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOUISE THORNE, *et al.*,   ) | |
| ) | |
| Plaintiffs,   ) | C.A. No. 06-1204 (GK) |
| ) | |
| v.   ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*,   ) | |
| ) | |
| Defendants.   ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant Attorney General Shana L. Frost on behalf of Defendants District of Columbia, Baxter McGrew, Neil McAllister, Orlando Teel and George T. Robinson.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

SAMUEL C. KAPLAN (463350)
Assistant Deputy Attorney General

     /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 741-8934
shana.frost@dc.gov