**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
**LOUISE THORNE, et al**.            )
                                    )
       **Plaintiffs,**              )
                                    )
  **v.**                               )   **Civil Action No. 06-1204 (GK)**
                                    )
**DISTRICT OF COLUMBIA,**            )
                                    )
       **Defendant.**              )
_____)

**O R D E R**

A Status Conference was held in this case on June 12, 2008. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that trial in this case, currently scheduled for July 8, 2008, be continued to a date to be determined in the future; and it is further

**ORDERED** that a further Status Conference shall be held in this case on **June 24, 2008, at 10:00 a.m.**

June 12, 2008                          /s/
                                        Gladys Kessler
                                        U.S. District Judge

**Copies to**: attorneys on record via ECF