UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, <u>et</u> <u>al</u>.     ) | |
| ) | |
| Plaintiffs,     ) | |
| ) | |
| v.     ) | Civil Action No. 06-1204 (GK) |
| ) | |
| DISTRICT OF COLUMBIA,     ) | |
| ) | |
| Defendant.     ) | |

**O R D E R**

A Status Conference was held in this case on June 24, 2008, at which counsel for both parties represented that a settlement had been reached. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that the parties shall submit a joint praecipe by 5:00 pm on Monday, June 30, 2008, confirming for the Court that the respective parties have consented to settlement; and it is further

**ORDERED** that upon final settlement of the above-captioned matter, a stipulation of dismissal be submitted to the Court no later than **July 15, 2008.**

June 24, 2008

/s/
Gladys Kessler
U.S. District Judge

**Copies to**: attorneys on record via ECF