**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LOUISE THORNE,** *et al.* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | **Civil Action No. 06-1204** |
| **THE DISTRICT OF COLUMBIA** | : | **Judge Gladys Kessler** |
| *Et al.* | : | |
| | : | |
| **Defendants.** | : | |

**PRAECIPE OF DISMISSAL**

The Court will please note that the parties have agreed on a settlement in the above referenced matter.


Respectfully submitted,


/s/ Geoffrey D. Allen
Geoffrey D. Allen, Esq.
D.C. Bar No. 288142
1730 Rhode Island Ave. N.W.
Suite 206
Washington, D.C.  20036
(202) 778-1167
Geoffreyallen@verizon.net

And,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

\_\_/s/  Samuel C. Kaplan_____
SAMUEL C. KAPLAN (463350)
Assistant Deputy Attorney General

\_\_\_/s/  Shana L. Frost_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov