# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.* : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | Civil Action No. 06-1204 |
| THE DISTRICT OF COLUMBIA : | Judge Gladys Kessler |
| *Et al.* : | |
| : | |
| Defendants. : | |

## PRAECIPE

The Court will please note that the Mikelle Bassett and Lakeisha Parker and the District of Columbia have agreed on a settlement in the above referenced matter. Accordingly, their cases should be dismissed with prejudice subject to their execution of a Release of Claims Agreement with the District of Columbia. The settlements of the minor plaintiffs, Mikeesha Bassett and Shaneka Harrison require court approval. A motion seeking such approval is expected to be filed by July 18, 2008.

Respectfully submitted,

/s/ Geoffrey D. Allen
Geoffrey D. Allen, Esq.
D.C. Bar No. 288142
1730 Rhode Island Ave. N.W.
Suite 206

Washington, D.C.  20036
(202) 778-1167
Geoffreyallen@verizon.net

And,



PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

\_\_/s/  Samuel C. Kaplan_____
SAMUEL C. KAPLAN (463350)
Assistant Deputy Attorney General

\_\_\_/s/  Shana L. Frost_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov