UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, *et al.* : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | Civil Action No. 06-1204 |
| THE DISTRICT OF COLUMBIA : | Judge Gladys Kessler |
| *Et al.* : | |
| : | |
| Defendants. : | |

PLAINTIFFS' MOTION FOR APPROVAL OF SETTLEMENTS
FOR MINOR PLAINTIFFS, MIKEESHA BASSETT
AND SHANEKA HARRISSON

Plaintiffs, Mikeesha Bassett and Shaneka Harrisson respectfully move this court to approve the settlements of their claims in this case.

Defendants take no position on the motions.

Plaintiffs' reasons in support of these Motions are fully set forth in the attached Memorandum of Points And Authorities.

WHEREFORE, plaintiffs request that the motions be GRANTED..

Respectfully submitted,

/s/ Geoffrey D. Allen
Geoffrey D. Allen, Esq.
D.C. Bar No. 288142
1730 Rhode Island Ave. N.W.

1

                                Suite 206
                                Washington, D.C.  20036
                                (202) 778-1167
                                Geoffreyallen@verizon.net

## **Certificate of Service**

    I certify that a copy of this Motion has been electronically mailed to Shana Frost, this 17th day of July 2008.

                                /s/Geoffrey D. Allen
                                Geoffrey D. Allen Esq.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LOUISE THORNE, *et al.* : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | Civil Action No. 06-1204 |
| THE DISTRICT OF COLUMBIA  : | Judge Gladys Kessler |
| *Et al.* : | |
| : | |
| Defendants. : | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO APPROVE SETTLEMENTS OF SHANEKA HARRISON AND MIKESSHA BASSETT**

**Background**

A settlement agreement has been reached with the District of Columbia. Shaneka Harrison's birth date is February 11, 1991. Mikeesha' date of birth is February 21, 1991. Because, Shaneka Harrison and Mikeesha Bassett are still minors, their settlements must be approved by the court pursuant to D.C. Code § 21-120(a).

**Liability**

This case involved allegations by the plaintiffs of assault, negligence, false imprisonment, intentional infliction of emotional distress, and civil rights violations stemming from the plaintiffs encounter with the named

3

defendants in this case, who are Metropolitan Police officers, on January 15, 2006 at about 10.00 p.m.

This case involves a very stark contrast between the version of events given by plaintiffs and that given by the police officers, who deny most of what the plaintiffs are claiming.  It is quite possible that a jury could believe the plaintiffs and make a substantial award, but it is also a distinct possibility that the police officers could be believed.  To this extent, this case represents a risk to plaintiffs of no recovery, if it were to proceed to trial.  In view of these considerations, it is submitted that a settlement is in the interests of the minor plaintiffs.

**Details Of Settlement**

The District of Columbia has agreed to pay $76,000.00 to all of the plaintiffs.  The table below shows the amounts accepted by plaintiffs Kathy Crews for Shaneka Harrison and Louise Thorne for Mikeesha Bassett. as well as legal fees and expenses.

Thorne et al v. D.C. et al  Settlements

| Client | Amount | Legal Fee | Expenses | Net to client |
|---|---|---|---|---|
| Shaneka Harrison | $15,000 | 5,000 | 1,210.06 | 8,789.94 |
| Mikelle Bassett | $20,333.33 | 6,777.33 | 1,210.06 | 12,345.94 |

4

Case 1:06-cv-01204-GK    Document 77    Filed 07/17/2008    Page 5 of 9

With regard to legal fees, it should be noted that the retainer agreements, which are attached hereto, set attorney's fee of 40% if suit is filed. See Exhibit 1. However, because this matter has not actually proceeded to trial, plaintiffs' counsel has agreed to accept 33.3 %. Counsel's expenses are attached hereto, See Exhibit 2. It is submitted that they are reasonable and should be approved.

Both Shaneka Harrison and Mikeesha Bassett will be 18 next February. Both of them wish to take out $3,000 of the settlement, which they are permitted to do, under D.C. Code § 21-120(b). For the balance, undersigned counsel will undertake to file the necessary petitions, and attend any hearing necessary, to establish guardianships for Shaneka Harrison and Mikeesha Bassett. This will be done without any additional charge for legal fees. However, counsel does request that he be allowed to charge any filings fees and the costs of any bonds and any other incidental expenses.

With regard to the amounts of the settlements, it is submitted that they are reasonable. On the night of the incident., Shaneka Harrisson was seen at Children's Hospital in Washington DC where some bruising was noted. She was treated and released and received no further treatment for her physical injuries. She later saw a counselor for problems related to this incident on six occasions. She has had no further treatment. After the

incident, Mikeesha Bassett was seen by a licensed clinical social worker, Dr. Corlis Randolph, who diagnosed her with Post Traumatic Stress Syndrome. She was seen by Dr. Randolph for the first time on February 7, 2006. Mikeesha received a total of 14 therapy sessions and responded well to intervention. There was no further treatment. There were no lost wage claims for either plaintiff.    Given these facts, and the contested nature of liability in these cases, it is submitted that the amounts of the settlements are reasonable and should be approved

**Conclusion**

The settlement agreement as set forth above should be approved with respect to Mikeesha Bassett and Shaneka Harrison.

Respectfully submitted,

/s/ Geoffrey D. Allen
Geoffrey D. Allen, Esq.
D.C. Bar No. 288142
1730 Rhode Island Ave. N.W.
Suite 206
Washington, D.C.  20036
(202) 778-1167
Geoffreyallen@verizon.net

6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE THORNE, et al. : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 06-1204 |
| : | |
| THE DISTRICT OF COLUMBIA, : | |
| et al. : | |
| : | |
| Defendants. : | |

## ORDER

This matter comes before the Court on plaintiffs' Motion For Approval of the Settlement of the claims of the minor plaintiffs, Mikeesha Bassett and Shaneka Harrison, in this case. Upon consideration, it is this ____ day of July, 2008, hereby:

ORDERED, that the Motion be and hereby is GRANTED. And it is further,

ORDERED, that the amount of the settlements, attorney's fees and expenses for Mikeesha Bassett and Shaneka Harrison, as set forth below are approved.

| Plaintff | Settlement Amount | Legal Fee | Expenses | Net to client |
|---|---|---|---|---|
| Shaneka Harrison | 15,000 | 5,000 | 1,210.06 | 8,789.94 |

7

| Mikeesha Bassett | $20,333.33 | 6,777.33 | 1,210.06 | 12,345.94 |

Geoffrey D. Allen may deduct these sums from the amounts due to Mikeesha Bassett and Shaneka Harrison, upon receipt of the settlement funds from the District of Columbia.   And it is further,

ORDERED, that Mikeesha Bassett and Shanka Harrison may receive $3,000.00 each through their custodians and mothers,  Louise Thorne and Kathy Crews, upon receipt of the settlement funds from the District of Columbia.  And it is further,

ORDERED, that Geoffrey D. Allen shall file and take all necessary steps to establish guardianships for Mikeesha Bassett and Shaneka Harrison in the Probate Division of the Superior Court of the District of Columbia. Mr. Allen  may deduct the cost of any filings fees and other necessary expenses from the amount to be paid into the guardianships.

_____
**Judge Kessler**