# GEOFFREY D. ALLEN
ATTORNEY AT LAW
1130 SEVENTEENTH STREET, N.W
SUITE 400
WASHINGTON, DC 20036
Telephone: (202) 778-1167
Telecopier: (202) 659-9536

## RETAINER AGREEMENT

I, ~~Kathy Harrison-Crews~~ [Shaneka Harrison] hereby retain Geoffrey D. Allen, as my daughter attorney at law to represent ~~me~~ [her] in the matter Police Assault on 1-15-06

I agree that my attorney shall be entitled to **33-1/3%** of the amount of any recovery with respect to this matter prior to filing a lawsuit or submitting to arbitration, or that my attorney shall be entitled to **40%** of any recovery if it is necessary to file suit. I further agree to pay for the services of an investigator, if appropriate, and to reimburse all costs and expenses advanced for my benefit, such as filing fees, expert witness fees, deposition costs, etc. **If no recovery is obtained, no fee shall be payable to the attorney, nor shall the attorney recover any expenses from the client.**

I authorize my attorney to accept any monies which may be paid or become payable to me in this matter, and to deduct his fee and the expenses advanced on my behalf from any monies he may receive in damages or in settlement of this matter. His fee shall be calculated based upon the gross amount of any settlement or judgment. If, at any time, my attorney determines that there is no liability, that it is unlikely I will prevail, that there is inadequate insurance coverage, or that any judgment is not collectable, he may withdraw from the case. **Upon receipt of my settlement check, I hereby make Geoffrey D. Allen my true and lawful attorney-in-fact for the purpose of endorsing and depositing my settlement check into his trust account and making disbursements in accordance with the retainer agreement.**

The above retainer does not include an appeal, if one is necessary after filing suit. If an appeal is filed, the attorney's share shall increase to 50%.

*I AUTHORIZE MY ATTORNEY TO DESTROY MY FILE WITHIN 60 DAYS FROM THE DATE OF DISBURSEMENTS UNLESS I REQUEST, IN WRITING, THAT MY FILE BE SENT TO ME.*

_____          Kathy Harrison-Crews   1-17-06
Geoffrey D. Allen, Esquire         Client Name                Date

                                   137 V ST N.W.
_____          Street Address
Date
                                   Washington, D.C.  20001
                                   City       State    Zip

# GEOFFREY D. ALLEN
ATTORNEY AT LAW
1130 SEVENTEENTH STREET, N.W
SUITE 400
WASHINGTON, DC 20036
Telephone: (202) 778-1167
Telecopier: (202) 659-9536

## RETAINER AGREEMENT

I, **Louise Thorne**, hereby retain Geoffrey D. Allen, as my **daughter** [Mikeesha Bassett] attorney at law to represent me in the matter **police assult on 1-15-06**

I agree that my attorney shall be entitled to **33-1/3%** of the amount of any recovery with respect to this matter prior to filing a lawsuit or submitting to arbitration, or that my attorney shall be entitled to **40%** of any recovery if it is necessary to file suit. I further agree to pay for the services of an investigator, if appropriate, and to reimburse all costs and expenses advanced for my benefit, such as filing fees, expert witness fees, deposition costs, etc. **If no recovery is obtained, no fee shall be payable to the attorney, nor shall the attorney recover any expenses from the client.**

I authorize my attorney to accept any monies which may be paid or become payable to me in this matter, and to deduct his fee and the expenses advanced on my behalf from any monies he may receive in damages or in settlement of this matter. His fee shall be calculated based upon the gross amount of any settlement or judgment. If, at any time, my attorney determines that there is no liability, that it is unlikely I will prevail, that there is inadequate insurance coverage, or that any judgment is not collectable, he may withdraw from the case. **Upon receipt of my settlement check, I hereby make Geoffrey D. Allen my true and lawful attorney-in-fact for the purpose of endorsing and depositing my settlement check into his trust account and making disbursements in accordance with the retainer agreement.**

The above retainer does not include an appeal, if one is necessary after filing suit. If an appeal is filed, the attorney's share shall increase to 50%.

*I AUTHORIZE MY ATTORNEY TO DESTROY MY FILE WITHIN 60 DAYS FROM THE DATE OF DISBURSEMENTS UNLESS I REQUEST, IN WRITING, THAT MY FILE BE SENT TO ME.*

_____
Geoffrey D. Allen, Esquire

Date

Client Name: **Louise Thorne**   Date: **1-17-06**
Street Address: **742 Brandywine SE #201**
City: **Wash. D.C.**   State   Zip: **20032**

# GEOFFREY D. ALLEN

ATTORNEY AT LAW
1130 SEVENTEENTH STREET, N.W
SUITE 400
WASHINGTON, DC 20036
Telephone: (202) 778-1167
Telecopier: (202) 659-9536

## RETAINER AGREEMENT

I, _Louise Thorne_, hereby retain Geoffrey D. Allen, as my _Mikelle Bassett_ daughter attorney at law to represent me in the matter _police assult on 1-15-06_.

I agree that my attorney shall be entitled to **33-1/3%** of the amount of any recovery with respect to this matter prior to filing a lawsuit or submitting to arbitration, or that my attorney shall be entitled to **40%** of any recovery if it is necessary to file suit. I further agree to pay for the services of an investigator, if appropriate, and to reimburse all costs and expenses advanced for my benefit, such as filing fees, expert witness fees, deposition costs, etc. **If no recovery is obtained, no fee shall be payable to the attorney, nor shall the attorney recover any expenses from the client.**

I authorize my attorney to accept any monies which may be paid or become payable to me in this matter, and to deduct his fee and the expenses advanced on my behalf from any monies he may receive in damages or in settlement of this matter. His fee shall be calculated based upon the gross amount of any settlement or judgment. If, at any time, my attorney determines that there is no liability, that it is unlikely I will prevail, that there is inadequate insurance coverage, or that any judgment is not collectable, he may withdraw from the case. **Upon receipt of my settlement check, I hereby make Geoffrey D. Allen my true and lawful attorney-in-fact for the purpose of endorsing and depositing my settlement check into his trust account and making disbursements in accordance with the retainer agreement.**

The above retainer does not include an appeal, if one is necessary after filing suit. If an appeal is filed, the attorney's share shall increase to 50%.

*I AUTHORIZE MY ATTORNEY TO DESTROY MY FILE WITHIN 60 DAYS FROM THE DATE OF DISBURSEMENTS UNLESS I REQUEST, IN WRITING, THAT MY FILE BE SENT TO ME.*

_____     _Louise Thorne_  _1-17-06_
Geoffrey D. Allen, Esquire          Client Name           Date

                                    _742 Brandywine St. #201_
_____     Street Address
Date                                _Wash. D.C.           20032_
                                    City        State      Zip

# GEOFFREY D. ALLEN

ATTORNEY AT LAW
1130 SEVENTEENTH STREET, N.W
SUITE 400
WASHINGTON, DC 20036
Telephone: (202) 778-1167
Telecopier: (202) 659-9536

**RETAINER AGREEMENT**

I, _Jamala Parker-Smith_, hereby retain Geoffrey D. Allen, as my daughter's attorney at law to represent me in the matter _police assaults on 1/15/06_

I agree that my attorney shall be entitled to **33-1/3%** of the amount of any recovery with respect to this matter prior to filing a lawsuit or submitting to arbitration, or that my attorney shall be entitled to **40%** of any recovery if it is necessary to file suit. I further agree to pay for the services of an investigator, if appropriate, and to reimburse all costs and expenses advanced for my benefit, such as filing fees, expert witness fees, deposition costs, etc. **If no recovery is obtained, no fee shall be payable to the attorney, nor shall the attorney recover any expenses from the client.**

I authorize my attorney to accept any monies which may be paid or become payable to me in this matter, and to deduct his fee and the expenses advanced on my behalf from any monies he may receive in damages or in settlement of this matter. His fee shall be calculated based upon the gross amount of any settlement or judgment. If, at any time, my attorney determines that there is no liability, that it is unlikely I will prevail, that there is inadequate insurance coverage, or that any judgment is not collectable, he may withdraw from the case. **Upon receipt of my settlement check, I hereby make Geoffrey D. Allen my true and lawful attorney-in-fact for the purpose of endorsing and depositing my settlement check into his trust account and making disbursements in accordance with the retainer agreement.**

The above retainer does not include an appeal, if one is necessary after filing suit. If an appeal is filed, the attorney's share shall increase to 50%.

*I AUTHORIZE MY ATTORNEY TO DESTROY MY FILE WITHIN 60 DAYS FROM THE DATE OF DISBURSEMENTS UNLESS I REQUEST, IN WRITING, THAT MY FILE BE SENT TO ME.*

_____     Client Name: _Jamala P. [signature]_  Date: _1/17/05_
Geoffrey D. Allen, Esquire          Street Address: _2406 Muncy Circle_
                                    City: _Hyattsville_  State: _MD_  Zip: _20785_
Date