## LITIGATION EXPENSES IN THORNE ET AL V.

| Description | Amount |
|---|---|
| Depositions | 1,980.60 |
| Lexis | 1,112.98 |
| Med. Records | 384.04 |
| Copies | 10 |
| Filing fees | 140 |
| Postage | 4.64 |
| Parking | 13 |
| Experts | 1000 |
| Process Server | 195 |
| **Total:** | **4,840.26** |
| **Divided by 4:** | **1210.065** |

**D.C.**