UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUISE THORNE, et al.          :
                               :
        Plaintiffs,            :
                               :
v.                             :
                               :   Civil Action No. 06-1204
THE DISTRICT OF COLUMBIA,      :
        et al.                 :
                               :
        Defendants.            :

## ORDER

This matter comes before the Court on plaintiffs' Motion For Approval of the Settlement of the claims of the minor plaintiffs, Mikeesha Bassett and Shaneka Harrison, in this case. Upon consideration, it is this 17th day of July, 2008, hereby:

ORDERED, that the Motion be and hereby is GRANTED. And it is further,

ORDERED, that the amount of the settlements, attorney's fees and expenses for Mikeesha Bassett and Shaneka Harrison, as set forth below are approved.

| Plaintff | Settlement Amount | Legal Fee | Expenses | Net to client |
|---|---|---|---|---|
| Shaneka Harrison | 15,000 | 5,000 | 1,210.06 | 8,789.94 |

7

| | | | | |
|---|---|---|---|---|
| Mikeesha Bassett | $20,333.33 | 6,777.33 | 1,210.06 | 12,345.94 |

Geoffrey D. Allen may deduct these sums from the amounts due to Mikeesha Bassett and Shaneka Harrison, upon receipt of the settlement funds from the District of Columbia. And it is further,

ORDERED, that Mikeesha Bassett and Shanka Harrison may receive $3,000.00 each through their custodians and mothers, Louise Thorne and Kathy Crews, upon receipt of the settlement funds from the District of Columbia. And it is further,

ORDERED, that Geoffrey D. Allen shall file and take all necessary steps to establish guardianships for Mikeesha Bassett and Shaneka Harrison in the Probate Division of the Superior Court of the District of Columbia. Mr. Allen may deduct the cost of any filings fees and other necessary expenses from the amount to be paid into the guardianships.

*Gladys Kessler*
**Judge Kessler**

8